**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TIMOTHY S KEATHLEY** **PLAINTIFF**

**v** **No. 4:18CV00383 BSM**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** **DEFENDANT**

**ERISA SCHEDULING ORDER**

Upon review of the initial pleadings, it appears that the instant action involves a claim for benefits under the Employee Retirement Income Security Act of 1974, (ERISA), 29 U.S.C. §1001-1461. In ERISA cases, a federal district court will employ one of two types of review. If the plan language does not give the insurer the discretion to determine eligibility for plan benefits or to construe the terms of the plan, the Court should conduct a *de novo* review of the administrative record. *Firestone Tire and Rubber Co. v. Bruch,* 489 U.S. 101, 115 (1989). If, however, the plan gives the administrator or fiduciary discretionary authority to determine eligibility for benefits or to construe the terms of the plan, the district court must apply an abuse-of-discretion standard. *Id*.

In either event, review shall be limited to the record made before the administrator of the plan. Thus, a trial is not necessary, and the parties should stipulate to what the administrative record is and file briefs that advocate the appropriate standard of review to be employe. Further, all factual assertions contained in the briefs should make specific reference to the stipulated record.

Accordingly, this case will proceed on the following schedule:

(a) The stipulated record shall be filed, as agreed by the parties, no later than September 9, 2018;

(b) Plaintiff's brief shall be filed within fourteen (14) days thereafter;

(c) Defendant's brief shall be filed within fourteen (14) days thereafter.

No reply briefs will be allowed unless leave has been granted. The court will conduct its review upon receipt of the material outlined herein.

IT IS SO ORDERED this 6th day of July 2018.

AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK, CLERK

By: /s/ Lori Purifoy
Courtroom Deputy