**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TIMOTHY S. KEATHLEY**
**a/k/a SHANE KEATHLEY,** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 4:18cv00383-BSM**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** **DEFENDANT**

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Plaintiff Timothy S. Keathley a/k/a Shane Keathley and Defendant Liberty Life Assurance Company of Boston ("Liberty Life") file this Joint Motion to Extend Scheduling Order Deadlines and state as follows:

1. On July 6, 2018, the Court entered an ERISA Scheduling Order (dkt 5) containing the following deadlines:

- The stipulated record shall be filed, as agreed by the parties, no later than September 9, 2018;
- Plaintiff's brief shall be filed within fourteen (14) days thereafter;
- Defendant's brief shall be filed within fourteen (14) days thereafter.

2. The Parties are discussing a resolution of the case and want to save both the Court's resources and the Parties' time and expense of filing briefs if the case will be resolved through settlement. Accordingly, the Parties respectfully request a 30-day extension on the above deadlines.

3. This Joint Motion to Extend Scheduling Order Deadlines is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, the Parties request the Court enter an Order extending the deadlines set in this case as follows:

- The stipulated record shall be filed, as agreed by the parties, no later than October 9, 2018;
- Plaintiff's brief shall be filed within fourteen (14) days thereafter;
- Defendant's brief shall be filed within fourteen (14) days thereafter.

Dated this 5th day of September 2018.

Respectfully submitted,

By: /s/ Daniel A. Webb
Daniel A. Webb, Ark. Bar No. 2000113
DANIEL A. WEBB, P.A.
111 Center Street, Suite 1200
Little Rock, Arkansas 72201
(501) 372-2400
Email: dwebblaw@att.net

ATTORNEYS FOR PLAINTIFF

- AND –

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Arkansas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Daniel A. Webb
Email: dwebblaw@att.net

September 5, 2018
Date

/s/ Iwana Rademaekers
Iwana Rademaekers