**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TIMOTHY S. KEATHLEY**
**a/k/a SHANE KEATHLEY,** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 4:18cv00383-BSM**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** **DEFENDANT**

# JOINT STIPULATED RECORD

Plaintiff Timothy S. Keathley a/k/a Shane Keathley and Defendant Liberty Life Assurance Company of Boston file this Joint Stipulated Record pursuant to the Court's Order.

A. Group Disability Income Policy (Liberty/Keathley 001-048);

B. Denial of Appeal Correspondence (Liberty/Keathley 061-071); and

C. Administrative Record (Liberty/Keathley 049-060 and 072-645).

Dated: October 9, 2018.

Respectfully submitted,

By: /s/ Daniel A. Webb

Daniel A. Webb, Ark. Bar No. 2000113
DANIEL A. WEBB, P.A.
111 Center Street, Suite 1200
Little Rock, Arkansas 72201
(501) 372-2400
Email: dwebblaw@att.net

ATTORNEYS FOR PLAINTIFF

- AND –

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT