**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 5716432 Claim Last Updated 05/10/2018 Printed On 6/15/2018

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | SHANE KEATHLEY | SSN | | Birth Date | |
| Address | | Salary Amount $ | 7717.02 | Mode | M |
| | | Date of Hire | 10/23/2000 | | |
| | | Last Work Date | 12/01/2015 | | |
| | | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Sedentary | | |

JobDesc SENIOR TL OF ENGINEERING

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Own Occ | Received Date | 03/28/2016 |
| Disability Date | 12/02/2015 | Close Date | 11/08/2017 | Reopen Date | |
| Sick Days Left | 182 | Max Ben Date | 07/15/2039 | RTW FT / PT | |
| Ben Begin Date | 06/01/2016 | Apprv Thru Date | 11/07/2017 | Gross Ben $ | |

Diagnosis 1 Code/Desc I25.5 Ischemic cardiomyopathy

Diagnosis 2 Code/Desc F33 Major depressive disorder, recurrent

Policyholder Information

Customer ID 04 - 444153 ACXIOM CORPORATION

Subsidiary 0000

Location 00000000 ACXIOM CORPORATION

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2014

Class 01 ALL FULL-TIME EMPLOYEES PAID ON US PAYROLL

Waiting Period: New/Mode-Current/Mode 0 | | 0 | Days in WRKWK | Pre-X 3-1

Elimination Period: Days/Type 180 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 7.00 Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 10/23/2000 |

Additional Information:

EXHIBIT

C, part 1

**Note Report**

Report | Clear | Print | Help

AS Accom | AS Event | Add Note | Appeal | Claim | Coord Claim Note | Correspond | Doc List | Employee | Leave | Life Claim | Lve Addtl Info | Lve Correspondence | Lve Program | Lve Work Sched | Medical | Medical History | Note | SPELL Letters | Scheduled Pmt | Task Print | Task Rpt | Tasks

Claim

* **Claim/Event/Leave Number** 5716432 **Accommodation Number**

**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**05/10/2018 12:41 PM - CLAIM Note 86**
Claim/Event/Leave: 5716432
NoteSubject : Appeal
Other Subject : OUT/UPHOLD
Text: [05/10/2018 - COLE, MICHELLE]APPEAL REVIEW COMPLETE. DENIAL UPHELD. REVIEW OF THE CLAIM FILE DOCUMENTATION AND INFORMATION RECEIVED ON APPEAL DOES NOT OFFER FINDINGS TO ALTER THE PRIOR DECISION TO DENY LTD BENEFITS.

**05/10/2018 11:30 AM - CLAIM Note 85**
Claim/Event/Leave: 5716432
NoteSubject : Appeal
Other Subject : REVIEW
Text: [05/10/2018 - SNEIRSON, KARILANN]AGREE

**05/10/2018 8:19 AM - CLAIM Note 84**
Claim/Event/Leave: 5716432
NoteSubject : Appeal
Other Subject : MGR REVIEW
Text: [05/10/2018 - COLE, MICHELLE]CLAIM FILE TO MANAGER FOR REVIEW.

**04/26/2018 11:34 AM - CLAIM Note 83**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/26/2018 - MUELLER, JACQUELINE]INVOICE RECEIVED ON 04/25/2018 AND DATED 04/24/2018 FROM MES SOLUTIONS. INV # ,549555 IN THE AMOUNT OF $1346.62 FOR CARDIOVASCULAR DISEASE PEER REVIEW PERFORMED BY RIZWAN KARATELA . INVOICE PAID IN FULL.

**04/13/2018 2:27 AM - CLAIM Note 82**
Claim/Event/Leave: 5716432
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 4/11/2018 - REFERRED TO MES SOLUTIONS FOR PEER REVIEW.

**04/12/2018 9:30 AM - LIFE Note 1**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : COPY WORK
Text: [04/12/2018 - BRETON, CINDY]EXPORTED DOC LIST TO ZIP FILE. EMAILED TO MES

**04/11/2018 4:26 PM - CLAIM Note 81**
Claim/Event/Leave: 5716432
NoteSubject : Appeal
Other Subject :
Text: [04/11/2018 - COLE, MICHELLE]NEW APPEAL ASSIGNMENT ACKNOWLEDGED. CODING VERIFIED. CLAIM FILE REFERRED TO MES FOR CARDIOLOGY PEER

**04/11/2018 3:02 PM - CLAIM Note 80**
Claim/Event/Leave: 5716432
NoteSubject : LTR to Atty
Other Subject : APPEAL ACK
Text: [04/11/2018 - GAUTHIER, MEGAN]ASSIGNED TO ARC

**04/11/2018 3:01 PM - CLAIM Note 79**
Claim/Event/Leave: 5716432

Claim/Event/Leave: 5716432
NoteSubject : Appeal
Other Subject : ASSIGNED TO ARC
Text: [04/11/2018 - GAUTHIER, MEGAN]VERIFIED COMPLETE APPEAL. ASSIGNED TO MICHELLE COLE.

**04/11/2018 2:43 PM - PHONE Note 18**
Claim/Event/Leave: 5716432
NoteSubject : Other Called
Other Subject : COMPLETE APPEAL
Text: [04/11/2018 - GAUTHIER, MEGAN]ATTY CALLED TO VERIFY THAT PACKET WAS REC'D. ATTY STATED EE IS LOOKING AT A BAD DX AT THIS TIME AND THERE SHOULD BE INFO TO REVERSE THE DECISION. ATTY ADV HIS CARDIO WAS DETERMINED HIS CONDITION IS CLASS 3 AND NOT CLASS2 AND A VOCATIONAL EXPERT REVIEWED THE INFORMATION AS WELL. ATTY STATED DOES NOT SEE THE EE GETTING BACK TO WORK AND IS ON APPROVED SSDI. ATTY ADV THIS IS CAUSING A LOT OF HARDSHIP FOR EE. ATTY CONFIRMED THE CLAIM IS ALL SET AND READY TO GO FOR REVIEW. ATTY STATED HOPES WE CAN GET THIS DONE QUICKLY AND ONCE SOMEONE STARTS REVIEWING IT, THEY SHOULD SEE HE IS DISABLED. AA EXP U/S, VERIFIED WILL ASSIGN CLAIM. VERIFIED APPEAL TIMEFRAME AND PROCESS, VERIFIED ATTY FAX#. NFQ.

**04/11/2018 1:28 PM - CLAIM Note 78**
Claim/Event/Leave: 5716432
NoteSubject : Appeal
Other Subject : PRE-SCREEN COMPLETE
Text: [04/11/2018 - GAUTHIER, MEGAN]CLAIM CLOSD NTD OO EFF 11/7/17. 180 DAY APPEAL TIMEFRAME; 5/4/18 DEADLINE. JD/AUTH ON FILE. SINCE CLAIM CLOSURE, RECEIVED LTR FROM AP CILINGIROGLU DATED 11/10/17; REQUEST FOR COMPLETE CLAIM FILE AND SIGNED AUTH OF REP FROM ATTY DANIEL WEBB; NOA FROM ATTY DATED 4/4/18 W/ CARDIAC MEDICAL SOURCE STATEMENT DATED 1/10/18 FROM AP CILINGIROGLU; RECORDS FROM AP CILINGIROGLU DATED 5/3/17 THRU 1/10/18;RECORDS FROM APN STAGE DATED 9/13/17 THRU 2/23/18; RECORDS FROM AP BEAU DATED 10/24/17; VOCATIONAL ASSESSMENT FROM ROBERT WHITE DATED 2/26/18; AFFIDAVIT FROM EE DATED 3/26/18. UNCLEAR IF COMPLETE APPEAL. AA TO COMPLETE APPEAL INTAKE.

**04/11/2018 1:27 PM - PHONE Note 17**
Claim/Event/Leave: 5716432
NoteSubject : Called Other
Other Subject : ATTY
Text: [04/11/2018 - GAUTHIER, MEGAN]CALLED ATTY DANIEL WEBB @ 501-372-2400. REACHED ANSWERING SERVICE. ADV NEED TO KNOW IF ATTY PLANS TO SUBMIT ANY ADD'TL DOCUMENTATION FOR CLAIM. PROVIDED AA CONTACT INFO. VERIFIED ATTY WILL C/B.

**04/11/2018 8:39 AM - CLAIM Note 77**
Claim/Event/Leave: 5716432
NoteSubject : Appeal
Other Subject : REFERRAL RECEIVED
Text: [04/11/2018 - WINTERER, NANCY]ASSIGNED TO MEGAN GAUTHIER

**04/11/2018 2:27 AM - CLAIM Note 76**
Claim/Event/Leave: 5716432
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 4/10/2018 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**04/10/2018 11:45 AM - CLAIM Note 75**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [04/10/2018 - BREWSTER, TRISHA]AGREE WITH RECOMMENDATION TO REFER TO THE ARU

**04/10/2018 11:42 AM - CLAIM Note 74**
Claim/Event/Leave: 5716432
NoteSubject : Ref to Appeals
Other Subject : MANAGER REC
Text: [04/10/2018 - BELANGER, JESSICA]SENT RECOMMENDATION TO MANAGER TO REFER CLAIM TO ARU. CLAIMANT IS A 45 YEAR OLD SOFTWARE ENGINEER FOR ACXIOM CORP. DOD: 12/2/15, LTD BBD: 6/1/16 DUE TO CAD, ISCHEMIC CARDIOMYOPATHY. SSDI IS AWARDED. UPDATED MEDICAL RECORDS WERE GATHERED FOR ONGOING REVIEW AND UPDATED PEER REVIEW SUPPORTED THAT CLAIMANT WOULD HAVE SUSTAINED SEDENTARY WORK CAPACITY. PEER TO PEER WAS SUCCESSFUL WITH TREATING CARDIOLOGIST, WHO AGREED THAT CLAIMANT WAS CAPABLE OF SEDENTARY LEVELACTIVITIES, INCLUDING WORK. OA CONFIRMS OCC IS SEDENTARY. CLAIM CLOSED FOR NOT TD OWN OCC ONGOING AND APPEAL HAS BEEN RECEIVED. RECOMMEND REFERRAL TO ARU

**04/10/2018 11:41 AM - CLAIM Note 73**
Claim/Event/Leave: 5716432
NoteSubject : Appeal
Other Subject : RECEIVED
Text: [04/10/2018 - BELANGER, JESSICA]RECEIVED LETTER OF APPEAL FROM ATTY WITH SOME UPDATED MED RECS, VOCATIONAL REVIEW AND AFFIDAVIT OF EE.

**11/27/2017 10:11 AM - CLAIM Note 72**
Claim/Event/Leave: 5716432

NoteSubject : Other
Other Subject : FILE REQUEST
Text: [11/27/2017 - BELANGER, JESSICA]RECEIVED LETTER OF REP FROM ATTY DANIEL A WEBB, ADVISED REPRESENTING EE AND ASKED FOR A COPY OF THE CLAIM FILE. REQUEST TO ADMIN TO COPY FILE AND PROVIDE TO ATTORNEY AS REQUESTED

**11/13/2017 3:22 PM - PHONE Note 16**
Claim/Event/Leave: 5716432
NoteSubject : Called EE
Other Subject : RTC
Text: [11/13/2017 - PELLETIER, BRANDY]RTC TO CLMT FROM VM LEFT FOR ADCM ON FRIDAY 11/10 AT AT 2:04PM. EE LVM STATING HE HAD QUESTIONS AND REQUESTED A RTC ........ DCM RTC AND SP/W CLMT. CONFIRMED THAT I WAS CALLING ON BEHALF OF ADCM WHO IS OUT OF THE OFFICE, BUT WANTED TO RETURN THE CALL TO HIM. HE ASKED TO CONFIRM RECEIPT OF CORRESPONDENCE FROM HIS AP (DR MEHMET CILINGIROGLU). DCM CONFIRMED DOCUMENT RCVD ON 11/10 AND EXPLAINED NATURE OF THE LTR. EE ASKED IF THAT WOULD CHANGE THE CLAIM DETERMINATIONAND EXPLAINED THAT HE WOULD STILL NEED TO FILE A FORMAL APPEAL. CONFIRMED THAT HE WILL SUBMIT HIS WRITTEN LTR AND THAT DCM WILL CALL TO CONFIRM ONCE RCVD. ENCOURAGED HIM TO DOCUMENT HIS CONCERNS THERE IN HIS LTR AND IF THERE'S ANY OTHER MEDICAL DOCUMENTATION HE WISHED TO BE CONSIDERED, TO HAVE IT SUBMITTED WITH THE APPEAL.

**11/08/2017 8:45 AM - CLAIM Note 71**
Claim/Event/Leave: 5716432
NoteSubject : LTR to EE
Other Subject : OVERNIGHT
Text: [11/08/2017 - MCLENDON, CARLA]TRACKING 1Z24896X0199952937

**11/08/2017 2:28 AM - CLAIM Note 70**
Claim/Event/Leave: 5716432
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF CHANGE BENEFIT END DATE OR SUSPEND BENEFITS HAS BEEN RECEIVED AND ASSIGNED TO JOSHUA PORTER.

**11/08/2017 2:28 AM - CLAIM Note 69**
Claim/Event/Leave: 5716432
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR CHANGE BENEFIT END DATE OR SUSPEND BENEFITS. BEN END:11/7/2017 COMMENTS: PLEASE ADJUST

**11/07/2017 2:34 PM - CLAIM Note 68**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : FINANCIAL SERVICES
Text: [11/07/2017 - PORTER, JOSHUA]REFERRAL RECEIVED CHANGED BENEFIT END DATE TO 11/7/2017 PER DCM REQUEST

**11/07/2017 12:32 PM - PHONE Note 15**
Claim/Event/Leave: 5716432
NoteSubject : Called EE
Other Subject : CLOSURE
Text: [11/07/2017 - BELANGER, JESSICA]CALL TO EE, SPOKE WITH EE. ADVISED THAT WE COMPLETED THE REVIEW OF HIS ONGOING BENEFITS AND DETERMINED HE IS CAPABLE OF PERFORMING FULL TIME SED LEVEL ACTIVITIES. HE ASKED HOW THAT WAS, EXPLAINED CP REVIEW WITH PEERTO PEER CONTACT WHERE AP AGREED THAT HE HAD FULL TIME SED CAPACITY. HE ADVISE DHE HAS FATIGUE, MAYBE COULD WORK A FEW DAYS, BUT THEN WOULD NEED TO REST FOR A FEW DAYS. HE THINKS HE HAS NO MORE THAN PART TIME CAPACITY. EXPLAINED THAT HIS PROVIDER INDICATED FULL TIME CAPACITY IN CONVERSATION BETWEEN THE DOCTORS BUT I DID NOT SEE THE SIGNED COPY OF THE LETTER BACK TO THE DR. HE ASKED WHY WE DIDN'T WAIT FOR THAT BECAUSE LAST TIME HE TOLD THE DR WHAT WE SAID IN OUR REVIEW AND THE DR SAID THAT HENEVER SAID THOSE THINGS. EXPLAINED THAT THE SIGNED LETTER IS NOT REQUIRED AND THE INFORMATION IN TOTALITY SUPPORTED SED CAPACITY. EXPLAINED THAT WE WERE SENDING THE LETTER TO HIM AND HE CAN APPEAL THE DECISION WITH THE INFORMATION HE HAS, NO BEARINGON SSDI CLAIM. HE SAID HE WILL HAVE TO PUT HIS HOUSE UP FOR SALE. HE WILL CALL ME WHEN HE GETS THE LETTER. I THANKED HIM, CALL ENDED.

**11/07/2017 10:27 AM - CLAIM Note 67**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [11/07/2017 - BREWSTER, TRISHA]BASED ON THE CLINICAL REVIEW FINDINGS, THE AP CONTACT AND AGREEMENT AND THE OA IDENTIFYING OCC CAN BE PERFORMED ON A SEDENTARY LEVEL, AGREE WITH RECOMMENDATION TO CLOSE CLAIM AS EE NO LONGER MEETS DEF OF DISABILITY

**11/07/2017 7:58 AM - CLAIM Note 66**
Claim/Event/Leave: 5716432
NoteSubject : Closed
Other Subject : NOT TD ONGOING
Text: [11/07/2017 - BELANGER, JESSICA]SENT RECOMMENDATION TO MANAGER TO CLOSE LTD CLAIM FOR NOT TD OWN OCC ONGOING. CLAIMANT IS A 45 YEAR OLD SOFTWARE ENGINEER FOR ACXIOM CORP. DOD: 12/2/15, LTD BBD: 6/1/16 DUE TO CAD, ISCHEMIC CARDIOMYOPATHY. SSDI ISAWARDED. UPDATED MEDICAL RECORDS WERE GATHERED FOR ONGOING REVIEW AND UPDATED PEER REVIEW SUPPORTED THAT CLAIMANT WOULD HAVE SUSTAINED SEDENTARY WORK

REVIEW AND UPDATED PEER REVIEW SUPPORTED THAT CLAIMANT WOULD HAVE SUSTAINED SEDENTARY WORK CAPACITY. PEER TO PEER WAS SUCCESSFUL WITH TREATING CARDIOLOGIST, WHO AGREED THAT CLAIMANT WAS CAPABLE OF SEDENTARY LEVEL ACTIVITIES, INCLUDING WORK. OA CONFIRMS OCC IS SEDENTARY. **BASED ON THE UPDATED MEDICAL RECORDS AND THE AGREEMENT FROM THE TREATING PROVIDER THAT EE CAN PERFORM OWN OCC, I RECOMMEND CLAIM CLOSURE FOR NOT TD OWN OCC ONGOING.

**10/23/2017 12:37 PM - PHONE Note 14**
Claim/Event/Leave: 5716432
NoteSubject : EE Called
Other Subject : RC
Text: [10/23/2017 - BELANGER, JESSICA]EE CALLED, RETURNING CALL. ASKED HIM IF HE WAS TREATING WITH ANY OTHER PROVIDERS OTHER THAN CARDIOLOGIST WITH ARK HEART HOSPITAL AHHC MAIN. HE SAID NO, THESE ARE HIS ONLY PROVIDERS. ADVISED THAT HIS CLAIM WAS UNDERGOING REVIEW FOR ONGOING BENEFITS AND WE WOULD BE IN CONTACT WITH HIM ONCE THE REVIEW WAS COMPLETED. THANKED HIM FOR THE RC, CALL ENDED.

**10/23/2017 11:13 AM - PHONE Note 13**
Claim/Event/Leave: 5716432
NoteSubject : Called EE
Other Subject : UPDATE - PSYCH?
Text: [10/23/2017 - BELANGER, JESSICA]CALL TO EE, LVM ASKING FOR A RC, ADVISED WE ARE DOING A REVIEW OF HIS CLAIM AND ASKED IF THERE ARE OTHER PROVIDERS OTHER THAN THE ARKANSAS HEART HOSPITAL THAT WE NEED TO REQUEST MED RECS FROM.

**10/23/2017 9:13 AM - CLAIM Note 65**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : REPORT RECEIVED
Text: [10/23/2017 - BELANGER, JESSICA]LMCP REPORT RECEIVED, SUCCESSFUL CONTACT WITH AP AND AGREEMENT OF R&L'S.

**10/13/2017 2:29 AM - CLAIM Note 64**
Claim/Event/Leave: 5716432
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 10/12/2017 - REFERRED TO CONSULTING PHYSICIAN FOR FULL REVIEW.

**10/12/2017 8:43 AM - CLAIM Note 63**
Claim/Event/Leave: 5716432
NoteSubject : Ref to Other
Other Subject : PEER - CARDIOLOGY
Text: [10/12/2017 - BELANGER, JESSICA]ASKED FOR PEER REVIEW WITH AP CONTACT TO DETERMINE SUSTAINED SEDENTARY CAPACITY.

**10/12/2017 8:37 AM - CLAIM Note 62**
Claim/Event/Leave: 5716432
NoteSubject : Med Records Rcvd
Other Subject : AHHC
Text: [10/12/2017 - BELANGER, JESSICA]RECEIVED MED RECS FROM CARDIOLOGIST. NOTES SEEN IN F/U FOR ISCHEMIC CARDIOMYOPATHY AND CAD. NO CHEST PAIN, NO SYNCOPE, ICD. FOLLOW UP 3 MONTHS.

**10/11/2017 2:12 PM - CLAIM Note 61**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [10/11/2017 - NEAULT, TAMIE]INVOICE RECEIVED ON 10/09/2017 FROM VENDOR CIOX, INVOICE #0227966995, IN THE AMOUNT OF $29.21, FOR SERVICE TYPE MEDICAL RECORDS. INVOICE PAID IN FULL.

**10/03/2017 2:53 PM - CLAIM Note 60**
Claim/Event/Leave: 5716432
NoteSubject : Action Plan
Other Subject : CID
Text: [10/03/2017 - BELANGER, JESSICA]UPDATING MED RECS FOR REVIEW OF ONGOING, UPCOMING CID REVIEW. FURTHER ACTION PLAN TO BE DETERMINED BASED ON MEDICAL UPDATE

**09/28/2017 9:02 AM - CLAIM Note 59**
Claim/Event/Leave: 5716432
NoteSubject : LTR to AP
Other Subject : AHHC MAIN
Text: [09/28/2017 - BELANGER, JESSICA]REQUESTED MED RECS DATED 6/15/17-PRESENT

**07/05/2017 1:50 PM - CLAIM Note 58**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [07/05/2017 - KANE, AMANDA]RECD INV FROM CIOX ON 6/30/17, INV # 0220003364, IN THE AMT OF $42.01 FOR 14 PGS OF RECORDS FROM ARKANSAS HEART HOSP. INV PD.

**07/05/2017 8:51 AM - CLAIM Note 57**
Claim/Event/Leave: 5716432
NoteSubject : Med Records Rcvd
Other Subject : AHHC MAIN
Text: [07/05/2017 - BELANGER, JESSICA]RECEIVED MED RECS AS REQUESTED. MOST RECENT OVN DATED 6/14/17 NOTES SEEN FOR F/U OF ISCHEMIC CARDIOMYOPATHY AND CAD. NO CHEST PAIN, NO SYNCOPE. ECHOCARDIOGRAM SHOWS EF AT 25-30%. FOLLOW UP 3 MONTHS.

**06/21/2017 8:51 AM - CLAIM Note 56**
Claim/Event/Leave: 5716432
NoteSubject : LTR to AP
Other Subject : AHHC MAIN
Text: [06/21/2017 - BELANGER, JESSICA]SENT REQUEST FOR MED RECS DATED 2/2017-PRESENT.

**05/24/2017 2:13 PM - PHONE Note 12**
Claim/Event/Leave: 5716432
NoteSubject : EE Called
Other Subject : ADDRESS
Text: [05/24/2017 - BELANGER, JESSICA]EE CALLED, LVM THAT HIS ADDRESS CHANGED. UPDATED EE SCREEN, NO CALL BACK REQUESTED

**02/20/2017 8:08 AM - CLAIM Note 55**
Claim/Event/Leave: 5716432
NoteSubject : Action Plan
Other Subject : UPDATE MED 6/2017
Text: [02/20/2017 - BELANGER, JESSICA]44 YEAR OLD SENIOR TEAM LEAD OF ENGINEERING FOR ACXIOM CORP. DOH: 10/23/2000. DLW: 12/1/2015, DOD 12/2/15, BBD: 6/1/16. DX: CARDIOMYOPATHY, MAJOR DEPRESSION **SSDI IS AWARDED** AP INDICATES NO RTW IN STRESSFUL ENVIRONMENT. UPDATED MEDICAL 1/2017 SUPPORT LEAD REVISIONS. MEDICAL CONTINUES TO SUPPORT R&L'S FROM OWN OCC. PLAN TO UPDATE MEDICAL IN 6/2017 FOR ONGOING SUPPORT AND ACTION.

**02/20/2017 8:06 AM - CLAIM Note 54**
Claim/Event/Leave: 5716432
NoteSubject : Med Records Rcvd
Other Subject : ARK HEART
Text: [02/20/2017 - BELANGER, JESSICA]RECEIVED MED RECS FROM ARK HEART AS REQUESTED. 1/3/17 NOTES RECENTLY HAD LEAD REVISION. 1/31/17 NOTES CONTINUE ICD MONITORING, F/U IN 3 MONTHS.

**02/15/2017 9:59 AM - CLAIM Note 53**
Claim/Event/Leave: 5716432
NoteSubject : LTR to AP
Other Subject : ARK HEART
Text: [02/15/2017 - BELANGER, JESSICA]SENT REQUEST TO ARK HEART FOR UPDATED MED RECS DATED 12/2016-PRESENT.

**02/15/2017 9:59 AM - PHONE Note 11**
Claim/Event/Leave: 5716432
NoteSubject : Called EE
Other Subject : UPDATE
Text: [02/15/2017 - BELANGER, JESSICA]CALL TO EE, LVM ASKING FOR A MEDICAL UPDATE SINCE WE LAST SPOKE - ANY CHANGES TO CONDITION?

**12/21/2016 2:40 PM - PHONE Note 10**
Claim/Event/Leave: 5716432
NoteSubject : EE Called
Other Subject : UPDATE
Text: [12/21/2016 - BELANGER, JESSICA]EE CALLED WITH A MEDICAL UPDATE. HE HAD ICD LEADS REPLACED ON 12/19 AND CAN'T DO MUCH FOR 30 DAYS. HE ALSO GAVE ME UPDATED FAX FOR AHHC MAIN, AND IF WE NEED HOSPITAL RECS, WE NEED TO SEND FAX TO 501-219-7257. HE ASKED ME IF WE ASKED AN INVESTIGATOR TO FOLLOW HIM AND I CONFIRMED WE REQUESTED AN ACTIVITY VERIFICATION TO CONFIRM INFO WE HAVE ON FILE. HE SAID YOU CAN'T FAKE CONGESTIVE HEART FAILURE AND AS PART OFHIS DISABILITY, HE CAN'T BE UNDER ANY STRESS. HE ISCONSTANTLY LOOKING OVER HIS SHOULDER AND THAT IS VERY STRESSFUL, HE WAS CONCERNED ABOUT HIS WIFE BEING FOLLOWED AND SAID HE HOPED THAT WE WOULD NOT BE DOING THIS ANYMORE, HE IS NOT FAKING. HE SAID THAT HIS FAMILY IS BUILDING A HOUSE AND HE IS SUBCONTRACTING ALL OF THE WORK OUT, HE IS ORGANIZING ALL OF THAT INFORMATION BUT NOT ACTUALLY BUILDING A HOUSE. HE WAS UPSET THAT THE INVESTIGATOR LIED TO HIM, GAVE HIM A FAKE NAME AND TOLD HIM HE WAS A REAL ESTATE INVESTOR IN THE AREA. WE AGREED TO TOUCH BASE IN A FEW MONTHS WITH A MED UPDATE. HE THANKED ME, CALL ENDED.

**12/14/2016 12:53 PM - CLAIM Note 52**
Claim/Event/Leave: 5716432
NoteSubject : Med Records Rcvd
Other Subject : ARK HEART
Text: [12/14/2016 - BELANGER, JESSICA]RECEIVED MED RECS FROM ARK HEART AS REQUESTED.

**12/14/2016 12:28 PM - CLAIM Note 51**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : VENDOR INVOICE

Other Subject : VENDOR INVOICE
Text: [12/14/2016 - BELANGER, JESSICA]RECEIVED VENDOR INVOICE FOR SURVEILLANCE EFFORTS, INVOICE 209885 DATED 12/12/16, $825.00. ISSUED PAYMENT TO TAX ID 72-0827028 AS REQUESTED.

**12/14/2016 12:23 PM - CLAIM Note 50**
Claim/Event/Leave: 5716432
NoteSubject : Surveillance
Other Subject : COMPLETE
Text: [12/14/2016 - BELANGER, JESSICA]SURVEILLANCE EFFORTS COMPLETED, EE OBSERVED ON 2 OF 2 DAYS; ON DAY 2 ASKED INVESTIGATOR IF HE WAS HIRED BY LM.

**12/05/2016 2:34 PM - CLAIM Note 49**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : CERTIFIED
Text: [12/05/2016 - LAMONT, JOY]TRACKING NUMBER 91 7199 9991 7036 3664 4388

**12/05/2016 11:10 AM - CLAIM Note 48**
Claim/Event/Leave: 5716432
NoteSubject : Notice/Proof Review
Other Subject : DUE 1/18
Text: [12/05/2016 - BELANGER, JESSICA]SENT N&P LETTER TO EE VIA CERTIFIED MAIL FOR UPDATED MED RECS FROM AR HEART, AS WELL AS ANY OTHER TREATING PROVIDERS DATED 7/2016-PRESENT NO LATER THAN DAY 45 - 1/18/2016. F/U SET TO CONFIRM RECEIPT.

**11/19/2016 2:31 AM - CLAIM Note 47**
Claim/Event/Leave: 5716432
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 11/18/2016 - REFERRED TO HUB ENTERPRISES FOR SIU VENDOR SERVICES.

**11/18/2016 10:34 AM - CLAIM Note 46**
Claim/Event/Leave: 5716432
NoteSubject : Ref to Special Invest
Other Subject : SURVEILLANCE
Text: [11/18/2016 - BELANGER, JESSICA]REQUESTED ACTIVITY VERIFICATION - 5 DAYS WITH HUB

**11/18/2016 10:26 AM - CLAIM Note 45**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : SEC REQUEST
Text: [11/18/2016 - BELANGER, JESSICA]SEC REQUEST FOR MED RECS & R&L'S FORM FROM ARKANSAS HEART

**11/02/2016 10:01 AM - CLAIM Note 44**
Claim/Event/Leave: 5716432
NoteSubject : LTR to AP
Other Subject : ARK HEART
Text: [11/02/2016 - BELANGER, JESSICA]SENT REQUEST TO ARKANSAS HEART HOSPITAL CLINIC FOR MED RECS DATED 10/1/16-PRESENT AS WELL AS R&L'S FORM.

**10/03/2016 1:47 PM - PHONE Note 9**
Claim/Event/Leave: 5716432
NoteSubject : Called EE
Other Subject : UPDATE
Text: [10/03/2016 - BELANGER, JESSICA]CALL TO EE, TO INTRO. SPOKE WITH EE FOR MEDICAL UPDATE. HE SAID THAT HE IS HAVING AN INCREASE IN CARDIAC SYMPTOMS, HE IS WORKING AT USING THE CPAP MORE. HE IS GOING TO SEE AR HEART AGAIN AT THE END OFTHE MONTH FOR A ROUTINE CHECK UP. ADVISED I WILL F/U TO REQUEST THOSE MED RECS ONCE AVAIL. HE SHOULD KNOW MORE ABOUT HIS ONGOING STATUS AFTER THAT APPOINTMENT. THANKED HIM FOR THE UPDATE, CALL ENDED.

**09/19/2016 2:44 PM - CLAIM Note 43**
Claim/Event/Leave: 5716432
NoteSubject : Action Plan
Other Subject : UPDATE MED RECS
Text: [09/19/2016 - BELANGER, JESSICA]44 YEAR OLD SENIOR TEAM LEAD OF ENGINEERING FOR ACXIOM CORP. DOH: 10/23/2000. DLW: 12/1/2015, DOD 12/2/15, BBD: 6/1/16. DX: CARDIOMYOPATHY, MAJOR DEPRESSION **SSDI IS AWARDED** AP INDICATES NO RTW IN STRESSFUL ENVIRONMENT. ***ACTION PLAN: UPDATE CALL WITH EE TO DETERMINE ONGOING STATUS, DISCUSS VR INTERVENTION, OBTAIN SPECIFIC R&L'S FROM AP ABOUT POTENTIAL RTW ALT OCC.

**09/19/2016 10:42 AM - CLAIM Note 42**
Claim/Event/Leave: 5716432
NoteSubject : LTR to EE
Other Subject : CHANGE IN DCM
Text: [09/19/2016 - BELANGER, JESSICA]SENT CHANGE IN DCM LETTER TO EE

**08/23/2016 9:38 AM - CLAIM Note 41**
Claim/Event/Leave: 5716432

NoteSubject : Med Records Rcvd
Other Subject : ARKANSAS HEART
Text: [08/23/2016 - KIERNAN, ELIZABETH]CLT SUBMITTED OV'S, ECHO RPT FROM 7.19.16. ECHO NOTED EF 25 TO 30%. SEVERELY DECREASED GLOBAL LEFT VENTRICULAR SYSTOLIC FUNCTION.

**08/11/2016 8:13 AM - CLAIM Note 40**
Claim/Event/Leave: 5716432
NoteSubject : Notice/Proof Review
Other Subject : REMINDER
Text: [08/11/2016 - KIERNAN, ELIZABETH]LETTER TO CLT, LITTLE ROCK CLINIC DUE 8.27 OR SUSP

**08/01/2016 2:38 PM - PHONE Note 8**
Claim/Event/Leave: 5716432
NoteSubject : EE Called
Other Subject : STATUS
Text: [08/01/2016 - KIERNAN, ELIZABETH]PER CLT, GOT RESULTS OF ECHO AT DR BEAU APPT. EF IS 30%. FU IN 6 MONTHS. HE IS SUPPOSED TO USE A CPAP BUT CANNOT SLEEP WITH IT SO WILL BE WEARING A MONITOR WHILE HE SLEEPS TO CHECK HIS O2 LEVELS WHILE SLEEPING. NO NEW DRS, NO NEW TX PLAN. ADVISED OF REQ TO DR BEAU.

**07/28/2016 9:49 AM - PHONE Note 7**
Claim/Event/Leave: 5716432
NoteSubject : Called EE
Other Subject : STATUS
Text: [07/28/2016 - KIERNAN, ELIZABETH]LEFT VMX. ASKED FOR STATUS AND CB, ADVISED OF MED REQUEST,

**07/28/2016 9:45 AM - CLAIM Note 39**
Claim/Event/Leave: 5716432
NoteSubject : Notice/Proof Review
Other Subject : MED REQ/NP
Text: [07/28/2016 - KIERNAN, ELIZABETH]REQ LITTLE ROCK CLINIC, DR SCOTT BEAU FROM 7.1.16 TO PRESENT. CLT HAD APT ON 7.19. NP LETTER TO CLT, RECORDS DUE BY 8.27

**06/20/2016 3:32 PM - CLAIM Note 38**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : ADD DD
Text: [06/20/2016 - HOLTZ, JORDAN]ACCT 030052122 ROUTING 082901538

**06/17/2016 8:52 AM - CLAIM Note 37**
Claim/Event/Leave: 5716432
NoteSubject : Med Records Rcvd
Other Subject : CILIGIROGLU MD
Text: [06/17/2016 - KIERNAN, ELIZABETH]CLT SUBMITS NOTE FROM AP UNDATED. STATES DX, EF OF 25-30% BY MOST RECENT ECHO. RECOMMEND NO RTW, NO EMOTIONALLY OR PHYSICALLY STRESSFUL ENVIRONMENT

**06/17/2016 8:50 AM - CLAIM Note 36**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : WITHHOLDING
Text: [06/17/2016 - KIERNAN, ELIZABETH]ADDED WITHHOLDING REQUEST

**06/17/2016 8:49 AM - CLAIM Note 35**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : FORMS
Text: [06/17/2016 - KIERNAN, ELIZABETH]DD APP RECD AND FORWARDED TO P WRIGHT. WITHHOLDING REQ RECD, REQ $182.00 PER MONTH.

**06/15/2016 1:53 PM - PHONE Note 6**
Claim/Event/Leave: 5716432
NoteSubject : Called EE
Other Subject : STATUS
Text: [06/15/2016 - KIERNAN, ELIZABETH]RTC TO CLT, HE WAS ON HIS WAY TO DR MEMET. HE HAD QUESTIONS ABOUT CLAIM, EXPLAINED REASON FOR APPROVAL, IE SUSTAINABILITY, MN LIMITATION, CID REVIEW, UPDATING MED RECORDS AT INTERVALS.

**06/02/2016 11:31 AM - CLAIM Note 34**
Claim/Event/Leave: 5716432
NoteSubject : Approved
Other Subject : LTD
Text: [06/02/2016 - KIERNAN, ELIZABETH]LETTER TO CLT WITH DD AND W-4S. CALLED CLT ADVISED OF APPROVAL BASED ON UNKNOWN SUSTAINABILITY. CLT STATES GOING FORWARD MAIN DR WILL BE DR SCOTT BEAU, WHO GAVE HIM CLASS III. OBTAINED NOV DATES FOR DR BEAU - 7.19.16, AND DR MEMET, 10.26.16. CLT REPORTS TERM FROM ER EFF 6.1.16, OFFERED VOC, CLT WILL WAIT UNTIL AFTER HIS OV WITH DR BEAU TO SEE IF THERE IS ANY IMPROVEMENT PRIOR TO CONSIDERING VOC. ADVISED OF BENEFIT OFFSET FOR SSD AND SSDP,

**06/02/2016 10:20 AM - CLAIM Note 33**

Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [06/02/2016 - BREWSTER, TRISHA]AGREE WITH RECOMMENDATION TO APPROVE CLAIM AT THIS TIME; ACCORDING TO CLINICAL REVIEW, SUSTAINED SEDENTARY CAPACITY IS NOT KNOWN; THE CLMT IS OKAY TO TRY IT, HOWEVER, HE HAS SIGNIFICANT SYMPTOMS ASSOCIATED WITH DOCUMENTED CARDIAC DIAGNOSIS; GIVEN THE UNRELIABLE NOTION OF SUSTAINED WORK CAPACITY AND OVERALL FACTS, APPROVAL IS REASONABLE WITH FOCUS ON POTENTIAL ATTEMPT AT RTW, VOC SERVICES, AND ADDITIONAL CARDIO REVIEW / SURVEILLANCE

**06/02/2016 9:50 AM - CLAIM Note 32**
Claim/Event/Leave: 5716432
NoteSubject : Action Plan
Other Subject : MGR REVIEW
Text: [06/02/2016 - KIERNAN, ELIZABETH]43 YOM. OCC: SENIOR TL OF ENGINEERING. OA: SEDENTARY DX: ISCHEMIC CARDIOMYOPATHY, HTN, OSA, CONGESTIVE HEART FAILURE, DEPRESSION/ANXIETY. CLASS 1, 60% BENEFIT, 100% ER CONTRIBUTION. DOH 10.23.2000 WITH ZERO WP,EDOC IS 10.20.2000 AND PRE X IS N/A. THE BBD IS 6.1.16. FILE REVIEW BY CARDIOLOGY WITH PROVIDER CONTACT NOTED SEVERE CARDIOMYOPATHY CURRENTLY IN NY HEART ASSOC CLASS I. EVALUATED FOR AN EXPERIMENTAL DEVICE, NOT FOUND TO BE A CANDIDATE. UNLIKELYTO TOLERATE PHYSICAL ACTIVITY ABOVE A SEDENTARY LEVEL, HOWEVER THE REVIEW ALSO NOTES THAT THE SEVERITY OF THE CLAIMANT S UNDERLYING CARDIOMYOPATHY MAY NOT ALLOW THE STAMINA FOR FULL TIME EMPLOYMENT. GIVEN THE NEBULOUS NATURE OF THE REVIEW FINDINGS AND NO CLEAR CONSENSUS OR ENDORSEMENT OF THE CLAIMANT S CAPACITY TO SUSTAIN EMPLOYMENT, RECOMMEND APPROVAL OF CLAIM UNDER PHYSICAL WITH MN UNDETERMINED. PLAN: COMMUNICATE APPROVAL TO CLT WHILE ADVISING OF THE NEED TO UPDATE MEDICAL RECORDS AT HIS NEXT OFFICE VISIT FOR REVIEW. ADDITIONAL SURVEILLANCE. DCM TO NOTIFY ER AS INDICATED

**06/02/2016 9:23 AM - CLAIM Note 31**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : CARDIOLOGY REVIEW
Text: [06/02/2016 - KIERNAN, ELIZABETH]REVIEW: THE CLAIMANT HAS A SEVERE CARDIOMYOPATHY BUT IS CLINICALLY IN NEW YORK HEART ASSOCIATION CLASS I INDICATING THAT HE HAS NO SYMPTOMS OF CONGESTIVE HEART FAILURE DESPITE THE SEVERITY OF HIS UNDERLYING DISORDER. HE WAS RECENTLY EVALUATED FOR AN EXPERIMENTAL DEVICE AND HAD GOOD EXERCISE TOLERANCE ON A 6 MINUTE WALK TEST WHICH CORROBORATES HIS GOOD EXERCISE TOLERANCE. IN THIS SETTING IT IS SAFE, FOR THE CLAIMANT TO RETURN TO SEDENTARY TYPE CAPACITY. AS HEHAS A RELATIVELY FIXED CARDIAC OUTPUT, IT IS UNLIKELY HE WOULD BE ABLE TO TOLERATE PHYSICAL ACTIVITY ABOVE A SEDENTARY LEVEL. INDEED, AS WAS ACKNOWLEDGED BY HIS CARDIOLOGIST DURING OUR TELEPHONE CALL, THE SEVERITY OF HIS UNDERLYING CARDIOMYOPATHYMAY NOT ALLOW HIM THE STAMINA FOR FULL-TIME EMPLOYMENT, BUT IT IS CERTAINLY SAFE FOR HIM TO ATTEMPT THIS. HIS RESTRICTIONS CAN BE CONSIDERED PERMANENT.

**05/26/2016 11:38 AM - CLAIM Note 30**
Claim/Event/Leave: 5716432
NoteSubject : Surveillance
Other Subject : RPT
Text: [05/26/2016 - KIERNAN, ELIZABETH]RPT TO FILE, CLT OBSERVED

**05/26/2016 11:38 AM - CLAIM Note 29**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : VENDOR PMT
Text: [05/26/2016 - KIERNAN, ELIZABETH]PAID INVOICE NUMBER 187385, $2512.50 TO HUB FOR SURVEILLANCE

**05/25/2016 2:30 AM - CLAIM Note 28**
Claim/Event/Leave: 5716432
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 5/24/2016 - REFERRED TO CONSULTING PHYSICIAN FOR FULL REVIEW.

**05/24/2016 4:01 PM - PHONE Note 5**
Claim/Event/Leave: 5716432
NoteSubject : Called EE
Other Subject : STATUS
Text: [05/24/2016 - KIERNAN, ELIZABETH]ADVISED OF CLAIM STATUS, UNDER REVIEW, WILL NOTIFY HIM WHEN DETERMINATION IS MADE

**05/24/2016 3:19 PM - CLAIM Note 27**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : ER STATUS REQ
Text: [05/24/2016 - KIERNAN, ELIZABETH]RESPONDED TO ER REQUEST FOR STATUS

**05/24/2016 2:53 PM - CLAIM Note 26**
Claim/Event/Leave: 5716432
NoteSubject : Ref to Other
Other Subject : CP
Text: [05/24/2016 - KIERNAN, ELIZABETH]REFERRED FOR CP CARDIOLOGY REVIEW

**05/23/2016 11:42 AM - CLAIM Note 25**
Claim/Event/Leave: 5716432
NoteSubject : Surveillance
Other Subject : REQ REPORT
Text: [05/23/2016 - KIERNAN, ELIZABETH]CANCELLED REMAINING 6.5 HRS OF SURV AND REQUESTED REPORT BE SUBMITTED

**05/16/2016 2:35 PM - CLAIM Note 24**
Claim/Event/Leave: 5716432
NoteSubject : Med Records Rcvd
Other Subject :
Text: [05/16/2016 - KIERNAN, ELIZABETH]RECD 133 PAGES, 1.29.14 TO 4.27.16

**05/12/2016 4:31 PM - CLAIM Note 23**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [05/12/2016 - FAASEN, LYNNE]SET UP SCHEDULED PAYMENT BASED ON ERS: $3858.50 SEMI-MONTHLY, SALARIED EMPLOYEE, PAYSTUB PAY PERIOD 11/16 THRU 11/30/2015: $3858.51 SEMI-MONTHLY, AND ER E-MAIL DATED 5/9/2016: NO COMMISSIONS OR BONUSES. $3858.51 * 24 WEEKS / 12 MONTHS = BME OF $7717.02. THE BENEFIT IS 60% OR $4630.21. INPUT OFFSETS FOR SSDB & SSDP PER NOA'S IN DOC LIST: SSDB: $2481.00 & SSDP: $1240.00 - PRORATED FROM BBD THRU MBD. NO DEDUCTIONS THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THEDOC LIST.

**05/09/2016 8:33 AM - CLAIM Note 22**
Claim/Event/Leave: 5716432
NoteSubject : LTR to ER
Other Subject : SALARY REQUEST
Text: [05/09/2016 - FAASEN, LYNNE]E-MAILED TO ER

**05/05/2016 8:15 AM - CLAIM Note 21**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : OA
Text: [05/05/2016 - KIERNAN, ELIZABETH]OCC IS SEDENTARY

**05/05/2016 7:52 AM - CLAIM Note 20**
Claim/Event/Leave: 5716432
NoteSubject : Voc Rehab
Other Subject :
Text: [05/05/2016 - SULLIVAN, NANCY]REVIEWED FILE. REPORT COMPLETED, DROPPED INTO SYS 1 W DCM NOTIFIED. I CLOSED MY FILE GIVEN TASK COMPLETION

**05/05/2016 2:29 AM - CLAIM Note 19**
Claim/Event/Leave: 5716432
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 5/4/2016 - REFERRED TO HUB ENTERPRISES FOR SIU VENDOR SERVICES.

**05/04/2016 2:35 PM - CLAIM Note 18**
Claim/Event/Leave: 5716432
NoteSubject : Ref to Special Invest
Other Subject : SURVEILLANCE
Text: [05/04/2016 - KIERNAN, ELIZABETH]REFERRED TO HUB

**05/04/2016 2:01 PM - PHONE Note 4**
Claim/Event/Leave: 5716432
NoteSubject : Initial EE Interview
Other Subject : FU INTERVIEW
Text: [05/04/2016 - KIERNAN, ELIZABETH]INTERVIEW COMPLETED BY PRIOR DCM. CALLED CLT FOR FU INFORMATION. ASKED ABOUT ADL'S PER CLT HE SPENDS A LOT OF THE TIME IN BED,NAPPING, COMBINATION OF HIS HEART DAMAGE AND RX. HE RETAINS FLUID, HAS SWELLING OF HIS EXTREMITIES. IS FATIGUED, HAS NO ENERGY, I ASKED ABOUT HIS STATUS SINCE SURGERY, IS HE ANY BETTER? HE STATES HIS NUMBERS ARE BETTER BUT HE DOES NOT FEEL MUCH BETTER. HE HAD A PRIOR MI IN 2014, HIS ARTERY WAS 100% BLOCKED, HE FLATLINED 2X, HIS HEART SUSTAINED DMG DURING THAT AND HE HAS SCAR TISSUE. HIS JOB IS STRESSFUL, THEY WENT FROM 4500 EMPLOYEES TO 2800 AND THE WORK LOAD HAS INCREASED. HE GRADUATED FROM CARDIAC REHAB 4.14.16, INS RAN OUT,HE NOW GOES TO THE GYM AND DOES THE SAME TYPE OF EXERCISE 3X PER WEEK. HIS DEPENDENTS HAVE BEEN AWARDED SS, I ADVISED THIS IS AN OFFSET AS WELL AS PRIMARY AND ASKED HIM TO SUBMIT AWARD LETTERS. HE ALSO HAS SENT RECORDS FROM THE HOSP TO LONDON KY.

**05/04/2016 2:30 AM - CLAIM Note 17**
Claim/Event/Leave: 5716432
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 5/3/2016-REFERRAL RECEIVED BY VCM AND ASSIGNED TO SULLIVAN, NANCY. CLAIM/AS EVENT IS PENDING REVIEW.

**05/04/2016 2:29 AM - CLAIM Note 16**
Claim/Event/Leave: 5716432

NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 5/3/2016 - REFERRED TO CONSULTING PHYSICIAN FOR CLAIM CONSULT - MEETING ATTENDANCE ONLY.

**05/04/2016 2:29 AM - CLAIM Note 15**
Claim/Event/Leave: 5716432
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 5/3/2016 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**05/03/2016 7:59 AM - CLAIM Note 14**
Claim/Event/Leave: 5716432
NoteSubject : Action Plan
Other Subject : DETERMINE LIABILITY
Text: [05/03/2016 - KIERNAN, ELIZABETH]43 YO, SENIOR TL OF ENGINEERING. DX: CARDIOMYOPATHY. FORMS AND JD IN FILE, SS AWARDED. PLAN: CC FOR APPROVAL

**04/29/2016 2:29 AM - CLAIM Note 13**
Claim/Event/Leave: 5716432
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 4/27/2016 - REFERRED TO TCMS FOR REVIEW AND POTENTIAL MANAGEMENT.

**04/28/2016 7:47 AM - CLAIM Note 12**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : REFERRAL
Text: [04/28/2016 - BREWSTER, TRISHA]ASSIGNED TO ELIZABETH KIERNAN TODAY

**04/27/2016 4:04 PM - CLAIM Note 11**
Claim/Event/Leave: 5716432
NoteSubject : Ref to Other
Other Subject : TCMS
Text: [04/27/2016 - INGRAM, KEAHTI]CLAIM REFERRED TO TCMS FOR ONGOING CASE MANAGEMENT

**04/27/2016 3:22 PM - CLAIM Note 10**
Claim/Event/Leave: 5716432
NoteSubject : Med Records Rcvd
Other Subject : ARKANSAS HEART HOSPI
Text: [04/27/2016 - INGRAM, KEAHTI]RECEIVED OVNS DATED 12/1/15-4/4/16, TEST RESULTS DATED 12/21/15, 2/5/16

**04/27/2016 1:29 PM - PHONE Note 3**
Claim/Event/Leave: 5716432
NoteSubject : AP Called
Other Subject : HEART CLINIC
Text: [04/27/2016 - FIELDS, MORGAN]MELISSA FROM MEDICAL RECORDS AT ARKANSAS HEART CLINIC CALLED. ADVISED EE ASKED HER TO SEND RECORDS. MELISSA F/U TO SEE IF RECORDS REC'D, THEY ARE SHOWING SENT ON 4/24. ADCM UNAVAILABLE. MELISSA PROVIDED REFERENCE NUMBER FOR HEALTHPORT IF RECORDS NOT REC'D: 134812219

**04/22/2016 7:29 AM - CLAIM Note 9**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject :
Text: [04/22/2016 - MULLEN, AIMEE]RECEIVED SS AWARD LETTER

**04/21/2016 2:31 AM - CLAIM Note 8**
Claim/Event/Leave: 5716432
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO NADINE FULLER.

**04/20/2016 2:31 AM - CLAIM Note 7**
Claim/Event/Leave: 5716432
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: INITIAL CALCS

**04/19/2016 3:12 PM - CLAIM Note 6**
Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : PMT SERVICES
Text: [04/19/2016 - INGRAM, KEAHTI]RECEIVED INVOICE FROM HEALTHPORT IN THE AMOUNT OF $62.20, DCM ISSUED PAYMENT

**04/18/2016 9:12 AM - CLAIM Note 5**
Claim/Event/Leave: 5716432

Claim/Event/Leave: 5716432
NoteSubject : Other
Other Subject : FORMS RECEIVED
Text: [04/18/2016 - INGRAM, KEAHTI]RECEIVED AQ, AUTH, CI, CSS, FIQ, TEE W/ RESUME, 2015 1099 FORM, DL, TEST RESULTS DATED 11/4/15, VISIT SUMMARY DATED 4/4/16

**04/14/2016 6:35 PM - PHONE Note 2**
Claim/Event/Leave: 5716432
NoteSubject : Called EE
Other Subject :
Text: [04/14/2016 - INGRAM, KEAHTI]CALLED EE, HE ADVISED HE SENT FORMS, AND SOME TESTS AND INFO REGARDING HIS DIAGNOSIS, DCM CONFIRMED RECEIVED BUT STILL IN NEED OF OVNS, OP REPORTS, EE ADVISED HE WILL TRY TO OBTAIN FROM AP

**03/31/2016 11:56 AM - CLAIM Note 4**
Claim/Event/Leave: 5716432
NoteSubject : LTR to EE
Other Subject : NP DUE 5/14/16
Text: [03/31/2016 - INGRAM, KEAHTI]MAILED NP LETTER

**03/31/2016 11:53 AM - CLAIM Note 3**
Claim/Event/Leave: 5716432
NoteSubject : LTR to AP
Other Subject :
Text: [03/31/2016 - INGRAM, KEAHTI]FAXED MED REQ FROM CONWAY REGIONAL AND LITTLE ROCK CLINIC

**03/30/2016 5:18 PM - PHONE Note 1**
Claim/Event/Leave: 5716432
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [03/30/2016 - INGRAM, KEAHTI]CALLED EE, CONFIRMED S1 INFO, LDW 12/1/15, 43 YOM, 5'10 203 LBS, NONSMOKER, ON 12/2/15 EE HAD ICD IMPLANTED, TREATING WITH ELECTROPHYSIOLOGIST, DR BEAU TEL 501-664-5860, CARDIOLOGIST MEAHNET CILINGIROGLU IN THE SAME LOCATION, LOV 2/5/16 WITH DR CILINGIROGLU, NOV WITH DR BEAU 4/4/16, NO COMORBIDS, CURRENTLY IN CARDIAC REHAB, CONWAY REGIONAL HOSPITAL, 3 DAYS A WEEK, ONE HOUR EACH SESSION, AP FEELS THAT EE IS PERMANENTLY DISABLED AS EF IS 20-25%, EE HAS CLASS 3 HEARTFAILURE, EE IS A SR TEAM LEADER, SOFTWARE DEVELOPER, DESIGN CODE AND IMPLEMENT SOFTWARE SYSTEMS, AND MANAGES A TEAM OF 4, MOSTLY SITTING, NO LIFTING REQUIRED, EE HAS BEEN WITH ER FOR 15 YEARS, HIGHEST LEVEL OF EDUCATION-BACHELORS IN COMPUTER SCIENCE, NO MILITARY SERVICE, HAS APPLIED FOR SS, NO ADDITIONAL INCOME AT THIS TIME, MARRIED TO TEILENA KEATHLEY, RECEPTIONIST AT A MEDICAL CLINIC, 2 CHILDREN, 16 YO DAUGHTER, 13 YO SON, ADVISED MONTHLY BENEFIT, SS OFFSET, FORMS AND MEDICAL NEEDED, EE U/S

**03/28/2016 12:27 PM - CLAIM Note 2**
Claim/Event/Leave: 5716432
NoteSubject : Initial Entry
Other Subject :
Text: [03/28/2016 - WAKEFIELD, LYNN]PLEASE VERIFY DOD, FIELD BLANK ENTERED DATE FOLLOWING LDW REPORTED [03/29/2016 - WAKEFIELD, LYNN]PLEASE VERIFY DOH, FIELD BLANK DEFAULT ENTERED[03/29/2016 - WAKEFIELD, LYNN]NO EEINFO DOC PROVIDED, PLS VERIFY WITH ER

**03/28/2016 11:04 AM - CLAIM Note 1**
Claim/Event/Leave: 5716432
NoteSubject : Internet Intake
Other Subject : SURGERY INFO
Text: HEART SURGERY

MES Peer Review Services

# *Peer Review Report*

| | | | |
|---|---|---|---|
| **Referral Date:** | 4/12/2018 | **Review Type:** | Disability |
| **Claimant's Name:** | Shane Keathley | **Group/Policy/ Claim Number:** | 5716432 |
| **MES Case Number:** | 549555 | **Service:** | Initial |
| **Client:** | Liberty Mutual | **Referred By:** | Michelle Cole |

## DATA REVIEWED AND CONTACT INFORMATION:

- Liberty Mutual Referral 4/11/18
- Letter from Liberty Mutual 3/31/16, 4/20/16, 5/31/16, 6/1/16, 6/2/16, 6/3/16, 4/27/17, 9/28/17, 10/19/17, 11/7/17, 4/11/18
- Authorization to Obtain and Release Information
- Letter from Attorney Webb 11/21/17, 4/4/18
- Medical Index
- Disabled Letter from Dr. Cilingiroglu 11/10/17
- Cardiac Medical Source Statement
- Office Visit 3/17/17, 5/3/17, 6/14/17, 9/13/17, 1/10/18, 2/23/18 Dr. Cilingiroglu
- History and Physical 7/12/17, 9/13/17, 10/24/17, 1/10/18 Dr. Cilingiroglu
- Vocational Evaluation 2/26/18 Dr. White
- Affidavit 3/26/18 Shane Keathley
- Direct Deposit Application
- W-4S withholding from sick pay 2015
- Social Security Notice of Award 4/26/16
- Activities Questionnaire
- Claimant Information Form
- Claimant Supplementary Statement
- Family Information Questionnaire
- Training Education Experience Form
- Authorization to Obtain and Release Psychotherapy Notes
- Transthoracic Echocardiogram Report 11/4/15 Dr. Beau
- Summary of Today's Visit 4/4/16 Dr. Cilingiroglu
- Letter from Dr. Cilingiroglu 6/16/16
- Acxiom payroll report 11/16/15-11/30/15
- Employers Statement
- Senior TL of Engineering job description
- HUB Enterprises Surveillance Report 5/24/16 Elizabeth Kierman
- Liberty Mutual TCMS Referral Sheet
- Health Port Invoice 4/13/16
- Ciox Health Invoice
- Restrictions Form
- Transthoracic Echocardiogram Report 2/5/16, 6/3/15, 7/10/15, 8/5/15, 11/4/15, 1/29/14, 3/12/14, 4/16/14, 5/3/17 Dr. Fulmer
- Spect Myocardial Perfusion Imaging
- Peripheral Computed Tomographic Angiography
- Coronary Computed Tomographic Angiography

- Letter from Arkansas Heart Hospital 11/10/17 Dr. Cilingiroglu
- Clinical Case Review 6/1/16 Dr. Kierman
- HealthPort Invoice 4/24/16
- Cardiac Catheterization Report 5/10/14, 5/16/14
- Segmental Pressure and Doppler Study
- Segmental Pressure and PVR Study
- Post Exercise Ankle Pressures
- Bilaterial Arterial Doppler Examination
- Arkansas Heart Hospital Clinic Visit 1/29/14, 3/12/14, 4/16/14, 6/11/14, 12/3/14, 12/1/15, 12/14/15, 6/3/15, 6/26/15, 7/10/15, 8/5/15, 11/4/15, 11/25/15, 1/4/16, 1/27/16, 2/5/16, 4/4/16, 7/19/16, 1/3/17, 1/31/17, 9/13/17 Dr. Beau
- Radiology Report
- Social Security Notice of Award
- Initial Payment Set Up Worksheet
- Activities Questionnaire
- Claimant Information Form
- Claimant Supplementary Statement
- Family Information Questionnaire
- Training Education Experience Form
- Letter from Liberty Mutual 12/5/16, 4/11/16, 4/20/16, 3/31/16, 7/28/16,11/2/16, 11/18/16, 2/15/17, 6/21/17, 9/28/17, 10/12/17
- Restrictions Form
- Authorization to Obtain and Release Information
- Occupational Analysis Vocational Review
- Vocational Case Management Occupational Analysis

Video Surveillance:
On May 4, 2016, HUB Enterprises received an assignment requesting 40 hours of surveillance to be conducted on the above-mentioned claimant, over three days to include one weekend day from May 16, 2016 to May 20, 2016. Information provided by the Client indicates that the claimant can be described as a 43-year-old male, approximately 5'10" in height, weighing approximately 211 pounds. The video surveillance was noted. It depicted the claimant driving car, getting and out of car ambulating without assistance.

On November 22, 2016, HUB Enterprises received a reauthorization from the original authorization, dated, May 4, 2016, to conduct an additional 3 hours of surveillance on the above mentioned individual, to include one weekend day. This surveillance was from December 4, to December 5th, 2016. In this video the claimant is noted to drive car. He is carrying items in both hands from the car into the garage without any assistance.

**<u>SUMMARY OF RECORDS:</u>**
This is a medical record review from a cardiovascular perspective. Mr. Shane Keathley is a male claimant with DOB of He is employed as Team Leader/Software Developer at Axiom Corporation. It is characterized as sedentary/medium/heavy strength job. The job duties included, sitting, walking and carrying. Also noted as Senior TL of Engineering; A Senior Solutions Director integrates Acxiom and third party software to create solutions to business problems defined by specific business requirements and draws upon technical and data processing knowledge to solve complex marketing and data warehousing problems on very large volumes of data, which is a sedentary occupation. This review is to determine from the perspective of cardiology the nature of

any functional impairment(s) the claimant has/had from 11/7/2017 up to RTW. The available medical records were reviewed. It include hospital records, the progress notes from the treating physicians and the consultants, the diagnostic testing and reports. Following is the summary and my assessment.

Summary

Mr. Keathley is a 45 year old male claimant with past medical history significant for coronary artery disease (CAD), status post acute myocardial infarction (1/12/2014), status post percutaneous coronary intervention (PCI) of left anterior descending artery (LAD) on 1/12/2014 with drug eluting stenting (DES), status post percutaneous coronary intervention (PCI) of right coronary artery (RCA) on 5/16/2014 with drug eluting stenting (DES), Ischemic Cardiomyopathy (ICM) with reduced ejection fraction 25-30%, congestive heart failure (CHF), status post Automatic Implantable Cardioverter Defibrillator (AICD) in 12/2/2015, hypertension, hyperlipidemia, obstructive sleep apnea (OSA) on CPAP (continuous positive airway pressure), anxiety and depression. He has been followed by Dr. Mehmet Cilingiroglu in cardiology and Dr. Scott Beau cardiology electrophysiology (EP). According to the medical records provided, the claimant presented with acute ST elevation myocardial infarction (STEMI) and admitted to the hospital on 1/12/2014. He has successful emergent percutaneous coronary intervention (PCI) to 100% left anterior descending artery (LAD) with stent. He has severely depressed LV (left ventricular) function due to his myocardial infarction. The subsequent follow up since his initial event is noted. Following is the details I reviewed.

On 1/12/2014, the claimant presented with acute chest pain and noted to have acute ST elevation myocardial infarction (STEMI) noted to have proximal left anterior descending artery (LAD) 100% occluded. He had successful percutaneous coronary intervention (PCI) with drug eluting stent. He was seen by Dr. Wilson Wong in EP due to ventricular tachycardia (VT) he had during his coronary angiography required shocks times 2 and had recurrent non-sustained ventricular tachycardia (NSVT) after returning to floor. Thought to be reperfusion arrhythmias. His ejection fraction (EF) was noted to be 25-30%. He was discharged from the hospital on 1/15/2014.

On 1/29/2014, the claimant was seen by Dr. Cilingiroglu in follow up after his acute myocardial infarction and LAD percutaneous coronary intervention (PCI). He was wearing LifeVest due to low ejection fraction and risk of sudden cardiac death. His ischemic cardiomyopathy reported well-compensated and will decide about AICD depending on his LVEF and follow up with EP. On 1/29/2014, echocardiogram reported by Dr. Cilingiroglu noted ejection fraction of 30-35%.

On 3/12/2014, Dr. Cilingiroglu reported no angina, shortness of breath or congestive heart failure (CHF) symptoms at this time. He was recently diagnosed with obstructive sleep apnea (OSA). His blood pressure (BP) was 113/72 mmHg, heart rate was 62 bpm.

On 3/12/2014 and on 4/16/2017 he was seen by Dr. Wilson Wong in Arkansas Heart Hospital Clinic for consultation for the management of ischemic cardiomyopathy. Echo from 3/12/2014 reported by Dr. Cilingiroglu noted LV ejection fraction to be 35-40%.

On 4/16/2014, echocardiogram reported by Dr. Wilson Wong indicated LV ejection fraction to be 40-45%. Mildly decreased global LV systolic function.

On 5/10/2014, the claimant was admitted to the hospital with chest pain and had cardiac catheterization. This reported patent previous LAD stent and non-obstructive coronary artery disease (CAD) and no percutaneous coronary intervention (PCI) was done. He was advised to follow up with cardiology to decide about possible right coronary artery (RCA) lesion. His symptoms were thought to be GI.

On 5/16/2014, the claimant underwent successful intervention of distal right coronary artery (RCA) lesion with drug eluting stent by Dr. Cilingiroglu.

On 6/11/2014, Dr. Cilingiroglu noted "comes in for follow-up. He is feeling overall very well and with no significant angina pectoris or shortness of breath at this time since his last percutaneous intervention to his RCA with a drug-eluting stent. His left ventricular angiogram showed near normal left ventricular systolic function. He seems to be in good spirits at this time. He states that he absolutely has no significant chest pain since his last percutaneous intervention. He also reports that his reflux symptoms have greatly improved. He is getting ready for vacation in Hawaii. Vital Signs HR 62 /minute, BP 135/80 mmHg, weight was 194 pounds, and oxygen saturation was 97 %.

On 12/3/2014, Dr. Cilingiroglu noted "comes in for follow up. He had MI with PCI to LAD and RCA and significant improvement in his LVEF. He seems to be doing well with no angina or SOB (shortness of breath) at this time. He is back at work and doing well".

On 6/3/2015, Dr. Cilingiroglu noted, his last echocardiogram showed EF around 40-45%. He reported no chest pain and no shortness of breath and continues to do well and working with full duty.

On 6/3/2015, echocardiogram reported by Dr. Cilingiroglu noted LV ejection fraction to be 30-35%, Global LV systolic dysfunction.

On 6/26/2015, Patrick Stage, APN noted that he has had echo on 6/3/2015 which showed EF of 30-35%. He is wearing LifeVest. Feeling palpitation. He was there for ICD consideration.

On 7/10/2015, Patrick Stage, APN noted that he had no chest pain and he is doing better with fatigue. Noted that his EF has improved to 35-40% and repeat echocardiogram is pending.

On 7/10/2015, echocardiogram reported by Dr. Scott Beau, LV ejection fraction to be 35-40%. Moderately decreased global LV systolic function.

On 11/4/2015, Patrick Stage, APN noted that he has been tired and fatigued, has gained weight over the past few months. He was advised to have a repeat echocardiogram.

On 11/4/2015 the echocardiogram report by Dr. Scott Beau noted, left ventricular ejection fraction (LVEF) was 20-25%. Severely decreased global LV systolic function.

11/25/2015, Dr. Cilingiroglu in follow up noted that his echocardiogram for this month showed LVEF of 20-25%, he was wearing LifeVest and waiting for AICD per EP. He was noted to be NYHA class III with exertion despite on his current medical therapy.

On 12/1/2015, Dr. Scott Beau (cardiology) in follow up noted, his recent echocardiogram showed persistent reduced LVEF of 20-25%. He was wearing LifeVest. He was NYHA Functional Class III with exertion despite his current medication treatment. His BP was 132/80 mmHg, pulse was 83 bpm. His cardiac examination was reported within normal limits. On 12/2/2015 he had biventricular ICD implantation by Dr. Scott Beau.

On 12/14/2015 he was seen by Patrick Stage on follow up from BiV / ICD implantation and was doing ok. On 1/4/2016 he was noted to have occasional chest pain, some shortness of breath.

On 1/27/2016, Dr. Cilingiroglu reported that the claimant continues to have NYHA Class III

symptoms despite his current medical regimen. He denied angina. Optimization of medical therapy was advised.

On 2/5/2016, Dr. Cilingiroglu saw the claimant as part of research follow up. He stated "He is tolerating his current medical therapy and he is in NYHA functional class I. He denies significant angina pectoris. His Canadian angina class is zero. His 6-minute walk test he walked total of 1522.8 feet with no significant symptoms. He seems to be well compensated from the standpoint of his congestive heart failure".

On 2/5/2016, echocardiogram report by Dr. Cilingoroglu noted severely decreased LV systolic function with LVEF of 25-30%. The SPECT myocardial perfusion imaging (MPI) reported LV ejection fraction 29% with severe hypokinesis of anteroapical and anterior walls.

On 4/4/2016, Patrick Stage, APN noted no major changes and no new issues. Follow up in 3 months.

The activities questionnaire form was completed by the claimant on 4/12/2016. He is able to sit for 2 hours, stand for 30 minutes, and walk for 20 minutes at one time. He can sit for 8 hours a day, stand for 2 hours a day and walk for 1 hour a day. Can sit in the car for 2 hours, and can drive a car for 2 hours. The claimant describes the reasons that prevents him from engaging in any gainful employment noted as “I experience extreme fatigue, chest pain, and shortness of breath on daily basis. Stress or frustration makes my symptoms worsen. I simply do not have the energy required to continue to be gainfully employed as my heart ejection fraction is 22%, I have class III heart failure".

The letter written (undated) by Dr. Mehmet Cilingiroglu indicated, "Timothy Keathley (DOB: has ischemic cardiomyopathy and congestive heart failure with a left ventricular ejection fraction of 25-30% by most recent echo. We recommend that he not to return to his previous job in any capacity due to his severely reduced cardiac function, severe congestive heart failure, with symptoms of shortness of breath with mild to moderate exertion. We also recommend for him absolutely not to be in an emotionally or physically stressful environment as this may cause further deterioration of his cardiovascular function".

On 4/27/2016, Dr. Cilingiroglu, reported that recent MUGA scan showed LVEF 29%, He had completed cardiac rehabilitation program and he is now enrolled in exercise program on his own as well. He is now disabled by Social Security. He denied any significant angina. Dr. Cilingiroglu stated "because of the stress and stressful situation he is not able to work at any capacity at the moment because of his heart conditions and ischemic heart disease". Follow up in 6 months.

On May 4, 2016, HUB Enterprises received an assignment requesting 40 hours of surveillance to be conducted on the above-mentioned claimant, over three days to include one weekend day from May 16, 2016 to May 20, 2016. Information provided by the Client indicates that the claimant can be described as a 43-year-old male, approximately 5’10” in height, weighing approximately 211 pounds. The claimant is alleging ischemic cardiomyopathy as of December 2, 2015, and is believed to reside at 239 Highway 225 West in Greenbrier, Arkansas. The video surveillance was noted. It depicted the claimant driving car, getting and out of car ambulating without assistance.

On 6/1/2016, a medical file review done by Dr. Robert Morrison is noted. Reportedly it was noted that the claimant can return to work on a sedentary level job.

On 7/19/2016, Patrick Stage, APN reported that the claimant completed cardiac rehabilitation and

going to gym daily for 1.5 hours. On 7/19/2016, the echocardiogram reported LV ejection fraction of 25-30% by Dr. Scott Beau.

On 10/26/2016, the claimant was seen in follow up with Dr. Cilingiroglu. He noted the claimant has been feeling occasional weakness since he has increased his dose of Coreg. Denies angina.

On November 22, 2016, HUB Enterprises received a reauthorization from the original authorization, dated, May 4, 2016, to conduct an additional 3 hours of surveillance on the above mentioned individual, to include one weekend day. This surveillance was from December 4, to December 5th, 2016. In this video the claimant is noted to drive car. He is carrying items in both hands from the car into the garage without any assistance.

On 11/30/2016, Patrick Stage, APN noted that he has decreased his Coreg and he feels better. ICD interrogation in office.

On 1/3/2017, Patrick Stage, APN noted he had recent LV lead revision. No chest pain and no syncope. His blood pressure (BP) remained normal at 123/81 mmHg. The cardiac examination was reported within normal limits. Noted that ICD working well and site is clean and intact. Similarly on 1/3/2017 follow up no changes reported.

On 3/17/2017 was seen by Dr. Scott Beau as an unscheduled visit due to the complaint of not feeling well, chest pain and lower extremities swelling. His BP was 137/83 mmHg, pulse was 71 bpm. No edema and no JVD (jugular vein distention) noted. Chest pain reportedly was atypical chest pain. His device interrogation was done and changes made to optimize the function. No hospitalization and no major changes noted. Follow up in 6 weeks.

On 5/3/2017, the claimant was seen by Dr. Cilingiroglu (cardiology) in office complaining of fatigue and occasional chest discomfort, occasional shortness of breath on exertion. He noted that the claimant is disabled from his heart condition. His blood pressure (BP) was 120/76 mmHg, weight 217 bpm, oxygen saturation was 97% and 95% and the cardiac examination was reported within normal limits. His proBNP was noted 62.

• With The cardiac examination was reported within normal limits, with no JVD, no edema and BNP of 62 is a good indicator and negative predictive value of normal BNP suggestion no congestive heart failure (CHF) noted.

On 5/3/2017, echocardiogram was done it reported by Dr. Cilingiroglu, mild decreased global LV systolic function with left ventricular ejection fraction (LVEF) 45-50%.

On 6/14/2017, the claimant was seen by Patrick Stage, APN. Reportedly denies any chest pain or syncope. His BP was 129/80 mmHg and pulse was 73 bpm. The cardiac examination was reported within normal limits, specifically no edema, no JVD and regular rhythm. In the assessment noted to have congestive heart failure (CHF), NYHA functional class III. No major changes in medical management noted. Follow up was given for 3 months.

On 7/12/2017, the claimant was seen by Dr. Cilingiroglu (cardiology) in office follow up from his recent hospitalization for chest pain. He reported that he had normal Pro BNP. His last echocardiogram showed mildly reduced LVEF of 45-50% with moderately increased LV cavity. During the hospitalization he was found to have LVEF of 40% with patent proximal LAD stent with mid 30% stenosis, mid RCA 30%, and patent distal RCA stent. Dr. Cilingiroglu said "Seems to be doing well with no angina since that night". His BP was noted 122/80 mmHg, and the cardiac

examination was reported within normal limits. He was advised to continue his medication and follow up in 6 months.

On 9/13/2017, the claimant was seen by Patrick Stage, APN (cardiology) in office follow up. Reportedly no chest pain, no syncope. ICD interrogation done in office. On examination BP was 117/80 mmHg, The cardiac examination was reported within normal limits. Noted CHF with NYHA functional Class III but no JVD and no edema noted and lung clear. No objective information to collaborate class III congestive heart failure (CHF) in the note. Follow up visit in 3 months.

• Note by definition; NYHA functional Class III. Patients with cardiac disease resulting in marked limitation of physical activity. They are comfortable at rest. Less than ordinary activity causes fatigue, palpitation, dyspnea, or anginal pain.

On 10/19/2017, a correspondence letter from Dr. Robert Morrison, consulting physician to Dr. Mehmet Cilingiroglu is noted, "As we discussed, you indicated that Mr. Keathley's restrictions and limitations in a full time occupational capacity remain unchanged from our conversation in June of 2016. Specifically you indicated that he could safely attempt to return to full-time sedentary type employment described as: occasionally lifting up to 10 pounds, occasional standing and walking short distances and unlimited sitting. The ideal employment would be that in a desk job with occasional bending/kneeling/squatting and pulling/pulling up to 10 pounds of force. There is no limitation in terms of keyboarding".

On 11/10/2017, a letter by the claimant's cardiologist, Dr. Mehmet Cilingiroglu, indicated, "has history of massive anterior myocardial infarction status post multiple PCI's, severe cardiomyopathy with LBBB (left bundle branch block), eventually requiring Bi-V AICD implantation. He continues to be disabled. He cannot and should not be in a stressful environment".

On 12/24/2017, the claimant was seen by Dr. Scott Beau in cardiology for cardiomyopathy, congestive heart failure (CHF) and ICD follow up. Noted to have "some positional chest pain; not consistent with angina". The blood pressure was 127/29, and pain scale 0 (1-10 scale). The cardiac examination was reported within normal limits. Follow up in 3 months. No changes noted. No reported decompensated congestive heart failure (CHF).

On 1/10/2018, the claimant was seen by Dr. Cilingiroglu (cardiology) in office follow up. He noted "comes in for follow up. He has CAD status post PCI and MI. Also has ischemic CM with AICD. He has been at times sleepy and not doing much. No angina. Still has significant fatigue at rest as well as with minimal exercise. We recommended for him to reconnect with our cardiac rehab program for healthier lifestyle. Consulted him about weight loss and healthy eating. Trying to get his long term disability. The examination reported his BP of 128/82 mmHg, the pulse of 80 bpm, his weight was 227 pounds, and the Oxygen saturation of 95%. His cardiac examination reported normal. Specifically there is no signs of volume overload with no jugular vein distention, lung reported clear and no lower extremities edema reported. His medical therapy was continued without much changes and he was advised to follow up in 6 months.

On 1/10/2018, Dr. Cilingiroglu completed a form Cardiac Medical Source Statement, indicated diagnosis of CHF, NYHA Class III, prognosis guarded. Reduced LVEF, Fatigue, Somnolence. Sign and symptoms, weakness, Exercise intolerance, chronic fatigue. In 8 hours working day he can sit and stand/walk less than 2 hours, It indicated that his legs should be elevated 80% of the time due to swelling. Can lift and carry in a competitive work situation 10 pound rarely. Never to twist, stoop, crouch, climb stairs and ladders.

On 2/23/2018, the claimant was seen by Patrick Stage, APN in office follow up for Ischemic Cardiomyopathy (ICM). He complains of some chest tightness and tired and fatigued. The examination reported her BP of 114/73 mmHg, pulse of 75 bpm, his weight was 228 pounds, and the Oxygen saturation of 95%. His cardiac examination reported normal. The assessment reported; CAD, atypical chest discomfort at times, CHF, NYHA functional class III. BiV ICD working well, no atrial fibrillation, no ventricular arrhythmia.

On 2/26/2018, a vocational evaluation by Robert White, MSE is noted.

On 3/26/2018, an Affidavit completed by the claimant is noted.

On 4/4/2018, a letter by Daniel A. Webb, Attorney at Law representing Mr. Keathley for his appeal of Liberty Mutual's November 7, 2017 denial of long-term disability benefits.

Job Description
The job title was noted to be Team Leader/Software Developer at Axiom Corporation. It is characterized as sedentary/medium/heavy strength job. The job duties included, sitting, walking and carrying. Also noted as Senior TL of Engineering; A Senior Solutions Director integrates Acxiom and third party software to create solutions to business problems defined by specific business requirements and draws upon technical and data processing knowledge to solve complex marketing and data warehousing problems on very large volumes of data.

**REVIEW QUESTION (S):**
**1. Does the medical documentation support any diagnoses causing functional impairment from 11/7/2017 to the present. If functional impairment is supported, please describe how that translates to restrictions and limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, etc.) Please explain your medical rationale for any restrictions or limitations or why any restriction and limitations are not supported. Please comment on the claimant's ability to maintain full-time employment on a sustained basis within any identified restrictions and limitations.**

The medical documentation does support the diagnoses causing functional impairment from 11/7/2017 to the present. The functional impairment is supported for sedentary work.

The following restrictions apply to the diagnoses of coronary artery disease (CAD), acute ST elevation myocardial infarction (STEMI), ischemic cardiomyopathy, chronic systolic heart failure with reduced LV ejection fraction and Automatic Implantable Cardioverter Defibrillator (AICD) implantation. He has symptoms of reduced exercise tolerance and dyspnea and this would make performing light work unlikely where he would need to perform prolonged standing/walking. In all likelihood, he is probably only capable of performing sedentary work. The claimant can perform sustained full time sedentary level work capacity with the following R/L's:

Lift, carry, and push/pull up to 10 pounds occasionally. Sitting for up to 60 minutes at one time then needing a 10 minute break for position change prior to resuming sitting activities for a total of 6 hours in an 8 hour day. Stand and walk up to 20 minutes at one time; each activity, then needing a 10 minute break for position change prior to resuming stand/walk activities for a total of 2 hours combined in an 8 hour day. No restrictions with repetitive hand movement and keyboarding.

Due to the present of Automatic Implantable Cardioverter Defibrillator (AICD) the claimant is restricted from climbing ladders, driving commercial vehicle or operate heavy machinery.

The Duration of these restrictions and limitations is 3 months and I would recommend re-assessment at 3 months from the date of this report.

**2. Relative to the timeframes noted in question 1, do the medical records indicate any reported or observed cognitive and/or physical side effects attributed to the claimant's medications? If yes, do the side effects contribute to claimant's impairment? Please explain your medical rationale.**

Relative to the timeframes noted in question 1, the medical records do not indicate any reported or observed cognitive and/or physical side effects attributed to the claimant's medications.

There is noted to be minor feeling of tiredness and fatigued due to Carvedilol reported which was ratified by reducing the dosage and reportedly it was resolved. This is a common occurrence and was appropriately resolved. Besides that there is no other documentation of medication side effects.

**3. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis? Please explain why or why not.**

The medical documentation does not support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis at a sedentary level.

This is a 45 year old male claimant with past medical history significant for coronary artery disease (CAD). He presented with acute myocardial infarction on 1/12/2014. He underwent successful percutaneous coronary intervention (PCI) of left anterior descending artery (LAD) on with drug eluting stenting (DES). He was noted to have reduced LV systolic function as result of acute myocardial infarction.

Since his myocardial infarction he has been closely followed by his cardiologists. About 5 months later (5/2014) he had another intervention which he had his right coronary artery (RCA) stenting. No reported repeated myocardial infarction.

Subsequently he was left with ischemic Cardiomyopathy (ICM) with reduced ejection fraction 25-30% complain of fatigue, tiredness and decreased capacity. In 2014 and 2015 his ejection fraction improved and reportedly was able to return to work. In 2015 his ejection fraction remained persistent low and required Automatic Implantable Cardioverter Defibrillator (AICD) in 12/2/2015.

The following observation from the medical records indicated to me that while he has had significant history of coronary artery disease (CAD) and ischemic cardiomyopathy his course from July 2017 has been stable.

On 7/12/2017, the claimant was seen by Dr. Cilingiroglu (cardiology) in office follow up from his recent hospitalization for chest pain. He reported that he had normal Pro BNP. His last echocardiogram showed mildly reduced LVEF of 45-50% with moderately increased LV cavity. During the hospitalization he was found to have LVEF of 40% with patent proximal LAD stent with mid 30% stenosis, mid RCA 30%, and patent distal RCA stent. Dr. Cilingiroglu said "Seems to be doing well with no angina since that night". His BP was noted 122/80 mmHg, and the cardiac examination was reported within normal limits. He was advised to continue his medication and follow up in 6 months.

On 9/13/2017, the claimant was seen by Patrick Stage, APN (cardiology) in office follow up. Reportedly no chest pain, no syncope. ICD interrogation done in office. On examination BP was 117/80 mmHg, the cardiac examination was reported within normal limits. Noted CHF with NYHA functional Class III but no JVD and no edema noted and lung clear. No objective information to collaborate class III congestive heart failure (CHF) in the note. Follow up visit in 3 months. The objective data does not correlated with class III CHF.

Note by definition; NYHA functional Class III. Patients with cardiac disease resulting in marked limitation of physical activity. They are comfortable at rest. Less than ordinary activity causes fatigue, palpitation, dyspnea, or anginal pain.

On 10/19/2017, a correspondence letter from Dr. Robert Morrison, consulting physician to Dr. Mehmet Cilingiroglu is noted, "As we discussed, you indicated that Mr. Keathley's restrictions and limitations in a full time occupational capacity remain unchanged from our conversation in June of 2016. Specifically you indicated that he could safely attempt to return to full-time sedentary type employment described as: occasionally lifting up to 10 pounds, occasional standing and walking short distances and unlimited sitting. The ideal employment would be that in a desk job with occasional bending/kneeling/squatting and pulling/pulling up to 10 pounds of force. There is no limitation in terms of keyboarding".

On 11/10/2017, a letter by the claimant's cardiologist, Dr. Mehmet Cilingiroglu, indicated, "has history of massive anterior myocardial infarction s/p multiple PCI's, severe cardiomyopathy with LBBB, eventually requiring Bi-V AICD implantation. He continues to be disabled. He cannot and should not be in a stressful environment".

On 12/24/2017, the claimant was seen by Dr. Scott Beau in cardiology for cardiomyopathy, congestive heart failure (CHF) and ICD follow up. Noted to have "some positional chest pain no consistent with angina". The blood pressure was 127/29, and pain scale 0 (1-10 scale). The cardiac examination was reported within normal limits. Follow up in 3 months. No changes noted. No reported decompensated congestive heart failure (CHF).

On 1/10/2018, the claimant was seen by Dr. Cilingiroglu (cardiology) in office follow up he noted "comes in for follow up. He has CAD s/p PCI and MI. Also has ischemic CM with AICD. He has been at times sleepy and not doing much. No angina. Still has significant fatigue at rest as well as with minimal exercise. We recommended for him to reconnect with our cardiac rehab program for healthier lifestyle. Consulted him about weight loss and healthy eating. Trying to get his long term disability. The examination reported his BP of 128/82 mmHg, the pulse of 80 bpm, his weight was 227 pounds, and the Oxygen saturation of 95%. His cardiac examination reported normal. Specifically there is no signs of volume overload with no jugular vein distention, lung reported clear and no lower extremities edema reported. His medical therapy was continued without much changes and he was advised to follow up in 6 months.

I found no objective data to indicate something changed from 10/2017. Medical information did not contain enough objective data such as disabling symptoms, limitations, or abnormal exam findings or abnormal cardiac testing that would suggest significant cardiac impairment precluding him from sedentary level work. The medical records provided no evidence of acute congestive heart failure (CHF) requiring hospitalization, myocardial infarction or significant arrhythmia that would indicate that the claimant had any acute cardiac event that prevented him from working. Therefore. the clinical information does not support functional impairment from cardiology perspective during the periods of time in question that he cannot do sedentary level work as noted above.

**4. Dr. Mehmet Cilingiroglu has noted the claimant with a diagnoses of CHF and a NYHA Class III designation and as a result the claimant cannot work. Do you agree with this assessment? Please explain why or why not.**

Dr. Mehmet Cilingiroglu has noted the claimant with a diagnoses of CHF and a NYHA Class III designation and as a result the claimant cannot work. While at the time of his initial myocardial infarction (1/2014) and several months afterwards he was characterized as CHF class III, but for the review period in question I do not agree with this assessment for the following reasons outlined in the answer to the question #3.

On 1/10/2018, the claimant was seen by Dr. Cilingiroglu (cardiology) in office follow up he noted "comes in for follow up. He has CAD status post PCI and MI. Also has ischemic CM with AICD. He has been at times sleepy and not doing much. No angina. Still has significant fatigue at rest as well as with minimal exercise. We recommended for him to reconnect with our cardiac rehab program for healthier lifestyle. Consulted him about weight loss and healthy eating. Trying to get his long term disability. The examination reported his BP of 128/82 mmHg, the pulse of 80 bpm, his weight was 227 pounds, and the Oxygen saturation of 95%. His cardiac examination reported normal. Specifically there is no signs of volume overload with no jugular vein distention, lung reported clear and no lower extremities edema reported. His medical therapy was continued without much changes and he was advised to follow up in 6 months.

Briefly, Noted CHF with NYHA functional Class III but no JVD and no edema noted and lung clear. No objective information to collaborate class III congestive heart failure (CHF) in the note. The objective data does not correlated with class III CHF. Follow up visit in 6 months suggested fairly stable congestive heart failure (CHF) with no intensified follow up required most likely not Class III but probably Class II, based on the noted I reviewed.

Note by definition; NYHA functional Class III. Patients with cardiac disease resulting in marked limitation of physical activity. They are comfortable at rest. Less than ordinary activity causes fatigue, palpitation, dyspnea, or anginal pain. There is no indication in the notes to suggest that the claimant has this.

**Conflict of Interest Attestation:**

*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review. I attest that I have a scope of licensure or certification and professional experience that typically manages the medical condition, procedure, treatment, or issue under review.*

Rizwan A. Karatela, M.D.
Board Certified in Cardiovascular Disease
FL License #ME55901
4/24/2018

MES SOLUTIONS SINCE 1978

Peer Review Services

# INVOICE

**4/24/2018**

**MES Peer Review Services**
**100 Morse Street**
**Norwood, MA 02062**
www.mesgroup.com

Attention:
LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
100 LIBERTY WAY P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Referred by: Cole, Michelle
Referral Date: 4/11/2018

Claimant: Shane Keathley
Client Claim #: 5716432
Invoice #: 549555
Pages Reviewed: 570

| Service | Specialty | Billable Time | Fee |
|---|---|---|---|
| Peer Review | Cardiovascular Disease | 405 | $1417.50 |
| | | **Discount:** | - $70.88 |
| | | **Total Billable Amount:** | **$1346.62** |

**Reviewer(s):** Karatela, Rizwan A

**Remit Payment To:**
MES Peer Review Services
100 Morse Street
Norwood, MA 02062

**Tax ID:** 38-2193020

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By: Michelle Cole
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x16404
Fax: (603) 430-1942

Document Locations
- [x] Document List
- [x] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | ACXIOM CORPORATION | Date Sent: | 4/11/2018 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | SHANE KEATHLEY | Claim #: | 5716432 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 12/2/2015 |
| Zip: | | Primary Diagnosis: | Ischemic cardiomyopathy |
| Gender: | MALE | Att. Physician: | |
| Specialist Type Requested : | Cardiology | Physician: Phone/Fax | . |

Referral Questions:

Vendor Chosen: MES Solutions

Claimant Name: SHANE KEATHLEY

# Liberty Mutual - Independent Evaluation

## Peer Review

1. Does the medical documentation support any diagnoses causing functional impairment from 11/7/2017 to the present. If functional impairment is supported, please describe how that translates to restrictions and limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, etc). Please explain your medical rationale for any restrictions or limitations or why any restriction and limitations are not supported. Please comment on the claimant's ability to maintain full-time employment on a sustained basis within any identified restrictions and limitations.
2. Relative to the timeframes noted in question 1, do the medical records indicate any reported or observed cognitive and/or physical side effects attributed to the claimant's medications? If yes, do the side effects contribute to claimant's impairment? Please explain your medical rationale.
3. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis? Please explain why or why not.
4. Dr. Mehmet Cilingiroglu has noted the claimant with a diagnoses of CHF and a NYHA Class III designation and as a result the claimant cannot work. Do you agree with this assessment? Please explain why or why not.

Instructions For Vendor:

Claimant Name: SHANE KEATHLEY

# Liberty Mutual - Independent Evaluation

## Peer Review

Attorney Information (if applicable):

DANIEL A. WEBB, PA

Claimant Name: SHANE KEATHLEY

# Liberty Mutual Appeal Referral

**Appeal Referral From:** **DOVER**

Office: 096 Manager: BREWSTER, TRISHA Case Mgr: BELANGER, JESSICA

Claimant Name: SHANE KEATHLEY Claim #: 5716432

Occupation (Job Title): SOFTWARE ENGINEER Date Sent: 4/10/2018

Diagnosis: I25.5 Ischemic cardiomyopathy, F33 Major depressive disorder, recurrent

Date of Disability: 12/2/2015 Date Benefits Began: 6/1/2016

Maximum Duration: 7/15/2039 Paid Through: 11/7/2017

Date of Denial or (DB451): 11/7/2017 Date Appeal Received: 4/10/2018

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: ACXIOM CORPORATION

Product: LTD Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. FAX No.

Account Specific or Unique Contract Issues / Additional Info:

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5121

| | |
|---|---|
| Date: | April 11, 2018 |
| To: | DANIEL WEBB<br>425 WEST CAPITOL AVENUE<br>SUITE 1586<br>LITTLE ROCK AR 72201 |
| Attn: | |
| Fax: | (501) 325-1333 |
| From: | Megan Gauthier<br>Appeals Associate<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5121 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 5716432<br>Claimant: Shane Keathley<br><br>Acxiom Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5121

April 11, 2018

Daniel A. Webb
425 WEST CAPITOL AVENUE
SUITE 1586
LITTLE ROCK, AR 72201

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432
Claimant: Shane Keathley

Dear Daniel Webb:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Acxiom Corporation's Group Disability Policy. We are writing in reference to Shane Keathley's claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on Shane Keathley's Long Term Disability (LTD) claim.

Mr. Keathley's file is being forwarded to Liberty's Appeal Review Unit for an independent review of his claim eligibility. His claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Liberty's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Megan Gauthier
Appeals Associate

Phone No.: (888) 437-7611 Ext. 18205
Secure Fax No.: (603) 334-5121

DANIEL A. WEBB, P. A.
ATTORNEY AT LAW
SIMMONS TOWER
425 WEST CAPITOL AVENUE, SUITE 1586
LITTLE ROCK, ARKANSAS 72201
TELEPHONE: 501-372-2400
dwebblaw@att.net

April 4, 2018

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
The Liberty Life Assurance Company of Boston
Attn: Jessica Belanger
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

| | | |
|---|---|---|
| RE: | Insured: | Shane Keathley |
| | Claim Number: | 5716432 |
| | Employer: | Acxiom Corporation |
| | Plan: | Acxiom Corporation Long Term Disability Plan |

Dear Sir or Madam:

Please consider this letter Shane Keathley's appeal of Liberty Mutual's November 7, 2017 denial of long-term disability ("LTD") benefits. The decision is incorrect based on Mr. Keathley's clear physical inability to work, not only at his own job but any work, even sedentary. Also, if Mr. Keathley has a life insurance premium waiver benefit, this letter serves as an appeal for those benefits too.

Mr. Keathley received LTD benefits from June 1, 2016 to November 7, 2017. Mr. Keathley has been paid benefits for a little more than half the "Own Occupation" period as defined in the LTD Plan. Accordingly, the standard of review remains Mr. Keathley's ability to perform his own job as a software engineer for Acxiom Corporation.

Mr. Keathley suffers from coronary artery disease, ischemic cardiomyopathy, obstructive sleep apnea, anxiety/depression, hyperlipemia and hypertension. Liberty Mutual's past decision to deny benefits has come as a hard blow to Mr. Keathley and his family. Enclosed, please find an affidavit from Mr. Keathley. The affidavit covers issues Mr. Keathley might be asked to testify to at trial if one were available in this situation.

Mr. Keathley's cardiologist, Dr. Mehmet Cilingirolglu, diagnosed Mr. Keathley with Congestive Heart Failure New York Heart Association Class III. Please note, Liberty Mutual's denial letter of November 7, 2017 specifically mentions a Class II diagnosis. The correct diagnosis is Class III as found in the attached Cardiac Medical Source Statement

from Dr. Cilingirolglu. Class III is more limiting than Class II, and this information alone should result in a reversal of Liberty's prior decision. If not, please consider the limitations described by Dr. Cilingirolglu in the same document. Mr. Keathley may only sit and stand/walk a total of less than 2 hours in an 8-hour work day, and "cannot work" in a competitive work situation.

In addition to the aforementioned medical records from Dr. Cilingirolglu, please find attached a November 10, 2017 letter in which Dr. Cilingirolglu clearly states his medical opinion regarding Mr. Keathley's disability status.

Mr. Keathley's treatment with his heart doctors is ongoing. I have provided recent records from Mr. Keathley's cardiologist, Dr. Cilingirolglu. The records cover dates of treatment from May 3, 2017 to January 10, 2018. I have also included recent records from Patrick Stage, APN and Scott Beau, M.D. They are Mr. Keathley's heart doctors and have worked on Mr. Keathley's pace maker and defibrillator. Mr. Keathley has a bi-ventricular AICD. The device serves as both a pacemaker and a defibrillator. I include records from these doctors for dates of treatment from September 13, 2017 to February 23, 2018. As stated, Mr. Keathley's heart treatment regimen is ongoing and current, and he sees doctors at the Arkansas Heart Hospital Clinic regularly.

Also, please see the attached pharmacy printout. The pharmacy records demonstrate Mr. Keathley's ongoing treatment for not only heart issues but depression/anxiety, a condition that should not surprise anyone given Mr. Keathley's heart condition. Mr. Keathley still has sleep apnea too.

Lastly, please review the vocational assessment completed by Mr. Bob White, a local vocational expert. According to Mr. White, Mr. Keathley is unable to work. Mr. White has supplied a detailed analysis of Mr. Keathley's vocational abilities, and Mr. White is clear in his opinion regarding Mr. Keathley's inability to perform even sedentary work.

I ask that you reverse your earlier decision and award Mr. Keathley benefits immediately. If the decision is not reversed, I will file suit as this Plan does not offer a second appeal. Mr. Keathley has suffered greatly as a result of his health condition; surely, Liberty Mutual can reverse its earlier decision in light of the new information provided. I have provided an index of attached medical at the conclusion of this letter.

Sincerely,

Daniel A. Webb

Cc: Mr. Shane Keathley

**MEDICAL INDEX**


| | | |
|---|---|---|
| Letter from Dr. Cilingiroglu | pages | 1 |
| Cardiac Medical Source Statement | pages | 2-5 |
| Arkansas Heart Hospital (Dr. Cilingiroglu) | pages | 6-32 |
| Arkansas Heart Hospital (APN Stage & Dr. Beau) | pages | 33-41 |
| Robert White Vocational Opinion | pages | 42-47 |
| Shane Keathley Affidavit | pages | 48-49 |
| Shane Keathley Pharmacy | pages | 50-52 |

7G100180012

ARKANSAS HEART HOSPITAL®

YOUR HEART HOSPITAL

**To Whom It May Concern**

**11/10/2017**

Timothy Shane Keathley (DOB: ) has history of massive anterior myocardial infarction s/p multiple PCI's, severe cardiomyopathy with LBBB, eventually requiring Bi-V AICD implantation. He continues to be disabled. He cannot and should not be in a stressful environment. If you have any questions, please call my office at 501-664-5860. Thank you.

Sincerely,

Mehmet Cilingiroglu, MD

Mehmet Cilingiroglu, M.D., FESC, FSCAI, FACC
Professor of Medicine
Arkansas Heart Hospital
Little Rock, AR
Office: 501-664-5860
Cell: 513-417-3889
Email: Cilingiroglumehmet@gmail.com

7G100180012

# *CARDIAC MEDICAL SOURCE STATEMENT*

From: Mehmet Cilingiroglu

Re: Timothy Keathley (Name of Patient)

__________ (Social Security No.)

Please answer the following questions concerning your patient's impairments. *Attach relevant treatment notes, radiologist reports, laboratory and test results as appropriate.*

1. Frequency and length of contact: 1-12-2014 Approx every 3-6 months

2. Diagnosis (with New York Heart Association functional classification):
   CHF NYHA Class III

3. Prognosis: Guarded

4. Identify clinical findings, laboratory and test results that show your patient's impairments:
   Reduced LVEF, Fatigue, Somnolence

5. Identify your patient's signs and symptoms:

| | | |
|---|---|---|
| ☐ Chest pain | ☐ Anginal equivalent pain | ☒ Chronic fatigue |
| ☒ Weakness | ☒ Exercise intolerance | ☐ Nausea |
| ☐ Arrhythmia | ☐ Orthopnea | ☐ Dizziness |
| ☐ Exertional dyspnea | ☐ Rest dyspnea | ☐ Nocturia |
| ☐ Loss of appetite | ☐ Peripheral edema | ☐ Pulmonary edema |
| ☐ Syncope | ☐ Near syncope | ☐ Chronic cough |
| ☐ Hepatomegaly | ☐ Prinzmetal's angina | ☐ Palpitations |
| ☐ Paroxysmal nocturnal dyspnea | | |

   Other: __________

6. If your patient has angina:

   a. Describe nature, location and radiation of symptoms: __________

   b. How often do angina episodes typically occur? __________

   c. If your patient must typically rest after an episode of angina, how long will your patient typically rest? __________

From Social Security Disability Practice by Thomas E. Bush, copyright James Publishing. Used with permission. For information 800-440-4780 or www.JamesPublishing.com.

7G100180012

7. Describe the treatment and response including any side effects of medication that may have implications for working, *e.g.*, drowsiness, dizziness, nausea, etc:

Current meds he is on protect and help the function of his heart at times making pt dizzy and fatigued that are life style limiting.

8. a. What is the role of stress in bringing on your patient's symptoms?

Pt already has underlying stress + anxiety due to his current condition. Any further stress may and will exaggerate his chronic heart condition in a negative manner.

b. To what degree can your patient tolerate work stress?

- [x] Incapable of even "low stress" work
- [ ] Capable of low stress work
- [ ] Capable of moderate stress - normal work
- [ ] Capable of high stress work

Please explain the reasons for your conclusion: See above

9. Do your patient's physical symptoms and limitations cause emotional difficulties such as depression or chronic anxiety? [x] Yes [ ] No

Please explain: See above

10. Do emotional factors *contribute* to the severity of your patient's subjective symptoms and functional limitations? [x] Yes [ ] No

11. Have your patient's impairments lasted or can they be expected to last at least twelve months? [x] Yes [ ] No

12. As a result of your patient's impairments, estimate your patient's functional limitations if your patient were placed in a *competitive work situation.* Patient cannot work.

a. How many city blocks can your patient walk without rest or severe pain? 0

b. Please indicate how long your patient can sit and stand/walk *total in an 8-hour working day* (with normal breaks):

| Sit | Stand/walk | |
|---|---|---|
| [x] | [x] | less than 2 hours |
| [ ] | [ ] | about 2 hours |
| [ ] | [ ] | about 4 hours |
| [ ] | [ ] | at least 6 hours |

c. Does your patient need a job that permits shifting positions at will from sitting, standing or walking? [ ] Yes [ ] No

d. Will your patient sometimes need to take unscheduled breaks during a working day? [ ] Yes [ ] No

If yes, 1) how *often* do you think this will happen? ________
2) how *long* (on average) will your patient have to rest before returning to work? ________

3) on such a break, will your patient need to [ ] lie down or [ ] sit quietly?



3

e. With prolonged sitting, should your patient's leg(s) be elevated? ☒ Yes ☐ No

If yes, 1) how *high* should the leg(s) be elevated? Parallel to ground

2) if your patient had a sedentary job, ***what percentage of time*** during an 8-hour working day should the leg(s) be elevated? 80 %

3) what symptoms cause a need to elevate the leg(s)? Swelling

***For this and other questions on this form, "rarely" means 1% to 5% of an 8-hour working day; "occasionally" means 6% to 33% of an 8-hour working day; "frequently" means 34% to 66% of an 8-hour working day.***

f. How many pounds can your patient lift and carry in a competitive work situation?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Less than 10 lbs. | ☐ | ☒ | ☐ | ☐ |
| 10 lbs. | ☒ | ☐ | ☐ | ☐ |
| 20 lbs. | ☒ | ☐ | ☐ | ☐ |
| 50 lbs. | ☒ | ☐ | ☐ | ☐ |

g. How often can your patient perform the following activities?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Twist | ☒ | ☐ | ☐ | ☐ |
| Stoop (bend) | ☒ | ☐ | ☐ | ☐ |
| Crouch/ squat | ☒ | ☐ | ☐ | ☐ |
| Climb stairs | ☒ | ☐ | ☐ | ☐ |
| Climb ladders | ☒ | ☐ | ☐ | ☐ |

h. State the degree to which your patient should avoid the following:

| ENVIRONMENTAL RESTRICTIONS | NO RESTRICTIONS | AVOID CONCENTRATED EXPOSURE | AVOID EVEN MODERATE EXPOSURE | AVOID ALL EXPOSURE |
|---|---|---|---|---|
| Extreme cold | ☐ | ☐ | ☐ | ☒ |
| Extreme heat | ☐ | ☐ | ☐ | ☒ |
| High humidity | ☐ | ☐ | ☐ | ☒ |
| Wetness | ☐ | ☐ | ☐ | ☒ |
| Cigarette smoke | ☐ | ☐ | ☐ | ☒ |
| Perfumes | ☐ | ☐ | ☐ | ☒ |
| Soldering fluxes | ☐ | ☐ | ☐ | ☒ |
| Solvents/cleaners | ☐ | ☐ | ☐ | ☒ |
| Fumes, odors, gases | ☐ | ☐ | ☐ | ☒ |
| Dust | ☐ | ☐ | ☐ | ☒ |
| Chemicals | ☐ | ☐ | ☐ | ☒ |
| List other irritants: | | | | |
| ____________ | ☐ | ☐ | ☐ | ☐ |
| ____________ | ☐ | ☐ | ☐ | ☐ |



4

i. How much is your patient likely to be "*off task*"? That is, what percentage of a typical workday would your patient's symptoms likely be severe enough to interfere with *attention and concentration* needed to perform even simple work tasks?

☐ 0% ☐ 5% ☐ 10% ☐ 15% ☐ 20% ☐ 25% or more

j. Are your patient's impairments likely to produce "good days" and "bad days"?
☐ Yes ☐ No

If yes, assuming your patient was trying to work full time, please estimate, on the average, how many days per month your patient is likely to be absent from work as a result of the impairments or treatment:

☐ Never
☐ About one day per month
☐ About two days per month
☐ About three days per month
☐ About four days per month
☐ More than four days per month

13. Are your patient's impairments (physical impairments plus any emotional impairments) as demonstrated by signs, clinical findings and laboratory or test results *reasonably consistent* with the symptoms and functional limitations described above in this evaluation?
☒ Yes ☐ No

If no, please explain: ______________________________

14. Please describe any other limitations (such as psychological limitations, limited vision, difficulty hearing, etc.) that would affect your patient's ability to work at a regular job on a sustained basis:

______________________________

______________________________

______________________________

1-10-18 [signature]
*Date* *Signature*

*Printed/Typed Name:* Mehmet Cilingiroglu MD

*Address:* 7 Shackleford W. Blvd.
Little Rock, AR 72211

7-45

8/09
§234.3



5

ARKANSAS HEART HOSPITAL® CLINIC

**Keathley, Timothy S**
45 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: Health Adv
Primary Payer ID: 00181
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC Main Little Rock - Laboratory Department

01/10/2018 Mehmet Cilingiroglu, MD

**Past Medical History**
HTN- 2007.
Heart attack- 1/2014.
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES.
HLP.
OSA on CPAP.
Depression/anxiety.
Ischemic cardiomyopathy with LVEF of 20-25%.
Congestive Heart Failure.
s/p AICD.

**Assessments**
1. CAD (coronary artery disease) - I25.10 (Primary)
2. Ischemic cardiomyopathy - I25.5
3. Hypertension - I10
4. CHF (congestive heart failure) - I50.9
5. Automatic implantable cardioverter-defibrillator in situ - Z95.810
6. Hyperlipidemia - E78.5

**Treatment**
1. **CAD (coronary artery disease)**

LAB: CBC

| | | | |
|---|---|---|---|
| HGB | 15.6 | | 12.0-18.0 - g/dl |
| MCH | 30.8 | | 26.0-32.0 - pg |
| RDW | 13.3 | | 11.5-14.5 - % |
| LYM% | 26.7 | | 18.0-42.0 - % |
| HCT | 44.2 | | 37.0-51.0 - % |
| MCV | 87.4 | | 80.0-97.0 - fl |
| RBC | 5.06 | | 4.20-6.30 - M/uL |
| WBC | 9.6 | | 4.1-10.9 - K/uL |
| MCHC | 35.3 | | 31.0-36.0 - g/dl |
| NEUT% | 62.4 | | 50.0-70.0 - % |
| PLT | 269.0 | | 140.0-440.0 - K/uL |
| BASO% | 0.5 | | 0.0-2.0 - % |
| EO% | 2.4 | | 0.0-4.0 - % |
| MONO% | 8.0 | | 2.0-11.0 - % |

Cilingiroglu,Mehmet 1/10/2018 1:01:39 PM > pls call the pt

LAB: Comprehensive Metabolic Panel

| | | | |
|---|---|---|---|
| **ALT** | **73** | **H** | **16-63 - U/L** |
| Potassium | 4.5 | | 3.5-5.0 - mmol/L |
| Total Protein | 7.6 | | 6.4-8.2 - g/dl |
| Albumin | 4.3 | | 3.4-5.0 - g/dl |
| **Glucose** | **113** | **H** | **70-110 - mg/dl** |
| BUN | 11.0 | | 7.0-18.0 - mg/dl |
| CO2 | 28.5 | | 21.0-32.0 - mmol/L |
| AST | 24 | | 15-37 - U/L |
| ALKP | 73 | | 46-116 - U/L |
| Calcium | 9.1 | | 8.5-10.1 - mg/dl |
| eGFR | >60 | | - mL/min/1.73m |
| TBil | 0.4 | | 0.0-1.0 - mg/dl |

| | | | |
|---|---|---|---|
| Chloride | 102 | | 98-107 - mmol/L |
| Creatinine | 0.82 | | 0.70-1.30 - mg/dl |
| Sodium | 140 | | 136-145 - mmol/L |

Cilingiroglu,Mehmet 1/10/2018 1:32:34 PM > pls call the pt

LAB: D-DIMER

| | | | |
|---|---|---|---|
| D-DIMER | 0.27 | | 0.27-0.46 - ug/ml |

Cilingiroglu,Mehmet 1/11/2018 8:31:26 AM > pls call the pt

LAB: Free T4

| | | | |
|---|---|---|---|
| Free T4 | 0.75 | | 0.59-1.17 - ng/dL |

Cilingiroglu,Mehmet 1/10/2018 1:36:22 PM > pls call the pt

LAB: Hemoglobin A1C

| | | | |
|---|---|---|---|
| Hemoglobin A1c | 5.5 | | - % |

Cilingiroglu,Mehmet 1/10/2018 1:02:01 PM > pls call the pt

LAB: Lipid Panel

| | | | |
|---|---|---|---|
| **HDL** | **32.0** | **L** | **40.0-60.0 - mg/dl** |
| LDL | 0 | | 0-130 - |
| **Trig** | **608.0** | **H** | **0.0-150.0 - mg/dl** |
| **Chol** | **227** | **H** | **0-200 - mg/dl** |

Cilingiroglu,Mehmet 1/10/2018 1:46:46 PM > Start fish oil protocol, 4 gr bid, tricor or gemfibroazil

LAB: proBNP

| | | | |
|---|---|---|---|
| proBNP | 37.6 | | 0.0-125.0 - pg/ml |

Cilingiroglu,Mehmet 1/10/2018 1:36:41 PM > pls call the pt

LAB: TSH

| | | | |
|---|---|---|---|
| TSH | 1.18 | | 0.34-4.82 - uIU/ml |

Cilingiroglu,Mehmet 1/10/2018 1:37:00 PM > pls call the pt

2. **Ischemic cardiomyopathy**

LAB: CBC

| | | | |
|---|---|---|---|
| HGB | 15.6 | | 12.0-18.0 - g/dl |
| MCH | 30.8 | | 26.0-32.0 - pg |
| RDW | 13.3 | | 11.5-14.5 - % |
| LYM% | 26.7 | | 18.0-42.0 - % |
| HCT | 44.2 | | 37.0-51.0 - % |
| MCV | 87.4 | | 80.0-97.0 - fl |
| RBC | 5.06 | | 4.20-6.30 - M/uL |
| WBC | 9.6 | | 4.1-10.9 - K/uL |
| MCHC | 35.3 | | 31.0-36.0 - g/dl |
| NEUT% | 62.4 | | 50.0-70.0 - % |
| PLT | 269.0 | | 140.0-440.0 - K/uL |
| BASO% | 0.5 | | 0.0-2.0 - % |
| EO% | 2.4 | | 0.0-4.0 - % |
| MONO% | 8.0 | | 2.0-11.0 - % |

Cilingiroglu,Mehmet 1/10/2018 1:01:39 PM > pls call the pt

LAB: Comprehensive Metabolic Panel

| | | | |
|---|---|---|---|
| **ALT** | **73** | **H** | **16-63 - U/L** |
| Potassium | 4.5 | | 3.5-5.0 - mmol/L |
| Total Protein | 7.6 | | 6.4-8.2 - g/dl |
| Albumin | 4.3 | | 3.4-5.0 - g/dl |
| **Glucose** | **113** | **H** | **70-110 - mg/dl** |

| | | |
|---|---|---|
| BUN | 11.0 | 7.0-18.0 - mg/dl |
| CO2 | 28.5 | 21.0-32.0 - mmol/L |
| AST | 24 | 15-37 - U/L |
| ALKP | 73 | 46-116 - U/L |
| Calcium | 9.1 | 8.5-10.1 - mg/dl |
| eGFR | >60 | - mL/min/1.73m |
| TBil | 0.4 | 0.0-1.0 - mg/dl |
| Chloride | 102 | 98-107 - mmol/L |
| Creatinine | 0.82 | 0.70-1.30 - mg/dl |
| Sodium | 140 | 136-145 - mmol/L |

Cilingiroglu,Mehmet 1/10/2018 1:32:34 PM > pls call the pt

LAB: D-DIMER

| | | |
|---|---|---|
| D-DIMER | 0.27 | 0.27-0.46 - ug/ml |

Cilingiroglu,Mehmet 1/11/2018 8:31:26 AM > pls call the pt

LAB: Free T4

| | | |
|---|---|---|
| Free T4 | 0.75 | 0.59-1.17 - ng/dL |

Cilingiroglu,Mehmet 1/10/2018 1:36:22 PM > pls call the pt

LAB: Hemoglobin A1C

| | | |
|---|---|---|
| Hemoglobin A1c | 5.5 | - % |

Cilingiroglu,Mehmet 1/10/2018 1:02:01 PM > pls call the pt

LAB: Lipid Panel

| | | |
|---|---|---|
| **HDL** | **32.0 L** | **40.0-60.0 - mg/dl** |
| LDL | 0 | 0-130 - |
| **Trig** | **608.0 H** | **0.0-150.0 - mg/dl** |
| **Chol** | **227 H** | **0-200 - mg/dl** |

Cilingiroglu,Mehmet 1/10/2018 1:46:46 PM > Start fish oil protocol, 4 gr bid, tricor or gemfibroazil

LAB: proBNP

| | | |
|---|---|---|
| proBNP | 37.6 | 0.0-125.0 - pg/ml |

Cilingiroglu,Mehmet 1/10/2018 1:36:41 PM > pls call the pt

LAB: TSH

| | | |
|---|---|---|
| TSH | 1.18 | 0.34-4.82 - uIU/ml |

Cilingiroglu,Mehmet 1/10/2018 1:37:00 PM > pls call the pt

3. **Hypertension**

LAB: CBC

| | | |
|---|---|---|
| HGB | 15.6 | 12.0-18.0 - g/dl |
| MCH | 30.8 | 26.0-32.0 - pg |
| RDW | 13.3 | 11.5-14.5 - % |
| LYM% | 26.7 | 18.0-42.0 - % |
| HCT | 44.2 | 37.0-51.0 - % |
| MCV | 87.4 | 80.0-97.0 - fl |
| RBC | 5.06 | 4.20-6.30 - M/uL |
| WBC | 9.6 | 4.1-10.9 - K/uL |
| MCHC | 35.3 | 31.0-36.0 - g/dl |
| NEUT% | 62.4 | 50.0-70.0 - % |
| PLT | 269.0 | 140.0-440.0 - K/uL |
| BASO% | 0.5 | 0.0-2.0 - % |
| EO% | 2.4 | 0.0-4.0 - % |
| MONO% | 8.0 | 2.0-11.0 - % |



8

Cilingiroglu,Mehmet 1/10/2018 1:01:39 PM > pls call the pt

LAB: Comprehensive Metabolic Panel

| | | | |
|---|---|---|---|
| **ALT** | **73** | **H** | **16-63 - U/L** |
| Potassium | 4.5 | | 3.5-5.0 - mmol/L |
| Total Protein | 7.6 | | 6.4-8.2 - g/dl |
| Albumin | 4.3 | | 3.4-5.0 - g/dl |
| **Glucose** | **113** | **H** | **70-110 - mg/dl** |
| BUN | 11.0 | | 7.0-18.0 - mg/dl |
| CO2 | 28.5 | | 21.0-32.0 - mmol/L |
| AST | 24 | | 15-37 - U/L |
| ALKP | 73 | | 46-116 - U/L |
| Calcium | 9.1 | | 8.5-10.1 - mg/dl |
| eGFR | >60 | | - mL/min/1.73m |
| TBil | 0.4 | | 0.0-1.0 - mg/dl |
| Chloride | 102 | | 98-107 - mmol/L |
| Creatinine | 0.82 | | 0.70-1.30 - mg/dl |
| Sodium | 140 | | 136-145 - mmol/L |

Cilingiroglu,Mehmet 1/10/2018 1:32:34 PM > pls call the pt

LAB: D-DIMER

| | | | |
|---|---|---|---|
| D-DIMER | 0.27 | | 0.27-0.46 - ug/ml |

Cilingiroglu,Mehmet 1/11/2018 8:31:26 AM > pls call the pt

LAB: Free T4

| | | | |
|---|---|---|---|
| Free T4 | 0.75 | | 0.59-1.17 - ng/dL |

Cilingiroglu,Mehmet 1/10/2018 1:36:22 PM > pls call the pt

LAB: Hemoglobin A1C

| | | | |
|---|---|---|---|
| Hemoglobin A1c | 5.5 | | - % |

Cilingiroglu,Mehmet 1/10/2018 1:02:01 PM > pls call the pt

LAB: Lipid Panel

| | | | |
|---|---|---|---|
| **HDL** | **32.0** | **L** | **40.0-60.0 - mg/dl** |
| LDL | 0 | | 0-130 - |
| **Trig** | **608.0** | **H** | **0.0-150.0 - mg/dl** |
| **Chol** | **227** | **H** | **0-200 - mg/dl** |

Cilingiroglu,Mehmet 1/10/2018 1:46:46 PM > Start fish oil protocol, 4 gr bid, tricor or gemfibroazil

LAB: proBNP

| | | | |
|---|---|---|---|
| proBNP | 37.6 | | 0.0-125.0 - pg/ml |

Cilingiroglu,Mehmet 1/10/2018 1:36:41 PM > pls call the pt

LAB: TSH

| | | | |
|---|---|---|---|
| TSH | 1.18 | | 0.34-4.82 - uIU/ml |

Cilingiroglu,Mehmet 1/10/2018 1:37:00 PM > pls call the pt

**4. CHF (congestive heart failure)**

LAB: CBC

| | | | |
|---|---|---|---|
| HGB | 15.6 | | 12.0-18.0 - g/dl |
| MCH | 30.8 | | 26.0-32.0 - pg |
| RDW | 13.3 | | 11.5-14.5 - % |
| LYM% | 26.7 | | 18.0-42.0 - % |
| HCT | 44.2 | | 37.0-51.0 - % |
| MCV | 87.4 | | 80.0-97.0 - fl |
| RBC | 5.06 | | 4.20-6.30 - M/uL |

| | | | |
|---|---|---|---|
| WBC | 9.6 | | 4.1-10.9 - K/uL |
| MCHC | 35.3 | | 31.0-36.0 - g/dl |
| NEUT% | 62.4 | | 50.0-70.0 - % |
| PLT | 269.0 | | 140.0-440.0 - K/uL |
| BASO% | 0.5 | | 0.0-2.0 - % |
| EO% | 2.4 | | 0.0-4.0 - % |
| MONO% | 8.0 | | 2.0-11.0 - % |

Cilingiroglu,Mehmet 1/10/2018 1:01:39 PM > pls call the pt

LAB: Comprehensive Metabolic Panel

| | | | |
|---|---|---|---|
| **ALT** | **73** | **H** | **16-63 - U/L** |
| Potassium | 4.5 | | 3.5-5.0 - mmol/L |
| Total Protein | 7.6 | | 6.4-8.2 - g/dl |
| Albumin | 4.3 | | 3.4-5.0 - g/dl |
| **Glucose** | **113** | **H** | **70-110 - mg/dl** |
| BUN | 11.0 | | 7.0-18.0 - mg/dl |
| CO2 | 28.5 | | 21.0-32.0 - mmol/L |
| AST | 24 | | 15-37 - U/L |
| ALKP | 73 | | 46-116 - U/L |
| Calcium | 9.1 | | 8.5-10.1 - mg/dl |
| eGFR | >60 | | - mL/min/1.73m |
| TBil | 0.4 | | 0.0-1.0 - mg/dl |
| Chloride | 102 | | 98-107 - mmol/L |
| Creatinine | 0.82 | | 0.70-1.30 - mg/dl |
| Sodium | 140 | | 136-145 - mmol/L |

Cilingiroglu,Mehmet 1/10/2018 1:32:34 PM > pls call the pt

LAB: D-DIMER

| | | | |
|---|---|---|---|
| D-DIMER | 0.27 | | 0.27-0.46 - ug/ml |

Cilingiroglu,Mehmet 1/11/2018 8:31:26 AM > pls call the pt

LAB: Free T4

| | | | |
|---|---|---|---|
| Free T4 | 0.75 | | 0.59-1.17 - ng/dL |

Cilingiroglu,Mehmet 1/10/2018 1:36:22 PM > pls call the pt

LAB: Hemoglobin A1C

| | | | |
|---|---|---|---|
| Hemoglobin A1c | 5.5 | | - % |

Cilingiroglu,Mehmet 1/10/2018 1:02:01 PM > pls call the pt

LAB: Lipid Panel

| | | | |
|---|---|---|---|
| **HDL** | **32.0** | **L** | **40.0-60.0 - mg/dl** |
| LDL | 0 | | 0-130 - |
| **Trig** | **608.0** | **H** | **0.0-150.0 - mg/dl** |
| **Chol** | **227** | **H** | **0-200 - mg/dl** |

Cilingiroglu,Mehmet 1/10/2018 1:46:46 PM > Start fish oil protocol, 4 gr bid, tricor or gemfibroazil

LAB: proBNP

| | | | |
|---|---|---|---|
| proBNP | 37.6 | | 0.0-125.0 - pg/ml |

Cilingiroglu,Mehmet 1/10/2018 1:36:41 PM > pls call the pt

LAB: TSH

| | | | |
|---|---|---|---|
| TSH | 1.18 | | 0.34-4.82 - uIU/ml |

Cilingiroglu,Mehmet 1/10/2018 1:37:00 PM > pls call the pt

**5. Automatic implantable cardioverter-defibrillator in situ**

LAB: CBC

| | | | |
|---|---|---|---|
| HGB | 15.6 | | 12.0-18.0 - g/dl |
| MCH | 30.8 | | 26.0-32.0 - pg |
| RDW | 13.3 | | 11.5-14.5 - % |
| LYM% | 26.7 | | 18.0-42.0 - % |
| HCT | 44.2 | | 37.0-51.0 - % |
| MCV | 87.4 | | 80.0-97.0 - fl |
| RBC | 5.06 | | 4.20-6.30 - M/uL |
| WBC | 9.6 | | 4.1-10.9 - K/uL |
| MCHC | 35.3 | | 31.0-36.0 - g/dl |
| NEUT% | 62.4 | | 50.0-70.0 - % |
| PLT | 269.0 | | 140.0-440.0 - K/uL |
| BASO% | 0.5 | | 0.0-2.0 - % |
| EO% | 2.4 | | 0.0-4.0 - % |
| MONO% | 8.0 | | 2.0-11.0 - % |

Cilingiroglu,Mehmet 1/10/2018 1:01:39 PM > pls call the pt

LAB: Comprehensive Metabolic Panel

| | | | |
|---|---|---|---|
| **ALT** | **73** | **H** | **16-63 - U/L** |
| Potassium | 4.5 | | 3.5-5.0 - mmol/L |
| Total Protein | 7.6 | | 6.4-8.2 - g/dl |
| Albumin | 4.3 | | 3.4-5.0 - g/dl |
| **Glucose** | **113** | **H** | **70-110 - mg/dl** |
| BUN | 11.0 | | 7.0-18.0 - mg/dl |
| CO2 | 28.5 | | 21.0-32.0 - mmol/L |
| AST | 24 | | 15-37 - U/L |
| ALKP | 73 | | 46-116 - U/L |
| Calcium | 9.1 | | 8.5-10.1 - mg/dl |
| eGFR | >60 | | - mL/min/1.73m |
| TBil | 0.4 | | 0.0-1.0 - mg/dl |
| Chloride | 102 | | 98-107 - mmol/L |
| Creatinine | 0.82 | | 0.70-1.30 - mg/dl |
| Sodium | 140 | | 136-145 - mmol/L |

Cilingiroglu,Mehmet 1/10/2018 1:32:34 PM > pls call the pt

LAB: D-DIMER

| | | | |
|---|---|---|---|
| D-DIMER | 0.27 | | 0.27-0.46 - ug/ml |

Cilingiroglu,Mehmet 1/11/2018 8:31:26 AM > pls call the pt

LAB: Free T4

| | | | |
|---|---|---|---|
| Free T4 | 0.75 | | 0.59-1.17 - ng/dL |

Cilingiroglu,Mehmet 1/10/2018 1:36:22 PM > pls call the pt

LAB: Hemoglobin A1C

| | | | |
|---|---|---|---|
| Hemoglobin A1c | 5.5 | | - % |

Cilingiroglu,Mehmet 1/10/2018 1:02:01 PM > pls call the pt

LAB: Lipid Panel

| | | | |
|---|---|---|---|
| **HDL** | **32.0** | **L** | **40.0-60.0 - mg/dl** |
| LDL | 0 | | 0-130 - |
| **Trig** | **608.0** | **H** | **0.0-150.0 - mg/dl** |
| **Chol** | **227** | **H** | **0-200 - mg/dl** |

Cilingiroglu,Mehmet 1/10/2018 1:46:46 PM > Start fish oil protocol, 4 gr bid, tricor or gemfibroazil

LAB: proBNP

| | | | |
|---|---|---|---|
| proBNP | 37.6 | | 0.0-125.0 - pg/ml |

Cilingiroglu,Mehmet 1/10/2018 1:36:41 PM > pls call the pt

LAB: TSH

| | | |
|---|---|---|
| TSH | 1.18 | 0.34-4.82 - uIU/ml |

Cilingiroglu,Mehmet 1/10/2018 1:37:00 PM > pls call the pt

**6. Hyperlipidemia**

LAB: CBC

| | | | |
|---|---|---|---|
| HGB | 15.6 | | 12.0-18.0 - g/dl |
| MCH | 30.8 | | 26.0-32.0 - pg |
| RDW | 13.3 | | 11.5-14.5 - % |
| LYM% | 26.7 | | 18.0-42.0 - % |
| HCT | 44.2 | | 37.0-51.0 - % |
| MCV | 87.4 | | 80.0-97.0 - fl |
| RBC | 5.06 | | 4.20-6.30 - M/uL |
| WBC | 9.6 | | 4.1-10.9 - K/uL |
| MCHC | 35.3 | | 31.0-36.0 - g/dl |
| NEUT% | 62.4 | | 50.0-70.0 - % |
| PLT | 269.0 | | 140.0-440.0 - K/uL |
| BASO% | 0.5 | | 0.0-2.0 - % |
| EO% | 2.4 | | 0.0-4.0 - % |
| MONO% | 8.0 | | 2.0-11.0 - % |

Cilingiroglu,Mehmet 1/10/2018 1:01:39 PM > pls call the pt

LAB: Comprehensive Metabolic Panel

| | | | |
|---|---|---|---|
| **ALT** | **73** | **H** | **16-63 - U/L** |
| Potassium | 4.5 | | 3.5-5.0 - mmol/L |
| Total Protein | 7.6 | | 6.4-8.2 - g/dl |
| Albumin | 4.3 | | 3.4-5.0 - g/dl |
| **Glucose** | **113** | **H** | **70-110 - mg/dl** |
| BUN | 11.0 | | 7.0-18.0 - mg/dl |
| CO2 | 28.5 | | 21.0-32.0 - mmol/L |
| AST | 24 | | 15-37 - U/L |
| ALKP | 73 | | 46-116 - U/L |
| Calcium | 9.1 | | 8.5-10.1 - mg/dl |
| eGFR | >60 | | - mL/min/1.73m |
| TBil | 0.4 | | 0.0-1.0 - mg/dl |
| Chloride | 102 | | 98-107 - mmol/L |
| Creatinine | 0.82 | | 0.70-1.30 - mg/dl |
| Sodium | 140 | | 136-145 - mmol/L |

Cilingiroglu,Mehmet 1/10/2018 1:32:34 PM > pls call the pt

LAB: D-DIMER

| | | |
|---|---|---|
| D-DIMER | 0.27 | 0.27-0.46 - ug/ml |

Cilingiroglu,Mehmet 1/11/2018 8:31:26 AM > pls call the pt

LAB: Free T4

| | | |
|---|---|---|
| Free T4 | 0.75 | 0.59-1.17 - ng/dL |

Cilingiroglu,Mehmet 1/10/2018 1:36:22 PM > pls call the pt

LAB: Hemoglobin A1C

| | | |
|---|---|---|
| Hemoglobin A1c | 5.5 | - % |

Cilingiroglu,Mehmet 1/10/2018 1:02:01 PM > pls call the pt

LAB: Lipid Panel

| | | | |
|---|---|---|---|
| **HDL** | **32.0** | **L** | **40.0-60.0 - mg/dl** |



12

| | | |
|---|---|---|
| LDL | 0 | 0-130 - |
| **Trig** | **608.0 H** | **0.0-150.0 - mg/dl** |
| **Chol** | **227 H** | **0-200 - mg/dl** |

Cilingiroglu,Mehmet 1/10/2018 1:46:46 PM > Start fish oil protocol, 4 gr bid, tricor or gemfibroazil

LAB: proBNP

| | | |
|---|---|---|
| proBNP | 37.6 | 0.0-125.0 - pg/ml |

Cilingiroglu,Mehmet 1/10/2018 1:36:41 PM > pls call the pt

LAB: TSH

| | | |
|---|---|---|
| TSH | 1.18 | 0.34-4.82 - uIU/ml |

Cilingiroglu,Mehmet 1/10/2018 1:37:00 PM > pls call the pt

**Procedure Codes**

80053 COMPREHEN METABOLIC PANEL
80061 LIPID PANEL
85025 COMPLETE CBC WAUTO DIFF WBC
84439 FT4
83880 PRO BNP
36415 ROUTINE VENIPUNCTURE
84443 TSH
83036 A1C
85379 D DIMER

**Electronically signed by Mehmet Cilingiroglu on 02/23/2018 at 10:13 AM CST**

**Sign off status: Pending**

---

**AHHC Main Little Rock - Laboratory Department**
**7 Shackleford W Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

ARKANSAS HEART HOSPITAL®
CLINIC

**Keathley, Timothy S**
45 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: Health Adv
Primary Payer ID: 00181
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

01/10/2018 History and Physical : Mehmet Cilingiroglu, MD

### Current Medications

Taking
- Zoloft 50 MG Tablet 1 tablet Orally Once a day
- Protonix 40 MG Tablet Delayed Release 1 tablet Orally twice a day
- Co Q 10 200 mg Capsule 1 capsule with a meal Orally Once a day
- Vitamin C 1000 MG Tablet 1 tablet Orally twice a day
- Krill Oil Omega-3 300 MG Capsule as directed Orally once a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Orally Once a day
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Plavix 75 MG Tablet 1 tablet Orally Once a day
- Carvedilol 12.5 MG Tablet 1 tablet Orally Twice a day
- Torsemide 10 MG Tablet 1 tablet Orally PRN
- Potassium Chloride Crys ER 10 MEQ Tablet Extended Release 2 tablet Orally PRN
- Digoxin 125 MCG Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

HTN- 2007.
Heart attack- 1/2014.
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES.
HLP.
OSA on CPAP.
Depression/anxiety.
Ischemic cardiomyopathy with LVEF of 20-25%.
Congestive Heart Failure.
s/p AICD.

### Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985

### Reason for Appointment

1. CAD s/p PCI, s/p MI
2. CHF systolic
3. HTN
4. AICD
5. Fatigue

### History of Present Illness

HPI:

Comes in for fu. He has CAD s/p PCI and MI. Also has ischemic CM with AICD. He has been at times sleepy and not doing much. No angina. Still has significant fatigue at rest as well as with minimal exercise. We recommended for him to reconnect with our cardiac rehab program for healthier life style. Consulted him about weight loss and healthy eating. Trying to get his long term disability.

### Vital Signs

HR 80 /min, BP 128/82 mm Hg, Ht 5 ft 10 in, Wt 227 lbs, BMI 32.57 Index, Oxygen sat 95 %, Pain scale 0 1-10.

### Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress . HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops. LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi. EXTREMITY no clubbing, cyanosis, or edema. PROCEDURE SITE: ICD wound is well healed .

### Assessments

1. CAD (coronary artery disease) - I25.10 (Primary)
2. Ischemic cardiomyopathy - I25.5
3. Hypertension - I10
4. CHF (congestive heart failure) - I50.9
5. Automatic implantable cardioverter-defibrillator in situ - Z95.810
6. Hyperlipidemia - E78.5
7. Fatigue - R53.83

### Treatment

**1. CAD (coronary artery disease)**
Continue Aspirin Tablet Dispersible, 81 MG, 1 tablet, Orally, Once a day
Continue Plavix Tablet, 75 MG, 1 tablet, Orally, Once a day

Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015
Lead Replacement in Pacemaker 12/2016
heart cath AHH Dr. Wong 6/9/2017

### Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15
AHH ER: chest pain, Dr. Wong did heart cath, no intervention required 6/9/2017

### Review of Systems

General/Constitutional:
Poor appetite no. Weight gain yes. Weight loss without dieting no. Fatigue yes . Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity no. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:
Chest pain/chest pressure no. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:

LAB: CBC (Ordered for 01/10/2018)
LAB: Comprehensive Metabolic Panel (Ordered for 01/10/2018)
LAB: D-DIMER (Ordered for 01/10/2018)
LAB: Free T4 (Ordered for 01/10/2018)
LAB: Hemoglobin A1C (Ordered for 01/10/2018)
LAB: Lipid Panel (Ordered for 01/10/2018)
LAB: proBNP (Ordered for 01/10/2018)
LAB: TSH (Ordered for 01/10/2018)
PROCEDURE: *Intensive Cardiac Rehab - 72 Sessions of Pritikin Certified ICR
Notes: Continue on meds.

**2. Ischemic cardiomyopathy**
Continue Carvedilol Tablet, 12.5 MG, 1 tablet, Orally, Twice a day
Continue Digoxin Tablet, 125 MCG, 1 tablet, Orally, Once a day
LAB: CBC (Ordered for 01/10/2018)
LAB: Comprehensive Metabolic Panel (Ordered for 01/10/2018)
LAB: D-DIMER (Ordered for 01/10/2018)
LAB: Free T4 (Ordered for 01/10/2018)
LAB: Hemoglobin A1C (Ordered for 01/10/2018)
LAB: Lipid Panel (Ordered for 01/10/2018)
LAB: proBNP (Ordered for 01/10/2018)
LAB: TSH (Ordered for 01/10/2018)
PROCEDURE: *Intensive Cardiac Rehab - 72 Sessions of Pritikin Certified ICR
Notes: Continue on meds.

**3. Hypertension**
LAB: CBC (Ordered for 01/10/2018)
LAB: Comprehensive Metabolic Panel (Ordered for 01/10/2018)
LAB: D-DIMER (Ordered for 01/10/2018)
LAB: Free T4 (Ordered for 01/10/2018)
LAB: Hemoglobin A1C (Ordered for 01/10/2018)
LAB: Lipid Panel (Ordered for 01/10/2018)
LAB: proBNP (Ordered for 01/10/2018)
LAB: TSH (Ordered for 01/10/2018)
PROCEDURE: *Intensive Cardiac Rehab - 72 Sessions of Pritikin Certified ICR
Notes: Continue on meds.

**4. CHF (congestive heart failure)**
Continue Torsemide Tablet, 10 MG, 1 tablet, Orally, PRN
Continue Potassium Chloride Crys ER Tablet Extended Release, 10 MEQ, 2 tablet, Orally, PRN
LAB: CBC (Ordered for 01/10/2018)
LAB: Comprehensive Metabolic Panel (Ordered for 01/10/2018)
LAB: D-DIMER (Ordered for 01/10/2018)
LAB: Free T4 (Ordered for 01/10/2018)
LAB: Hemoglobin A1C (Ordered for 01/10/2018)
LAB: Lipid Panel (Ordered for 01/10/2018)
LAB; proBNP (Ordered for 01/10/2018)
LAB: TSH (Ordered for 01/10/2018)
PROCEDURE: *Intensive Cardiac Rehab - 72 Sessions of Pritikin

Joint pain or swelling no. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no. Headaches no.
Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

Certified ICR
Notes: Continue on meds. Check labs.

**5. Automatic implantable cardioverter-defibrillator in situ**
LAB: CBC (Ordered for 01/10/2018)
LAB: Comprehensive Metabolic Panel (Ordered for 01/10/2018)
LAB: D-DIMER (Ordered for 01/10/2018)
LAB: Free T4 (Ordered for 01/10/2018)
LAB: Hemoglobin A1C (Ordered for 01/10/2018)
LAB: Lipid Panel (Ordered for 01/10/2018)
LAB: proBNP (Ordered for 01/10/2018)
LAB: TSH (Ordered for 01/10/2018)
PROCEDURE: *Intensive Cardiac Rehab - 72 Sessions of Pritikin Certified ICR
Notes: fu with ep.

**6. Hyperlipidemia**
Continue Co Q 10 Capsule, 200 mg, 1 capsule with a meal, Orally, Once a day
Continue Krill Oil Omega-3 Capsule, 300 MG, as directed, Orally, once a day
LAB: CBC (Ordered for 01/10/2018)
LAB: Comprehensive Metabolic Panel (Ordered for 01/10/2018)
LAB: D-DIMER (Ordered for 01/10/2018)
LAB: Free T4 (Ordered for 01/10/2018)
LAB: Hemoglobin A1C (Ordered for 01/10/2018)
LAB: Lipid Panel (Ordered for 01/10/2018)
LAB: proBNP (Ordered for 01/10/2018)
LAB: TSH (Ordered for 01/10/2018)
PROCEDURE: *Intensive Cardiac Rehab - 72 Sessions of Pritikin Certified ICR
Notes: Continue on meds.

**7. Fatigue**
Notes: Check labs and enroll in cardiacv rehab.

**8. Others**
Continue Zoloft Tablet, 50 MG, 1 tablet, Orally, Once a day
Continue Protonix Tablet Delayed Release, 40 MG, 1 tablet, Orally, twice a day
Continue Vitamin C Tablet, 1000 MG, 1 tablet, Orally, twice a day
Continue Vasotec Tablet, 5 MG, TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
Continue Crestor Tablet, 10 MG, TAKE ONE TABLET BY MOUTH AT BEDTIME

**Preventive Medicine**
Counseling: Care goal follow-up plan: Above Normal BMI Follow-up Lifestyle education regarding diet.
Screening/Special Tests: Fall Risk Screening Fall Risk Assessment Performed Yes, Have you had a recent fall? No, Do you use a walker, cane, or require assistance? No.

**Follow Up**
6 Months (Reason: cad)

Mehmet Cilingiroglu, MD

**Electronically signed by Mehmet Cilingiroglu on 01/10/2018 at 12:00 PM CST**

**Sign off status: Completed**

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

ARKANSAS HEART HOSPITAL® CLINIC

# Keathley, Timothy S

44 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: Health Adv
Primary Payer ID: 00181
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

07/12/2017 History and Physical : Mehmet Cilingiroglu, MD

## Current Medications

Taking

- Plavix 75 MG Tablet 1 tablet Orally Once a day
- Zoloft 50 MG Tablet 1 tablet Orally Once a day
- Protonix 40 MG Tablet Delayed Release 1 tablet Orally twice a day
- Vitamin C 1000 MG Tablet 1 tablet Orally twice a day
- Co Q 10 200 mg Capsule 1 capsule with a meal Orally Once a day
- Krill Oil Omega-3 300 MG Capsule as directed Orally once a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Orally Once a day
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Digoxin 125 MCG Tablet 1 tablet Orally Once a day
- Carvedilol 12.5 MG Tablet 1 tablet Orally Twice a day
- Torsemide 10 MG Tablet 1 tablet Orally PRN
- Potassium Chloride Crys ER 10 MEQ Tablet Extended Release 2 tablet Orally PRN
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007.
Heart attack- 1/2014.
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES.
HLP.
OSA on CPAP.
Depression/anxiety.
Ischemic cardiomyopathy with LVEF of 20-25%.
Congestive Heart Failure.
s/p AICD.

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985

## Reason for Appointment

1. CAD s/p MI s/p PCI
2. CM
3. Hospital fu
4. Anxiety

## History of Present Illness

HPI:

Comes in for follow up from his recent hospitalization at AHH with cp. he has prior CAD s/p MI and s/p PCI with DES and ischemic cm. His labs showed normal HgA1c, normal Mg, normal TSH, LDL of 122, HDL of 39, TG of 205, normal BMP, normal Hg and normal ProBNP. His last 2d echo showed mildly reduced LVEF of 45-50% with moderately increased LV cavity. His SCA during his hospitalization showed LVEF of 40% with patent proximal LAD stent with mid 30% stenosis, mid RCA 30%, and patent distal RCA stent. Seems to be doing well with no angina since that night.

## Vital Signs

HR 75 /min, BP 122/80 mm Hg, Ht 5 ft 10 in, Wt 218 lbs, BMI 31.28 Index, Oxygen sat 95 %, Pain scale 0 1-10.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress . HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops. LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi. EXTREMITY no clubbing, cyanosis, or edema.

## Assessments

1. Hypertension - I10 (Primary), well controlled.
2. Hyperlipidemia - E78.5, on current regimen.
3. Essential hypertension - I10
4. Automatic implantable cardioverter-defibrillator in situ - Z95.810
5. LBBB (left bundle branch block) - I44.7, as it is since his MI
6. CAD (coronary artery disease) - I25.10
7. CHF (congestive heart failure) - I50.9
8. Ischemic cardiomyopathy - I25.5

## Treatment

**1. Hypertension**

Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015
Lead Replacement in Pacemaker 12/2016
heart cath AHH Dr. Wong 6/9/2017

### Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

### Social History

Tobacco Use:
Tobacco Use/Smoking Smoking Status: nonsmoker. Tobacco use other than smoking Are you an other tobacco user? No.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none. Children: yes, 2. Exercise: yes, 2-3 times per week. Marital status: married.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15
AHH ER: chest pain, Dr. Wong did heart cath, no intervention required 6/9/2017

### Review of Systems

General/Constitutional:
Poor appetite no. Weight gain no. Weight loss without dieting no. Fatigue no. Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity no. Shortness of breath without activity no.

Notes: Continue on meds.

**2. Hyperlipidemia**
Continue Co Q 10 Capsule, 200 mg, 1 capsule with a meal, Orally, Once a day
Continue Krill Oil Omega-3 Capsule, 300 MG, as directed, Orally, once a day
Notes: Continue on meds.

**3. Essential hypertension**
Notes: Continue on meds.

**4. Automatic implantable cardioverter-defibrillator in situ**
Notes: fu with ep.

**5. CAD (coronary artery disease)**
Continue Aspirin Tablet Dispersible, 81 MG, 1 tablet, Orally, Once a day

**6. CHF (congestive heart failure)**
Continue Digoxin Tablet, 125 MCG, 1 tablet, Orally, Once a day
Continue Torsemide Tablet, 10 MG, 1 tablet, Orally, PRN
Continue Potassium Chloride Crys ER Tablet Extended Release, 10 MEQ, 2 tablet, Orally, PRN

**7. Ischemic cardiomyopathy**
Continue Carvedilol Tablet, 12.5 MG, 1 tablet, Orally, Twice a day

**8. Others**
Continue Plavix Tablet, 75 MG, 1 tablet, Orally, Once a day
Continue Zoloft Tablet, 50 MG, 1 tablet, Orally, Once a day
Continue Protonix Tablet Delayed Release, 40 MG, 1 tablet, Orally, twice a day
Continue Vitamin C Tablet, 1000 MG, 1 tablet, Orally, twice a day
Continue Vasotec Tablet, 5 MG, TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
Continue Crestor Tablet, 10 MG, TAKE ONE TABLET BY MOUTH AT BEDTIME

### Follow Up

6 Months (Reason: cad)

Mehmet Cilingiroglu, MD

Shortness of breath when lying flat no.
Frequent cough no.
Cardiac:
Chest pain/chest pressure no.
Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no.
Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no.
Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:
Joint pain or swelling no. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no.
Headaches no.
Psychiatric:
Untreated or worsening depression no.
Untreated or worsening anxiety no.

**Electronically signed by Mehmet Cilingiroglu on 07/12/2017 at 12:07 PM CDT**

**Sign off status: Completed**

---

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**



20

ARKANSAS HEART HOSPITAL®
CLINIC

**Keathley, Timothy S**
44 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: Health Adv
Primary Payer ID: 00181
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC Main Little Rock - Laboratory Department

05/03/2017

Mehmet Cilingiroglu, MD

**Past Medical History**

HTN- 2007.
Heart attack- 1/2014.
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES.
HLP.
OSA on CPAP.
Depression/anxiety.
Ischemic cardiomyopathy with LVEF of 20-25%.
Congestive Heart Failure.
s/p AICD.

**Assessments**

1. CAD (coronary artery disease) - I25.10 (Primary)
2. Ischemic cardiomyopathy - I25.5
3. Hypertension - I10
4. Hyperlipidemia - E78.5
5. CHF (congestive heart failure) - I50.9

**Treatment**

**1. CAD (coronary artery disease)**

LAB: CBC

| | | |
|---|---|---|
| HGB | 14.9 | 12.0-18.0 - g/dl |
| MCH | 30.4 | 26.0-32.0 - pg |
| RDW | 13.4 | 11.5-14.5 - % |
| LYM% | 29.1 | 18.0-42.0 - % |
| HCT | 43.3 | 37.0-51.0 - % |
| MCV | 88.4 | 80.0-97.0 - fl |
| RBC | 4.90 | 4.20-6.30 - M/uL |
| WBC | 7.5 | 4.1-10.9 - K/uL |
| MCHC | 34.4 | 31.0-36.0 - g/dl |
| NEUT% | 58.0 | 50.0-70.0 - % |
| PLT | 206.0 | 140.0-440.0 - K/uL |
| BASO% | 0.5 | 0.0-2.0 - % |
| EO% | 3.6 | 0.0-4.0 - % |
| MONO% | 8.8 | 2.0-11.0 - % |

Cilingiroglu,Mehmet 5/3/2017 10:51:07 AM > pls call the patient

LAB: Comprehensive Metabolic Panel

| | | |
|---|---|---|
| ALT | 41 | 16-63 - U/L |
| Potassium | 4.2 | 3.5-5.0 - mmol/L |
| Total Protein | 6.9 | 6.4-8.2 - g/dl |
| Albumin | 3.9 | 3.4-5.0 - g/dl |
| Glucose | 104 | 70-110 - mg/dl |
| BUN | 15.0 | 7.0-18.0 - mg/dl |
| CO2 | 28.1 | 21.0-32.0 - mmol/L |
| AST | 20 | 15-37 - U/L |
| ALKP | 57 | 46-116 - U/L |
| Calcium | 8.6 | 8.5-10.1 - mg/dl |
| eGFR | >60 | - mL/min/1.73m |
| TBil | 0.6 | 0.0-1.0 - mg/dl |

| | | | |
|---|---|---|---|
| Chloride | 105 | | 98-107 - mmol/L |
| Creatinine | 0.82 | | 0.70-1.30 - mg/dl |
| Sodium | 142 | | 136-145 - mmol/L |

Cilingiroglu,Mehmet 5/3/2017 11:09:03 AM > pls call the patient

LAB: Free T4

| | | | |
|---|---|---|---|
| Free T4 | 0.81 | | 0.59-1.17 - ng/dL |

Cilingiroglu,Mehmet 5/3/2017 11:09:22 AM > pls call the patient

LAB: Hemoglobin A1C

| | | | |
|---|---|---|---|
| Hemoglobin A1c | 5.5 | | - % |

Cilingiroglu,Mehmet 5/3/2017 11:09:56 AM > pls call the patient

LAB: Lipid Panel

| | | | |
|---|---|---|---|
| **HDL** | **39.0** | **L** | **40.0-60.0 - mg/dl** |
| LDL | 122 | | 0-130 - |
| **Trig** | **205.0** | **H** | **0.0-150.0 - mg/dl** |
| **Chol** | **202** | **H** | **0-200 - mg/dl** |

Cilingiroglu,Mehmet 5/3/2017 11:10:36 AM > pls call the patient

LAB: Magnesium

| | | | |
|---|---|---|---|
| Magnesium | 2.0 | | 1.8-2.4 - mg/dL |

Cilingiroglu,Mehmet 5/3/2017 11:10:59 AM > pls call the patient

LAB: proBNP

| | | | |
|---|---|---|---|
| proBNP | 62.9 | | 0.0-125.0 - pg/ml |

Cilingiroglu,Mehmet 5/3/2017 11:11:17 AM > pls call the patient

LAB: TSH

| | | | |
|---|---|---|---|
| TSH | 1.11 | | 0.34-4.82 - uIU/ml |

Cilingiroglu,Mehmet 5/3/2017 11:11:35 AM > pls call the patient

**2. Ischemic cardiomyopathy**

LAB: CBC

| | | |
|---|---|---|
| HGB | 14.9 | 12.0-18.0 - g/dl |
| MCH | 30.4 | 26.0-32.0 - pg |
| RDW | 13.4 | 11.5-14.5 - % |
| LYM% | 29.1 | 18.0-42.0 - % |
| HCT | 43.3 | 37.0-51.0 - % |
| MCV | 88.4 | 80.0-97.0 - fl |
| RBC | 4.90 | 4.20-6.30 - M/uL |
| WBC | 7.5 | 4.1-10.9 - K/uL |
| MCHC | 34.4 | 31.0-36.0 - g/dl |
| NEUT% | 58.0 | 50.0-70.0 - % |
| PLT | 206.0 | 140.0-440.0 - K/uL |
| BASO% | 0.5 | 0.0-2.0 - % |
| EO% | 3.6 | 0.0-4.0 - % |
| MONO% | 8.8 | 2.0-11.0 - % |

Cilingiroglu,Mehmet 5/3/2017 10:51:07 AM > pls call the patient

LAB: Comprehensive Metabolic Panel

| | | |
|---|---|---|
| ALT | 41 | 16-63 - U/L |
| Potassium | 4.2 | 3.5-5.0 - mmol/L |
| Total Protein | 6.9 | 6.4-8.2 - g/dl |
| Albumin | 3.9 | 3.4-5.0 - g/dl |
| Glucose | 104 | 70-110 - mg/dl |
| BUN | 15.0 | 7.0-18.0 - mg/dl |
| CO2 | 28.1 | 21.0-32.0 - mmol/L |
| AST | 20 | 15-37 - U/L |
| ALKP | 57 | 46-116 - U/L |
| Calcium | 8.6 | 8.5-10.1 - mg/dl |
| eGFR | >60 | - mL/min/1.73m |
| TBil | 0.6 | 0.0-1.0 - mg/dl |
| Chloride | 105 | 98-107 - mmol/L |
| Creatinine | 0.82 | 0.70-1.30 - mg/dl |
| Sodium | 142 | 136-145 - mmol/L |

Cilingiroglu,Mehmet 5/3/2017 11:09:03 AM > pls call the patient

LAB: Free T4

| | | |
|---|---|---|
| Free T4 | 0.81 | 0.59-1.17 - ng/dL |

Cilingiroglu,Mehmet 5/3/2017 11:09:22 AM > pls call the patient

LAB: Hemoglobin A1C

| | | |
|---|---|---|
| Hemoglobin A1c | 5.5 | - % |

Cilingiroglu,Mehmet 5/3/2017 11:09:56 AM > pls call the patient

LAB: Lipid Panel

| | | |
|---|---|---|
| **HDL** | **39.0 L** | **40.0-60.0 - mg/dl** |
| LDL | 122 | 0-130 - |
| **Trig** | **205.0 H** | **0.0-150.0 - mg/dl** |
| **Chol** | **202 H** | **0-200 - mg/dl** |

Cilingiroglu,Mehmet 5/3/2017 11:10:36 AM > pls call the patient

LAB: Magnesium

| | | |
|---|---|---|
| Magnesium | 2.0 | 1.8-2.4 - mg/dL |

Cilingiroglu,Mehmet 5/3/2017 11:10:59 AM > pls call the patient

LAB: proBNP

| | | |
|---|---|---|
| proBNP | 62.9 | 0.0-125.0 - pg/ml |

Cilingiroglu,Mehmet 5/3/2017 11:11:17 AM > pls call the patient

LAB: TSH

| | | |
|---|---|---|
| TSH | 1.11 | 0.34-4.82 - uIU/ml |

Cilingiroglu,Mehmet 5/3/2017 11:11:35 AM > pls call the patient

**3. Hypertension**

LAB: CBC

| | | |
|---|---|---|
| HGB | 14.9 | 12.0-18.0 - g/dl |
| MCH | 30.4 | 26.0-32.0 - pg |
| RDW | 13.4 | 11.5-14.5 - % |

| | | |
|---|---|---|
| LYM% | 29.1 | 18.0-42.0 - % |
| HCT | 43.3 | 37.0-51.0 - % |
| MCV | 88.4 | 80.0-97.0 - fl |
| RBC | 4.90 | 4.20-6.30 - M/uL |
| WBC | 7.5 | 4.1-10.9 - K/uL |
| MCHC | 34.4 | 31.0-36.0 - g/dl |
| NEUT% | 58.0 | 50.0-70.0 - % |
| PLT | 206.0 | 140.0-440.0 - K/uL |
| BASO% | 0.5 | 0.0-2.0 - % |
| EO% | 3.6 | 0.0-4.0 - % |
| MONO% | 8.8 | 2.0-11.0 - % |

Cilingiroglu,Mehmet 5/3/2017 10:51:07 AM > pls call the patient

LAB: Comprehensive Metabolic Panel

| | | |
|---|---|---|
| ALT | 41 | 16-63 - U/L |
| Potassium | 4.2 | 3.5-5.0 - mmol/L |
| Total Protein | 6.9 | 6.4-8.2 - g/dl |
| Albumin | 3.9 | 3.4-5.0 - g/dl |
| Glucose | 104 | 70-110 - mg/dl |
| BUN | 15.0 | 7.0-18.0 - mg/dl |
| CO2 | 28.1 | 21.0-32.0 - mmol/L |
| AST | 20 | 15-37 - U/L |
| ALKP | 57 | 46-116 - U/L |
| Calcium | 8.6 | 8.5-10.1 - mg/dl |
| eGFR | >60 | - mL/min/1.73m |
| TBil | 0.6 | 0.0-1.0 - mg/dl |
| Chloride | 105 | 98-107 - mmol/L |
| Creatinine | 0.82 | 0.70-1.30 - mg/dl |
| Sodium | 142 | 136-145 - mmol/L |

Cilingiroglu,Mehmet 5/3/2017 11:09:03 AM > pls call the patient

LAB: Free T4

| | | |
|---|---|---|
| Free T4 | 0.81 | 0.59-1.17 - ng/dL |

Cilingiroglu,Mehmet 5/3/2017 11:09:22 AM > pls call the patient

LAB: Hemoglobin A1C

| | | |
|---|---|---|
| Hemoglobin A1c | 5.5 | - % |

Cilingiroglu,Mehmet 5/3/2017 11:09:56 AM > pls call the patient

LAB: Lipid Panel

| | | | |
|---|---|---|---|
| **HDL** | **39.0** | **L** | **40.0-60.0 - mg/dl** |
| LDL | 122 | | 0-130 - |
| **Trig** | **205.0** | **H** | **0.0-150.0 - mg/dl** |
| **Chol** | **202** | **H** | **0-200 - mg/dl** |

Cilingiroglu,Mehmet 5/3/2017 11:10:36 AM > pls call the patient

LAB: Magnesium

| | | |
|---|---|---|
| Magnesium | 2.0 | 1.8-2.4 - mg/dL |

Cilingiroglu,Mehmet 5/3/2017 11:10:59 AM > pls call the patient

LAB: proBNP

| | | |
|---|---|---|
| proBNP | 62.9 | 0.0-125.0 - pg/ml |

Cilingiroglu,Mehmet 5/3/2017 11:11:17 AM > pls call the patient

LAB: TSH

| | | |
|---|---|---|
| TSH | 1.11 | 0.34-4.82 - uIU/ml |

Cilingiroglu,Mehmet 5/3/2017 11:11:35 AM > pls call the patient

**4. Hyperlipidemia**

LAB: CBC

| | | |
|---|---|---|
| HGB | 14.9 | 12.0-18.0 - g/dl |
| MCH | 30.4 | 26.0-32.0 - pg |
| RDW | 13.4 | 11.5-14.5 - % |
| LYM% | 29.1 | 18.0-42.0 - % |
| HCT | 43.3 | 37.0-51.0 - % |
| MCV | 88.4 | 80.0-97.0 - fl |
| RBC | 4.90 | 4.20-6.30 - M/uL |
| WBC | 7.5 | 4.1-10.9 - K/uL |
| MCHC | 34.4 | 31.0-36.0 - g/dl |
| NEUT% | 58.0 | 50.0-70.0 - % |
| PLT | 206.0 | 140.0-440.0 - K/uL |
| BASO% | 0.5 | 0.0-2.0 - % |
| EO% | 3.6 | 0.0-4.0 - % |
| MONO% | 8.8 | 2.0-11.0 - % |

Cilingiroglu,Mehmet 5/3/2017 10:51:07 AM > pls call the patient

LAB: Comprehensive Metabolic Panel

| | | |
|---|---|---|
| ALT | 41 | 16-63 - U/L |
| Potassium | 4.2 | 3.5-5.0 - mmol/L |
| Total Protein | 6.9 | 6.4-8.2 - g/dl |
| Albumin | 3.9 | 3.4-5.0 - g/dl |
| Glucose | 104 | 70-110 - mg/dl |
| BUN | 15.0 | 7.0-18.0 - mg/dl |
| CO2 | 28.1 | 21.0-32.0 - mmol/L |
| AST | 20 | 15-37 - U/L |
| ALKP | 57 | 46-116 - U/L |
| Calcium | 8.6 | 8.5-10.1 - mg/dl |
| eGFR | >60 | - mL/min/1.73m |
| TBil | 0.6 | 0.0-1.0 - mg/dl |
| Chloride | 105 | 98-107 - mmol/L |
| Creatinine | 0.82 | 0.70-1.30 - mg/dl |
| Sodium | 142 | 136-145 - mmol/L |

Cilingiroglu,Mehmet 5/3/2017 11:09:03 AM > pls call the patient

LAB: Free T4

| | | |
|---|---|---|
| Free T4 | 0.81 | 0.59-1.17 - ng/dL |

Cilingiroglu,Mehmet 5/3/2017 11:09:22 AM > pls call the patient

LAB: Hemoglobin A1C

| | | |
|---|---|---|
| Hemoglobin A1c | 5.5 | - % |

Cilingiroglu,Mehmet 5/3/2017 11:09:56 AM > pls call the patient

LAB: Lipid Panel

| | | | |
|---|---|---|---|
| **HDL** | **39.0** | **L** | **40.0-60.0 - mg/dl** |
| LDL | 122 | | 0-130 - |
| **Trig** | **205.0** | **H** | **0.0-150.0 - mg/dl** |
| **Chol** | **202** | **H** | **0-200 - mg/dl** |

Cilingiroglu,Mehmet 5/3/2017 11:10:36 AM > pls call the patient

LAB: Magnesium

| | | |
|---|---|---|
| Magnesium | 2.0 | 1.8-2.4 - mg/dL |

Cilingiroglu,Mehmet 5/3/2017 11:10:59 AM > pls call the patient

LAB: proBNP

| | | |
|---|---|---|
| proBNP | 62.9 | 0.0-125.0 - pg/ml |

Cilingiroglu,Mehmet 5/3/2017 11:11:17 AM > pls call the patient

LAB: TSH

| | | |
|---|---|---|
| TSH | 1.11 | 0.34-4.82 - uIU/ml |

Cilingiroglu,Mehmet 5/3/2017 11:11:35 AM > pls call the patient

5. **CHF (congestive heart failure)**

LAB: CBC

| | | |
|---|---|---|
| HGB | 14.9 | 12.0-18.0 - g/dl |
| MCH | 30.4 | 26.0-32.0 - pg |
| RDW | 13.4 | 11.5-14.5 - % |
| LYM% | 29.1 | 18.0-42.0 - % |
| HCT | 43.3 | 37.0-51.0 - % |
| MCV | 88.4 | 80.0-97.0 - fl |
| RBC | 4.90 | 4.20-6.30 - M/uL |
| WBC | 7.5 | 4.1-10.9 - K/uL |
| MCHC | 34.4 | 31.0-36.0 - g/dl |
| NEUT% | 58.0 | 50.0-70.0 - % |
| PLT | 206.0 | 140.0-440.0 - K/uL |
| BASO% | 0.5 | 0.0-2.0 - % |
| EO% | 3.6 | 0.0-4.0 - % |
| MONO% | 8.8 | 2.0-11.0 - % |

Cilingiroglu,Mehmet 5/3/2017 10:51:07 AM > pls call the patient

LAB: Comprehensive Metabolic Panel

| | | |
|---|---|---|
| ALT | 41 | 16-63 - U/L |
| Potassium | 4.2 | 3.5-5.0 - mmol/L |
| Total Protein | 6.9 | 6.4-8.2 - g/dl |
| Albumin | 3.9 | 3.4-5.0 - g/dl |
| Glucose | 104 | 70-110 - mg/dl |
| BUN | 15.0 | 7.0-18.0 - mg/dl |
| CO2 | 28.1 | 21.0-32.0 - mmol/L |
| AST | 20 | 15-37 - U/L |
| ALKP | 57 | 46-116 - U/L |
| Calcium | 8.6 | 8.5-10.1 - mg/dl |
| eGFR | >60 | - mL/min/1.73m |
| TBil | 0.6 | 0.0-1.0 - mg/dl |
| Chloride | 105 | 98-107 - mmol/L |

| | | |
|---|---|---|
| Creatinine | 0.82 | 0.70-1.30 - mg/dl |
| Sodium | 142 | 136-145 - mmol/L |

Cilingiroglu,Mehmet 5/3/2017 11:09:03 AM > pls call the patient

LAB: Free T4

| | | |
|---|---|---|
| Free T4 | 0.81 | 0.59-1.17 - ug/dL |

Cilingiroglu,Mehmet 5/3/2017 11:09:22 AM > pls call the patient

LAB: Hemoglobin A1C

| | | |
|---|---|---|
| Hemoglobin A1c | 5.5 | - % |

Cilingiroglu,Mehmet 5/3/2017 11:09:56 AM > pls call the patient

LAB: Lipid Panel

| | | | |
|---|---|---|---|
| **HDL** | **39.0** | **L** | **40.0-60.0 - mg/dl** |
| LDL | 122 | | 0-130 - |
| **Trig** | **205.0** | **H** | **0.0-150.0 - mg/dl** |
| **Chol** | **202** | **H** | **0-200 - mg/dl** |

Cilingiroglu,Mehmet 5/3/2017 11:10:36 AM > pls call the patient

LAB: Magnesium

| | | |
|---|---|---|
| Magnesium | 2.0 | 1.8-2.4 - mg/dL |

Cilingiroglu,Mehmet 5/3/2017 11:10:59 AM > pls call the patient

LAB: proBNP

| | | |
|---|---|---|
| proBNP | 62.9 | 0.0-125.0 - pg/ml |

Cilingiroglu,Mehmet 5/3/2017 11:11:17 AM > pls call the patient

LAB: TSH

| | | |
|---|---|---|
| TSH | 1.11 | 0.34-4.82 - uIU/ml |

Cilingiroglu,Mehmet 5/3/2017 11:11:35 AM > pls call the patient

**Procedure Codes**

80053 COMPREHEN METABOLIC PANEL
80061 LIPID PANEL
85025 COMPLETE CBC WAUTO DIFF WBC
84439 FT4
83880 PRO BNP
36415 ROUTINE VENIPUNCTURE
84443 TSH
83036 A1C
83735 MAGNESIUM

**Electronically signed by Mehmet Cilingiroglu on 02/23/2018 at 10:13 AM CST**

**Sign off status: Pending**

**AHHC Main Little Rock - Laboratory Department**
**7 Shackleford W Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

**Patient: Keathley, Timothy S DOB: Progress Note: Mehmet Cilingiroglu, MD 05/03/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

28

ARKANSAS HEART HOSPITAL®
CLINIC

**Keathley, Timothy S**
44 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: Health Adv
Primary Payer ID: 00181
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

05/03/2017 History and Physical : Mehmet Cilingiroglu, MD

## Current Medications

Taking

- Zoloft 50 MG Tablet 1 tablet Orally Once a day
- Protonix 40 MG Tablet Delayed Release 1 tablet Orally twice a day
- Vitamin C 1000 MG Tablet 1 tablet Orally twice a day
- Co Q 10 200 mg Capsule 1 capsule with a meal Orally Once a day
- Krill Oil Omega-3 300 MG Capsule as directed Orally once a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Orally Once a day
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Digoxin 125 MCG Tablet 1 tablet Orally Once a day
- Carvedilol 12.5 MG Tablet 1 tablet Orally Twice a day
- Torsemide 10 MG Tablet 1 tablet Orally PRN
- Potassium Chloride Crys ER 10 MEQ Tablet Extended Release 2 tablet Orally PRN
- Crestor 10 MG Tablet 1 tablet Orally Once a day
- Plavix 75 MG Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007.
Heart attack- 1/2014.
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES.
HLP.
OSA on CPAP.
Depression/anxiety.
Ischemic cardiomyopathy with LVEF of 20-25%.
Congestive Heart Failure.
s/p AICD.

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985

## Reason for Appointment

1. CAD s/p MI
2. Iscbemic Cardiomyopathy
3. Congestive Heart Failure
4. Hypertension
5. Hyperlipidemia

## History of Present Illness

HPI:

He bas been c/o fatigue and occasional chest discomfort, occasional sob on exertion. He is disabled from bis beart condition.

Pt bere for followup of ischemic cardiomyopathy and cad s/p MI. His last ecbo showed lVEF of 25-30% with mild MR and mild TR. BP is well controlled and remaining in nsr.

## Vital Signs

HR 63 /min, BP 120/76 mm Hg, Ht 5 ft 10 in, Wt 217 lbs, BMI 31.13 Index, Oxygen sat 95 %, Pain scale 3 1-10
63.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well bydrated, in no distress . HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops. LUNGS: clear to auscultation bilaterally, no wbeezes, rales, rbonchi. EXTREMITY no clubbing, cyanosis, or edema. PROCEDURE SITE: ICD wound is well bealed .

## Assessments

1. CAD (coronary artery disease) - I25.10 (Primary)
2. Iscbemic cardiomyopathy - I25.5
3. Hypertension - I10
4. Hyperlipidemia - E78.5
5. CHF (congestive beart failure) - I50.9

## Treatment

**1. CAD (coronary artery disease)**

Continue Aspirin Tablet Dispersible, 81 MG, 1 tablet, Orally, Once a day

LAB: CBC (Ordered for 05/03/2017)
LAB: Comprebensive Metabolic Panel (Ordered for 05/03/2017)
LAB: Free T4 (Ordered for 05/03/2017)



29

Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015
Lead Replacement in Pacemaker 12/2016

**Family History**

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s), 1 daughter(s) - healthy.

**Social History**

Tobacco Use:
Tobacco Use/Smoking Smoking Status: nonsmoker. Tobacco use other than smoking Are you an other tobacco user? No.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No, Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none. Children: yes, 2. Exercise: yes, 2-3 times per week. Marital status: married.

**Allergies**

N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

**Review of Systems**

General/Constitutional:
Poor appetite no. Weight gain no. Weight loss without dieting no. Fatigue no. Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity yes. Shortness of breath without activity no. Shortness of breath when lying flat no.

LAB: Hemoglobin A1C (Ordered for 05/03/2017)
LAB: Lipid Panel (Ordered for 05/03/2017)
LAB: Magnesium (Ordered for 05/03/2017)
LAB: proBNP (Ordered for 05/03/2017)
LAB: TSH (Ordered for 05/03/2017)
IMAGING: ECG
Cilingiroglu,Mehmet 5/3/2017 9:37:24 AM > Electronic dual-chamber pacemaker Pacemaker ECG
IMAGING: Echo - 2D Echo (with 3D if indicated) (Ordered for 05/03/2017)
Notes: Heart disease and diet material was printed. Continue on meds.

**2. Ischemic cardiomyopathy**

Continue Carvedilol Tablet, 12.5 MG, 1 tablet, Orally, Twice a day
LAB: CBC (Ordered for 05/03/2017)
LAB: Comprehensive Metabolic Panel (Ordered for 05/03/2017)
LAB: Free T4 (Ordered for 05/03/2017)
LAB: Hemoglobin A1C (Ordered for 05/03/2017)
LAB: Lipid Panel (Ordered for 05/03/2017)
LAB: Magnesium (Ordered for 05/03/2017)
LAB: proBNP (Ordered for 05/03/2017)
LAB: TSH (Ordered for 05/03/2017)
IMAGING: ECG
Cilingiroglu,Mehmet 5/3/2017 9:37:24 AM > Electronic dual-chamber pacemaker Pacemaker ECG
IMAGING: Echo - 2D Echo (with 3D if indicated) (Ordered for 05/03/2017)
Notes: Continue on meds. 2d echo.

**3. Hypertension**

LAB: CBC (Ordered for 05/03/2017)
LAB: Comprehensive Metabolic Panel (Ordered for 05/03/2017)
LAB: Free T4 (Ordered for 05/03/2017)
LAB: Hemoglobin A1C (Ordered for 05/03/2017)
LAB: Lipid Panel (Ordered for 05/03/2017)
LAB: Magnesium (Ordered for 05/03/2017)
LAB: proBNP (Ordered for 05/03/2017)
LAB: TSH (Ordered for 05/03/2017)
IMAGING: ECG
Cilingiroglu,Mehmet 5/3/2017 9:37:24 AM > Electronic dual-chamber pacemaker Pacemaker ECG
IMAGING: Echo - 2D Echo (with 3D if indicated) (Ordered for 05/03/2017)
Notes: Continue on meds.

**4. Hyperlipidemia**

Continue Co Q 10 Capsule, 200 mg, 1 capsule with a meal, Orally, Once a day
Continue Krill Oil Omega-3 Capsule, 300 MG, as directed, Orally, once a day
Continue Crestor Tablet, 10 MG, 1 tablet, Orally, Once a day



30

Frequent cough no.
Cardiac:
Chest pain/chest pressure yes.
Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no.
Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no.
Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:
Joint pain or swelling yes. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no.
Headaches no.
Psychiatric:
Untreated or worsening depression no.
Untreated or worsening anxiety no.

LAB: CBC (Ordered for 05/03/2017)
LAB: Comprehensive Metabolic Panel (Ordered for 05/03/2017)
LAB: Free T4 (Ordered for 05/03/2017)
LAB: Hemoglobin A1C (Ordered for 05/03/2017)
LAB: Lipid Panel (Ordered for 05/03/2017)
LAB: Magnesium (Ordered for 05/03/2017)
LAB: proBNP (Ordered for 05/03/2017)
LAB: TSH (Ordered for 05/03/2017)
IMAGING: ECG
Cilingiroglu,Mehmet 5/3/2017 9:37:24 AM > Electronic dual-chamber pacemaker Pacemaker ECG
IMAGING: Echo - 2D Echo (with 3D if indicated) (Ordered for 05/03/2017)
Notes: Continue on meds.

**5. CHF (congestive heart failure)**
Continue Digoxin Tablet, 125 MCG, 1 tablet, Orally, Once a day
Continue Torsemide Tablet, 10 MG, 1 tablet, Orally, PRN
Continue Potassium Chloride Crys ER Tablet Extended Release, 10 MEQ, 2 tablet, Orally, PRN
LAB: CBC (Ordered for 05/03/2017)
LAB: Comprehensive Metabolic Panel (Ordered for 05/03/2017)
LAB: Free T4 (Ordered for 05/03/2017)
LAB: Hemoglobin A1C (Ordered for 05/03/2017)
LAB: Lipid Panel (Ordered for 05/03/2017)
LAB: Magnesium (Ordered for 05/03/2017)
LAB: proBNP (Ordered for 05/03/2017)
LAB: TSH (Ordered for 05/03/2017)
IMAGING: ECG
Cilingiroglu,Mehmet 5/3/2017 9:37:24 AM > Electronic dual-chamber pacemaker Pacemaker ECG
IMAGING: Echo - 2D Echo (with 3D if indicated) (Ordered for 05/03/2017)
Notes: Continue on meds. check labs.

**6. Others**
Continue Zoloft Tablet, 50 MG, 1 tablet, Orally, Once a day
Continue Protonix Tablet Delayed Release, 40 MG, 1 tablet, Orally, twice a day
Continue Vitamin C Tablet, 1000 MG, 1 tablet, Orally, twice a day
Continue Vasotec Tablet, 5 MG, TAKE ONE TABLET BY MOUTH THREE TIMES DAILY

**Preventive Medicine**
Counseling: Care goal follow-up plan: Above Normal BMI Follow-up Lifestyle education regarding diet.
Screening/Special Tests: Fall Risk Screening Fall Risk Assessment Performed Yes, Do you use a walker, cane, or require assistance? No, Have you had a recent fall? No.

**Procedure Codes**
93010 EKG REPORT - PROF



31

93005 EKG, TRACING - TECH

**Follow Up**
6 Months (Reason: cad)

Mehmet Cilingiroglu, MD

**Electronically signed by Mehmet Cilingiroglu on 05/03/2017 at 09:47 AM CDT**

**Sign off status: Completed**

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**



32

ARKANSAS HEART HOSPITAL®
CLINIC

# Keathley, Timothy S

45 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: Health Adv
Primary Payer ID: 00181
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

02/23/2018 History and Physical : Patrick Stage, APN

## Current Medications

**Taking**

- Zoloft 50 MG Tablet 1 tablet Orally Once a day
- Protonix 40 MG Tablet Delayed Release 1 tablet Orally twice a day
- Co Q 10 200 mg Capsule 1 capsule with a meal Orally Once a day
- Vitamin C 1000 MG Tablet 1 tablet Orally twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Orally Once a day
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Plavix 75 MG Tablet 1 tablet Orally Once a day
- Carvedilol 12.5 MG Tablet 1 tablet Orally Twice a day
- Torsemide 10 MG Tablet 1 tablet Orally PRN
- Potassium Chloride Crys ER 10 MEQ Tablet Extended Release 2 tablet Orally PRN
- Digoxin 125 MCG Tablet 1 tablet Orally Once a day
- Fenofibrate 145 MG Tablet 1 tablet with food Orally Once a day
- Krill Oil 1000 MG Capsule 1 cap Orally BID
- Loratadine 10 MG Tablet 1 tablet Orally Once a day

**Discontinued**

- Krill Oil Omega-3 300 MG Capsule as directed Orally once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007.
Heart attack- 1/2014.
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES.
HLP.
OSA on CPAP.
Depression/anxiety.

Ischemic cardiomyopathy with LVEF of

## Reason for Appointment

1. Ischemic cardiomyopathy
2. CAD
3. Congestive heart failure
4. s/p AICD

## History of Present Illness

HPI:

Pt here for followup of ischemic cardiomyopathy and cad. He denies any syncope. He is having some chest tightness. He will have his st. jude medical ICD interrogated in the office today. He is tired and fatigued. Has good and bad days.

## Vital Signs

HR 75 /min, BP 114/73 mm Hg, Ht 5 ft 10 in, Wt 228 lbs, BMI 32.71 Index, Oxygen sat 95 %, Pain scale 3 1-10.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .
HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.
LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.
EXTREMITY no clubbing, cyanosis, or edema.

## Assessments

1. Ischemic cardiomyopathy - I25.5 (Primary), on medical tx
2. CAD (coronary artery disease) - I25.10, atypical chest discomfort at times
3. Hypertension - I10, well controlled.
4. Stented coronary artery - Z95.5
5. LBBB (left bundle branch block) - I44.7, as it is since his MI
6. CHF (congestive heart failure) - I50.9, CHF NYHA functional class III
7. Automatic implantable cardioverter-defibrillator in situ - Z95.810

## Treatment

1. **Ischemic cardiomyopathy**

Continue Carvedilol Tablet, 12.5 MG, 1 tablet, Orally, Twice a day
Notes: No afib. No ventricular arrythmias. BIV ICD working well.

20-25%.
Congestive Heart Failure.
s/p AICD.

### Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015
Lead Replacement in Pacemaker 12/2016
heart cath AHH Dr. Wong 6/9/2017

### Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s), 1 daughter(s) - healthy.

### Social History

Tobacco Use:
Tobacco Use/Smoking
Smoking Status: *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15
AHH ER: chest pain, Dr. Wong did heart cath, no intervention required 6/9/2017

### Review of Systems

General/Constitutional:
Poor appetite no. Weight gain yes.
Weight loss without dieting no.
Fatigue yes . Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears:
Hearing loss or recent changes no.

Quickoptimization done. Changes made.

**2. Others**
Notes: Heart disease and diet material was published to portal.

### Preventive Medicine

Counseling:
Care goal follow-up plan:
Above Normal BMI Follow-up *Lifestyle education regarding diet*
Screening/Special Tests:
Fall Risk Screening
Fall Risk Assessment Performed *Yes*
Have you had a recent fall? *No*
Do you use a walker, cane, or require assistance? *No*

### Follow Up

3 Months

**Electronically signed by Patrick Stage on 02/23/2018 at 10:11 AM CST**

**Sign off status: Completed**

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.

Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity yes. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.

Cardiac:
Chest pain/chest pressure yes. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.

Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.

Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.

Men Only:
Erectile dysfunction no.

Genitourinary:
Blood in urine no. Pain on urination no.

Musculoskeletal:
Joint pain or swelling yes. Muscle weakness no. Muscle cramping no.

Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.

Skin:
Rash no. Skin sores no. Non-healing wounds no.

Neurologic:
Dizziness no. Confusion no. Headaches no.

Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

ARKANSAS HEART HOSPITAL®
CLINIC

**Keathley, Timothy S**
45 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: Health Adv
Primary Payer ID: 00181
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

10/24/2017 History and Physical : Scott Beau, M.D.

## Current Medications

**Taking**

- Zoloft 50 MG Tablet 1 tablet Orally Once a day
- Protonix 40 MG Tablet Delayed Release 1 tablet Orally twice a day
- Co Q 10 200 mg Capsule 1 capsule with a meal Orally Once a day
- Vitamin C 1000 MG Tablet 1 tablet Orally twice a day
- Krill Oil Omega-3 300 MG Capsule as directed Orally once a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Orally Once a day
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Digoxin 125 MCG Tablet 1 tablet Orally Once a day
- Carvedilol 12.5 MG Tablet 1 tablet Orally Twice a day
- Torsemide 10 MG Tablet 1 tablet Orally PRN
- Potassium Chloride Crys ER 10 MEQ Tablet Extended Release 2 tablet Orally PRN
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Plavix 75 MG Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007.
Heart attack- 1/2014.
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES.
HLP.
OSA on CPAP.
Depression/anxiety.
Ischemic cardiomyopathy with LVEF of 20-25%.
Congestive Heart Failure.
s/p AICD.

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985

## Reason for Appointment

1. Cardiomyopathy
2. Congestive Heart Failure
3. ICD Follow Up

## History of Present Illness

HPI:

Pt here for followup of ischemic cardiomyopathy and cad. Called to come in due to low percentage BP. Having some positional CP not c/w angina. No SOB. No syncope. He will have his st. jude medical ICD interrogated in the office today.

## Vital Signs

HR 75 /min, BP 127/79 mm Hg, Ht 5 ft 10 in, Wt 222 lbs, BMI 31.85 Index, Pain scale 0 1-10.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .
HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.
LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.
EXTREMITY no clubbing, cyanosis, or edema.
PROCEDURE SITE: ICD wound is well healed .

## Assessments

1. CAD (coronary artery disease) - I25.10 (Primary)
2. Ischemic cardiomyopathy - I25.5
3. Hypertension - I10
4. Hyperlipidemia - E78.5
5. OSA on CPAP - G47.33
6. Old MI (myocardial infarction) - I25.2
7. Stented coronary artery - Z95.5
8. LBBB (left bundle branch block) - I44.7
9. CHF (congestive heart failure) - I50.9
10. Automatic implantable cardioverter-defibrillator in situ - Z95.810

## Treatment

1. **CAD (coronary artery disease)**
   IMAGING: ECG

Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015
Lead Replacement in Pacemaker 12/2016
heart cath AHH Dr. Wong 6/9/2017

## Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s), 1 daughter(s) - healthy.

## Social History

Tobacco Use:
Tobacco Use/Smoking
Smoking Status: *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15
AHH ER: chest pain, Dr. Wong did heart cath, no intervention required 6/9/2017

## Review of Systems

General/Constitutional:
Poor appetite no. Weight gain no. Weight loss without dieting no. Fatigue yes. Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no.

Beau,Scott 10/24/2017 4:14:34 PM > Electronic ventricular pacemaker

**2. Ischemic cardiomyopathy**
Continue Carvedilol Tablet, 12.5 MG, 1 tablet, Orally, Twice a day
Continue Digoxin Tablet, 125 MCG, 1 tablet, Orally, Once a day
LAB: ICD4 - PROGRAMMING MULTI CMPLT
LAB: ICD5 - ICM INTERROG IN PERSON CMPLT
Notes: Scheduled in-house check for: BiV SJM IVD Device functioning per manufacturer specifications. Complete testing performed. Atrial suto cap off programmed to 2V@1ms. Max track rate to 130, max sensor rate to 120. Pmt detect rate to 130. Interventricular delay lv to rv 20 ms See EP clinic Device Check for details.

**3. CHF (congestive heart failure)**
Continue Torsemide Tablet, 10 MG, 1 tablet, Orally, PRN
Continue Potassium Chloride Crys ER Tablet Extended Release, 10 MEQ, 2 tablet, Orally, PRN
LAB: ICD4 - PROGRAMMING MULTI CMPLT
LAB: ICD5 - ICM INTERROG IN PERSON CMPLT

**4. Automatic implantable cardioverter-defibrillator in situ**
LAB: ICD4 - PROGRAMMING MULTI CMPLT
LAB: ICD5 - ICM INTERROG IN PERSON CMPLT

**5. Others**
Notes: Heart disease and diet material was published to portal.

## Preventive Medicine

Counseling:
Care goal follow-up plan:
Above Normal BMI Follow-up *Lifestyle education regarding diet*
Screening/Special Tests:
Fall Risk Screening
Fall Risk Assessment Performed *Yes*
Have you had a recent fall? *No*
Do you use a walker, cane, or require assistance? *No*

## Procedure Codes

93000 ELECTROCARDIOGRAM, COMPLETE
93290 ICM Interrogation In Person - PROF
93290 ICM Interrogation In Person - TECH
93284 ICD Programming Multi - TECH
93284 ICD Programming Multi - PROF

## Follow Up

3 Months



37

Shortness of breath with activity no.
Shortness of breath without activity no.
Shortness of breath when lying flat no.
Frequent cough no.
Cardiac:
Chest pain/chest pressure yes.
Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no.
Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:
Joint pain or swelling no. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no. Headaches no.
Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

Scott Beau

**Electronically signed by Scott Beau on 10/24/2017 at 04:21 PM CDT**

**Sign off status: Completed**

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**



38

ARKANSAS HEART HOSPITAL®
CLINIC

**Keathley, Timothy S**
45 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: Health Adv
Primary Payer ID: 00181
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

09/13/2017 History and Physical : Patrick Stage, APN

### Current Medications
**Taking**
- Plavix 75 MG Tablet 1 tablet Orally Once a day
- Zoloft 50 MG Tablet 1 tablet Orally Once a day
- Protonix 40 MG Tablet Delayed Release 1 tablet Orally twice a day
- Co Q 10 200 mg Capsule 1 capsule with a meal Orally Once a day
- Vitamin C 1000 MG Tablet 1 tablet Orally twice a day
- Krill Oil Omega-3 300 MG Capsule as directed Orally once a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Orally Once a day
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Digoxin 125 MCG Tablet 1 tablet Orally Once a day
- Carvedilol 12.5 MG Tablet 1 tablet Orally Twice a day
- Torsemide 10 MG Tablet 1 tablet Orally PRN
- Potassium Chloride Crys ER 10 MEQ Tablet Extended Release 2 tablet Orally PRN
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Medication List reviewed and reconciled with the patient

### Past Medical History
HTN- 2007.
Heart attack- 1/2014.
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES.
HLP.
OSA on CPAP.
Depression/anxiety.
Ischemic cardiomyopathy with LVEF of 20-25%.
Congestive Heart Failure.
s/p AICD.

### Surgical History
Heart cath- AHH 1/2014
Appendix removed 1985

### Reason for Appointment
1. Ischemic cardiomyopathy
2. CAD
3. Hypertension
4. s/p AICD

### History of Present Illness
HPI:

Pt here for followup of ischemic cardiomyopathy and cad. No chest pain. No syncope. He will have his st. jude medical ICD interrogated in the office today.

### Vital Signs
HR 74 /min, BP 117/80 mm Hg, Ht 5 ft 10 in, Wt 222 lbs, BMI 31.85 Index, Oxygen sat 93 %, Pain scale 0 1-10.

### Examination
General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .

HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.

LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.

EXTREMITY no clubbing, cyanosis, or edema.

### Assessments
1. CAD (coronary artery disease) - I25.10 (Primary), atypical chest discomfort at times
2. Hyperlipidemia - E78.5, on current regimen.
3. Old MI (myocardial infarction) - I25.2
4. LBBB (left bundle branch block) - I44.7, as it is since his MI
5. CHF (congestive heart failure) - I50.9, CHF NYHA functional class III
6. Automatic implantable cardioverter-defibrillator in situ - Z95.810

### Treatment
**1. CAD (coronary artery disease)**
Continue Plavix Tablet, 75 MG, 1 tablet, Orally, Once a day
Notes: No ventricular arrythmias. No afib. ICD working well.

**2. Others**

Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015
Lead Replacement in Pacemaker 12/2016
heart cath AHH Dr. Wong 6/9/2017

### Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

### Social History

Tobacco Use:
Tobacco Use/Smoking
Smoking Status: *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15
AHH ER: chest pain, Dr. Wong did heart cath, no intervention required 6/9/2017

### Review of Systems

General/Constitutional:
Poor appetite no. Weight gain no. Weight loss without dieting no. Fatigue yes . Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no.

Notes: Heart disease and diet material was published to portal.

### Preventive Medicine

Counseling:
Care goal follow-up plan:
Above Normal BMI Follow-up *Lifestyle education regarding diet*
Screening/Special Tests:
Fall Risk Screening
Fall Risk Assessment Performed *Yes*
Have you had a recent fall? *No*
Do you use a walker, cane, or require assistance? *No*

### Follow Up

3 Months



**Electronically signed by Patrick Stage on 09/13/2017 at 12:07 PM CDT**

**Sign off status: Completed**

---

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

Shortness of breath with activity no.
Shortness of breath without activity no.
Shortness of breath when lying flat no.
Frequent cough no.

Cardiac:
Chest pain/chest pressure no. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.

Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.

Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.

Men Only:
Erectile dysfunction no.

Genitourinary:
Blood in urine no. Pain on urination no.

Musculoskeletal:
Joint pain or swelling yes. Muscle weakness no. Muscle cramping no.

Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.

Skin:
Rash no. Skin sores no. Non-healing wounds no.

Neurologic:
Dizziness no. Confusion no. Headaches no.

Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

---



41

7G100180012

**Robert W. White, MSE**
1915 Skylark Drive
Beebe, Arkansas 72012
501-288-4160
February 26, 2018

Mr. Daniel Webb
Attorney at Law
425 West Capitol Avenue Suite 1586
Little Rock, Arkansas 72201

RE: Shane Keathley
SSN:

**Vocational Evaluation**

Per your request, I conducted a vocational assessment on your client, Mr. Shane Keathley, Social Security Number by telephone on Tuesday, February 19, and Wednesday, February20. This report was reviewed with Shane on Monday, February 26 for accuracy and content. Interview time two hours.

Reviewed prior to these interviews were the following:
1. Letter dated November 10, 2017 Mehmet Cilingiroglu, MD.
2. Denial letter dated November 07, 2017 Liberty Mutual Insurance, Jessica Balanger, Claims Specialist.
3. Cardiac Medical Source Statement dated January 10, 2018, Mehmet Cilingirolu, MD

Specific request asked for job and wage information related to your client's ability to return to any work, (including his past employment as a software developer with Axiom Corporation) in the regional economy, described as the state of Arkansas and 150 miles of the border of the state of Arkansas.

To assist in determining any conclusions made regarding this report the following vocational factors are considered and defined:

**Age**
Refers to an individuals chronological age and the extent to which age affects the ability to adapt to new work environments, make changes in career direction and perform work in competition with others.

Shane Keathley was born in Heber Springs, Arkansas and is currently 45 years of age, considered a younger individual.

Quoting, Office of Hearings and Appeals Social Security Administration, Vocational Expert Handbook, Generally, if an individual is under age 50 (considered a younger

person) age will not seriously affect the ability to adapt to new work environments or perform work in competition with others. In some instances however individual's ranging from 45 to 49 year of age may encounter difficulty in adapting to new work settings.

**Education**
- primarily means formal schooling or other training which contributes to an individuals ability to meet the vocational requirements of reasoning ability, communication skills or arithmetical ability of any specific occupation for which they would be qualified.

Shane Keathley completed twelve (12) grades of formal education, graduating from Mt. Vernon High School in Mt. Vernon, Arkansas in 1990.

Shane completed a Bachelor of Science Degree in Computer Science from the University of Central Arkansas in Conway, Arkansas in December, 1994

High school education means ability in reasoning, arithmetic and language skills which permits performance of semi-skilled through skilled work. Generally, these educational abilities are acquired in formal schooling at the 12th grade level or above.

**Work history**
- described as work an individual has performed within the last 15 years and which lasted long enough for the individual to adequately perform the job.

Employer: Axiom Corporation
Job title: Team Leader/Software Developer
DOT#: 030.062-010
SOFTWARE ENGINEER (profess. & kin.)
Researches, designs, and develops computer software systems, in conjunction with hardware product development, for medical, industrial, military, communications, aerospace, and scientific applications, applying principles and techniques of computer science, engineering, and mathematical analysis: Analyzes software requirements to determine feasibility of design within time and cost constraints. Consults with hardware engineers and other engineering staff to evaluate interface between hardware and software, and operational and performance requirements of overall system. Formulates and designs software system, using scientific analysis and mathematical models to predict and measure outcome and consequences of design. Develops and directs software system testing procedures, programming, and documentation. Consults with customer concerning maintenance of software system. May coordinate installation of software system.
GOE: 11.01.01 STRENGTH: S GED: R5 M5 L5 SVP: 8 DLU: 90

ONET Code 25104
TITLE: Computer Support Specialists
DEFINITION: Provide technical assistance and training to system users. Investigate and resolve computer software and hardware problems of users. Answer clients' inquiries in person and via telephone concerning the use of computer hardware and software, including printing, word processing, programming languages, electronic mail, and operating systems.

ONET CODE: 25105
TITLE: Computer Programmers
DEFINITION: Convert project specifications and statements of problems and procedures to detailed logical flow charts for coding into computer language. Develop and write computer programs to store, locate, and retrieve specific documents, data, and information.

Length of employment: October, 2000 until last day worked December 01, 2015.
Salary: $93,000

Following are descriptions of the five terms in which the Strength Factor is expressed: S-Sedentary Work - Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met. L-Light Work - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible. M-Medium Work - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work. H-Heavy Work - Exerting 50 to 100 pounds of force occasionally, and/or 25 to 50 pounds of force frequently, and/ or 10 to 20 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Medium Work. V-Very Heavy Work - Exerting in excess of 100 pounds of force occasionally, and/or in excess of 50 pounds of force frequently, and/or

in excess of 20 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Heavy Work.

**Medical History**
- described as any objectively determinable physical or mental impairment resulting in specific vocational handicaps affecting return to work.

Diagnosis: Coronary artery disease, inchemic cardiomyopathy, obstructive sleep apnea, hyperlipidemia and hyper tension.

January 12, 2014 had a massive heart attack, LAD artery 100% blocked. Went back to work for short period, off again to have a stent placement then worked for 18 months before leaving.

Treating physician: Mehmet Cilingiroglu, MD
Professor of Medicine
Arkansas Heart Hospital
Little Rock, Arkansas

Treatment: Medication - 22 medicines a day. Beta Blockers have side affects. Can only sustain activity for one hour on average, even when sitting down.

**Physical Limitations**
(as described by Shane Keathley)
This date Cardiac Medical Source Statement was reviewed with Shane as completed by his treating physician, Dr Mehmet. Cilingiroglu.

Lift & Carry: less than 10 pounds
Sit: less than 2 hours
Stand: less than 2 hours
Walk: less than city block
Reach: no above shoulder/waist can extend arms but tire easily.
Hand, feeling, fine dexterity, bi-manual dexterity: numbness in hands daily, lasting 15 to 20 minutes - happens throughout the day
Stoop, Kneel, Crouch, Squat: never
Bend: less than occasional

Sleep: Good but tire easily
Stamina/Endurance: reduced 75 to 80%
All jobs require persistence and pace to complete specific job tasks - all jobs require dependability and reliability (worker traits) and the ability to complete the normal eight hour work day and 40 hour work week. All jobs have on going work processes (requiring an individual to be in a set position for a specific period of time to complete specific work tasks) with time dependent schedules.

**Summary**
Objectively, we have a 45 year old male, considered a younger individual, with a high school education and Bachelors of Science Degree in computer science, consistent with his work history as a software developer. He suffered a massive heart attack with specific vocational handicaps affecting return to work.

**Conclusions**
There is significant discrepancy between Liberty Mutual's denial better of November 07, 2017 and the Cardiac Medical Resource Statement completed by Dr. Mehmet Cilingiroglu. Liberty Mutual states "the claimant continues to report symptoms of heart failure at a New York Heart Association Class II Level which is stable and does not preclude full time employment. Dr. Mehmet Cilingiroglu's Medical Resource Statement documents "NYHA Class III".

Quoting the NYHA Functional Classification of heart disease, "Class III Moderate" patients with cardiac disease resulting in marked limitation of physical activity. They are comfortable at rest. Less than ordinary activities causes fatigue, palpitation, dyspnea or angiual pain.

American Psychology Association "prolonged or repeated arousal of the stress response, a characteristic of modern life, can have harmful physical and psychological effects, including heart disease and depression.

Dr. Mehmet Cilingiroglu, in his January 2018 CMSS states, incapable of even "low stress" work, "any further stress may and will exacerbate his chronic heart condition in a negative manner. He then goes on to state definitively "patient cannot work".

His limitations as outlined in the CMSS do not meet the definition of sedentary work. Dr. Mehmet Cilingiroglu states "he should elevate his legs for 6.4 hours in an eight (8) hour day, which would eliminate him from performing his job as it is performed in the national economy if he had no restrictions but this.

Shane indicated he had good days where he can be up and around 4 to 6 hours but even this activity is limited to light - at will house hold chores. On bad days he can only sit or lay down during the day and cannot sustain any activity more than 20 to 30 minutes. He estimates two bad days a week and this would be in a low stress, comfortable home environment.

Based on Dr. Mehmet Cilingiroglu's outlined, explicit limitations contained in his CMSS Shane Keathley cannot perform his past work as a software developer. Lastly, in my opinion Shane is precluded from any sedentary work, even that described as unskilled, semi-skilled which would be more in line with a "low stress" work environment; his limitations as outlined by Dr. Cilingiroglu (it should be noted this is his treating specialist not a family physician) actually do not meet the requirements exertionally in any

category of sedentary work and as such he would eliminated from all work including entry level unskilled jobs.

Sincerely,

Robert W. White, MSE
Vocational Specialist

**AFFIDAVIT**

COMES NOW, SHANE KEATHLEY, and for his affidavit states:

At the age of 41, I had a massive heart attack on January 12, 2014 while attending a basketball tournament that my 10-year old son was playing in. I was fortunate to literally be 5 minutes away from the Arkansas Heart Hospital at the time. Tests showed that my left anterior descending (often referred to as the widow maker) artery was blocked, and my heart muscle was severely damaged.

After a 5 day stay in the hospital and over 3 months of cardiac rehabilitation, I returned to work on or about April 27, 2014. A little more than 2 weeks later, I experienced some heart attack like symptoms again. I returned to the hospital, and the doctors found that I had developed another blockage in my right coronary artery which required a stent. I returned to work again on or about May 21, 2014, and over the course of the next 18 months gradually began struggling with fatigue, shortness of breath, and fluid retention.

In late November of 2015, I was diagnosed with class III congestive heart failure and tests confirmed that my heart's pumping function or ejection fraction was extremely low.

I had a very successful 20-year career as a software developer, and I had been the primary breadwinner for my wife and our 2 children up until my health declined. I spent almost 16 years of my career at Acxiom Corporation collecting many accolades, awards, and promotions while attempting to climb the corporate ladder and keep my job to provide for my family. My health forced me to leave my job. We have been forced to liquidate many of our assets in order to make ends meet since that time.

7G100180012

I spend most of my time in my home now as I am too fatigued to engage in most activities. I sleep about 10 hours each night and usually take a morning nap lasting 2-3 hours and an afternoon nap for about the same amount of time. I simply have no energy. I take 16 different medications each day (22 different capsules/tablets), and I'm usually too fatigued to function within 1 hour of taking my morning round of medications.

One of a man's worst fears is not being able to provide for his family. That primal fear has become a reality for me. I have a wonderful wife and 2 awesome kids that were counting on me to be their breadwinner for many years to come, and my health will simply not allow that.

Shane Keathley

Shane Keathley

SUBSCRIBED AND SWORN to before me, a Notary Public, this 26 day of March, 2018.

Margaret L Tillman

Notary Public

My Commission Expires:

5/25/26

MARGARET L. TILLMAN
NOTARY PUBLIC-STATE OF ARKANSAS
FAULKNER COUNTY
My Commission Expires 5-25-2026
Commission # 12698226

7G100180012

CERTIFIED MAIL

7018 0040 0000 4446 6998

U.S. POSTAGE PAID
LITTLE ROCK, AR
72205
APR 05, 18
AMOUNT
$9.09
R2304E104941-12

1000 40742

DANIEL A. WEBB, P. A.
ATTORNEY AT LAW
SIMMONS TOWER
425 WEST CAPITOL AVENUE, SUITE 1550
LITTLE ROCK, ARKANSAS 72201

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
The Liberty Life Assurance Company of Boston
Attn: Jessica Belanger
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

UPS Access Point™
JANETOS SUPERETTE
77 MAIN ST
DOVER ,NH 03820

UPS Access Point™
MAIN ST MAILING & COPY
54 MAIN ST
DURHAM ,NH 03824

UPS Access Point™
MYMOBILE
123 S MAIN ST
ROCHESTER ,NH 03867

FOLD HERE

MARILYN COOK
LIBERTY MUTUAL-DOVER-0096
100 LIBERTY WAY
DOVER NH 03820

0.0 LBS LTR 1 OF 1

SHIP TO:
DANIEL WEBB
SUITE 1586
425 WEST CAPITOL AVENUE
LITTLE ROCK AR 72201-3513

AR 722 9-45

UPS 2ND DAY AIR 2

TRACKING #: 1Z 248 96X 02 9310 6575

BILLING: P/P

Office/Dept Number: 009600200

CS 19.5.48. WNTNV50 93.0A 10/2017

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

DANIEL WEBB
425 WEST CAPITOL AVENUE
SUITE 1586
LITTLE ROCK AR 72201

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5856

November 27, 2017

Daniel A. Webb
425 WEST CAPITOL AVENUE
SUITE 1586
LITTLE ROCK, AR 72201

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432
Claimant: Shane Keathley

Dear Daniel Webb:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Acxiom Corporation's Group Disability Policy. We are writing in reference to Shane Keathley's claim for LTD benefits under the Policy.

The purpose of this letter is to acknowledge Shane Keathley's intent to appeal the denial of his claim for Long Term Disability (LTD) benefits.

We understand that Mr. Keathley is in the process of gathering information to submit with his formal request for review. Since no appeal has yet been submitted, the claim remains closed with no additional review completed. The claim will not be forwarded to Liberty Life Assurance Company of Boston’s Appeal Review Unit at this time.

As set forth in the denial letter issued to Mr. Keathley on November 7, 2017 he has a maximum of 180 days to submit a written request for review, which will expire on May 6, 2018. Please be aware that all information that Mr. Keathley would like to have considered on appeal must be submitted with the written request no later than May 6, 2018.

Per your request for relevant claim documentation, we have enclosed the following information:

- Acxiom Corporation’s LTD Policy
- A complete copy of our claim file

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jessica Belanger
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16298
Secure Fax No.: (603) 334-5856

# FAX COVER SHEET

| | |
|---|---|
| TO | Jessica Belanger |
| COMPANY | Liberty Life Assurance Co of Boston |
| FAXNUMBER | 16033345856 |
| FROM | Daniel A. Webb |
| DATE | 2017-11-21 22:30:48 GMT |
| RE | Shane Keathley #5716432 |

## COVER MESSAGE

Please see letter of rep and request for file

WWW.MYFAX.COM

DANIEL A. WEBB, P. A.
ATTORNEY AT LAW
SIMMONS TOWER
425 WEST CAPITOL AVENUE, SUITE 1586
LITTLE ROCK, ARKANSAS 72201

TELEPHONE: 501-372-2400
TELEFAX: 501-325-1333
dwebblaw@att.net

November 21, 2017

VIA FACSIMILE 1-603-334-5856
Ms. Jessica Belanger
Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

| | | | |
|---|---|---|---|
| RE: | Insured: | Shane Keathley |
| | Claim Number: | 5716432 |
| | Employer: | Acxiom Corporation |

Dear Ms. Belanger:

I am writing on behalf of Shane Keathley. Shane has hired me to help with his LTD benefits claim. I have reviewed your claim denial letter of November 7, 2017, and I understand an appeal from that denial is due 180 days from Shane's receipt of same. Please forward a complete copy of Shane's file to my above address.

Thank you for your time and attention. I have enclosed an authorization for the release of your file and a HIPPA authorization for any medical contained in your file.

Sincerely,

Daniel A. Webb

Cc: Mr. Shane Keathley
208 Burkett Flat

**AUTHORIZATION**

I the undersigned hereby authorize the Liberty Mutual Insurance Company of America to release the contents of my insurance claim file #5716432 to Daniel A. Webb, P.A.

Shane Keathley

Shane Keathley

Date: 11-21-17

**AUTHORIZATION TO DISCLOSE HEALTH INFORMATION**

Patient Name: Timothy Shane Keathley Date of Birth: _______________

1. I authorize the use or disclosure of the above named individual's health information (past or future) as described below:

2. The following individual or organization is authorized to make the disclosure:

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Address P.O. BOX 7213, LONDON KY 40742-7213

3. The type and amount if information to be used or disclosed is as follows: (include dates where appropriate)

- ☐ Problem List
- ☐ Medication List
- ☐ List of Allergies
- ☐ Immunization Record
- ☐ Most Recent History and Physical
- ☐ Most Recent Discharge Summary
- ☐ Laboratory Results from (date) __________ to (date) __________
- ☐ X-ray and Imaging Reports from (date) __________ to (date) __________
- ☐ Consultation Reports
- ☐ Entire Record from (doctors' names) ____________________
- ☒ Other LTD CLAIM FILE

4. I understand that this information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5. This information may be disclosed to and used by the following individual or organization:

Daniel A. Webb, P.A.
425 West Capitol Avenue, Suite 1586
Little Rock, AR 72201

For the Purpose of: LTD APPEAL

6. I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire on the following date, event or condition: ____________________, if I fail to specify an expiration date, event or condition, this authorization will expire in 2 years from date of signature. I understand that a photo-copy of this authorization is just as effective as the original.

7. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact (insert HIM director, privacy officer, or other office or individual's name or contact information).

Shane Keathley
Signature of Patient or Legal Representative

11-21-17
Date

____________________
If Signed by Legal Representative, Relationship to Patient

____________________
Signature of Witness

Liberty Mutual. INSURANCE

# *FAX COVER SHEET*

**Date:** Thursday, October 19, 2017

**To:** Dr. Mehmet Cilingiroglu

**Fax #:** 501-664-0889

**From:**

**Phone #:**

**Fax #:**

**Pages (including cover):** 03

**Notes:**

*This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me via return fax or via telephone and permanently delete the original and any copy of any fax and any printout thereof.*

Liberty Mutual. INSURANCE

Liberty Life Assurance
Company of Boston

Group Benefits Disability
Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

10/19/2017
Dr. Mehmet Cilingiroglu

Re: Disability Benefits
Claimant Name: Shane Keathley
Claimant DOB:
Claim Number: 5716432

Dear Dr. Mehmet Cilingiroglu,

Thank you for taking my call. I am the physician who was asked by Liberty Mutual to review the medical records Mr. Keathley submitted in support of his request for disability benefits. I appreciated the chance to speak with you and I'm writing to summarize my understanding of our conversation.

As we discussed, you indicated that Mr. Keathley's restrictions and limitations in a full time occupational capacity remain unchanged from our conversation in June of 2016. Specifically you indicated that he could safely attempt to return to full-time sedentary type employment described as: occasionally lifting up to 10 pounds, occasional standing and walking short distances and unlimited sitting. The ideal employment would be that in a desk job with occasional bending/kneeling/squatting and pulling/pulling up to 10 pounds of force. There is no limitation in terms of keyboarding. .

To ensure that I have accurately summarized our conversation and reached valid conclusions, I would appreciate it if you would make any corrections or comments to this letter if necessary, sign below in the space provided, and return this letter back to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415.

Thank you for your help. Liberty is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Respectfully yours,

-Electronically Signed-

Robert Morrison M.D.
Consulting Physician
Board Certified, Cardiovascular Disease

__ No changes/comments, OR
_X_ With changes/comments as noted above

________________ ________
Dr. Mehmet Cilingiroglu Date

# ARKANSAS HEART HOSPITAL®

**YOUR HEART HOSPITAL**

**To Whom It May Concern**

**11/10/2017**

Timothy Shane Keathley (DOB: ) has history of massive anterior myocardial infarction s/p multiple PCI's, severe cardiomyopathy with LBBB, eventually requiring Bi-V AICD implantation. He continues to be disabled. He cannot and should not be in a stressful environment. If you have any questions, please call my office at 501-664-5860. Thank you.

Sincerely,

Mehmet Cilingiroglu, M.D., FESC, FSCAI, FACC
Professor of Medicine
Arkansas Heart Hospital
Little Rock, AR
Office: 501-664-5860
Cell: 513-417-3889
Email: Cilingiroglumehmet@gmail.com

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| | | |
|---|---|---|
| UPS Access Point™<br>JANETOS SUPERETTE<br>77 MAIN ST<br>DOVER ,NH 03820 | UPS Access Point™<br>MAIN ST MAILING & COPY<br>54 MAIN ST<br>DURHAM ,NH 03824 | UPS Access Point™<br>MYMOBILE<br>123 S MAIN ST<br>ROCHESTER ,NH 03867 |

FOLD HERE

JESSICA BELANGER
LIBERTY MUTUAL-DOVER-0096
100 LIBERTY WAY
DOVER NH 03820

0.0 LBS LTR 1 OF 1

SHIP TO:
MR. SHANE KEATHLEY

AR 720 0-01

UPS NEXT DAY AIR 1

TRACKING #: 1Z 248 96X 01 9995 2937

BILLING: P/P

Office/Dept Number: 009600200

CS 19.5.48. WNTNV50 93.0A 10/2017

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 8 Nov 2017 14:37:06 +0000
**To:** Candy.Boyd@acxiom.com;Judy.Tipton@acxiom.com
**Subject:** Claim# 5716432, SHANE KEATHLEY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 12/2/2015. The claim has been approved through 11/7/2017. As of 11/8/2017 this claim is closed. The case manager for this claim is Jessica Belanger. The claim number is 5716432.

If you have further questions, please call Liberty Mutual Insurance at (800) 210-0268.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 8 Nov 2017 14:37:06 +0000
**To:** Candy.Boyd@acxiom.com;Judy.Tipton@acxiom.com
**Subject:** Claim# 5716432, SHANE KEATHLEY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 12/2/2015. The claim has been approved through 11/7/2017. As of 11/8/2017 this claim is closed. The case manager for this claim is Jessica Belanger. The claim number is 5716432.

If you have further questions, please call Liberty Mutual Insurance at (800) 210-0268.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. SHANE KEATHLEY

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5856

November 7, 2017

Mr. Shane Keathley

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432

Dear Mr. Shane Keathley:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Acxiom Corporation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond November 7, 2017. Acxiom Corporation's LTD Policy requires that to receive benefits you must meet the following definition of disability:

***"Disability" or "Disabled" means:***
*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

**<u>Claim Review</u>**

Based on file documentation, your last day of work as a Software Engineer for Acxiom Corporation was December 1, 2015 for which you stopped working related to diagnosis of ischemic

cardiomyopathy.

Following the end of the 180 day Elimination Period, the benefit begin date under this claim was June 1, 2016. Under Acxiom Corporation's LTD Policy, disability is evaluated based on your functional ability to perform your own occupation for 24 months, and then any occupation ongoing.

**Medical Assessment – Cardiology October, 2017**

In order to assess whether or not you continued to meet the definition of disability under the policy as outlined, updated medical records were gathered from your treating providers at Arkansas Heart Hospital and Clinic. Upon receipt of your medical records, your file underwent a medical review with a Board Certified Cardiologist to determine if there were impairments associated with your diagnoses of ischemic cardiomyopathy and to understand what restrictions and limitations are resulting from your conditions.

When asked to specifically comment on the supported diagnoses based on the medical evidence in the claim file, the consulting physician opined:

*"The medical records support the diagnoses of coronary artery disease, ischemic cardiomyopathy, obstructive sleep apnea, anxiety/depression, hyperlipidemia and hypertension."*

When asked to outline reasonably supported restrictions and limitations based on the information in the claim file, the consulting physician opined:

*"Since the prior review, the claimant's functional ability has been unchanged. There has been an improvement in his ejection fraction. Telephone contact was made on October 17, 2017, with the claimant's cardiologist – Dr. Mehmet Cilingirolglu. Dr. Cilingirolglu again stated that the claimant was capable of full time employment in a sedentary capacity as outlined above. The medical records continue to support this opinion. The claimant continues to report symptoms of heart failure at a New York Heart Association Class II level which is stable and does not preclude full time employment. It is reasonable that he be restricted to sedentary type work as he will have a relatively fixed cardiac output that would not allow more physical types of activity. The improvement in ejection fraction does not necessarily change a claimant's restrictions unless accompanied by an improvement in functional status which was not seen in Mr. Keathley's case as there is only a rough correlation with ejection fraction and functional ability. As noted previously, these restrictions are permanent."*

As noted above, and as part of the review completed, the Consulting Physician spoke with your provider, Dr. Mehmet Cilingirolglu on October 17, 2017. Your treating provider and the Consulting Physician were in agreement that you were able to sustain full time sedentary level activity, including work.

**Vocational Assessment**

In order to evaluate your occupational duties as they are performed in the National Economy, your

file was referred to a Vocational Specialist. Results of the review indicate that your occupation of Software Engineer exists most commonly as Sedentary level in physical demand.

*The Department of Labor defines sedentary work as,*

*"**Sedentary Work** - Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met."*

*Positional requirements at the sedentary level include:*

- ***Frequent** sitting and fingering*
- ***Occasional** reaching, handling, standing and walking*
- ***No** bending/stooping, crouching/squatting, twisting, crawling, balancing, climbing, or kneeling"*

**<u>Claim Determination</u>**

Based on our review of the updated medical information provided by Dr. Cilingirolglu, we have determined that you can perform, with reasonable continuity, the material and substantial duties of your own occupation. The findings of the review indicate, when taking all information in to account, there is lack of supportive information to reasonably support that you have impairment that would prevent full time activities, including work in regards to your diagnosis of ischemic cardiomyopathy. While we understand and acknowledge you may be experiencing signs and symptoms associated with your diagnosis, or medications, based on the overall claim facts, the restrictions provided by your treating provider do not preclude you from full time work in your own occupation as a Software Engineer.

Therefore, you do not meet Acxiom Corporation's definition of disability beyond November 7, 2017 and we must deny your claim for further benefit consideration. Benefits have been paid through November 7, 2017, and your claim is closed as of November 8, 2017.

In our review of your claim, Liberty Life has fully considered the Social Security Administration's ruling to approve Social Security Disability benefits. It should be noted, however, that while we have fully considered the Social Security Administration's ruling, the decision by the Social Security Administration does not determine entitlement to benefits under the terms and conditions of Acxiom Corporation's Policy. Moreover, Liberty Life has obtained and considered updated medical information including updated medical records and agreement of your work capacity by your treating provider that were not considered by the Social Security Administration in its determination process.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.

**Right to Appeal**

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Attn: Jessica Belanger
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the date of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All treatment notes, diagnostic tests, radiology results, operative and procedure reports from all providers including Dr. Cilingirolglu and any provider who treated you from December, 2015 through the present that has not already been submitted for review; physician documentation to support the specific restrictions and limitations given by your providers, including an explanation of how they preclude you from performing the substantial and material duties of your own occupation; therapy notes, medications prescribed and filled; hospitalization records; as well as any additional information which you feel will support your claim. The medical documentation should clearly show impairment from a physical or psychiatric illness that preclude you from performing the duties of any occupation with respect to medically supported restrictions and limitations.

You may request to review pertinent claim file documents upon which the denial of benefits was based. If Liberty Life does not receive your written request for review within 180 days from the date of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Liberty, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy.

Should Liberty receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Belanger
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16298
Secure Fax No.: (603) 334-5856

## Clinical Case Review

| Customer Name | Claimant Name | Claim number |
|---|---|---|
| Acxiom | Keathley, Shane | 5716432 |

**Referred by:** Jessica Belanger
**Report Date:** 10/19/17
**Claimant DOB:**
**Diagnosis:** Ischemic Cardiomyopathy I42.9
**Type of Claim:** LTD

**Referral Questions:**

1. **Please note all diagnoses supported by the medical evidence (including co-morbids).**

**Answer:** The medical records support the diagnoses of coronary artery disease, ischemic cardiomyopathy, obstructive sleep apnea, anxiety/depression, hyperlipidemia and hypertension.

2. **Please clarify which diagnoses are causing impairment.**

**Answer.** The medical records support impairment related to the claimant's ischemic cardiomyopathy.

3. **For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing sustained reliable full time activities throughout an 8 hour day for any employer.**

**Answer:** The previous clinical case review of June 1, 2016 indicated the following: *Telephone contact was made with the claimant's cardiologist–Dr. Mehmet Cilingiroglu - on June 1, 2016. Dr. Cilingiroglu indicated that the claimant could safely attempt to return to full-time sedentary type employment described as: occasionally lifting up to 10 pounds, occasional standing and walking short distances and unlimited sitting. The ideal employment would be that in a desk job with occasional bending/kneeling/squatting and pulling/pulling up to 10 pounds of force. There is no limitation in terms of keyboarding. The medical records support this opinion.*

Since the prior review, the claimant's functional ability has been unchanged. There has been an improvement in his ejection fraction. Telephone contact was made on October 17, 2017, with the claimant's cardiologist – Dr. Mehmet Cilingirolglu. Dr. Cilingirolglu

again stated that the claimant was capable of full time employment in a sedentary capacity as outlined above. The medical records continue to support this opinion. The claimant continues to report symptoms of heart failure at a New York Heart Association Class II level which is stable and does not preclude full time employment. It is reasonable that he be restricted to sedentary type work as he will have a relatively fixed cardiac output that would not allow more physical types of activity. The improvement in ejection fraction does not necessarily change a claimant's restrictions unless accompanied by an improvement in functional status which was not seen in Mr. Keathley's case as there is only a rough correlation with ejection fraction and functional ability. As noted previously, these restrictions are permanent.

4. **Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.**

**Answer:** The medical evidence does not support side effects from the prescribed medications.

**Case Summary:** 44-year-old gentleman with a history of coronary artery disease with a myocardial infarction in 2014 requiring PCI of the LAD and subsequent PCI of the right coronary artery. He had a fluctuating ejection fraction but ultimately was measured consistently in the 20-30% range and he underwent a biventricular ICD implant. The medical records over the last 6 months vary in describing his functional capacity. He was evaluated for an experimental left ventricular device in February at which time he was described as New York Heart Association class I, Canadian class 0 and had a 6 minute walk test achieving 1522 feet. He was not felt to be a candidate for the device because of his good functional capacity. He was placed on a diuretic for the first time in April 2016 because of occasional swelling. A follow-up cardiac catheterization after his interventions has shown nonobstructive disease. Since the prior review of June 2016, the claimant's functional capacity has remained unchanged but there has been an improvement in his ejection fraction.

Additional diagnoses include obstructive sleep apnea on CPAP, depression/anxiety, hyperlipidemia and hypertension.

**Historical Review: italics indicate records since the prior clinical case review.**

*9/13/17–Patrick Stage APN. To have his ICD interrogated. No syncope. No chest pain.*

*5/3/2017–Echocardiogram Report. LV internal dimension of 6.1 cm. Ejection fraction 45-50%. Global LV systolic function mildly decreased.*

*5/3/2017– Dr. Mehmet Cilingiroglu – Cardiology. Complaining of fatigue and chest discomfort with occasional dyspnea on exertion. He is disabled from his heart condition. Last echocardiogram showed ejection fraction of 25-30%. To have echocardiogram.*

*Continue present medications. Follow up 6 months. Arkansas. Telephone number 501-664-5860. Fax number 501-664-0889.*

*3/17/2017–Dr. Scott Beau – Cardiology. Follow-up of ischemic cardiomyopathy. Is having chest pain or lower extremity swelling. Not feeling well urgently. We will change the pacemaker parameters.*

4/27/16– Dr. Mehmet Cilingiroglu – Cardiology. History of CAD with PCI post MI. Ischemic cardiomyopathy. Hypertension. Obstructive sleep apnea. Hyperlipidemia. ICD. Past medical history of myocardial infarction in January 2014 with PCI of the LAD and ejection fraction 25-30%. PCI of RCA. Obstructive sleep apnea on CPAP. Depression/anxiety. Congestive heart failure. ICD implanted December 2015. Last heart catheterization 11/30/15. Seen in follow-up with ejection fraction 25-30% on echo and 29% on MUGA. He has successfully completed cardiac rehabilitation. He denies any angina pectoris. Because of stress and stressful situations, he is unable to work at any capacity at the moment. He is on Zoloft. Return in 6 months. Arkansas. Telephone number 501-664-5860. Fax #5016640889.

4/4/16–Cardiology–Patrick Stage APN. Having occasional chest pain and fluid accumulation. Will start diuretic.

2/5/16– Dr. Mehmet Cilingiroglu – Cardiology. Seen for potential enrollment in a research device. He is tolerating current medical therapy and is in New York Heart Association class I and Canadian angina class 0. His 6 minute walk test was 1522.8 feet with no significant symptoms. He is well compensated from a heart failure point of view.

2/5/16–Echocardiogram Report. Left ventricular size moderately increased with global hypokinesis and ejection fraction by visual estimate of 25-30%.

2/5/16–Nuclear Stress Test. Ejection fraction of 29%. (Test appears to be a MUGA scan).

11/25/15– Dr. Mehmet Cilingiroglu – Cardiology. Last echocardiogram showed an ejection fraction of 20-25%. He has New York Heart Association functional class III with exertion despite current medical therapy. We will add digoxin.

5/10/14–Discharge Summary. Presented with chest pain and taken to the catheterization laboratory with nonobstructive disease and patent stent and a mildly reduced ejection fraction.

**Robert Morrison MD FACC**
**Board Certified in Cardiovascular Disease, Nuclear Cardiology and Echocardiography.**
**Consulting Physician**

4 of 4 5716432-MEDICAL-CP PEER REVIEW-10.19.2017

Liberty Mutual INSURANCE

Liberty Life Assurance
Company of Boston

Group Benefits Disability
Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

10/19/2017
Dr. Mehmet Cilingiroglu

Re: Disability Benefits
Claimant Name: Shane Keathley
Claimant DOB:
Claim Number: 5716432

Dear Dr. Mehmet Cilingiroglu,

Thank you for taking my call. I am the physician who was asked by Liberty Mutual to review the medical records Mr. Keathley submitted in support of his request for disability benefits. I appreciated the chance to speak with you and I'm writing to summarize my understanding of our conversation.

As we discussed, you indicated that Mr. Keathley's restrictions and limitations in a full time occupational capacity remain unchanged from our conversation in June of 2016. Specifically you indicated that he could safely attempt to return to full-time sedentary type employment described as: occasionally lifting up to 10 pounds, occasional standing and walking short distances and unlimited sitting. The ideal employment would be that in a desk job with occasional bending/kneeling/squatting and pulling/pulling up to 10 pounds of force. There is no limitation in terms of keyboarding. .

To ensure that I have accurately summarized our conversation and reached valid conclusions, I would appreciate it if you would make any corrections or comments to this letter if necessary, sign below in the space provided, and return this letter back to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415.

Thank you for your help. Liberty is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Respectfully yours,

-Electronically Signed-

Robert Morrison M.D.
Consulting Physician
Board Certified, Cardiovascular Disease

__ No changes/comments, OR
__ With changes/comments as noted above

______________ ______
Dr. Mehmet Cilingiroglu Date

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. SHANE KEATHLEY

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5856

October 12, 2017

Mr. Shane Keathley

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432

Dear Mr. Shane Keathley:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Acxiom Corporation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in the process of reviewing your claim. To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment by a Board Certified Cardiologist.

We anticipate a response from the reviewing Board Certified Cardiologist by November 12, 2017. If there is an unexpected delay in receiving a response we will contact you. Otherwise, we will proceed with our review of your claim once the response is received. We regret any inconveniences this delay may cause, however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Belanger
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16298
Secure Fax No.: (603) 334-5856

# Liberty Mutual Consulting Physician Referral

## File Review - Priority

**Physician Specialty: Cardiology - Non-Invasive (Echo Cardiogram)**

| | | | |
|---|---|---|---|
| Office: | 0096 | Claim #: | 5716432 |
| Claimant Name: | SHANE KEATHLEY | | |
| Date of Birth: | | Claim Status: | AP |
| Date of Disability: | 12/2/2015 | Date Sent: | 10/12/2017 |
| Claimant SSN: | | Date Benefits Began: | 6/1/2016 |
| Product Type: | LTD | Paid Through: | 5/31/2018 |
| Disability Level: | Own Occupation | | |

Document Locations

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Policyholder/Self-Insured Plan Holder: ACXIOM CORPORATION

Referred By: BELANGER, JESSICA 096 8*731-6298

Assigned Nurse Case Manager:

Diagnosis: I25.5 Ischemic cardiomyopathy, F33 Major depressive disorder, recurrent

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

1. Please note all diagnoses supported by the medical evidence (including co-morbids).
2. Please clarify which diagnoses are causing impairment.
3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing sustained reliable full time activities throughout an 8 hour day for any employer.
4. If helpful to clarify the basis for restrictions and limitations being reasonably supported or not, please explain the results of diagnostic testing such as MRI and/or, CT Scans, EMG testing, etc., and correlate with documented physical examination findings and reported symptoms in the medical records.
5. Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.
6. In your opinion, is the claimant capable of full-time work capacity? Please outline your rationale.

If the restrictions and/or limitations are unclear; Please contact Patrick Stage, 501-664-5860. When contacting the treating provider please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5856

BS

September 28, 2017

Ahhc Main
7 SHACKLEFORD WEST BLVD
LITTLE ROCK, AR 72211

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432
Claimant: Shane Keathley
Claimant D.O.B.:

PT

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Shane Keathley.

To evaluate Mr. Keathley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 15, 2017 through present

We ask that you provide this information by October 12, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Keathley allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Keathley's signature.

If you have any questions regarding this matter, please contact me.



(3) M.O. 9/28/17

1682634/02

Sincerely,

Jessica Belanger
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16298
Secure Fax No.: (603) 334-5856

Attachments: 5716432-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.04.2016

LMG 9/28/2017 9:05:25 AM PAGE 4/005 Fax Server 7N282170101

APR/13/2016/WED 03:03 PM FAX No. P. 011

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Authorization to Obtain and Release Psychotherapy Notes**

**EMPLOYEE** Shane Keathley **Claim** 5716432

**EMPLOYER/SPONSOR/CUSTOMER** Acxiom Corporation

**Return** Keshi Ingram

I authorize my physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care provider, government agency and any insurance or reinsurance company to release my psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct my physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversation(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include monitoring ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Shane Keathley
Claimant Name (Print)

Shane Keathley
Claimant Signature

Date of Birth

4-12-16
Date

5716432
Claim Number

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone US: (800) 291-0112
Secure Fax No.: (603) 334-4650

# Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name: Shane Keathley Claim No: 5716432

Employer/Sponsor/Customer Name: Acxiom Corporation

Return to: Keshil Ingram

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator, government agency including the Social Security Administration and Veterans Administration; insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Earnings Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organization EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or analyzing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shane Keathley
Claimant Name (Print)

[signature]
Claimant Signature

5716432
Claim Number

Date of Birth

4-12-16
Date

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5856

| | |
|---|---|
| Date: | September 28, 2017 |
| To: | AHHC MAIN<br>7 SHACKLEFORD WEST BLVD<br>LITTLE ROCK AR 72211 |
| Attn: | |
| Fax: | (501) 663-1753 |
| From: | Jessica Belanger<br>Technical Claims Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5856 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5716432<br>Claimant: Shane Keathley<br><br>Acxiom Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

ARKANSAS HEART HOSPITAL®
CLINIC

# Keathley, Timothy S

**45 Y old Male, DOB:**
**Account Number: 1733101**

**Home:**
**Guarantor: Keathley, Timothy S Insurance: Health Adv**
**Primary Payer ID: 00181**
**PCP: James Fulmer Referring: James Fulmer**
**Appointment Facility: AHHC MAIN**

**09/13/2017** **History and Physical : Patrick Stage, APN**

## Current Medications

**Taking**

- Plavix 75 MG Tablet 1 tablet Orally Once a day
- Zoloft 50 MG Tablet 1 tablet Orally Once a day
- Protonix 40 MG Tablet Delayed Release 1 tablet Orally twice a day
- Co Q 10 200 mg Capsule 1 capsule with a meal Orally Once a day
- Vitamin C 1000 MG Tablet 1 tablet Orally twice a day
- Krill Oil Omega-3 300 MG Capsule as directed Orally once a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Orally Once a day
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Digoxin 125 MCG Tablet 1 tablet Orally Once a day
- Carvedilol 12.5 MG Tablet 1 tablet Orally Twice a day
- Torsemide 10 MG Tablet 1 tablet Orally PRN
- Potassium Chloride Crys ER 10 MEQ Tablet Extended Release 2 tablet Orally PRN
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007.
Heart attack- 1/2014.
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES.
HLP.
OSA on CPAP.
Depression/anxiety.
Ischemic cardiomyopathy with LVEF of 20-25%.
Congestive Heart Failure.
s/p AICD.

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985

## Reason for Appointment

1. Ischemic cardiomyopathy
2. CAD
3. Hypertension
4. s/p AICD

## History of Present Illness

HPI:

Pt here for followup of ischemic cardiomyopathy and cad. No chest pain. No syncope. He will have his st. jude medical ICD interrogated in the office today.

## Vital Signs

HR 74 /min, BP 117/80 mm Hg, Ht 5 ft 10 in, Wt 222 lbs, BMI 31.85 Index, Oxygen sat 93 %, Pain scale 0 1-10.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress.
HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.
LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.
EXTREMITY no clubbing, cyanosis, or edema.

## Assessments

1. CAD (coronary artery disease) - I25.10 (Primary), atypical chest discomfort at times
2. Hyperlipidemia - E78.5, on current regimen.
3. Old MI (myocardial infarction) - I25.2
4. LBBB (left bundle branch block) - I44.7, as it is since his MI
5. CHF (congestive heart failure) - I50.9, CHF NYHA functional class III
6. Automatic implantable cardioverter-defibrillator in situ - Z95.810

## Treatment

**1. CAD (coronary artery disease)**

Continue Plavix Tablet, 75 MG, 1 tablet, Orally, Once a day
Notes: No ventricular arrythmias. No afib. ICD working well.

**2. Others**

Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015
Lead Replacement in Pacemaker 12/2016
heart cath AHH Dr. Wong 6/9/2017

### Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s), 1 daughter(s) - healthy.

### Social History

Tobacco Use:
Tobacco Use/Smoking
Smoking Status: *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15
AHH ER: chest pain, Dr. Wong did heart cath, no intervention required 6/9/2017

### Review of Systems

General/Constitutional:
Poor appetite no. Weight gain no.
Weight loss without dieting no.
Fatigue yes. Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears:
Hearing loss or recent changes no.
Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no.

Notes: Heart disease and diet material was published to portal.

### Preventive Medicine

Counseling:
Care goal follow-up plan:
Above Normal BMI Follow-up *Lifestyle education regarding diet*
Screening/Special Tests:
Fall Risk Screening
Fall Risk Assessment Performed *Yes*
Have you had a recent fall? *No*
Do you use a walker, cane, or require assistance? *No*

### Follow Up

3 Months



**Electronically signed by Patrick Stage on 09/13/2017 at 12:07 PM CDT**

**Sign off status: Completed**

AHHC MAIN
7 Shackleford West Blvd
Little Rock, AR 722113714
Tel: 501-664-5860
Fax: 501-664-0889

Shortness of breath with activity no.
Shortness of breath without activity no.
Shortness of breath when lying flat no.
Frequent cough no.

Cardiac:
Chest pain/chest pressure no. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.

Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.

Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.

Men Only:
Erectile dysfunction no.

Genitourinary:
Blood in urine no. Pain on urination no.

Musculoskeletal:
Joint pain or swelling yes. Muscle weakness no. Muscle cramping no.

Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.

Skin:
Rash no. Skin sores no. Non-healing wounds no.

Neurologic:
Dizziness no. Confusion no. Headaches no.

Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.



*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

7N282170010

Ciox Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

# CIOX HEALTH INVOICE

Invoice #: 0227966995
Date: 9/29/2017
Customer #: 1523969

**Ship to:**
LIBERTY MUTUAL
LIBERTY MUTUAL
PO BOX 7213
LONDON, KY 40742-7213

**Bill to:**
LIBERTY MUTUAL
LIBERTY MUTUAL
PO BOX 7213
LONDON, KY 40742-7213

**Records from:**
ARKANSAS HEART HOSPITAL
1701 S SHACKLEFORD RD
LITTLE ROCK, AR 72211-4335

**Requested By:** LIBERTY MUTUAL
**Patient Name:** KEATHLEY SHANE
**DOB:**
**CLAIM NUMBER:** 5716432

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 25.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 3 | 1.10 | 3.30 |
| Shipping | | | 0.91 |
| Subtotal | | | 29.21 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 29.21 |
| Balance Due | | | 29.21 |

Pay your invoice online at https://payciox health.com/pay/

Terms: Net 30 days

Please remit this amount : $ 29.21 (USD)

---

Ciox Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: 0227966995

Check # ____________

Payment Amount $__________

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

7N282170010

*****AUTO**MIXED AADC 300
1029 2 MB 0.423 001029
LIBERTY MUTUAL
PO BOX 7213
LONDON, KY 40742-7213 10pgs

*0010001029K0X*

# ATTENTION

Confidential Information enclosed.
To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

This information has been disclosed to you from records that may be protected by federel confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A generel authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR § 2.31). The federel rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR §§ 2.12(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the specific consent of the person to whom such information pertains or as otherwise permitted by state law. A generel authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

183977187

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5856

| | |
|---|---|
| Date: | September 28, 2017 |
| To: | AHHC MAIN<br>7 SHACKLEFORD WEST BLVD<br>LITTLE ROCK AR 72211 |
| Attn: | |
| Fax: | (501) 663-1753 |
| From: | Jessica Belanger<br>Technical Claims Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5856 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 5716432<br>Claimant: Shane Keathley<br><br>Acxiom Corporation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5856

September 28, 2017

Ahhc Main
7 SHACKLEFORD WEST BLVD
LITTLE ROCK, AR 72211

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432
Claimant: Shane Keathley
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Shane Keathley.

To evaluate Mr. Keathley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 15, 2017 through present

We ask that you provide this information by October 12, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Keathley allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Keathley's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Belanger
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16298
Secure Fax No.: (603) 334-5856

Attachments: 5716432-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.04.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

## Authorization to Obtain and Release Psychotherapy Notes

EMPLOYEE Shane Keathley Claim 5716432

EMPLOYER/SPONSOR/CUSTOMER Acxiom Corporation

Return Keshi Ingram

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Shane Keathley
Claimant Name (Print) Date of Birth

Shane Keathley 4-12-16
Claimant Signature Date

5716432
Claim Number

APR/13/2016/WED 03:01 PM FAX No. P. 005

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8680

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Shane Keathley Claim No 5716432

Employer/Sponsor/Customer Name Acxiom Corporation

Return to: Keshi Ingram

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shane Keathley
Claimant Name ( Print)

Date of Birth

Shane Keathley
Claimant Signature

4-12-16
Date

5716432
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5856

BS

June 21, 2017

Ahhc Main
7 SHACKLEFORD WEST BLVD
LITTLE ROCK, AR 72211

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432
Claimant: Shane Keathley
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Shane Keathley.

To evaluate Mr. Keathley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2017 through present

We ask that you provide this information by July 5, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Keathley allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Keathley¿s signature.

If you have any questions regarding this matter, please contact me.



(14) MO 6/21/17

16535486

Sincerely,

Jessica Belanger
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16298
Secure Fax No.: (603) 334-5856

Attachments: 5716432-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.04.2016

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-6630

## Authorization to Obtain and Release Psychotherapy Notes

EMPLOYEE Shane Keathley Claim 5716432

EMPLOYER/SPONSOR/CUSTOMER Acxiom Corporation

Return Kristi Ingram

I authorize my physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release my psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct my physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversation(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include specifying ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or reporting statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Shane Keathley
Claimant Name (Print)

Date of Birth

Shane Keathley
Claimant Signature

4-12-16
Date

5716432
Claim Number

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Center
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Shane Keathley Claim No 5716432

Employer/Sponsor/Customer Name Acxiom Corporation

Return to: Keshia Ingram

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, *including attachments*; and academic transcripts.

3. Information concerning Social Security benefits, *including*, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Program's (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company; persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shane Keathley
Claimant Name (Print)

Date of Birth

Shane Keathley
Claimant Signature

4-12-16
Date

5716432
Claim Number

ARKANSAS HEART HOSPITAL® CLINIC

# Keathley, Timothy S

44 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: Health Adv
Primary Payer ID: 00181
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

**06/14/2017** **History and Physical : Patrick Stage, APN**

## Current Medications

**Taking**

- Plavix 75 MG Tablet 1 tablet Orally Once a day
- Zoloft 50 MG Tablet 1 tablet Orally Once a day
- Protonix 40 MG Tablet Delayed Release 1 tablet Orally twice a day
- Vitamin C 1000 MG Tablet 1 tablet Orally twice a day
- Co Q 10 200 mg Capsule 1 capsule with a meal Orally Once a day
- Krill Oil Omega-3 300 MG Capsule as directed Orally once a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Orally Once a day
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Digoxin 125 MCG Tablet 1 tablet Orally Once a day
- Carvedilol 12.5 MG Tablet 1 tablet Orally Twice a day
- Torsemide 10 MG Tablet 1 tablet Orally PRN
- Potassium Chloride Crys ER 10 MEQ Tablet Extended Release 2 tablet Orally PRN
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007.
Heart attack- 1/2014.
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES.
HLP.
OSA on CPAP.
Depression/anxiety.
Ischemic cardiomyopathy with LVEF of 20-25%.
Congestive Heart Failure.
s/p AICD.

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985

## Reason for Appointment

1. Ischemic cardiomyopathy
2. CAD
3. Hypertension
4. s/p AICD

## History of Present Illness

HPI:

Pt here for followup of ischemic cardiomyopathy and cad. He denies any chest pain. He denies any syncope. He will have his st. jude medical ICD interrogated in the office today. He had recent oversensing of his device.

## Vital Signs

HR 73 /min, BP 129/80 mm Hg, Ht 5 ft 10 in, Wt 217 lbs, BMI 31.13 Index, Oxygen sat 94 %, Pain scale 0 1-10.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .

HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.

LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.

EXTREMITY no clubbing, cyanosis, or edema.

## Assessments

1. Ischemic cardiomyopathy - I25.5 (Primary), on medical tx
2. CAD (coronary artery disease) - I25.10, atypical chest discomfort at times
3. Hypertension - I10, well controlled.
4. Hyperlipidemia - E78.5, on current regimen.
5. Old MI (myocardial infarction) - I25.2
6. Stented coronary artery - Z95.5
7. LBBB (left bundle branch block) - I44.7, as it is since his MI
8. CHF (congestive heart failure) - I50.9, CHF NYHA functional class III
9. Automatic implantable cardioverter-defibrillator in situ - Z95.810

## Treatment

**1. Ischemic cardiomyopathy**

Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015
Lead Replacement in Pacemaker 12/2016
heart cath AHH Dr. Wong 6/9/2017

### Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s), 1 daughter(s) - healthy.

### Social History

Tobacco Use:
Tobacco Use/Smoking
Smoking Status: *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15
AHH ER: chest pain, Dr. Wong did heart cath, no intervention required 6/9/2017

### Review of Systems

General/Constitutional:
Poor appetite no. Weight gain no.
Weight loss without dieting no.
Fatigue yes . Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears:
Hearing loss or recent changes no.
Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.

IMAGING: ECG
Stage, Patrick 6/14/2017 11:35:53 AM > ventricular pacing with atrial tracking

### Procedure Codes

93000 ELECTROCARDIOGRAM, COMPLETE
99496 TRANS CARE MGMT 7 DAY DISCH

### Follow Up

3 Months



**Electronically signed by Patrick Stage on 06/14/2017 at 11:40 AM CDT**

**Sign off status: Completed**

AHHC MAIN
7 Shackleford West Blvd
Little Rock, AR 722113714
Tel: 501-664-5860
Fax: 501-664-0889

Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity yes. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:
Chest pain/chest pressure yes. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate yes. Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:
Joint pain or swelling no. Muscle weakness no. Muscle cramping yes.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness yes. Confusion no. Headaches no.
Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

ARKANSAS HEART HOSPITAL CLINIC

# Keathley, Timothy S

44 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: Health Adv
Primary Payer ID: 00181
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

05/03/2017 History and Physical : Mehmet Cilingiroglu, MD

## Current Medications

Taking

- Zoloft 50 MG Tablet 1 tablet Orally Once a day
- Protonix 40 MG Tablet Delayed Release 1 tablet Orally twice a day
- Vitamin C 1000 MG Tablet 1 tablet Orally twice a day
- Co Q 10 200 mg Capsule 1 capsule with a meal Orally Once a day
- Krill Oil Omega-3 300 MG Capsule as directed Orally once a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Orally Once a day
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Digoxin 125 MCG Tablet 1 tablet Orally Once a day
- Carvedilol 12.5 MG Tablet 1 tablet Orally Twice a day
- Torsemide 10 MG Tablet 1 tablet Orally PRN
- Potassium Chloride Crys ER 10 MEQ Tablet Extended Release 2 tablet Orally PRN
- Crestor 10 MG Tablet 1 tablet Orally Once a day
- Plavix 75 MG Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007.
Heart attack- 1/2014.
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES.
HLP.
OSA on CPAP.
Depression/anxiety.
Ischemic cardiomyopathy with LVEF of 20-25%.
Congestive Heart Failure.
s/p AICD.

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985

## Reason for Appointment

1. CAD s/p MI
2. Ischemic Cardiomyopathy
3. Congestive Heart Failure
4. Hypertension
5. Hyperlipidemia

## History of Present Illness

HPI:

He has been c/o fatigue and occasional chest discomfort, occasional sob on exertion. He is disabled from his heart condition.

Pt here for followup of ischemic cardiomyopathy and cad s/p MI. His last echo showed LVEF of 25-30% with mild MR and mild TR. BP is well controlled and remaining in nsr.

## Vital Signs

HR 63 /min, BP 120/76 mm Hg, Ht 5 ft 10 in, Wt 217 lbs, BMI 31.13 Index, Oxygen sat 95 %, Pain scale 3 1-10
63.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress . HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops. LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi. EXTREMITY no clubbing, cyanosis, or edema. PROCEDURE SITE: ICD wound is well healed .

## Assessments

1. CAD (coronary artery disease) - I25.10 (Primary)
2. Ischemic cardiomyopathy - I25.5
3. Hypertension - I10
4. Hyperlipidemia - E78.5
5. CHF (congestive heart failure) - I50.9

## Treatment

**1. CAD (coronary artery disease)**

Continue Aspirin Tablet Dispersible, 81 MG, 1 tablet, Orally, Once a day

LAB: CBC (Ordered for 05/03/2017)
LAB: Comprehensive Metabolic Panel (Ordered for 05/03/2017)
LAB: Free T4 (Ordered for 05/03/2017)

Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015
Lead Replacement in Pacemaker 12/2016

## Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s), 1 daughter(s) - healthy.

## Social History

Tobacco Use:
Tobacco Use/Smoking Smoking Status: nonsmoker. Tobacco use other than smoking Are you an other tobacco user? No.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No, Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none. Children: yes, 2. Exercise: yes, 2-3 times per week. Marital status: married.

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

## Review of Systems

General/Constitutional:
Poor appetite no. Weight gain no. Weight loss without dieting no. Fatigue no. Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity yes. Shortness of breath without activity no. Shortness of breath when lying flat no.

LAB: Hemoglobin A1C (Ordered for 05/03/2017)
LAB: Lipid Panel (Ordered for 05/03/2017)
LAB: Magnesium (Ordered for 05/03/2017)
LAB: proBNP (Ordered for 05/03/2017)
LAB: TSH (Ordered for 05/03/2017)
IMAGING: ECG
Cilingiroglu,Mehmet 5/3/2017 9:37:24 AM > Electronic dual-chamber pacemaker Pacemaker ECG
IMAGING: Echo - 2D Echo (with 3D if indicated) (Ordered for 05/03/2017)
Notes: Heart disease and diet material was printed. Continue on meds.

**2. Ischemic cardiomyopathy**
Continue Carvedilol Tablet, 12.5 MG, 1 tablet, Orally, Twice a day
LAB: CBC (Ordered for 05/03/2017)
LAB: Comprehensive Metabolic Panel (Ordered for 05/03/2017)
LAB: Free T4 (Ordered for 05/03/2017)
LAB: Hemoglobin A1C (Ordered for 05/03/2017)
LAB: Lipid Panel (Ordered for 05/03/2017)
LAB: Magnesium (Ordered for 05/03/2017)
LAB: proBNP (Ordered for 05/03/2017)
LAB: TSH (Ordered for 05/03/2017)
IMAGING: ECG
Cilingiroglu,Mehmet 5/3/2017 9:37:24 AM > Electronic dual-chamber pacemaker Pacemaker ECG
IMAGING: Echo - 2D Echo (with 3D if indicated) (Ordered for 05/03/2017)
Notes: Continue on meds. 2d echo.

**3. Hypertension**
LAB: CBC (Ordered for 05/03/2017)
LAB: Comprehensive Metabolic Panel (Ordered for 05/03/2017)
LAB: Free T4 (Ordered for 05/03/2017)
LAB: Hemoglobin A1C (Ordered for 05/03/2017)
LAB: Lipid Panel (Ordered for 05/03/2017)
LAB: Magnesium (Ordered for 05/03/2017)
LAB: proBNP (Ordered for 05/03/2017)
LAB: TSH (Ordered for 05/03/2017)
IMAGING: ECG
Cilingiroglu,Mehmet 5/3/2017 9:37:24 AM > Electronic dual-chamber pacemaker Pacemaker ECG
IMAGING: Echo - 2D Echo (with 3D if indicated) (Ordered for 05/03/2017)
Notes: Continue on meds.

**4. Hyperlipidemia**
Continue Co Q 10 Capsule, 200 mg, 1 capsule with a meal, Orally, Once a day
Continue Krill Oil Omega-3 Capsule, 300 MG, as directed, Orally, once a day
Continue Crestor Tablet, 10 MG, 1 tablet, Orally, Once a day

Frequent cough no.
Cardiac:
Chest pain/chest pressure yes.
Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no.
Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no.
Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:
Joint pain or swelling yes. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no.
Headaches no.
Psychiatric:
Untreated or worsening depression no.
Untreated or worsening anxiety no.

LAB: CBC (Ordered for 05/03/2017)
LAB: Comprehensive Metabolic Panel (Ordered for 05/03/2017)
LAB: Free T4 (Ordered for 05/03/2017)
LAB: Hemoglobin A1C (Ordered for 05/03/2017)
LAB: Lipid Panel (Ordered for 05/03/2017)
LAB: Magnesium (Ordered for 05/03/2017)
LAB: proBNP (Ordered for 05/03/2017)
LAB: TSH (Ordered for 05/03/2017)
IMAGING: ECG
Cilingiroglu,Mehmet 5/3/2017 9:37:24 AM > Electronic dual-chamber pacemaker Pacemaker ECG
IMAGING: Echo - 2D Echo (with 3D if indicated) (Ordered for 05/03/2017)
Notes: Continue on meds.

**5. CHF (congestive heart failure)**
Continue Digoxin Tablet, 125 MCG, 1 tablet, Orally, Once a day
Continue Torsemide Tablet, 10 MG, 1 tablet, Orally, PRN
Continue Potassium Chloride Crys ER Tablet Extended Release, 10 MEQ, 2 tablet, Orally, PRN
LAB: CBC (Ordered for 05/03/2017)
LAB: Comprehensive Metabolic Panel (Ordered for 05/03/2017)
LAB: Free T4 (Ordered for 05/03/2017)
LAB: Hemoglobin A1C (Ordered for 05/03/2017)
LAB: Lipid Panel (Ordered for 05/03/2017)
LAB: Magnesium (Ordered for 05/03/2017)
LAB: proBNP (Ordered for 05/03/2017)
LAB: TSH (Ordered for 05/03/2017)
IMAGING: ECG
Cilingiroglu,Mehmet 5/3/2017 9:37:24 AM > Electronic dual-chamber pacemaker Pacemaker ECG
IMAGING: Echo - 2D Echo (with 3D if indicated) (Ordered for 05/03/2017)
Notes: Continue on meds. check labs.

**6. Others**
Continue Zoloft Tablet, 50 MG, 1 tablet, Orally, Once a day
Continue Protonix Tablet Delayed Release, 40 MG, 1 tablet, Orally, twice a day
Continue Vitamin C Tablet, 1000 MG, 1 tablet, Orally, twice a day
Continue Vasotec Tablet, 5 MG, TAKE ONE TABLET BY MOUTH THREE TIMES DAILY

**Preventive Medicine**
Counseling: Care goal follow-up plan: Above Normal BMI Follow-up Lifestyle education regarding diet.
Screening/Special Tests: Fall Risk Screening Fall Risk Assessment Performed Yes, Do you use a walker, cane, or require assistance? No, Have you had a recent fall? No.

**Procedure Codes**
93010 EKG REPORT - PROF

93005 EKG, TRACING - TECH

**Follow Up**
6 Months (Reason: cad)

**Electronically signed by Mehmet Cilingiroglu on 05/03/2017 at 09:47 AM CDT**

**Sign off status: Completed**

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

ARKANSAS HEART HOSPITAL CLINIC

# Keathley, Timothy S

44 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: Health Adv
Primary Payer ID: 00181
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

03/17/2017 History and Physical : Scott Beau, M.D.

### Current Medications

**Taking**

- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Carvedilol 12.5 MG Tablet 1 tablet Orally Twice a day
- Digoxin 125 MCG Tablet 1 tablet Orally Once a day
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Vasotec 5 MG Tablet 2 tablet in am; 1 tablets in pm Orally twice a day
- Zoloft 50 MG Tablet 1 tablet Orally Once a day
- Protonix 40 MG Tablet Delayed Release 1 tablet Orally twice a day
- Co Q 10 200 mg Capsule 1 capsule with a meal Orally Once a day
- Vitamin C 1000 MG Tablet 1 tablet Orally twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Orally Once a day
- Krill Oil Omega-3 300 MG Capsule as directed Orally once a day
- Torsemide 10 MG Tablet 1 tablet Orally PRN
- Potassium Chloride Crys ER 10 MEQ Tablet Extended Release 2 tablet Orally PRN
- Medication List reviewed and reconciled with the patient

### Past Medical History

HTN- 2007.
Heart attack- 1/2014.
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%. PCI of RCA DES.
HLP.
OSA on CPAP.
Depression/anxiety.
Ischemic cardiomyopathy with LVEF of 20-25%.
Congestive Heart Failure.
s/p AICD.

### Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985

### Reason for Appointment

1. Cardiomyopathy
2. Coronary Artery Disease
3. ICD Follow Up

### History of Present Illness

HPI:

Pt here for followup of ischemic cardiomyopathy and cad. Has not been feeling well and called to come in. Having CP and LE swelling. The patient has a SJM BiV ICD in place and the device will be evaluated in the office today.

### Vital Signs

HR 71 /min, BP 137/83 mm Hg, Ht 5 ft 10 in, Wt 210 lbs, BMI 30.13 Index, Oxygen sat 95 %, Pain scale 0 1-10.

### Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .
HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.
LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.
EXTREMITY no clubbing, cyanosis, or edema.
PROCEDURE SITE: ICD wound is well healed .

### Assessments

1. CHF (congestive heart failure) - I50.9 (Primary)
2. Automatic implantable cardioverter-defibrillator in situ - Z95.810
3. CAD (coronary artery disease) - I25.10, atypical chest discomfort at times
4. Ischemic cardiomyopathy - I25.5, on medical tx
5. Hypertension - I10, well controlled.
6. Hyperlipidemia - E78.5, on current regimen.
7. OSA on CPAP - G47.33, on cpap.
8. Old MI (myocardial infarction) - I25.2
9. Stented coronary artery - Z95.5
10. LBBB (left bundle branch block) - I44.7, as it is since his MI
11. Essential hypertension - I10
12. Coronary atherosclerosis of native coronary artery - I25.10

Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015

**Family History**

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s), 1 daughter(s) - healthy.

**Allergies**

N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

**Review of Systems**

General/Constitutional:
Poor appetite no. Weight gain no. Weight loss without dieting no. Fatigue no. Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity no. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:
Chest pain/chest pressure yes. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:
Joint pain or swelling no. Muscle weakness no. Muscle cramping yes.
Peripheral Vascular:

**Treatment**

**1. CHF (congestive heart failure)**
Continue Digoxin Tablet, 125 MCG, 1 tablet, Orally, Once a day
Continue Torsemide Tablet, 10 MG, 1 tablet, Orally, PRN
Continue Potassium Chloride Crys ER Tablet Extended Release, 10 MEQ, 2 tablet, Orally, PRN
LAB: ICD4 - PROGRAMMING MULTI CMPLT
LAB: ICD5 - ICM INTERROG IN PERSON CMPLT

**2. Automatic implantable cardioverter-defibrillator in situ**
LAB: ICD4 - PROGRAMMING MULTI CMPLT
LAB: ICD5 - ICM INTERROG IN PERSON CMPLT

**3. Ischemic cardiomyopathy**
Continue Carvedilol Tablet, 12.5 MG, 1 tablet, Orally, Twice a day
Continue Vasotec Tablet, 5 MG, 2 tablet in am; 1 tablets in pm, Orally, twice a day
Notes: Changed AV and PV delays to help increase % BP (was only 89%).

**4. Hyperlipidemia**
Continue Crestor Tablet, 10 MG, TAKE ONE TABLET BY MOUTH AT BEDTIME
Continue Co Q 10 Capsule, 200 mg, 1 capsule with a meal, Orally, Once a day
Continue Krill Oil Omega-3 Capsule, 300 MG, as directed, Orally, once a day

**5. Coronary atherosclerosis of native coronary artery**
Continue Aspirin Tablet Dispersible, 81 MG, 1 tablet, Orally, Once a day

**6. Others**
Notes: Heart disease and diet material was published to portal.

**Preventive Medicine**

Counseling:
Care goal follow-up plan:
Above Normal BMI Follow-up *Lifestyle education regarding diet*
Screening/Special Tests:
Fall Risk Screening
Fall Risk Assessment Performed *Yes*
Have you had a recent fall? *No*
Do you use a walker, cane, or require assistance? *No*

**Procedure Codes**

93290 ICM Interrogation In Person - PROF
93290 ICM Interrogation In Person - TECH
93284 ICD Programming Multi - TECH
93284 ICD Programming Multi - PROF

**Follow Up**

6 Weeks

Leg swelling yes. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.

Skin:

Rash no. Skin sores no. Non-healing wounds no.

Neurologic:

Dizziness no. Confusion no. Headaches no.

Psychiatric:

Untreated or worsening depression no. Untreated or worsening anxiety no.



**Electronically signed by Scott Beau on 03/31/2017 at 09:16 AM CDT**

**Sign off status: Completed**

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

7L181170114

Midmark Diagnostics Group

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | Timothy S Keathley | Req. Physician: | Stage, Patrick | Rate: | 72 | BPM | Interpretation: |
| ID: | 1733101 | Technician: | julia | PR: | . | msec | Electronic ventricular pacemaker |
| Sex: | Male | History: | . | QT/QTc: | 392/413 | msec | Pacemaker ECG. No further analysis |
| BP: | | Medication: | .. | QRSD: | 128 | msec | INSUFFICIENT DATA |
| Weight: | lbs | Date of Report: | 06/14/17 11:25:07 | P Axis: | 44 | | |
| Height: | inches | Reviewed By: | | QRS Axis: | -115 | | |
| DOB: | (44 Years) | Review Date: | 06/14/17 11:25:09 | T Axis: | 74 | | |
| Comments: | | | | | | | |




Speed:25 mm/sec Gain:10 mm/mv MYO:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.1.1 ECG Analysis Ver. 8.4.1 Print Date 06/21/17 08:39:35

7L181170114

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Midmark Diagnostics Group | | Rate: | 60 | BPM | Interpretation: |
| Name: | Timothy S Keathley | Req. Physician: | Cilingiroglu, Mehmet | PR: | 162 | msec | Electronic dual-chamber pacemaker |
| ID: | 1733101 | Technician: | | QT/QTc: | 422/422 | msec | Pacemaker ECG |
| Sex: | Male | History: | . | QRSD: | 136 | msec | |
| BP: | | Medication: | .. | P Axis: | 138 | | |
| Weight: | lbs | Date of Report: | 05/03/17 09:21:53 | QRS Axis: | -116 | | |
| Height: | inches | Reviewed By: | Cilingiroglu, Mehmet | T Axis: | 75 | | |
| DOB: | | Review Date: | 05/03/17 09:37:18 | | | | |
| Comments: | | | | | | | |




Speed:25 mm/sec Gain:10 mm/mv MYO:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.1.1 ECG Analysis Ver. 8.1.1 Print Date 06/21/17 08:41:12

7L181170114



ARKANSAS HEART HOSPITAL®
CLINIC

7 Shackleford West Blvd    Little Rock, Arkansas 72211    501-664-5860

# TRANSTHORACIC ECHOCARDIOGRAM REPORT

(CPT code 93306)

| | | | |
|---|---|---|---|
| **Patient Name:** | **TIMOTHY S KEATHLEY** | **Date of Exam:** | **5/3/2017** |
| Medical Rec #: | 1733101 | Custom1: | |
| Account #: | | Custom2: | |
| Date of Birth: | | Height: | |
| Patient Age: | 44 years | Weight: | |
| Patient Gender: | M | BSA: | |

Indications: ischemic cardiomyopathy, ICD
Sonographer: Jean Klimaszewski
Referring Phys: James Fulmer

**2D AND M-MODE MEASUREMENTS (normal ranges within parentheses):**

| ***Left Ventricle:*** | | Normal | ***Aorta/Left Atrium*** | | Normal |
|---|---|---|---|---|---|
| IVSd (2D): | 0.75 cm | (0.7-1.1) | Ao Root | 3.00 cm | (2.4-3.7) |
| LVPWd (2D): | 0.75 cm | (0.7-1.1) | Left Atrium (2D) | 4.83 cm | (0.7-4.0) |
| LVIDd (2D): | 6.11 cm | (3.4-5.7) | | | |
| LVIDs (2D): | 4.49 cm | | | | |

**LV SYSTOLIC FUNCTION:**

EF-A4C View: 46.3 %    EF-A2C View: 51.1 %    EF-Biplane: 48.6 %

**3D LV Volume Analysis:**

**LV DIASTOLIC FUNCTION:**

MV Peak E: 1.00 m/s
MV Peak A: 0.79 m/s
E/A Ratio: 1.26

**SPECTRAL DOPPLER ANALYSIS (where applicable):**

***Mitral Valve:***

MV Max Velocity: 1.02 m/s
MV Peak Gradient: 4.1 mmHg

***Aortic Valve:***

| | | | | | |
|---|---|---|---|---|---|
| AoV Max Vel: | 1.35 m/s | AoV Peak PG: | 7.3 mmHg | AoV Mean PG: | 4.3 mmHg |
| LVOT Vmax: | 0.98 m/s | LVOT VTI: | 0.201 m | LVOT Diameter: | 2.58 cm |
| AoV Area, Vmax: | 3.78 cm² | AoV Area, VTI: | 4.12 cm² | AoV Area, Vmn: | 3.17 cm² |

***Tricuspid Valve and Pulmonary Artery Pressure:***

TR Max Velocity:    RA Pressure: 10 mmHg    RVSP/PASP:

**Final**

7L181170114



**PHYSICIAN INTERPRETATION:**
**Left Ventricle:** The left ventricular internal cavity size was moderately increased. Global LV systolic function was mildly decreased. Left ventricular ejection fraction, by visual estimation, is 45 to 50%.
**Right Ventricle:** The right ventricular size is normal. Global RV systolic function is normal.
**Pericardium:** There is no evidence of pericardial effusion.
**Aortic Valve:** The aortic valve appears to be native. The patient had no aortic insufficiency.
**In comparison to the previous echocardiogram(s):** Prior examinations are available and were reviewed for comparison purposes.

**Summary:**
1. **Mildly decreased global left ventricular systolic function.**
2. **Moderately increased left ventricular internal cavity size.**
3. **Findings consistent with ischemic heart disease.**
4. **Suggest clinical correlation with Echocardiography findings.**
5. **The aortic valve appears to be native.**

Electronically signed by Mehmet Cilingiroglu,MD
Signature Date/Time: 5/4/2017/4:36:04 PM

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5856

| | |
|---|---|
| Date: | June 21, 2017 |
| To: | AHHC MAIN<br>7 SHACKLEFORD WEST BLVD<br>LITTLE ROCK AR 72211 |
| Attn: | medical records |
| Fax: | (501) 663-1753 |
| From: | Jessica Belanger<br>Technical Claims Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5856 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5716432<br>Claimant: Shane Keathley<br><br>Acxiom Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

7L181170011

Ciox Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

# CIOX HEALTH INVOICE

Invoice #: 0220003364
Date: 6/21/2017
Customer #: 1840565

**Ship to:**
JESSICA BELANGER
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7213
LONDON, KY 40742-7213

**Bill to:**
JESSICA BELANGER
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7213
LONDON, KY 40742-7213

**Records from:**
ARKANSAS HEART HOSPITAL
1701 S SHACKLEFORD RD
LITTLE ROCK, AR 72211-4335

**Requested By:** LIBERTY LIFE ASSURANCE BOSTON **DOB:**
**Patient Name:** KEATHLEY SHANE

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 25.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 14 | 1.10 | 15.40 |
| Shipping | | | 1.61 |
| Subtotal | | | 42.01 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 42.01 |
| Balance Due | | | 42.01 |

Pay your invoice online at https://paycioxhealth.com/pay/

Terms: Net 30 days **Please remit this amount : $ 42.01 (USD)**

Ciox Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: 0220003364

Check # ________________

Payment Amount $____________

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

7L181170011

*******AUTO**MIXED ADC 300
398 4 MB 1.380 000398
LIBERTY LIFE ASSURANCE BOSTON
JESSICA BELANGER
PO BOX 7213
LONDON, KY 40742-7213

21pgs

*00210000398K00*

**ATTENTION**

Confidential Information enclosed.
To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service. Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover. Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

This information *may* or *may not* contain records regarding drug and/or alcohol use or treatment. If this record contains any such information, it has been disclosed to you from records whose confidentiality is protected by federal regulation 42 CFR Part 2, which prohibits you from making any further disclosure of it without the *specific* written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of health or other information is not sufficient for this purpose. Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the *specific* consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5856

| | |
|---|---|
| Date: | June 21, 2017 |
| To: | AHHC MAIN<br>7 SHACKLEFORD WEST BLVD<br>LITTLE ROCK AR 72211 |
| Attn: | medical records |
| Fax: | (501) 663-1753 |
| From: | Jessica Belanger<br>Technical Claims Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5856 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5716432<br>Claimant: Shane Keathley<br><br>Acxiom Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5856

June 21, 2017

Ahhc Main
7 SHACKLEFORD WEST BLVD
LITTLE ROCK, AR 72211

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432
Claimant: Shane Keathley
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Shane Keathley.

To evaluate Mr. Keathley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2017 through present

We ask that you provide this information by July 5, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Keathley allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Keathley¿s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Belanger
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16298
Secure Fax No.: (603) 334-5856

Attachments: 5716432-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.04.2016

APR/13/2016/WED 03:03 PM FAX No. P. 011

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-6630

## Authorization to Obtain and Release Psychotherapy Notes

EMPLOYEE Shane Keathley Claim 5716433

EMPLOYER/SPONSOR/CUSTOMER Acxiom Corporation

Return Keshel Ingram

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Shane Keathley
Claimant Name (Print) Date of Birth

Shane Keathley 4-12-16
Claimant Signature Date

5716433
Claim Number

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8680

# Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Shane Keathley ............ Claim No 5716432

Employer/Sponsor/Customer Name Acxiom Corporation

Return to: Keshi Ingram

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes)**.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments, and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shane Keathley
Claimant Name (Print)

Date of Birth

(signature)
Claimant Signature

4-12-16
Date

5716432
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5856

| | |
|---|---|
| Date: | February 15, 2017 |
| To: | AHHC MAIN<br>7 SHACKLEFORD WEST BLVD<br>LITTLE ROCK AR 72211 |
| Attn: | medical records |
| Fax: | (501) 663-1753 |
| From: | Jessica Belanger<br>Technical Claims Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5856 |
| Total Pages<br>(Including Cover): | 5 |
| RE: | Claim #: 5716432<br>Claimant: Shane Keathley<br><br>Acxiom Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5856

February 15, 2017

Ahhc Main
7 SHACKLEFORD WEST BLVD
LITTLE ROCK, AR 72211

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432
Claimant: Shane Keathley
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Shane Keathley.

To evaluate Mr. Keathley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2016 through present

We ask that you provide this information by March 1, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Keathley allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Keathley¿s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Belanger
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16298
Secure Fax No.: (603) 334-5856

Attachments: 5716432-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.04.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-6630

## Authorization to Obtain and Release Psychotherapy Notes

EMPLOYEE Shane Keathley Claim 5716432

EMPLOYER/SPONSOR/CUSTOMER Acxiom Corporation

Return Keshai Ingram

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct my physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Shane Keathley
Claimant Name (Print) Date of Birth

Shane Keathley 4-12-16
Claimant Signature Date

5716432
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8639

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name Shane Keathley Claim No 5716432

Employer/Sponsor/Customer Name Acxiom Corporation

Return to: Keshi Ingram

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shane Keathley
Claimant Name (Print)

Date of Birth

Shane Keathley
Claimant Signature

4-12-16
Date

5716432
Claim Number

# F A X S H E E T

| | |
|---|---|
| Date: | 2017-02-15 10:54:30 |
| To: | LIBERTY |
| Subject: | Patient Document |
| Fax Number: | 603-334-5856 |
| To Company: | |
| From Name: | Osborne,Melissa |
| From Company: | AHHC MAIN |
| From Facility: | AHHC MAIN |
| Support Contact: | 501-664-5860 |
| Number of Pages(s): | 13 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5856

| | |
|---|---|
| Date: | February 15, 2017 |
| To: | AHHC MAIN<br>7 SHACKLEFORD WEST BLVD<br>LITTLE ROCK AR 72211 |
| Attn: | medical records |
| Fax: | (501) 663-1753 |
| From: | Jessica Belanger<br>Technical Claims Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5856 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5716432<br>Claimant: Shane Keathley<br><br>Acxiom Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5856

February 15, 2017

Ahhc Main
7 SHACKLEFORD WEST BLVD
LITTLE ROCK, AR 72211

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432
Claimant: Shane Keathley
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Shane Keathley.

To evaluate Mr. Keathley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2016 through present

We ask that you provide this information by March 1, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Keathley allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Keathley¿s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Belanger
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16298
Secure Fax No.: (603) 334-5856

Attachments: 5716432-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.04.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8830

## Authorization to Obtain and Release Psychotherapy Notes

EMPLOYEE Shane Keathley Claim 5716432

EMPLOYER/SPONSOR/CUSTOMER Acxiom Corporation

Return Krystal Ingram

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release my psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct my physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversation(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Shane Keathley
Claimant Name (Print)

Date of Birth

Shane Keathley (signature)
Claimant Signature

4-12-16
Date

5716432
Claim Number

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 231-0112
Secure Fax No.: (603) 334-8630

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Shane Keathley Claim No 5716432

Employer/Sponsor/Customer Name Acxiom Corporation

Return to: Keshi Ingram

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fast Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shane Keathley
Claimant Name (Print)

Date of Birth

Shane Keathley
Claimant Signature

4-12-16
Date

5716432
Claim Number

ARKANSAS HEART HOSPITAL® CLINIC

**Keathley, Timothy S**
44 Y old Male, DOB:
Account Number: 1733101
Home:
Guarantor: Keathley, Timothy S Insurance: Health Adv
Primary Payer ID: 00181
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

01/03/2017 History and Physical : Patrick Stage, APN

## Current Medications

**Taking**

- Digoxin 125 MCG Tablet 1 tablet Orally Once a day
- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Vasotec 5 MG Tablet 2 tablet in am; 1 tablets in pm Orally twice a day
- Zoloft 50 MG Tablet 1 tablet Orally Once a day
- Protonix 40 MG Tablet Delayed Release 1 tablet Orally twice a day
- Co Q 10 200 mg Capsule 1 capsule with a meal Orally Once a day
- Vitamin C 1000 MG Tablet 1 tablet Orally twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Orally Once a day
- Krill Oil Omega-3 300 MG Capsule as directed Orally once a day
- Torsemide 10 MG Tablet 1 tablet Orally PRN
- Potassium Chloride Crys ER 10 MEQ Tablet Extended Release 2 tablet Orally PRN
- Carvedilol 12.5 MG Tablet 1 tablet Orally Twice a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure
s/p AICD

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985

## Reason for Appointment

1. Ischemic cardiomyopathy
2. CAD
3. Congestive heart failure
4. Post LV lead revision
5. s/p AICD

## History of Present Illness

HPI:

Pt here for followup of ischemic cardiomyopathy and cad. He had recent LV lead revision. He denies any chest pain. He denies any syncope. He has not had any fever or chills. He will have his st. jude medical ICD interrogated in the office today.

## Vital Signs

HR 64 /min, BP 123/81 mm Hg, Ht 5 ft 10 in, Wt 221 lbs, BMI 31.71 Index, Oxygen sat 94 %.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .
HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.
LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.
EXTREMITY no clubbing, cyanosis, or edema.
PROCEDURE SITE: pacemaker ICD wound is well healed.

## Assessments

1. CAD (coronary artery disease) - I25.10 (Primary), atypical chest discomfort at times
2. Ischemic cardiomyopathy - I25.5, on medical tx
3. Hypertension - I10, well controlled.
4. Old MI (myocardial infarction) - I25.2
5. Stented coronary artery - Z95.5
6. CHF (congestive heart failure) - I50.9, CHF NYHA functional class III
7. Automatic implantable cardioverter-defibrillator in situ - Z95.810
8. Coronary atherosclerosis of native coronary artery - I25.10

## Treatment

Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015

### Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

### Social History

Tobacco Use:
Tobacco Use/Smoking
Smoking Status: *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

### Review of Systems

General/Constitutional:
Poor appetite no. Weight gain yes. Weight loss without dieting no. Fatigue no. Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring yes. Coughing up blood no. Shortness of breath with activity yes. Shortness of breath without activity yes. Shortness of breath when lying flat no.

**1. CAD (coronary artery disease)**
IMAGING: ECG
Stage,Patrick 1/3/2017 12:15:40 PM > ventricular paced rhythm with atrial tracking

Notes: No fever or chills. ICD working well. His site is clean, dry, and intact.

**2. Coronary atherosclerosis of native coronary artery**
Continue Plavix Tablet, 75 MG, TAKE ONE TABLET BY MOUTH EVERY DAY
Continue Carvedilol Tablet, 12.5 MG, 1 tablet, Orally, Twice a day

### Procedure Codes

93000 ELECTROCARDIOGRAM, COMPLETE

### Follow Up

4 Weeks



**Electronically signed by Patrick Stage on 01/03/2017 at 12:31 PM CST**

**Sign off status: Completed**

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

Frequent cough no.
Cardiac:
Chest pain/chest pressure no. Unpredictable excessive sweating yes. Rapid heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:
Joint pain or swelling no. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no. Headaches no.
Psychiatric:
Untreated or worsening depression yes. Untreated or worsening anxiety no.

ARKANSAS HEART HOSPITAL® CLINIC

# Keathley, Timothy S

44 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: Health Adv
Primary Payer ID: 00181
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

01/31/2017 History and Physical : Patrick Stage, APN

## Current Medications

**Taking**

- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Carvedilol 12.5 MG Tablet 1 tablet Orally Twice a day
- Digoxin 125 MCG Tablet 1 tablet Orally Once a day
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Vasotec 5 MG Tablet 2 tablet in am; 1 tablets in pm Orally twice a day
- Zoloft 50 MG Tablet 1 tablet Orally Once a day
- Protonix 40 MG Tablet Delayed Release 1 tablet Orally twice a day
- Co Q 10 200 mg Capsule 1 capsule with a meal Orally Once a day
- Vitamin C 1000 MG Tablet 1 tablet Orally twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Orally Once a day
- Krill Oil Omega-3 300 MG Capsule as directed Orally once a day
- Torsemide 10 MG Tablet 1 tablet Orally PRN
- Potassium Chloride Crys ER 10 MEQ Tablet Extended Release 2 tablet Orally PRN
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure
s/p AICD

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985

## Reason for Appointment

1. CAD
2. Hypertension
3. s/p CABG
4. s/p AICD

## History of Present Illness

HPI:

Pt here for followup of ischemic cardiomyopathy and cad. He denies any chest pain. He denies any syncope. He will have his st. jude medical ICD interrogated in the office today. He had a recent left ventricular lead revision. No fever or chills. His site is clean, dry, and intact. No fever or chills.

## Vital Signs

HR 81 /min, BP 136/74 mm Hg, Ht 5 ft 10 in, Wt 210 lbs, BMI 30.13 Index, Oxygen sat 95 %.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .
HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.
LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.
EXTREMITY no clubbing, cyanosis, or edema.
PROCEDURE SITE: ICD wound is well healed .

## Assessments

1. CAD (coronary artery disease) - I25.10 (Primary), atypical chest discomfort at times
2. Ischemic cardiomyopathy - I25.5, on medical tx
3. Hypertension - I10, well controlled.
4. Hyperlipidemia - E78.5, on current regimen.
5. Old MI (myocardial infarction) - I25.2
6. Stented coronary artery - Z95.5
7. LBBB (left bundle branch block) - I44.7, as it is since his MI
8. CHF (congestive heart failure) - I50.9, CHF NYHA functional class III
9. Automatic implantable cardioverter-defibrillator in situ - Z95.810

Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015

**Family History**

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

**Social History**

Tobacco Use:
Tobacco Use/Smoking
Smoking Status: *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

**Allergies**

N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

**Review of Systems**

General/Constitutional:
Poor appetite no. Weight gain no.
Weight loss without dieting no.
Fatigue **yes** . Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears:
Hearing loss or recent changes no.
Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no.
Shortness of breath with activity yes.
Shortness of breath without activity no.
Shortness of breath when lying flat no.

**Treatment**

**1. CAD (coronary artery disease)**
Continue Carvedilol Tablet, 12.5 MG, 1 tablet, Orally, Twice a day
Notes: His site is clean, dry, and intact. No ventricular or atrial arryhthmias. ICD working well.

**2. Others**
Notes: Heart disease and diet material was published to portal.

**Preventive Medicine**

Counseling:
Care goal follow-up plan:
Above Normal BMI Follow-up *Lifestyle education regarding diet*
Screening/Special Tests:
Fall Risk Screening
Fall Risk Assessment Performed *Yes*
Have you had a recent fall? *No*
Do you use a walker, cane, or require assistance? *No*

**Follow Up**

3 Months



**Electronically signed by Patrick Stage on 01/31/2017 at 11:29 AM CST**

**Sign off status: Completed**

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

Frequent cough no.
Cardiac:
Chest pain/chest pressure no. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:
Joint pain or swelling no. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no. Headaches no.
Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: Timothy S Keathley | **Midmark Diagnostics Group** | | Rate: | 71 | BPM | Interpretation: |
| ID: 1733101 | Req. Physician: | Stage, Patrick | PR: | - | msec | Electronic ventricular pacemaker |
| Sex: Male | Technician: | | QT/QTc: | 416/435 | msec | Pacemaker ECG, No further analysis |
| BP: | History: | , | QRSD: | 156 | msec | INSUFFICIENT DATA |
| Weight: lbs | Medication: | , , | P Axis: | 36 | | |
| Height: inches | Date of Report: | 01/03/17 11:44:35 | QRS Axis: | 85 | | |
| DOB: (44 Years) | Reviewed By: | | T Axis: | 102 | | |
| Comments: Unconfirmed Report | Review Date: | | | | | |




Speed:25 mm/sec Gain 10 mm/mv MYO:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.4.1 ECG Analysis Ver. 8.4.1 Print Date 02/15/17 09:51:58

To: Jessica Belanger Fax #: (603) 334-5856

From: Shane Keathley Date: 12/12/16

Re: Claim # 5716432 Pages (Including Cover Page): 15

☑ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply

Comments:
Please call me @ to
confirm receipt of records and to
receive instructions on who to call
to request records.

ARKANSAS HEART HOSPITAL® CLINIC

# Keathley, Timothy S

44 Y old Male, DOB
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: Health Adv
Primary Payer ID: 00181
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

07/19/2016 History and Physical : Patrick Stage, APN

## Current Medications

Taking

- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Carvedilol 25 MG Tablet as directed Twice daily
- Vasotec 5 MG Tablet 1 tablet in am;2 tablets in pm twice a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Digoxin 125 MCG Tablet 1 tablet Once a day
- Co Q 10 200 mg Capsule 1 capsule with a meal Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Torsemide 10 MG Tablet 1 tablet PRN
- Potassium Chloride Crys ER 10 MEQ Tablet Extended Release 2 tablet PRN
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure
s/p AICD

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14

## Reason for Appointment

1. CAD
2. Ischemic cardiomyopathy
3. Hypertension
4. s/p AICD

## History of Present Illness

HPI:

Pt here for followup of ischemic cardiomyopathy and cad. He has occasional chest pain. He denies any syncope. He has completed rehab at Conway Regional Medical Center and is going to the gym daily for 1.5 hours. He will have his st. jude medical BIV ICD interrogated in the office today.

## Vital Signs

HR 62 /min, BP 121/71 mm Hg, Ht 5 ft 10 in, Wt 213 lbs, BMI 30.56 Index, Oxygen sat 97 %, Pain scale 0 1-10.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .

HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.

LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.

EXTREMITIES: no clubbing, cyanosis, or edema.

## Assessments

1. CAD (coronary artery disease) - I25.10 (Primary)
2. Ischemic cardiomyopathy - I25.5
3. Hypertension - I10
4. Old MI (myocardial infarction) - I25.2
5. Stented coronary artery - Z95.5
6. LBBB (left bundle branch block) - I44.7
7. CHF (congestive heart failure) - I50.9
8. Essential hypertension - I10
9. Automatic implantable cardioverter-defibrillator in situ - Z95.810

## Treatment

**1. CAD (coronary artery disease)**

Continue Carvedilol Tablet, 25 MG, as directed, Orally, Twice daily

heart cath 11/30/2015
ICD 12/2015

### Family History
Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

### Social History
Tobacco Use:
Tobacco Use/Smoking
Smoking Status: *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

### Review of Systems
General/Constitutional:
Poor appetite no. Weight gain yes. Weight loss without dieting no. Fatigue yes . Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring yes. Coughing up blood no. Shortness of breath with activity yes. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:

IMAGING: ECG
Stage,Patrick 7/19/2016 12:07:47 PM > ventricular paced rhythm with atrial tracking

Notes: No afib. No ventricular arrythmias. ICD working well. Quickoptimization done. Changes made. Needs an overnight pulse oximetry. Will check an echo to assess his Lv function since placement of his BIV ICD.

**2. Ischemic cardiomyopathy**
IMAGING: Echo - 2D Echo (with 3D if indicated) (Ordered for 07/19/2016)

**3. Others**
Notes: Heart disease and diet material was published to portal.

### Preventive Medicine
Counseling:
Care goal follow-up plan:
Above Normal BMI Follow-up *Lifestyle education regarding diet*
Screening/Special Tests:
Fall Risk Screening
Fall Risk Assessment Performed *Yes*
Have you had a recent fall? *No*
Do you use a walker, cane, or require assistance? *No*

### Procedure Codes
93000 ELECTROCARDIOGRAM, COMPLETE

### Follow Up
3 Months



**Electronically signed by Patrick Stage on 07/19/2016 at 12:14 PM CDT**

**Sign off status: Completed**

Chest pain/chest pressure yes. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.

Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.

Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.

Men Only:
Erectile dysfunction no.

Genitourinary:
Blood in urine no. Pain on urination no.

Musculoskeletal:
Joint pain or swelling yes. Muscle weakness no. Muscle cramping no.

Peripheral Vascular:
Leg swelling yes. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.

Skin:
Rash no. Skin sores no. Non-healing wounds no.

Neurologic:
Dizziness no. Confusion no. Headaches no.

Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

AHHC MAIN
7 Shackleford West Blvd
Little Rock, AR 722113714
Tel: 501-664-5860
Fax: 501-664-0889

ARKANSAS HEART HOSPITAL®
CLINIC

**Keathley, Timothy S**
44 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: Health Adv
Primary Payer ID: 00181
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

10/26/2016 History and Physical : Mehmet Cilingiroglu, MD

### Current Medications

**Taking**

- Carvedilol 25 mg tablet TAKE AS DIRECTED TWICE DAILY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Vasotec 5 MG Tablet 1 tablet in am;2 tablets in pm twice a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Digoxin 125 MCG Tablet 1 tablet Once a day
- Co Q 10 200 mg Capsule 1 capsule with a meal Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Torsemide 10 MG Tablet 1 tablet PRN
- Potassium Chloride Crys ER 10 MEQ Tablet Extended Release 2 tablet PRN
- Medication List reviewed and reconciled with the patient

### Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure
s/p AICD

### Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14

### Reason for Appointment

1. 6 mo
2. CAD s/p MI s/p PCI
3. Ischemic Cardiomyopathy
4. Systolic Congestive Heart Failure
5. Hypertension
6. Hyperlipidemia

### History of Present Illness

HPI:

Comes in for followup. He has prior showed coronary artery disease status post MI status post PCI of the LAD as well as RCA the drug-eluting stents. He also has prior history of ischemic cardiomyopathy. He also had automatic implantable cardiac defibrillator implantation per EP. His most recent 2-D Doppler Echocardiogram showed LVEF 25-30%, mild MR, mild TR, mildly increased LV internal cavity size. He has been feeling occasional weakness since he has been increased his dose of coreg to 25 mg bid from 12.5 mg bid. Denies angina. Volume status looks ok.

### Vital Signs

HR 61 /min, BP 121/72 mm Hg, Ht 5 ft 10 in, Wt 215 lbs, BMI 30.85 Index, Oxygen sat 93 %, Pain scale 0 1-10.

### Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress . HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops. LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi. EXTREMITY no clubbing, cyanosis, or edema.

### Assessments

1. CAD (coronary artery disease) - I25.10 (Primary)
2. Ischemic cardiomyopathy - I25.5
3. Hypertension - I10
4. Hyperlipidemia - E78.5
5. Old MI (myocardial infarction) - I25.2
6. CHF (congestive heart failure) - I50.9

### Treatment

**1. CAD (coronary artery disease)**

heart cath 11/30/2015
ICD 12/2015

### Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s), 1 daughter(s) - healthy.

### Social History

Tobacco Use:
Tobacco Use/Smoking Smoking Status: nonsmoker. Tobacco use other than smoking Are you an other tobacco user? No.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1,
Miscellaneous:
no Caffeine, none. Children: yes, 2. Exercise: yes, 2-3 times per week. Marital status: married.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

### Review of Systems

General/Constitutional:
Poor appetite no. Weight gain yes. Weight loss without dieting no. Fatigue yes . Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity yes. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:
Chest pain/chest pressure yes. Unpredictable excessive sweating no. Rapid

Continue Digoxin Tablet, 125 MCG, 1 tablet, Orally, Once a day
Continue Torsemide Tablet, 10 MG, 1 tablet, Orally, PRN
Continue Potassium Chloride Crys ER Tablet Extended Release, 10 MEQ, 2 tablet, Orally, PRN
IMAGING: ECG
Cilingiroglu,Mehmet 10/26/2016 11:26:20 AM > Electronic ventricular pacemaker Pacemaker ECG

Notes: Heart disease and diet material was published to portal. continue on meds.

**2. Ischemic cardiomyopathy**
Start Carvedilol Tablet, 12.5 MG, 1 tablet, Orally, Twice a day, 90 days, 180 Tablet, Refills 4
IMAGING: ECG
Cilingiroglu,Mehmet 10/26/2016 11:26:20 AM > Electronic ventricular pacemaker Pacemaker ECG

Notes: reduced coreg to 12.5 mg bid.

**3. Hypertension**
Notes: continue on meds.

**4. Hyperlipidemia**
Notes: continue on meds.

**5. Old MI (myocardial infarction)**
Notes: continue on meds.

**6. CHF (congestive heart failure)**
Notes: Reduce coreg to 12.5 mg twice daily.

**7. Others**
Stop Carvedilol tablet, 25 mg, TAKE AS DIRECTED TWICE DAILY
Continue Crestor Tablet, 10 MG, TAKE ONE TABLET BY MOUTH AT BEDTIME
Continue Plavix Tablet, 75 MG, TAKE ONE TABLET BY MOUTH EVERY DAY
Continue Vasotec Tablet, 5 MG, 1 tablet in am;2 tablets in pm, twice a day
Continue Zoloft Tablet, 50 MG, 1 tablet, Orally, Once a day
Continue Protonix Tablet Delayed Release, 40 MG, 1 tablet, Orally, twice a day
Continue Co Q 10 Capsule, 200 mg, 1 capsule with a meal, Orally, Once a day
Continue Vitamin C Tablet, 1000 MG, 1 tablet, Orally, twice a day
Continue Aspirin Tablet Dispersible, 81 MG, 1 tablet, Orally, Once a day
Continue Krill Oil Omega-3 Capsule, 300 MG, as directed, Orally, once a day

### Preventive Medicine

heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:
Joint pain or swelling no. Muscle weakness no. Muscle cramping yes.
Peripheral Vascular:
Leg swelling yes. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no. Headaches no.
Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

Counseling: Care goal follow-up plan: Above Normal BMI Follow-up Lifestyle education regarding diet.
Screening/Special Tests: Fall Risk Screening Fall Risk Assessment Performed Yes, Have you had a recent fall? No, Do you use a walker, cane, or require assistance? No.

**Procedure Codes**

93000 ELECTROCARDIOGRAM, COMPLETE

**Follow Up**

6 Months (Reason: cad)

Mehmet Cilingiroglu, MD

**Electronically signed by Mehmet Cilingiroglu on 10/26/2016 at 08:56 PM CDT**

**Sign off status: Completed**

AHHC MAIN
7 Shackleford West Blvd
Little Rock, AR 722113714
Tel: 501-664-5860
Fax: 501-664-0889

ARKANSAS HEART HOSPITAL® CLINIC

**Keathley, Timothy S**
44 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: Health Adv
Primary Payer ID: 00181
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

11/30/2016 History and Physical : Patrick Stage, APN

## Current Medications

Taking

- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Vasotec 5 MG Tablet 2 tablet in am; 1 tablets in pm Orally twice a day
- Zoloft 50 MG Tablet 1 tablet Orally Once a day
- Protonix 40 MG Tablet Delayed Release 1 tablet Orally twice a day
- Digoxin 125 MCG Tablet 1 tablet Orally Once a day
- Co Q 10 200 mg Capsule 1 capsule with a meal Orally Once a day
- Vitamin C 1000 MG Tablet 1 tablet Orally twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Orally Once a day
- Krill Oil Omega-3 300 MG Capsule as directed Orally once a day
- Torsemide 10 MG Tablet 1 tablet Orally PRN
- Potassium Chloride Crys ER 10 MEQ Tablet Extended Release 2 tablet Orally PRN
- Carvedilol 12.5 MG Tablet 1 tablet Orally Twice a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure
s/p AICD

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985

## Reason for Appointment

1. Bradycardia
2. Ischemic cardiomyopathy
3. Congestive heart failure
4. s/p AICD

## History of Present Illness

HPI:

Pt here for followup of ischemic cardiomyopathy and cad. He denies any chest pain. He denies any syncope. Occasional shortness of breath. He has his carvedilol decreased and feels better. He will have his st. jude medical ICD interrogated in the office today.

## Vital Signs

HR 79 /min, BP 124/80 mm Hg, Ht 5 ft 10 in, Wt 208 lbs, BMI 29.84 Index, Oxygen sat 97 %, Pain scale 0 1-10.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .

HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.

LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.

EXTREMITY no clubbing, cyanosis, or edema.

## Assessments

1. CAD (coronary artery disease) - I25.10 (Primary), atypical chest discomfort at times
2. Ischemic cardiomyopathy - I25.5, on medical tx
3. Hypertension - I10, well controlled.
4. Hyperlipidemia - E78.5, on current regimen.
5. OSA on CPAP - G47.33, on cpap.
6. Old MI (myocardial infarction) - I25.2
7. CHF (congestive heart failure) - I50.9, CHF NYHA functional class III
8. Essential hypertension - I10
9. Automatic implantable cardioverter-defibrillator in situ - Z95.810

## Treatment

**1. CAD (coronary artery disease)**

Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015

**Family History**

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

**Social History**

Tobacco Use:
Tobacco Use/Smoking
Smoking Status: *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

**Allergies**

N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

**Review of Systems**

General/Constitutional:
Poor appetite no. Weight gain no. Weight loss without dieting no. Fatigue no. Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity no. Shortness of breath without activity no. Shortness of breath when lying flat no.

Continue Plavix Tablet, 75 MG, TAKE ONE TABLET BY MOUTH EVERY DAY
Continue Digoxin Tablet, 125 MCG, 1 tablet, Orally, Once a day
Notes: He has not had any ventricular arrythmias. ICD working well. He has had a spike of congestive heart failure. CXR shows his LV lead has pulled back. Will schedule him for LV lead revision as he has been more tired and fatigued the last few weeks. Hold plavix five days prior to procedure.

**2. CHF (congestive heart failure)**
PROCEDURE: EP - Lead revision (Ordered for 11/30/2016)

**3. Automatic implantable cardioverter-defibrillator in situ**
IMAGING: XR Chest PA/LAT (Ordered for 11/30/2016)

**4. Others**
Notes: Heart disease and diet material was published to portal.

**Preventive Medicine**

Counseling:
Care goal follow-up plan:
Above Normal BMI Follow-up *Lifestyle education regarding diet*
Screening/Special Tests:
Fall Risk Screening
Fall Risk Assessment Performed *Yes*
Have you had a recent fall? *No*
Do you use a walker, cane, or require assistance? *No*



**Electronically signed by Patrick Stage on 11/30/2016 at 12:15 PM CST**

**Sign off status: Completed**

AHHC MAIN
7 Shackleford West Blvd
Little Rock, AR 722113714
Tel: 501-664-5860
Fax: 501-664-0889

Frequent cough no.
Cardiac:
Chest pain/chest pressure no.
Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate yes.
Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no.
Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:
Joint pain or swelling no. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non healing wounds no.
Neurologic:
Dizziness no. Confusion no.
Headaches no.
Psychiatric:
Untreated or worsening depression no.
Untreated or worsening anxiety no.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | Timothy S Keathley | Midmark Diagnostics Group | | | Rate: | 63 | BPM | Interpretation: |
| ID: | 1733101 | Req. Physician: | Stage, Patrick | | PR: | - | msec | Electronic ventricular pacemaker |
| Sex: | Male | Technician: | ak | | QT/QTc: | 376/381 | msec | Pacemaker ECG, No further analysis |
| BP: | | History: | , | | QRSD: | 128 | msec | INSUFFICIENT DATA |
| Weight: | lbs | Medication: | , , | | P Axis: | 146 | | |
| Height: | inches | Date of Report: | 07/19/16 | 11:50:40 | QRS Axis: | 2 | | |
| DOB: | (44 Years) | Reviewed By: | | | T Axis: | -133 | | |
| Comments: | | Review Date: | 07/19/16 | 11:50:40 | | | | |




Speed:25 mm/sec Gain 10 mm/mv MYO:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.4.1 ECG Analysis Ver. 8.4.1 Print Date 12/12/16 10:34:45

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | Timothy S Keathley | Midmark Diagnostics Group | | | Rate: | 63 | BPM | Interpretation: |
| ID: | 1733101 | Req. Physician: | Cilingiroglu, Mehmet | | PR: | - | msec | Electronic ventricular pacemaker |
| Sex: | Male | Technician: | | | QT/QTc: | 414/428 | msec | Pacemaker ECG |
| BP: | | History: | - | | QRSD: | 160 | msec | |
| Weight: | lbs | Medication: | | | P Axis: | 157 | | |
| Height: | inches | Date of Report: | 10/26/16 | 11:15:37 | QRS Axis: | -4 | | |
| DOB: | (44 Years) | Reviewed By: | Cilingiroglu, Mehmet | | T Axis: | -122 | | |
| Comments: | | Review Date: | 10/26/16 | 11:26:15 | | | | |




Speed 25 mm/sec Gain:10 mm/mv MYD:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.4.1 ECG Analysis Ver. 8.4.1 Print Date 12/12/15 10:34:54

ARKANSAS HEART HOSPITAL®
CLINIC

7 Shackleford West Blvd Little Rock, Arkansas 72211 501-664-5860

# TRANSTHORACIC ECHOCARDIOGRAM REPORT

(CPT code 93306)

**Patient Name:** TIMOTHY S KEATHLEY
Medical Rec #: 1733101
Account #:
Date of Birth:
Patient Age: 44 years
Patient Gender: M

**Date of Exam:** 7/19/2016
Custom1:
Custom2:
Height:
Weight:
BSA:

Indications: CM
Sonographer: Lindsey Montgomery
Referring Phys: James Fulmer

**2D AND M-MODE MEASUREMENTS (normal ranges within parentheses):**

| ***Left Ventricle:*** | | Normal | ***Aorta/Left Atrium*** | | Normal |
|---|---|---|---|---|---|
| IVSd (2D): | 1.61 cm | (0.7-1.1) | Ao Root | 3.20 cm | (2.4-3.7) |
| LVPWd (2D): | 0.76 cm | (0.7-1.1) | Left Atrium (2D) | 3.43 cm | (0.7-4.0) |
| LVIDd (2D): | 5.60 cm | (3.4-5.7) | | | |
| LVIDs (2D): | 4.89 cm | | | | |

**LV SYSTOLIC FUNCTION:**

EF-A4C View: 25.2 % EF-A2C View: 36.7 % EF-Biplane: 30.5 %

**3D LV Volume Analysis:**

**LV DIASTOLIC FUNCTION:**

MV Peak E: 0.98 m/s
MV Peak A: 0.89 m/s
E/A Ratio: 1.10

**SPECTRAL DOPPLER ANALYSIS (where applicable):**

***Mitral Valve:***

MV Max Velocity: 0.90 m/s
MV Peak Gradient: 3.2 mmHg

***Aortic Valve:***

| | | | | | |
|---|---|---|---|---|---|
| AoV Max Vel: | 1.34 m/s | AoV Peak PG: | 7.1 mmHg | AoV Mean PG: | 4.4 mmHg |
| LVOT Vmax: | 0.92 m/s | LVOT VTI: | 0.182 m | LVOT Diameter: | 2.27 cm |
| AoV Area, Vmax: | 2.79 cm² | AoV Area, VTI: | 2.54 cm² | AoV Area, Vmn: | 2.33 cm² |

***Tricuspid Valve and Pulmonary Artery Pressure:***

TR Max Velocity: RA Pressure: 10 mmHg RVSP/PASP:

**Final**

**PHYSICIAN INTERPRETATION:**
**Left Ventricle:** The left ventricular internal cavity size was mildly increased. Moderate asymmetric left ventricular hypertrophy. The LVH involves septal walls. Global LV systolic function was severely decreased. Left ventricular ejection fraction, by visual estimation, is 25 to 30%. Spectral Doppler shows normal pattern of LV diastolic filling.
**Mitral Valve:** Mild mitral valve regurgitation is seen.
**Tricuspid Valve:** Mild tricuspid regurgitation is visualized.
**Inferior Vena Cava:**

**Three-Dimensional Findings**
**(CPT Code 76376)**

Other indications:
COMMENTS (3D):

COMMENTS (Other):

**Additional Comments:** A pacer wire is visualized in the right ventricle.

**Summary:**
1. **Left ventricular ejection fraction, by visual estimation, is 25 to 30%.**
2. **Severely decreased global left ventricular systolic function.**
3. **Mildly increased left ventricular internal cavity size.**
4. **Moderate asymmetric left ventricular hypertrophy.**
5. **Mild mitral valve regurgitation.**
6. **Mild tricuspid regurgitation is visualized.**

Electronically signed by Scott Beau,MD
Signature Date/Time: 7/26/2016/5:39:16 AM

**Arkansas Heart Hospital Clinic**
7 Shackleford West Blvd.
Little Rock, AR 72211

# Radiology Report

| | | |
|---|---|---|
| Referring Provider: Beau, | Patient Name: | Keathley, Timothy |
| | MRN: | 1733101_c |
| | DOB: | |
| | Accession#: | 5001037479 |
| | Account#: | 1733101_c |
| | Date: | 11/30/2016 |

**PROCEDURE:** Chest PA and Lateral Views

**DATE:** 11/30/2016

**COMPARISON:** 12/3/2015

**HISTORY:** Shortness of breath. AICD.

**FINDINGS:**
Lungs are free of infiltrate. There is no evidence of pleural effusion or cardiac enlargement. AICD device is in place. No osseous abnormalities are noted.

**IMPRESSION:**
AICD device in place.
No acute disease.

Transcribed by Diane Elston 11/30/2016 12:42 PM

Signed by William Deaton, MD 11/30/2016 5:10 PM

Electronically Signed By Deaton, William
Dictated: 11/30/2016 12:42:34 PM
Transcribed: 11/30/2016 12:42:34 PM
Signed: 11/30/2016 5:10:43 PM

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA 70502
(337) 837-2608
Federal ID: 720827028

| | |
|---|---|
| **INVOICE NO.** | 209885 |
| **DATE** | 12/12/16 |

**CUSTOMER**

Jessica Belanger
Liberty Mutual Disability
100 Liberty Way
Dover, NH 03821

Re: Shane Keathley
Vs. Acxiom Corporation
AR

| TERMS: | CUSTOMER NO. | JOB NO. | P.O. No. / Claim No. |
|---|---|---|---|
| Due Upon Receipt | A023117 | 1605000567 | 5716432 |

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| 12/4/16 | | | | |
| Surveillance Hours - Operative 02660 | 8.00 | | | 600.00 |
| 12/5/16 | | | | |
| Surveillance Hours - Operative 02660 | 3.00 | | | 225.00 |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt

| | |
|---|---|
| **Sub-Total** | 825.00 |
| **Sales Tax** | |
| **TOTAL** | $825.00 |

HUB Enterprises, Inc. Where Risk Meets Resolution

December 12, 2016

**LIBERTY MUTUAL DISABILITY**
55 CAPITAL BOULEVARD
ROCKY HILL, CONNECTICUT 06067

| | |
|---|---|
| Adjuster: | Jessica Belanger |
| Insured: | Acxiom Corporation |
| Claim Number: | 5716432 |

**Shane Keathley**
**239 Highway 225 West**
**Greenbrier, Arkansas 72058**

| | |
|---|---|
| Date of Loss: | December 2, 2015 |
| Injury: | Ischemic Cardiomyopathy |
| Authorization: | 3 Hours |
| Status: | Final |
| Received: | November 22, 2016 |
| Investigator: | Gregory Martin |
| HUB Case: | 1605000567.1 |
| HUB Contact: | Heather Ross |

**Confidentiality Notice**

*The content within this file contains confidential information belonging to the sender and is intended only for the use of the claimant or entity named above. If you are not the intended recipient, you are hereby notified that any use or disclosure of the contents of this information is strictly prohibited. If you have received this in error, please immediately notify us by telephone to arrange for the return of the documents.*

## NATURE OF ASSIGNMENT:

On November 22, 2016, HUB Enterprises received a reauthorization from the original authorization, dated, May 4, 2016, to conduct an additional 3 hours of surveillance on the above-mentioned individual, to include one weekend day. Information provided by the Client indicates that the claimant can be described as a 44-year-old male, approximately 5’10” in height, weighing approximately 211 pounds. The claimant is alleging ischemic cardiomyopathy as of December 2, 2015, and is believed to reside at

## PRE-SURVEILLANCE INVESTIGATION:

We conducted pre-investigative research for information associated with the subject; Shane Keathley, and learned the following:

A person search utilizing the provided social security number confirmed the provided address to be the most current. The subject’s full name is Timothy Shane Keathley, 44 years old. There are no aliases reported for the subject.

The area of the provided address, , appeared to be a single-family dwelling.

The area of the most current address, , appeared to be a single-family dwelling.

The area of the most current address, , appeared to be a single-family dwelling.

**Address History:**

, FAULKNER COUNTY (2010 - Nov 2016)

72047-8210, FAULKNER COUNTY (Aug 2009 - Sep 2016)

Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

72058-9452, FAULKNER COUNTY (Mar 2016 - Nov 2016)

**Possible Telephone Numbers:**

Name: KEATHLEY, TIMOT

Address:

Phone Number:

Phone Type: Mobile

Carrier: SOUTHWESTERN BELL - (CONWAY, AR)

Name: KEATHLEY, SHANE

Address: 72058-9812

Phone Number:

Phone Type: Mobile

Carrier: NEW CINGULAR WRLS IL - (CONWAY, AR)

Carrier: NEW CINGULAR WRLS IL - (CONWAY, AR)

Phones Plus 9

Name: KEATHLEY, SHANE

Address:

Phone Number:

Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

**All Vehicles Registered:**

An all vehicles registered search was conducted for records associated with the subject. The following vehicles were located:

**2007 GMC Yukon - 4 Dr Wagon Sport Utility**

VIN -

Data Source - Non-Governmental

First Seen Source Date - 11/09/2007

Last Seen Source Date - 12/16/2015

OWNER(s) Info:

Name - TIMOTHY KEATHLEY

Address -

**2012 Nissan Armada - 4 Dr Wagon Sport Utility**

VIN -

Data Source - Non-Governmental

First Seen Source Date - 08/08/2012

Last Seen Source Date - 03/12/2015

OWNER(s) Info:

Name - TIMOTHY KEATHLEY

Address -

**2009 GMC Yukon - 4 Dr Wagon Sport Utility**

VIN -

Data Source - Non-Governmental

First Seen Source Date - 11/29/2010

Last Seen Source Date - 08/21/2014

OWNER(s) Info:

Name - TIMOTHY KEATHLEY

Address -

**2011 Dodge Durango - 4 Dr Wagon Sport Utility**

VIN -

Data Source - Non-Governmental

First Seen Source Date - 07/09/2014

Last Seen Source Date - 07/09/2014

OWNER(s) Info:

Name - TIMOTHY KEATHLEY

Address -

A social networking site search was conducted for information associated with the subject by utilizing the subject's name variations; possible email address; address history; possible URL and usernames; and possible telephone numbers. The searched sites include Facebook, Myspace, Twitter, My Life, Google, LinkedIn, and YouTube.

We located a possible Facebook profile associated with the subject. The profile name is Shane Keathley. The profile photograph is of a the possible subject. The following photographs and information were located:





https://www.facebook.com/shane.keathley

We located a possible LinkedIn profile associated with the claimant. The following information was located:

**Shane Keathley**

Software Developer at Acxiom Corporation

Little Rock, Arkansas Area | Computer Software

22 connections

Current Acxiom Corporation

Previous EDS/HP, Data-Tronics Corp.

Education University of Central Arkansas

https://www.linkedin.com/in/shane-keathley-3963275

## SUMMARY OF INVESTIGATION:

Surveillance was conducted on Sunday, December 4, 2016, and Monday, December 5, 2016. During the course of the investigation, the claimant traveled to the residence and a house under new construction. **VIDEO** was obtained of the claimant standing with his hands in his pocket. The claimant approached the Investigator's vehicle and asked the investigator if he was following him, as he has a disability claim with Liberty Mutual Disability. The Investigator provided a suitable explanation as to why he was in the area and the claimant departed.

## VIDEO:

*The below links will direct you to the video as described within this report. Should you experience any issues with the link, please contact HUB Enterprises at hub@hubenterprises.com or 800-873-0933. Please note video links are valid for approximately one year, but can be reissued upon request.*

**Sunday, December 4, 2016**

- Total claimant **VIDEO** is approximately 22 seconds.
- **VIDEO** depicts the claimant operating a vehicle, unloading and carrying multiple items, and walking.
- The claimant appeared to ambulate in an unrestrictive manner, without the use of visible medical devices.
- **VIDEO** quality average.
- Area video was obtained depicting our surveillance position when the subject was not observed.

Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

**<u>Monday, December 5, 2016</u>**

- Total claimant **VIDEO** is approximately 33 seconds.
- **VIDEO** depicts the claimant operating a vehicle, standing, walking, and conversing.
- The claimant appeared to ambulate in an unrestrictive manner, without the use of visible medical devices.
- **VIDEO** quality poor, due to mobility and distance.
- Area video was obtained depicting our surveillance position when the subject was not observed.

## REPORT OF INVESTIGATION:

### DESCRIPTION OF CLAIMANT

The claimant can be described as a 44-year-old Caucasian male, approximately 5'10" in height, weighing approximately 211 pounds, with balding brown hair.

### DESCRIPTION OF THE RESIDENCE

The residence can be described as a single-level beige brick structure with dark brown trim and an attached double- vehicle garage. The yard area appeared to be well maintained and landscaped. The residence was marked numerically via a mailbox, which was visible from the roadway, located adjacent to the driveway along Highway . There was an attached wooden deck within the rear that was accessed via a rear door. There was no privacy fencing.

### DIRECTIONS TO THE RESIDENCE

- From the Li .
- State Capito
- Continue on
- Continue on
- Turn left to
- Merge onto

- Use an
- Use th
- Keep l
  65 No
- Keep l
- Keep l
- Take e
- Keep r
  Drive.
- Merge
- Turn l
- Slight
- Contin
- The re

Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

**Sunday, December 4, 2016**

Light Rain - 40

06:05AM Investigator Gregory Martin departed the Little Rock, Arkansas area, en route to the claimant's provided address, located at Arkansas.

07:05AM Upon arrival, the Investigator observed the claimant's white Ford Mustang, bearing Arkansas personalized license number MKF, and the claimant's silver Jeep Wrangler, bearing Arkansas license number , present. The garage door was closed upon arrival. No lights were illuminated, and no claimant activity was observed. Area video was obtained. Indirect surveillance was established, with a view of the most likely route of departure.

08:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

08:02AM The white Ford Mustang turned south onto Highway 65 and departed the area. Mobile surveillance was established. Mobile area video was obtained.

08:05AM The vehicle arrived at a church, located along Highway 65. The sole occupant was observed to be an unidentified female with blonde hair. An unidentified male with an umbrella greeted the female and walked her to the entrance of the church. Area video was obtained. The Investigator returned to the residence. Indirect surveillance was re-established.

09:10AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:02AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:59AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:05AM The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

11:15AM The Investigator conducted a drive-by of the church along Highway 65 and observed that the vehicle was departing the area. Mobile surveillance was established.

11:17AM The vehicle arrived at Joe's pizza, located along Highway 65. Direct surveillance was established, with a view of the vehicle.

11:30PM The claimant was not observed. The Investigator returned to the residence. Indirect surveillance was re-established.

12:01PM The female within the white Ford Mustang traveled past the surveillance vehicle towards the residence. Mobile surveillance was established. The female returned to the residence and parked along the driveway. The garage door remained closed. No claimant activity was observed.

12:01PM Indirect surveillance was re-established. No claimant activity was observed. Area video was obtained.

12:49PM The white Ford Mustang departed the area. Mobile surveillance was established. Mobile area video was obtained. The female was observed to be the sole occupant. The Investigator conducted an area canvass of the local Walmart and Joe’s Pizza, and observed a dark Ford Expedition, bearing Arkansas license number , registered to the claimant, as it departed the area of Joe’s Pizza. Please note that this license information was previously observed on an Isuzu Rodeo. The claimant was observed to be the operator. Mobile surveillance was established.

01:01PM Intermittent, mobile **VIDEO** was obtained as the claimant turned west onto Highway 25 and traveled towards his residence.

01:05PM The claimant returned to his residence and exited the vehicle. He was attired in a long-sleeved blue shirt, blue jeans, and black shoes. **VIDEO** was obtained as he unloaded multiple items from the vehicle, carried two larger items in his left hand and multiple shopping bags in his right hand, and entered the opened garage. There were multiple items within the garage and no room for a vehicle to park.

01:09PM The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained. Indirect surveillance was re-established.

Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

02:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:54PM The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

02:57PM The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

03:00PM Investigator Gregory Martin discontinued surveillance and departed, en route to the Little Rock, Arkansas area.

**<u>Monday, December 5, 2016</u>**

Overcast - 40

04:54AM Investigator Gregory Martin departed the Little Rock, Arkansas area, en route to the claimant's residence, located at .

05:54AM Upon arrival, the Investigator observed the white Ford Mustang, the dark Ford Expedition, and the silver Jeep Wrangler present. The garage door was closed upon arrival. No lights were illuminated, and no claimant activity was observed. Dark area video was obtained. Indirect surveillance was established, with a view of the most likely route of departure.

07:03AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

07:15AM The silver Jeep Wrangler traveled past the surveillance vehicle, with unidentified occupants. Mobile surveillance was established. The vehicle stopped briefly at Greenbriar Elementary School and departed. Mobile surveillance continued.

07:23AM The vehicle arrived at the Greenbrier Children's Clinic. An unidentified female exited vehicle. She was determined to be the sole occupant. Area video was obtained. The Investigator departed, en route to the residence.

Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

07:31AM Upon return, the Investigator observed that the Ford Mustang's taillights were illuminated. The garage door was opened. The Ford Expedition was also still present. No claimant activity was observed. Area video was obtained. Indirect surveillance was re-established

07:57AM Indirect surveillance was established, with a view of the departure route.

08:15AM The Investigator conducted a drive-by of the residence and observed the claimant as he departed the area in the Ford Expedition. Mobile surveillance was established.

08:19AM Mobile **VIDEO** was obtained as the claimant traveled along the roadway.

08:23AM Intermittent, mobile **VIDEO** was obtained as the claimant arrived at a new residence's construction site, located along Burkette Flat Road, and walked along the property with two unidentified males. He was attired in a light gray sweater and blue jeans.

08:29AM The Investigator conducted a drive-by of the residence and observed the claimant as he stood along the property with his hands in his pockets. Area video was obtained.

08:31AM The Investigator traveled into the Greystone subdivision, in an attempt to gain a better visual of the construction site. The Investigator conducted a drive-by of the residence and observed the claimant as he stood along the property. Area video was obtained.

08:35AM Indirect surveillance was re-established at Harp's, with a view of the two routes of departure.

08:37AM The claimant approached the surveillance vehicle and questioned if the Investigator was following him, as he had a disability claim with Liberty Mutual. The Investigator provided a suitable explanation for being in the area and the claimant departed.

09:00AM Investigator Gregory Martin discontinued surveillance and departed, en route to the Little Rock, Arkansas area.

Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

## COMMENTS:

All investigative efforts have been discontinued, pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to contact me. We appreciate this opportunity to be of service to you.

Heather Ross
Client Relations

Andrea Andrews
Case Manager

HR/AA: ht

# HUB ENTERPRISES, INC.

Still Clips from Video

Claimant: Shane Keathley Case Number: 1605000567.1

Client Case Number: 5716432




Claimant walking and carrying items




Claimant walking and carrying items

C O N F I D E N T I A L

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. SHANE KEATHLEY

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5856

December 5, 2016

Mr. Shane Keathley

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432

Dear Mr. Shane Keathley:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Acxiom Corporation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On November 2, 2016 and November 18, 2016, we requested complete medical records dated July, 2016 to the present from Arkansas Heart . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 1, 2016 through present from Arkansas Heart and any other providers you have seen since July, 2016

Acxiom Corporation's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by January 3, 2017, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by January 18, 2017, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than January 3, 2017 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that

we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Belanger
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16298
Secure Fax No.: (603) 334-5856

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5856

| | |
|---|---|
| Date: | November 18, 2016 |
| To: | AHHC MAIN<br>7 SHACKLEFORD WEST BLVD<br>LITTLE ROCK AR 72211 |
| Attn: | medical records<br>**SECOND REQUEST** |
| Fax: | (501) 664-0889 |
| From: | Jessica Belanger<br>Technical Claims Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5856 |
| Total Pages<br>(Including Cover): | 8 |
| RE:<br><br>Claim #: 5716432<br>Claimant: Shane Keathley<br><br>Acxiom Corporation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5856

November 18, 2016

Ahhc Main
7 SHACKLEFORD WEST BLVD
LITTLE ROCK, AR 72211

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432
Claimant: Shane Keathley
Claimant D.O.B.:

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Acxiom Corporation's Group Disability Policy. We are writing in reference to Shane Keathley's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to Arkansas Heart. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by November 25, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jessica Belanger
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16298
Secure Fax No.: (603) 334-5856

Attachments: 5716432-REQUEST-PROVIDER-11.02.2016

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5856

| | |
|---|---|
| Date: | November 2, 2016 |
| To: | AHHC MAIN<br>7 SHACKLEFORD WEST BLVD<br>LITTLE ROCK AR 72211 |
| Attn: | medical records |
| Fax: | (501) 664-0889 |
| From: | Jessica Belanger<br>Technical Claims Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5856 |
| Total Pages<br>(Including Cover): | 6 |
| RE: | Claim #: 5716432<br>Claimant: Shane Keathley<br><br>Acxiom Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5856

November 2, 2016

Ahhc Main
7 SHACKLEFORD WEST BLVD
LITTLE ROCK, AR 72211

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432
Claimant: Shane Keathley
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Shane Keathley.

To evaluate Mr. Keathley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2016 through present

- Completion of the enclosed Forms:

_X_ Restrictions Form
__ Other

We ask that you provide this information by November 16, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Mr. Keathley allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Keathley's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Belanger
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16298
Secure Fax No.: (603) 334-5856

Attachments: Restrictions Form
5716432-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.04.2016

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5856

# Restrictions Form

**Return To:** Jessica Belanger

| Shane Keathley | | 5716432 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — ____________

   DATE LAST TREATED — ____________

   NEXT OFFICE VISIT — ____________

   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. RESTRICTIONS IMPOSED FROM ____________ TO ____________.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ____________ TO ____________.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-6630

## Authorization to Obtain and Release Psychotherapy Notes

EMPLOYEE Shane Keathley Claim 5716432

EMPLOYER/SPONSOR/CUSTOMER Acxiom Corporation

Return Keshi Ingram

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Shane Keathley
Claimant Name (Print)

Shane Keathley
Claimant Signature

5716432
Claim Number

Date of Birth

4-12-16
Date

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8680

# Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Shane Keathley ............ Claim No 5716432

Employer/Sponsor/Customer Name Acxiom Corporation ............

Return to: Kashi Ingram ............

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to my physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shane Keathley
Claimant Name ( Print)

[illegible]
Date of Birth

Shane Keathley
Claimant Signature

4-12-16
Date

5716432
Claim Number

# Liberty Mutual Investigation Referral

Requested By: Jessica Belanger
Disability Claims
P.O. Box 1525
Dover, NH 03821-1525
(888) 437-7611 x16298

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

Customer Name: ACXIOM CORPORATION

Date Sent: 11/18/2016

Funding type: FI: YES ASO: NO

Coverage Type: STD: NO LTD: YES

Claimant Name: SHANE KEATHLEY

Claim #: 5716432

Claimant Address:

City:

State:

Zip:

Claimant SSN:

Claimant DOB:

Claimant Tel. #:

Date of Hire: 10/23/2000

Date of Disability: 12/2/2015

Gender: MALE

Injury/Illness: Ischemic cardiomyopathy

Marital Status: M

Job Description: SENIOR TL OF ENGINEERING

No. of Dependents: 2

Claimant's Physical Description: photo to be provided

Describe Reason For Referral:

verify activities.
https://www.facebook.com/shane.keathley

Instructions For Vendor:

Vendor Chosen: HUB ENTERPRISES

please complete 5 consecutive days of surveillance with at least 1 day being a weekend. Please provide updates on activity.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5856

| | |
|---|---|
| Date: | November 2, 2016 |
| To: | AHHC MAIN<br>7 SHACKLEFORD WEST BLVD<br>LITTLE ROCK AR 72211 |
| Attn: | medical records |
| Fax: | (501) 664-0889 |
| From: | Jessica Belanger<br>Technical Claims Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5856 |
| Total Pages<br>(Including Cover): | 6 |
| RE:<br><br>Claim #: 5716432<br>Claimant: Shane Keathley<br><br>Acxiom Corporation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5856

November 2, 2016

Ahhc Main
7 SHACKLEFORD WEST BLVD
LITTLE ROCK, AR 72211

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432
Claimant: Shane Keathley
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Shane Keathley.

To evaluate Mr. Keathley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2016 through present

- Completion of the enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by November 16, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5856 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Mr. Keathley allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Keathley's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Belanger
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16298
Secure Fax No.: (603) 334-5856

Attachments: Restrictions Form
5716432-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.04.2016

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5856

# Restrictions Form

**Return To:** Jessica Belanger

| Shane Keathley | | 5716432 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________

**DATE LAST TREATED** — ____________ ____________________

**NEXT OFFICE VISIT** — ____________

**DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
**2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM**__________ **TO** __________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

APR/13/2016/WED 03:03 PM FAX No. P. 011

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-6630

## Authorization to Obtain and Release Psychotherapy Notes

EMPLOYEE Shane Keathley Claim 5716432

EMPLOYER/SPONSOR/CUSTOMER Acxiom Corporation

Return Keshel Ingram

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Shane Keathley
Claimant Name (Print) Date of Birth

Shane Keathley 4-12-16
Claimant Signature Date

5716432
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8680

# Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Shane Keathley ............ Claim No 5716432

Employer/Sponsor/Customer Name Acxiom Corporation

Return to: Keshi Ingram

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes)**.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shane Keathley
Claimant Name (Print)

Date of Birth

Shane Keathley
Claimant Signature

4-12-16
Date

5716432
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. SHANE KEATHLEY

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5856

September 19, 2016

Mr. Shane Keathley

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432

Dear Mr. Shane Keathley:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Acxiom Corporation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Belanger
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16298
Secure Fax No.: (603) 334-5856

# F A X S H E E T

| | |
|---|---|
| Date: | 2016-08-25 15:33:23 |
| To: | Liberty Mutual |
| Subject: | Patient Document |
| Fax Number: | 603-334-3526 |
| To Company: | |
| From Name: | Osborn,Melissa |
| From Company: | AHHC MAIN |
| From Facility: | AHHC MAIN |
| Support Contact: | 501-664-5860 |
| Number of Pages(s): | 11 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3526

July 28, 2016

Little Rock Clinic
MEDICAL RECORDS
7 SHACKLEFORD W BLVD
LITTLE ROCK, AR 72211

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432
Claimant: Shane Keathley
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Shane Keathley.

To evaluate Mr. Keathley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2016 through the present.

We ask that you provide this information by August 11, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3526 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Keathley allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Keathley's signature.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

## Authorization to Obtain and Release Psychotherapy Notes

EMPLOYEE Shane Keathley Claim 5716432

EMPLOYER/SPONSOR/CUSTOMER Acxiom Corporation

Return Keshal Ingram

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care provider, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct my physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Shane Keathley
Claimant Name (Print) Date of Birth

Shane Keathley
Claimant Signature 4-12-16
Date

5716432
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8680

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name Shane Keathley Claim No 5716432

Employer/Sponsor/Customer Name Acxiom Corporation

Return to: Kendal Ingram

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to my physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shane Keathley
Claimant Name ( Print)

Date of Birth

Shane Keathley
Claimant Signature

4-12-16
Date

5716432
Claim Number

*001365*
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7211
LONDON, KY 40742-7211

LITTLE ROCK CLINIC
MEDICAL RECORDS
7 SHACKLEFORD W BLVD
LITTLE ROCK AR 72211

*400000010004000001001365365*

ARKANSAS HEART HOSPITAL®
CLINIC

**Keathley, Timothy S**
44 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: Health Adv
Primary Payer ID: 00181
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

07/19/2016 History and Physical : Patrick Stage, APN

## Current Medications

**Taking**

- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Carvedilol 25 MG Tablet as directed Twice daily
- Vasotec 5 MG Tablet 1 tablet in am;2 tablets in pm twice a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Digoxin 125 MCG Tablet 1 tablet Once a day
- Co Q 10 200 mg Capsule 1 capsule with a meal Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Torsemide 10 MG Tablet 1 tablet PRN
- Potassium Chloride Crys ER 10 MEQ Tablet Extended Release 2 tablet PRN
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure
s/p AICD

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14

## Reason for Appointment

1. CAD
2. Ischemic cardiomyopathy
3. Hypertension
4. s/p AICD

## History of Present Illness

HPI:

Pt here for followup of ischemic cardiomyopathy and cad. He has occasional chest pain. He denies any syncope. He has completed rehab at Conway Regional Medical Center and is going to the gym daily for 1.5 hours. He will have his st. jude medical BIV ICD interrogated in the office today.

## Vital Signs

HR 62 /min, BP 121/71 mm Hg, Ht 5 ft 10 in, Wt 213 lbs, BMI 30.56 Index, Oxygen sat 97 %, Pain scale 0 1-10.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .
HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.
LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.
EXTREMITIES: no clubbing, cyanosis, or edema.

## Assessments

1. CAD (coronary artery disease) - I25.10 (Primary)
2. Ischemic cardiomyopathy - I25.5
3. Hypertension - I10
4. Old MI (myocardial infarction) - I25.2
5. Stented coronary artery - Z95.5
6. LBBB (left bundle branch block) - I44.7
7. CHF (congestive heart failure) - I50.9
8. Essential hypertension - I10
9. Automatic implantable cardioverter-defibrillator in situ - Z95.810

## Treatment

**1. CAD (coronary artery disease)**
Continue Carvedilol Tablet, 25 MG, as directed, Orally, Twice daily

heart cath 11/30/2015
ICD 12/2015

**Family History**
Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

**Social History**
Tobacco Use:
Tobacco Use/Smoking
Smoking Status: *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

**Review of Systems**
General/Constitutional:
Poor appetite no. Weight gain yes.
Weight loss without dieting no.
Fatigue yes . Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears:
Hearing loss or recent changes no.
Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring yes. Coughing up blood no.
Shortness of breath with activity yes.
Shortness of breath without activity no.
Shortness of breath when lying flat no.
Frequent cough no.
Cardiac:

IMAGING: ECG
Stage,Patrick 7/19/2016 12:07:47 PM > ventricular paced rhythm with atrial tracking

Notes: No afib. No ventricular arrythmias. ICD working well. Quickoptimization done. Changes made. Needs an overnight pulse oximetry. Will check an echo to assess his Lv function since placement of his BIV ICD.

**2. Ischemic cardiomyopathy**
IMAGING: Echo - 2D Echo (with 3D if indicated) (Ordered for 07/19/2016)

**3. Others**
Notes: Heart disease and diet material was published to portal.

**Preventive Medicine**
Counseling:
Care goal follow-up plan:
Above Normal BMI Follow-up *Lifestyle education regarding diet*
Screening/Special Tests:
Fall Risk Screening
Fall Risk Assessment Performed *Yes*
Have you had a recent fall? *No*
Do you use a walker, cane, or require assistance? *No*

**Procedure Codes**
93000 ELECTROCARDIOGRAM, COMPLETE

**Follow Up**
3 Months



**Electronically signed by Patrick Stage on 07/19/2016 at 12:14 PM CDT**

**Sign off status: Completed**

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

Chest pain/chest pressure yes. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.

Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.

Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.

Men Only:
Erectile dysfunction no.

Genitourinary:
Blood in urine no. Pain on urination no.

Musculoskeletal:
Joint pain or swelling yes. Muscle weakness no. Muscle cramping no.

Peripheral Vascular:
Leg swelling yes. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.

Skin:
Rash no. Skin sores no. Non-healing wounds no.

Neurologic:
Dizziness no. Confusion no. Headaches no.

Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

---

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | **Midmark Diagnostics Group** | | | Rate: | 63 | BPM | Interpretation: |
| Name: | Timothy S Keathley | Req. Physician: | Stage, Patrick | | PR: | - | msec | Electronic ventricular pacemaker |
| ID: | 1733101 | Technician: | ak | | QT/QTc: | 376/381 | msec | Pacemaker ECG, No further analysis |
| Sex: | Male | History: | , | | QRSD: | 128 | msec | INSUFFICIENT DATA |
| BP: | | Medication: | , , | | P Axis: | 146 | | |
| Weight: | lbs | Date of Report: | 07/19/16 | 11:50:40 | QRS Axis: | 2 | | |
| Height: | inches | Reviewed By: | | | T Axis: | -133 | | |
| DOB: | (44 Years) | Review Date: | 07/19/16 | 11:50:40 | | | | |
| Comments: | | | | | | | | |




Speed:25 mm/sec Gain:10 mm/mv MYO:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.4.1 ECG Analysis Ver. 8.4.1 Print Date 08/25/16 14:28:41

ARKANSAS HEART HOSPITAL®
CLINIC

7 Shackleford West Blvd  Little Rock, Arkansas 72211  501-664-5860

# TRANSTHORACIC ECHOCARDIOGRAM REPORT

**(CPT code 93306)**

| | | | |
|---|---|---|---|
| **Patient Name:** | **TIMOTHY S KEATHLEY** | **Date of Exam:** | **7/19/2016** |
| Medical Rec #: | 1733101 | Custom1: | |
| Account #: | | Custom2: | |
| Date of Birth: | | Height: | |
| Patient Age: | 44 years | Weight: | |
| Patient Gender: | M | BSA: | |

Indications: CM
Sonographer: Lindsey Montgomery
Referring Phys: James Fulmer

**2D AND M-MODE MEASUREMENTS (normal ranges within parentheses):**

| ***Left Ventricle:*** | | Normal | ***Aorta/Left Atrium*** | | Normal |
|---|---|---|---|---|---|
| IVSd (2D): | 1.61 cm | (0.7-1.1) | Ao Root | 3.20 cm | (2.4-3.7) |
| LVPWd (2D): | 0.76 cm | (0.7-1.1) | Left Atrium (2D) | 3.43 cm | (0.7-4.0) |
| LVIDd (2D): | 5.60 cm | (3.4-5.7) | | | |
| LVIDs (2D): | 4.89 cm | | | | |

**LV SYSTOLIC FUNCTION:**

EF-A4C View: 25.2 %  EF-A2C View: 36.7 %  EF-Biplane: 30.5 %

**3D LV Volume Analysis:**

**LV DIASTOLIC FUNCTION:**

MV Peak E: 0.98 m/s
MV Peak A: 0.89 m/s
E/A Ratio: 1.10

**SPECTRAL DOPPLER ANALYSIS (where applicable):**

***Mitral Valve:***

MV Max Velocity: 0.90 m/s
MV Peak Gradient: 3.2 mmHg

***Aortic Valve:***

| | | | | | |
|---|---|---|---|---|---|
| AoV Max Vel: | 1.34 m/s | AoV Peak PG: | 7.1 mmHg | AoV Mean PG: | 4.4 mmHg |
| LVOT Vmax: | 0.92 m/s | LVOT VTI: | 0.182 m | LVOT Diameter: | 2.27 cm |
| AoV Area, Vmax: | 2.79 $cm^2$ | AoV Area, VTI: | 2.54 $cm^2$ | AoV Area, Vmn: | 2.33 $cm^2$ |

***Tricuspid Valve and Pulmonary Artery Pressure:***

TR Max Velocity:  RA Pressure: 10 mmHg  RVSP/PASP:

**Final**

**PHYSICIAN INTERPRETATION:**
**Left Ventricle:** The left ventricular internal cavity size was mildly increased. Moderate asymmetric left ventricular hypertrophy. The LVH involves septal walls. Global LV systolic function was severely decreased. Left ventricular ejection fraction, by visual estimation, is 25 to 30%. Spectral Doppler shows normal pattern of LV diastolic filling.
**Mitral Valve:** Mild mitral valve regurgitation is seen.
**Tricuspid Valve:** Mild tricuspid regurgitation is visualized.
**Inferior Vena Cava**:

**Three-Dimensional Findings**
**(CPT Code 76376)**

Other indications:
COMMENTS (3D):

COMMENTS (Other):

**Additional Comments:** A pacer wire is visualized in the right ventricle.

**Summary:**
1. **Left ventricular ejection fraction, by visual estimation, is 25 to 30%.**
2. **Severely decreased global left ventricular systolic function.**
3. **Mildly increased left ventricular internal cavity size.**
4. **Moderate asymmetric left ventricular hypertrophy.**
5. **Mild mitral valve regurgitation.**
6. **Mild tricuspid regurgitation is visualized.**

Electronically signed by Scott Beau,MD
Signature Date/Time: 7/26/2016/5:39:16 AM

AUG/22/2016/MON 01:34 PM FAX No. P. 001

# Fax

**To:** Liberty Mutual **Fax:** 603-334-3526

**From:** Shane Keathley **Date:** 8-22-16

**Re:** Claim # 5716432 **Pages:** 9

**Cc:**

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

**Comments:**

Attn: Elizabeth Kiernan

THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL FOR WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEDGED AND/OR CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HERBY NOTIFIED THAT ANY DISCLOSURE, DISTRIBUTION, OR COPYING OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIAYLEY BY TELEPHONE.

ARKANSAS HEART HOSPITAL® CLINIC

**Keathley, Timothy S**
44 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: Health Adv
Primary Payer ID: 00181
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

07/19/2016 History and Physical : Patrick Stage, APN

### Current Medications

Taking
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Carvedilol 25 MG Tablet as directed Twice daily
- Vasotec 5 MG Tablet 1 tablet in am;2 tablets in pm twice a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Digoxin 125 MCG Tablet 1 tablet Once a day
- Co Q 10 200 mg Capsule 1 capsule with a meal Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Torsemide 10 MG Tablet 1 tablet PRN
- Potassium Chloride Crys ER 10 MEQ Tablet Extended Release 2 tablet PRN
- Medication List reviewed and reconciled with the patient

### Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure
s/p AICD

### Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14

### Reason for Appointment

1. CAD
2. Ischemic cardiomyopathy
3. Hypertension
4. s/p AICD

### History of Present Illness

HPI:

Pt here for followup of ischemic cardiomyopathy and cad. He has occasional chest pain. He denies any syncope. He has completed rehab at Conway Regional Medical Center and is going to the gym daily for 1.5 hours. He will have his st. jude medical BIV ICD interrogated in the office today.

### Vital Signs

HR 62 /min, BP 121/71 mm Hg, Ht 5 ft 10 in, Wt 213 lbs, BMI 30.56 Index, Oxygen sat 97 %, Pain scale 0 1-10.

### Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .

HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.

LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.

EXTREMITIES: no clubbing, cyanosis, or edema.

### Assessments

1. CAD (coronary artery disease) - I25.10 (Primary)
2. Ischemic cardiomyopathy - I25.5
3. Hypertension - I10
4. Old MI (myocardial infarction) - I25.2
5. Stented coronary artery - Z95.5
6. LBBB (left bundle branch block) - I44.7
7. CHF (congestive heart failure) - I50.9
8. Essential hypertension - I10
9. Automatic implantable cardioverter-defibrillator in situ - Z95.810

### Treatment

**1. CAD (coronary artery disease)**

Continue Carvedilol Tablet, 25 MG, as directed, Orally, Twice daily

heart cath 11/30/2015
ICD 12/2015

**Family History**

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

**Social History**

Tobacco Use:
Tobacco Use/Smoking
Smoking Status: *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

**Allergies**

N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

**Review of Systems**

General/Constitutional:
Poor appetite no. Weight gain yes. Weight loss without dieting no. Fatigue yes. Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring yes. Coughing up blood no. Shortness of breath with activity yes. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:

IMAGING: ECG
Stage,Patrick 7/19/2016 12:07:47 PM > ventricular paced rhythm with atrial tracking

Notes: No afib. No ventricular arrythmias. ICD working well. Quickoptimization done. Changes made. Needs an overnight pulse oximetry. Will check an echo to assess his Lv function since placement of his BIV ICD.

**2. Ischemic cardiomyopathy**
IMAGING: Echo - 2D Echo (with 3D if indicated) (Ordered for 07/19/2016)

**3. Others**
Notes: Heart disease and diet material was published to portal.

**Preventive Medicine**

Counseling:
Care goal follow-up plan:
Above Normal BMI Follow-up *Lifestyle education regarding diet*
Screening/Special Tests:
Fall Risk Screening
Fall Risk Assessment Performed *Yes*
Have you had a recent fall? *No*
Do you use a walker, cane, or require assistance? *No*

**Procedure Codes**

93000 ELECTROCARDIOGRAM, COMPLETE

**Follow Up**

3 Months



**Electronically signed by Patrick Stage on 07/19/2016 at 12:14 PM CDT**

**Sign off status: Completed**

Chest pain/chest pressure yes. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.

Gastrointestinal:

Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.

Hematology:

Low blood count/acute anemia no. Low platelet/thrombocytopenia no.

Men Only:

Erectile dysfunction no.

Genitourinary:

Blood in urine no. Pain on urination no.

Musculoskeletal:

Joint pain or swelling **yes**. Muscle weakness no. Muscle cramping no.

Peripheral Vascular:

Leg swelling yes. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.

Skin:

Rash no. Skin sores no. Non-healing wounds no.

Neurologic:

Dizziness no. Confusion no. Headaches no.

Psychiatric:

Untreated or worsening depression no. Untreated or worsening anxiety no.

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

---

ARKANSAS HEART HOSPITAL® CLINIC

# Keathley, Timothy S

44 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: Health Adv
Primary Payer ID: 00181
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC Main Little Rock - Device Checks

07/19/2016 Patrick Stage, APN

**Current Medications**
None

**Past Medical History**
HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure
s/p AICD

**Reason for Appointment**
1. Device Check

**Assessments**
1. CHF (congestive heart failure) - I50.9
2. Automatic implantable cardioverter-defibrillator in situ - Z95.810

**Treatment**

**1. CHF (congestive heart failure)**
LAB: ICD4 - PROGRAMMING MULTI CMPLT
LAB: ICD5 - ICM INTERROG IN PERSON CMPLT
Notes: Scheduled in-house check for:SJM BiV. Device functioning per manufacturer specifications. Complete testing performed. See EP clinic Device Check for details.

**2. Automatic implantable cardioverter-defibrillator in situ**
LAB: ICD4 - PROGRAMMING MULTI CMPLT
LAB: ICD5 - ICM INTERROG IN PERSON CMPLT

**Procedure Codes**
93290 ICM Interrogation In Person - PROF
93290 ICM Interrogation In Person - TECH
93284 ICD Programming Multi - TECH
93284 ICD Programming Multi - PROF

**Electronically signed by Patrick Stage on 07/19/2016 at 02:22 PM CDT**

**Sign off status: Completed**

AHHC Main Little Rock - Device Checks
7 Shackleford W Blvd
Little Rock, AR 722113714
Tel: 501-664-3860
Fax: 501-664-0889

Patient: Keathley, Timothy S DOB: Progress Note: Patrick Stage, APN 07/19/2016

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# ARKANSAS HEART HOSPITAL® CLINIC

7 Shackleford West Blvd Little Rock, Arkansas 72211 501-664-5860

## TRANSTHORACIC ECHOCARDIOGRAM REPORT

(CPT code 93306)

**Patient Name:** TIMOTHY S KEATHLEY
Medical Rec #: 1733101
Account #:
Date of Birth:
Patient Age: 44 years
Patient Gender: M

**Date of Exam: 7/19/2016**
Custom1:
Custom2:
Height:
Weight:
BSA:

Indications: CM
Sonographer: Lindsey Montgomery
Referring Phys: James Fulmer

**2D AND M-MODE MEASUREMENTS (normal ranges within parentheses):**

| ***Left Ventricle:*** | | Normal | ***Aorta/Left Atrium*** | | Normal |
|---|---|---|---|---|---|
| IVSd (2D): | 1.61 cm | (0.7-1.1) | Ao Root | 3.20 cm | (2.4-3.7) |
| LVPWd (2D): | 0.76 cm | (0.7-1.1) | Left Atrium (2D) | 3.43 cm | (0.7-4.0) |
| LVIDd (2D): | 5.60 cm | (3.4-5.7) | | | |
| LVIDs (2D): | 4.89 cm | | | | |

**LV SYSTOLIC FUNCTION:**
EF-A4C View: 25.2 % EF-A2C View: 36.7 % EF-Biplane: 30.5 %

**3D LV Volume Analysis:**
**LV DIASTOLIC FUNCTION:**
MV Peak E: 0.98 m/s
MV Peak A: 0.89 m/s
E/A Ratio: 1.10

**SPECTRAL DOPPLER ANALYSIS (where applicable):**

***Mitral Valve:***
MV Max Velocity: 0.90 m/s
MV Peak Gradient: 3.2 mmHg

***Aortic Valve:***

| | | | | | |
|---|---|---|---|---|---|
| AoV Max Vel: | 1.34 m/s | AoV Peak PG: | 7.1 mmHg | AoV Mean PG: | 4.4 mmHg |
| LVOT Vmax: | 0.92 m/s | LVOT VTI: | 0.182 m | LVOT Diameter: | 2.27 cm |
| AoV Area, Vmax: | 2.79 cm² | AoV Area, VTI: | 2.54 cm² | AoV Area, Vmn: | 2.33 cm² |

***Tricuspid Valve and Pulmonary Artery Pressure:***
TR Max Velocity: RA Pressure: 10 mmHg RVSP/PASP:

**Final**

**PHYSICIAN INTERPRETATION:**
**Left Ventricle:** The left ventricular internal cavity size was mildly increased. Moderate asymmetric left ventricular hypertrophy. The LVH involves septal walls. Global LV systolic function was severely decreased. Left ventricular ejection fraction, by visual estimation, is 25 to 30%. Spectral Doppler shows normal pattern of LV diastolic filling.
**Mitral Valve:** Mild mitral valve regurgitation is seen.
**Tricuspid Valve:** Mild tricuspid regurgitation is visualized.
**Inferior Vena Cava:**

**Three-Dimensional Findings**
**(CPT Code 76376)**

Other indications:
COMMENTS (3D):

COMMENTS (Other):

**Additional Comments:** A pacer wire is visualized in the right ventricle.

**Summary:**
1. **Left ventricular ejection fraction, by visual estimation, is 25 to 30%.**
2. **Severely decreased global left ventricular systolic function.**
3. **Mildly increased left ventricular internal cavity size.**
4. **Moderate asymmetric left ventricular hypertrophy.**
5. **Mild mitral valve regurgitation.**
6. **Mild tricuspid regurgitation is visualized.**

Electronically signed by Scott Beau,MD
Signature Date/Time: 7/26/2016/5:39:16 AM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | Timothy S Keathley | **Midmark Diagnostics Group** | | | Rate: | 63 | BPM | Interpretation: |
| ID: | 1733101 | Req. Physician: | Stage, Patrick | | PR: | - | msec | Electronic ventricular pacemaker |
| Sex: | Male | Technician: | ak | | QT/QTc: | 376/381 | msec | Pacemaker ECG, No further analysis |
| BP: | | History: | , | | QRSD: | 128 | msec | INSUFFICIENT DATA |
| Weight: | lbs | Medication: | , , | | P Axis: | 146 | | |
| Height: | inches | Date of Report: | 07/19/16 | 11:50:40 | QRS Axis: | 2 | | |
| DOB: | (44 Years) | Reviewed By: | | | T Axis: | -133 | | |
| Comments: | | Review Date: | 07/19/16 | 11:50:40 | | | | |




Speed:25 mm/sec Gain:10 mm/mV MYO:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.4.1 ECG Analysis Ver. 8.4.1 Print Date 08/22/16 12:50:06

Liberty/Keathley 303

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. SHANE KEATHLEY

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3526

August 11, 2016

Mr. Shane Keathley

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432

Dear Mr. Keathley:

As the Claims Administrator for the Acxiom Corporation Disability Policy, we are actively reviewing your continued eligibility for disability benefits, and we have made efforts to obtain updated medical records.

On 7.28.16 we requested medical records from the Little Rock Clinic. To date we have not received a response.

Please be advised that the medical records are due by 8.27.16.

If we do not receive the requested information by 8.27.16, your benefits will be suspended.

If, after an additional 30 days, or 9.26.16, the records are not received, your claim may be closed.

Your cooperation in providing the requested information is essential to our claims investigation. Please contact your providers to ensure that the records are sent to us.

If you have any questions regarding this matter, please contact me.

Sincerely,

Elizabeth Kiernan
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 16338
Secure Fax No.: (603) 334-3526

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

LITTLE ROCK CLINIC
MEDICAL RECORDS
7 SHACKLEFORD W BLVD
LITTLE ROCK AR 72211

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3526

July 28, 2016

Little Rock Clinic
MEDICAL RECORDS
7 SHACKLEFORD W BLVD
LITTLE ROCK, AR 72211

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432
Claimant: Shane Keathlev
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Shane Keathley.

To evaluate Mr. Keathley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2016 through the present.

We ask that you provide this information by August 11, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3526 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Keathley allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Keathley's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Elizabeth Kiernan
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 16338
Secure Fax No.: (603) 334-3526

Attachments: 5716432-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.04.2016

APR/13/2016/WED 03:03 PM FAX No. P. 011

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-6630

## Authorization to Obtain and Release Psychotherapy Notes

EMPLOYEE Shane Keathley Claim 5716432

EMPLOYER/SPONSOR/CUSTOMER Acxiom Corporation

Return Keshai Ingram

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Shane Keathley
Claimant Name (Print) Date of Birth

Shane Keathley 4-12-16
Claimant Signature Date

5716432
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8680

# Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Shane Keathley Claim No 5716432

Employer/Sponsor/Customer Name Acxiom Corporation

Return to: Keshi Ingram

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator, government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shane Keathley
Claimant Name (Print)

Date of Birth

Shane Keathley
Claimant Signature

4-12-16
Date

5716432
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. SHANE KEATHLEY

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3526

July 28, 2016

Mr. Shane Keathley

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432

Dear Mr. Keathley:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) under the Acxiom Corporation LTD policy. We are reviewing your eligibility for disability benefits, and have requested updated medical records.

On 7.28.16, we contacted the Little Rock Clinic requesting medical records from 7.1.16 to present in order to support your claim for benefits.

The Acxiom Corporation LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claims investigation. We ask that you provide us with this information no later than 8.27.16.

If the medical information is not received by 8.27.16, benefits may be suspended.

If you have any questions regarding this matter, please contact me.

Sincerely,

Elizabeth Kiernan
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 16338
Secure Fax No.: (603) 334-3526

# *FAX COVER SHEET*

*SEND TO:__Elizabeth Kiernan_ _FROM:_Shane Keathley_____*

*DATE:_6-16-16______________________*

*FAX NUMBER:_(603) 334-3526________*

*RE:_Claim Number 5716432______________*

*COMMENTS:*____________________________________________________________

*Total Pages, Including Cover:____5_______*

ARKANSAS HEART HOSPITAL®
CLINIC

Timothy Keathley

To Whom It May Concern,

Timothy Keathley (DOB: ) has ischemic cardiomyopathy and congestive heart failure with a left ventricular ejection fraction of 25-30% by most recent echo. We recommend that he not to return to his previous job in any capacity due to his severely reduced cardiac function, severe congestive heart failure, with sypmtoms of shortness of breath with mild to moderate exertion. We also recommend for him absolutely not to be in an emotionally or physically stressful environment as this may cause further deterioration of his cardiovascular function.

We thank you in advance for your help in his case and please feel free to contact our office if you have any further questions in this regard.

Sincerely,

Mehmet Cilingiroglu, MD

Arkansas Heart Hospital Clinic

501-664-5860

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ Give this form to the third-party payer of your sick pay.
▶ Information about Form W-4S is available at *www.irs.gov/w4s*.

OMB No. 1545-0074

**2016**

Type or print your first name and middle initial. TIMOTHY S

Last name KEATHLEY

Your social security number

Home address (number and street or rural route)

Claim or identification number (if any)

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) $ 182.00

Employee's signature ▶ Shane Keathley Date ▶ 6-13-16

Separate here and give the top part of this form to the payer. Keep the lower part for your records.

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2016 | 1 | |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 2016, you may have to reduce your itemized deductions if your income is over $311,300 and you are married filing jointly or are a qualifying widow(er); $285,350 if you are head of household; $259,400 if you are single and not head of household or a qualifying widow(er); or $155,650 if you are married filing separately. See Pub. 505 for details. If you do not plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness.) | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Exemptions. Multiply $4,050 by the number of personal exemptions | 4 | |
| 5 | Subtract line 4 from line 3 | 5 | |
| 6 | Tax. Figure your tax on line 5 by using the 2016 Tax Rate Schedule X, Y, or Z on page 2. Do not use the Tax Table or Tax Rate Schedule X, Y, or Z in the 2015 Form 1040, 1040A, or 1040EZ instructions | 6 | |
| 7 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) | 7 | |
| 8 | Subtract line 7 from line 6 | 8 | |
| 9 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2016 or paid or to be paid with 2016 estimated tax payments | 9 | |
| 10 | Subtract line 9 from line 8 | 10 | |
| 11 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply | 11 | |
| 12 | Divide line 10 by line 11. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above | 12 | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You are not required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Do not use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party and
- In place of wages for any period when you are temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year are not at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you will receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

# DIRECT DEPOSIT APPLICATION

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3526

**Return To:** Elizabeth Kiernan

EMPLOYEE/CLAIMANT NAME: Shane Keathley
CLAIM NO: 5716432
EMPLOYER/SPONSOR: Acxiom Corporation DATE OF BIRTH:

**CHECK ONE:** ☑ New ☐ Change
**YOUR TELEPHONE NUMBER:**
**ADDRESS:** CITY: STATE: ZIP:

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☑ Checking ☐ Savings **BANK NAME:** FIRST SECURITY BANK

**9 DIGIT ABA ROUTING NUM** **BANK ADDRESS:** PO BOX 1009

**YOUR ACCOUNT NUMBER:** **CITY:** SEARCY **STATE:** AR **ZIP:** 72145

**BANK PHONE:** 877 611-3118

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ YES ☑ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ YES ☑ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: Shane Keathley Date: 6-13-16

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

**SHANE OR TEILENA KEATHLEY**

3438

81-153/829

Date

Pay to the Order of ______ $

______ Dollars

Security Features Details on Back.

VOID

SECURITY CLUB

FirstSecurity Bank

For ______ MP

Harland Clarke

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Friday, June 03, 2016 12:21 PM
**To:** 'Candy.Boyd@acxiom.com'; 'Judy.Tipton@acxiom.com'
**Subject:** Claim #5716432, SHANE KEATHLEY
**Attachments:** STD Approval Letter - Occupation.clm_num=5716432.06-03-16.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston

Disability Claims

P.O. Box 7206

London, KY 40742-7206

June 3, 2016

SHANE KEATHLEY

RE: ACXIOM CORPORATION

Long Term Disability Benefits

Claim #: 5716432

MR. KEATHLEY

We are pleased to advise you that your claim for Long Term Disability Benefits has been approved based upon your inability to perform your occupation. Benefits have been approved through 5/31/2018 based upon the medically supported disability date of 12/2/2015.

We will be contacting you by phone to provide further details regarding the approval and to advise of the next steps in the administration of your claim.

If you have any questions regarding this information, please contact our office at (800) 210-0268, Monday through Friday, 8:00am – 5:00pm EST. We will be happy to assist you.

Sincerely,

Elizabeth Kiernan

Disability Case Manager

Phone: (800) 210-0268

Secure Fax No.: (603) 334-0401

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Friday, June 03, 2016 12:21 PM
**To:** 'Candy.Boyd@acxiom.com'; 'Judy.Tipton@acxiom.com'
**Subject:** Claim #5716432, SHANE KEATHLEY
**Attachments:** STD Approval Letter - Occupation.clm_num=5716432.06-03-16.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston

Disability Claims

P.O. Box 7206

London, KY 40742-7206

June 3, 2016

SHANE KEATHLEY

RE: ACXIOM CORPORATION

Long Term Disability Benefits

Claim #: 5716432

MR. KEATHLEY

We are pleased to advise you that your claim for Long Term Disability Benefits has been approved based upon your inability to perform your occupation. Benefits have been approved through 5/31/2018 based upon the medically supported disability date of 12/2/2015.

We will be contacting you by phone to provide further details regarding the approval and to advise of the next steps in the administration of your claim.

If you have any questions regarding this information, please contact our office at (800) 210-0268, Monday through Friday, 8:00am – 5:00pm EST. We will be happy to assist you.

Sincerely,

Elizabeth Kiernan

Disability Case Manager

Phone: (800) 210-0268

Secure Fax No.: (603) 334-0401

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7206
London, KY 40742-7206

SHANE KEATHLEY

*400000200296*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

June 3, 2016

SHANE KEATHLEY

RE: ACXIOM CORPORATION
Long Term Disability Benefits
Claim #: 5716432

MR. KEATHLEY

We are pleased to advise you that your claim for Long Term Disability Benefits has been approved based upon your inability to perform your occupation. Benefits have been approved through 5/31/2018 based upon the medically supported disability date of 12/2/2015.

We will be contacting you by phone to provide further details regarding the approval and to advise of the next steps in the administration of your claim.

If you have any questions regarding this information, please contact our office at (800) 210-0268, Monday through Friday, 8:00am – 5:00pm EST. We will be happy to assist you.

Sincerely,

Elizabeth Kiernan
Disability Case Manager
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Friday, June 03, 2016 12:43 PM
**To:** 'Candy.Boyd@acxiom.com'; 'Judy.Tipton@acxiom.com'
**Subject:** Claim# 5716432, SHANE KEATHLEY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 12/2/2015. The claim has been approved through 5/31/2018. The case manager for this claim is Elizabeth Kiernan. The claim number is 5716432.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Friday, June 03, 2016 12:43 PM
**To:** 'Candy.Boyd@acxiom.com'; 'Judy.Tipton@acxiom.com'
**Subject:** Claim# 5716432, SHANE KEATHLEY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 12/2/2015. The claim has been approved through 5/31/2018. The case manager for this claim is Elizabeth Kiernan. The claim number is 5716432.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. SHANE KEATHLEY

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3526

June 2, 2016

Mr. Shane Keathley

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432

Dear Mr. Keathley:

We are writing in regard to your claim for Long Term Disability benefits under the Acxiom Corporation Disability Policy. The above Policy states that you must meet the following definition of disability:

***"Disability"*** *or* ***"Disabled"*** *means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

   *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

   *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

We have determined that at the present time, you are disabled from Ischemic Cardiomyopathy, and are eligible to receive LTD benefits.

Our review also indicates that you have been diagnosed with depression and anxiety. We will assess your restrictions and limitations from this diagnosis. Please be advised that if your depression and anxiety is determined to be disabling, you will also be subject to the Mental/Illness provision in the policy which states:

***Mental Illness and/or Substance Abuse Limitation***

*The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.*

*If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the period of 24 months, the Monthly Benefit will be paid during the confinement.*

*If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a period of 36 months.*

*In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.*

***"Mental Illness"*** *means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Liberty will use the replacement chosen or published by the American Psychiatric Association.*

You must satisfy a 180 day elimination period before receiving benefits. We have determined your date of disability is 12.2.15. Therefore, you are eligible to receive benefits as of 6.1.16.

Your LTD Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to, benefits under the United States Social Security Act, the Public Employees' Retirement Fund, and Workers' Compensation benefits.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it in the envelope provided.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In your case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, complete and return the enclosed W-4S form. To elect state income tax withholding, provide your Case Manager with the applicable state tax withholding form. Tax withholding forms can be obtained from your local post office, library, or federal building.

If your benefit is overpaid, Liberty Life has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you return to work or begin receiving "other income benefits" as indicated in your Policy.

As indicated earlier, we will continue to review your claim and request medical documentation to support your continued disability. We ask that you assist us with your claim to obtain the necessary information to continue benefits. Please notify our office immediately with any changes in your treatment.

If you have any questions regarding this matter, please contact me.

Sincerely,

Elizabeth Kiernan
Disability Claims Tech Spec
Phone No.: (888) 440-6118 Ext. 16338
Secure Fax No.: (603) 334-3526

Attachments: Direct Deposit Application
W-4S - For use with FI and ASO with 501c9 Trust

# DIRECT DEPOSIT APPLICATION

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3526

**Return To:** Elizabeth Kiernan

EMPLOYEE/CLAIMANT NAME: Shane Keathley
CLAIM NO: 5716432
EMPLOYER/SPONSOR: Acxiom Corporation DATE OF BIRTH: ________________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ____________________________
**ADDRESS:** ______________________ **CITY:** ______________ **STATE:** _____ **ZIP:** ________

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ______________________

**9 DIGIT ABA ROUTING NUMBER:** ______________ **BANK ADDRESS:** ______________________

**YOUR ACCOUNT NUMBER:** ______________ **CITY:** __________ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ________________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______________________________ Date: ____________________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-3526

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Form **W-4S**
Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

**Give this form to the third-party payer of your sick pay.**
**Information about Form W-4S is available at *www.irs.gov/w4s*.**

OMB No. 1545-0074
**2015**

| Type or print your first name and middle initial. | Last name | Your social security number |
|---|---|---|
| Home address (number and street or rural route) | | |
| City or town, state, and ZIP code | | |

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . . . . . $

Employee's signature Date

**Separate here and give the top part of this form to the payer. Keep the lower part for your records.**

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2015 . . . . . . . . . . . . . . . . . | 1 | |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household; $258,250 if you are single and not head of household or a qualifying widow(er); or $154,950 if you are married filing separately. See Pub. 505 for details. If you do not plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness.) . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Exemptions. Multiply $4,000 by the number of personal exemptions . . . . . . . . . . . . . | 4 | |
| 5 | Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Tax. Figure your tax on line 5 by using the 2015 Tax Rate Schedule X, Y, or Z on page 2. Do not use the Tax Table or Tax Rate Schedule X, Y, or Z in the 2014 Form 1040, 1040A, or 1040EZ instructions . . . . . . | 6 | |
| 7 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . . . | 7 | |
| 8 | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| 9 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2015 or paid or to be paid with 2015 estimated tax payments . . . . . . . . . | 9 | |
| 10 | Subtract line 9 from line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . | 11 | |
| 12 | Divide line 10 by line 11. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . . . . . . . . . | 12 | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You are not required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Do not use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note.** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

• Under a plan to which your employer is a party and

• In place of wages for any period when you are temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

• Must be in whole dollars (for example, $35, not $34.50).

• Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.

• Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution.** You may be subject to a penalty if your tax payments during the year are not at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you will receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution.** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household; $258,250 if you are single and not head of household or a qualifying widow(er); or $154,950 if you are married filing separately. See Pub. 505 for details.

**Standard deduction.** For 2015, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $12,600* |
| Head of household | $9,250* |
| Single or Married filing separately | $6,300* |

*If you are age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional amount for the elderly or blind.*** An additional standard deduction of $1,250 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,500 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,500 is allowed on a joint return ($2,500 on a separate return if you can claim an exemption for your spouse). If both spouses are 65 or older **and** blind, an additional $5,000 is allowed on a joint return ($5,000 on a separate return if you can claim an exemption for your spouse). An additional $1,550 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,100 if 65 or older **and** blind.

***Limited standard deduction for dependents.*** If you can be claimed as a dependent on another person's return, your standard deduction is the greater of (a) $1,050 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you are 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 7—Credits

Include on this line any tax credits that you are entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled.

### Line 9—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2015 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2015 Tax Rate Schedules

### Schedule X—Single

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,225 | **$0 + 10%** | **$0** |
| 9,225 | 37,450 | **922.50 + 15%** | **9,225** |
| 37,450 | 90,750 | **5,156.25 + 25%** | **37,450** |
| 90,750 | 189,300 | **18,481.25 + 28%** | **90,750** |
| 189,300 | 411,500 | **46,075.25 + 33%** | **189,300** |
| 411,500 | 413,200 | **119,401.25 + 35%** | **411,500** |
| 413,200 | and greater | **119,996.25 + 39.6%** | **413,200** |

### Schedule Z—Head of household

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,150 | **$0 + 10%** | **$0** |
| 13,150 | 50,200 | **1,315 + 15%** | **13,150** |
| 50,200 | 129,600 | **6,872.50 + 25%** | **50,200** |
| 129,600 | 209,850 | **26,772.50 + 28%** | **129,600** |
| 209,850 | 411,500 | **49,192.50 + 33%** | **209,850** |
| 411,500 | 439,000 | **115,737 + 35%** | **411,500** |
| 439,000 | and greater | **125,362 + 39.6%** | **439,000** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $18,450 | **$0 + 10%** | **$0** |
| 18,450 | 74,900 | **1,845 + 15%** | **18,450** |
| 74,900 | 151,200 | **10,312.50 + 25%** | **74,900** |
| 151,200 | 230,450 | **29,387.50 + 28%** | **151,200** |
| 230,450 | 411,500 | **51,577.50 + 33%** | **230,450** |
| 411,500 | 464,850 | **111,324 + 35%** | **411,500** |
| 464,850 | and greater | **129,996.50 + 39.6%** | **464,850** |

### Schedule Y-2—Married filing separately

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,225 | **$0 + 10%** | **$0** |
| 9,225 | 37,450 | **922.50 + 15%** | **9,225** |
| 37,450 | 75,600 | **5,156.25 + 25%** | **37,450** |
| 75,600 | 115,225 | **14,693.75 + 28%** | **75,600** |
| 115,225 | 205,750 | **25,788.75 + 33%** | **115,225** |
| 205,750 | 232,425 | **55,662 + 35%** | **205,750** |
| 232,425 | and greater | **64,989.25 + 39.6%** | **232,425** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

## Clinical Case Review

**Referred by Elizabeth Kiernan**
**Report Date: 06/01/16**
**Insured's Name: Shane Keathley**
**DOB: 07/16/72 Claim # 5716432**
**Company: Acxiom**
**Diagnosis: Ischemic Cardiomyopathy**

**Referral Questions:**
**Please comment on the claimant's diagnosis.**

**Answer:** The claimant's impairing diagnosis is ischemic cardiomyopathy.

**Please provide a description of the claimant's impairments, if any, related to each diagnosis, and outline how any impairment translates to restrictions and limitations. Please include the dates through which restrictions and limitations were supported. When clarifying the supported restrictions, please be sure to address the claimants ability to sit, stand, walk, lift and carry, reach at all levels, bend, kneel, squat, push and pull, drive, use of hands for gripping and grasping, keyboarding.**

**Answer:** Telephone contact was made with the claimant's cardiologist–Dr. Mehmet Cilingiroglu - on June 1, 2016. Dr. Cilingiroglu indicated that the claimant could safely attempt to return to full-time sedentary type employment described as: occasionally lifting up to 10 pounds, occasional standing and walking short distances and unlimited sitting. The ideal employment would be that in a desk job with occasional bending/kneeling/squatting and pulling/pulling up to 10 pounds of force. There is no limitation in terms of keyboarding. The medical records support this opinion.

The claimant has a severe cardiomyopathy but is clinically in New York Heart Association class I indicating that he has no symptoms of congestive heart failure despite the severity of his underlying disorder. He was recently evaluated for an experimental device and had good exercise tolerance on a 6 minute walk test which corroborates his good exercise tolerance. In this setting it is safe, for the claimant to return to sedentary type capacity. As he has a relatively fixed cardiac output, it is unlikely he would be able to tolerate physical activity above a sedentary level. Indeed, as was acknowledged by his cardiologist during our telephone call, the severity of his underlying cardiomyopathy may not allow him the stamina for full-time employment, but it is certainly safe for him to attempt this. His restrictions can be considered permanent.

**The claimant reports fatigue resulting from heart damage and medications. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

**Answer:** The medical records do not support side effects from the prescribed medications. The claimant's fatigue is possibly related to his underlying heart disease, but as indicated above it, is safe for him to attempt to return to sedentary employment.

**Case Summary:** 43-year-old gentleman with a history of coronary artery disease with a myocardial infarction in 2014 requiring PCI of the LAD and subsequent PCI of the right coronary artery. He had a fluctuating ejection fraction but ultimately was measured consistently in the 20-30% range and he underwent a biventricular ICD implant. The medical records over the last 6 months vary in describing his functional capacity. He was evaluated for an experimental left ventricular device in February at which time he was described as New York Heart Association class I, Canadian class 0 and had a 6 minute walk test achieving 1522 feet. He was not felt to be a candidate for the device because of his good functional capacity. He was placed on a diuretic for the first time in April because of occasional swelling. A follow-up cardiac catheterization after his interventions has shown nonobstructive disease.

Additional diagnoses include obstructive sleep apnea on CPAP, depression/anxiety, hyperlipidemia and hypertension.

**Historical Review:**
4/27/16– Dr. Mehmet Cilingiroglu – Cardiology. History of CAD with PCI post MI. Ischemic cardiomyopathy. Hypertension. Obstructive sleep apnea. Hyperlipidemia. ICD. Past medical history of myocardial infarction in January 2014 with PCI of the LAD and ejection fraction 25-30%. PCI of RCA. Obstructive sleep apnea on CPAP. Depression/anxiety. Congestive heart failure. ICD implanted December 2015. Last heart catheterization 11/30/15. Seen in follow-up with ejection fraction 25-30% on echo and 29% on MUGA. He has successfully completed cardiac rehabilitation. He denies any angina pectoris. Because of stress and stressful situations, he is unable to work at any capacity at the moment. He is on Zoloft. Return in 6 months. Arkansas. Telephone number 501-664-5860. Fax #5016640889.

4/4/16–Cardiology–Patrick Stage APN. Having occasional chest pain and fluid accumulation. Will start diuretic.

2/5/16– Dr. Mehmet Cilingiroglu – Cardiology. Seen for potential enrollment in a research device. He is tolerating current medical therapy and is in New York Heart Association class I and Canadian angina class 0. His 6 minute walk test was 1522.8 feet with no significant symptoms. He is well compensated from a heart failure point of view.

2/5/16–Echocardiogram Report. Left ventricular size moderately increased with global hypokinesis and ejection fraction by visual estimate of 25-30%.

2/5/16–Nuclear Stress Test. Ejection fraction of 29%. (Test appears to be a MUGA scan).

11/25/15– Dr. Mehmet Cilingiroglu – Cardiology. Last echocardiogram showed an ejection fraction of 20-25%. He has New York Heart Association functional class III with exertion despite current medical therapy. We will add digoxin.

5/10/14–Discharge Summary. Presented with chest pain and taken to the catheterization laboratory with nonobstructive disease and patent stent and a mildly reduced ejection fraction.

**Robert Morrison MD FACC**
**Board Certified in Cardiovascular Disease, Nuclear Cardiology and Echocardiography.**
**Consulting Physician**

Liberty Life Assurance
Company of Boston

Group Benefits Disability
Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

6/1/2016

Dr. Mehmet Cilingiroglu

Re: Disability Benefits
Claimant Name: Shane Keathley
Claimant DOB:
Claim Number: 5716432

Dear Dr. Cilingiroglu ,

Thank you for taking my call earlier today. I am the physician who was asked by Liberty Mutual to review the medical records Mr. Keathley submitted in support of his/her request for disability benefits. I appreciated the chance to speak with you and I'm writing to summarize my understanding of our conversation.

As we discussed, you indicated that Mr. Keathley could safely attempt to return to full-time sedentary type employment described as: occasionally lifting up to 10 pounds, occasional standing and walking short distances and unlimited sitting. The ideal employment would be that in a desk job with occasional bending/kneeling/squatting and pulling/pulling up to 10 pounds of force. There is no limitation in terms of keyboarding. This would be a permanent restriction.

To ensure that I have accurately summarized our conversation and reached valid conclusions, I would appreciate it if you would make any corrections or comments to this letter if necessary, sign below in the space provided, and return this letter back to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415.

Thank you for your help. Liberty is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Respectfully yours,

-Electronically Signed-

Robert Morrison M.D.
Consulting Physician
Board Certified, Cardiovascular Disease

__ No changes/comments, OR
__ With changes/comments as noted above

______________ ______
Dr. Mehmet Cilingiroglu Date

**n0168336**

**From:** RightFax E-mail Gateway
**Sent:** Wednesday, June 01, 2016 4:23:41 PM
**To:** Morrison, Dr. Robert
**Subject:** Your fax has been successfully sent to Dr. Mehmet Cilingiroglu at 501-664-0889.

Your fax has been successfully sent to Dr. Mehmet Cilingiroglu at 501-664-0889.

----------------------------------------------------------
From: Robert F. Morrison MD FACC
----------------------------------------------------------
Time: 6/1/2016 3:56:14 PM
Sent to 501-664-0889 with remote ID "2670"
Result: (0/339;0/0) Successful Send
Page record: 1 - 2
Elapsed time: 01:09 on channel 17

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA 70502
(337) 837-2608
Federal ID: 720827028

| INVOICE NO. | 187385 |
|---|---|
| DATE | 05/24/16 |

**CUSTOMER**

Elizabeth Kiernan
Liberty Mutual Disability
55 Capital Blvd
Rocky Hill, CT 06067

Re: Shane Keathley
Vs. Acxiom Corporation
AR

| TERMS: | CUSTOMER NO. | JOB NO. | P.O. No. / Claim No. |
|---|---|---|---|
| Due Upon Receipt | LIB0006 | 1605000567 | 5716432 |

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| 5/16/16 | | | | |
| Surveillance Hours - Operative 02042 | 8.00 | | | 600.00 |
| 5/17/16 | | | | |
| Surveillance Hours - Operative 02042 | 8.00 | | | 600.00 |
| 5/18/16 | | | | |
| Surveillance Hours - Operative 02042 | 4.50 | | | 337.50 |
| 5/19/16 | | | | |
| Surveillance Hours - Operative 02042 | 8.00 | | | 600.00 |
| 5/20/16 | | | | |
| Surveillance Hours - Operative 02042 | 5.00 | | | 375.00 |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt

| | |
|---|---|
| Sub-Total | 2,512.50 |
| Sales Tax | |
| TOTAL | $2,512.50 |

# HUB ENTERPRISES, INC.

**Still Clips from Video**

**Claimant: Shane Keathley** **Case Number: 1605000567**

**Client Case Number: 5716432**




Claimant walking




Claimant entering the vehicle




Claimant opening the vehicle door




Claimant walking




Claimant lifting his left arm




Claimant standing

**C O N F I D E N T I A L**

HUB Enterprises, Inc. | Where Risk Meets Resolution

May 24, 2016

**LIBERTY MUTUAL DISABILITY**
55 CAPITAL BOULEVARD
ROCKY HILL, CONNECTICUT 06067

| | |
|---|---|
| Adjuster: | Elizabeth Kiernan |
| Insured: | Acxiom Corporation |
| Claim Number: | 5716432 |

# Shane Keathley

| | |
|---|---|
| Date of Loss: | December 2, 2015 |
| Injury: | Ischemic Cardiomyopathy |
| Authorization: | 40 Hours |
| Status: | Final |
| Received: | May 4, 2016 |
| Investigator: | Melissa Gladden |
| HUB Case: | 1605000567 |
| HUB Contact: | Heather Ross |

**Confidentiality Notice**

*The content within this file contains confidential information belonging to the sender and is intended only for the use of the claimant or entity named above. If you are not the intended recipient, you are hereby notified that any use or disclosure of the contents of this information is strictly prohibited. If you have received this in error, please immediately notify us by telephone to arrange for the return of the documents.*

## NATURE OF ASSIGNMENT:

On May 4, 2016, HUB Enterprises received an assignment requesting 40 hours of surveillance to be conducted on the above-mentioned claimant, over three days to include one weekend day. Information provided by the Client indicates that the claimant can be described as a 43-year-old male, approximately 5’10” in height, weighing approximately 211 pounds. The claimant is alleging ischemic cardiomyopathy as of December 2, 2015, and is believed to reside at

## PRE-SURVEILLANCE INVESTIGATION:

We conducted pre-investigative research for information associated with the subject; Shane Keathley, and learned the following:

A person search utilizing the provided social security number confirmed the provided address not to be the most current. The subject’s full name is Timothy Shane Keathley, 43 years old. The alias reported for the subject is Shane Keathley.

**Possible Telephone Numbers:**

Name: KEATHLEY, TIMOT
Address:
Phone Number:
Phone Type: Mobile
Carrier: SOUTHWESTERN BELL - (CONWAY, AR)

**Driver’s License:**

Name: TIMOTHY S KEATHLEY
DL Number:
State: Arkansas
License Address: COUNTY
DOB:

Potential SSN :

Data Source: Non-Governmental

**Professional License:**

No records located.

**All Vehicles Registered:**

An all vehicles registered search was conducted for records associated with the subject. There were no vehicles located.

A social networking site search was conducted for information associated with the subject by utilizing the subject's name variations; possible email address; address history; possible url and usernames; and possible telephone numbers. The searched sites include Facebook, Myspace, Twitter, and YouTube.

We located a possible Facebook profile associated with the subject. The profile name is Shane Keathley. The "About" portion of the profile associated the subject with Acxiom Corporation. The profile settings provided limited access to recent status updates, timeline posts and photograph albums. The following photographs and information were located:






https://www.facebook.com/shane.keathley

An internet search was conducted by utilizing the subject's name variations; possible email address; address history; possible URL and usernames; business or employment affiliation; and possible telephone numbers.

## SUMMARY OF INVESTIGATION:

Surveillance was conducted on Monday, May 16, 2016, Tuesday, May 17, 2016, Wednesday, May 18, 2016, Thursday, May 19, 2016, and Friday, May 20, 2016 at the residence of . **VIDEO** was obtained as the claimant conversed with another unidentified male in the driveway area of the residence while drinking a beverage, walking, opening the car door, and driving. During this investigation, the claimant traveled to Monroe's Auto Glass, Harp's Food drive-through, and Greenbrier, Arkansas Junior High. At this time, surveillance has been completed.

## VIDEO:

*The below links will direct you to the video as described within this report. Should you experience any issues with the link, please contact HUB Enterprises at hub@hubenterprises.com or 800-873-0933. Please note video links are valid for approximately one year, but can be reissued upon request.*

### Monday, May 16, 2016

- Total claimant **VIDEO** is approximately 2 minutes and 42 seconds.
- **VIDEO** depicts the claimant operated a vehicle, walking, opened and closed a vehicle door, utilized a drive-thru lane, reached, waved, and retrieved items with his right hand.

- The claimant appeared to ambulate in an unrestrictive manner, without the use of visible medical devices.
- **VIDEO** quality average.
- Area video was obtained depicting our surveillance position when the subject was not observed.

**Tuesday, May 17, 2016**

- Total claimant **VIDEO** is approximately 1 minute and 12 seconds.
- **VIDEO** depicts the claimant walking, standing, and conversing.
- The claimant appeared to ambulate in an unrestrictive manner, without the use of visible medical devices.
- **VIDEO** quality poor, due to mobility and distance.
- Area video was obtained depicting our surveillance position when the subject was not observed.

**Wednesday, May 18, 2016**

- Total claimant **VIDEO** is approximately 44 seconds.
- **VIDEO** depicts the claimant operated a vehicle.
- The claimant appeared to ambulate in an unrestrictive manner, without the use of visible medical devices.
- **VIDEO** quality poor, due to the claimant never exiting the vehicle.
- Area video was obtained depicting our surveillance position when the subject was not observed.

**Thursday, May 19, 2016**

- Total claimant **VIDEO** is approximately 3 minutes and 58 seconds.
- **VIDEO** depicts the claimant standing, walking, lifting arms, holding and consuming a beverage, sitting, and conversing.

- The claimant appeared to ambulate in an unrestrictive manner, without the use of visible medical devices.
- **VIDEO** quality poor, due to distance and obstructions.
- Area video was obtained depicting our surveillance position when the subject was not observed.

**Friday, May 20, 2016**

- No subject video was obtained during this day of the investigation.
- Area video was obtained depicting our surveillance position when the subject was not observed.

## REPORT OF INVESTIGATION:

### DESCRIPTION OF CLAIMANT

The claimant can be described as a 43-year-old Caucasian male, approximately 5’10” in height, weighing approximately 211 pounds, with balding brown hair.

### DESCRIPTION OF THE RESIDENCE

The residence can be described as a single-level beige brick structure with dark brown trim and an attached double- vehicle garage. The yard area appeared to be well maintained and landscaped. The residence was marked numerically via a mailbox, which was visible from the roadway, located adjacent to the driveway along Highway 225. There was an attached wooden deck within the rear that was accessed via a rear door. There was no privacy fencing.

### DIRECTIONS TO THE RESIDENCE

- From the Little Rock, Arkansas area, travel north on State Capitol toward Capitol Mall.
- State Capitol turns right and becomes West 4th Street.
- Continue onto Woodlane Street.
- Continue onto Doctor M.L.K. Jr Drive/ M. L. King.

Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

- Turn
- Merg
- Use a
- Use t
- Keep
  65 N
- Keep
- Keep
- Take
- Keep
  Drive
- Merg
- Turn
- Sligh
- Conti
- The r

**Monday**

Overcast-63

05:02AM Investigator Melissa Gladden departed the Little Rock, Arkansas area, en route to the claimant's provided address, located at , Arkansas.

06:02AM Upon arrival, the Investigator observed a silver Isuzu Rodeo, bearing Arkansas license number , a gray Honda Accord, bearing Arkansas license number , and a white Ford Mustang, bearing Arkansas personalized license number MKF, present. All these vehicles are associated with the claimant at the provided address. The garage door was closed upon arrival. No lights were illuminated, and no

claimant activity was observed. Intermittent area video was obtained. Indirect surveillance was established, with a view of the most likely route of departure. There were three possible routes of departure from the residence.

07:01AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

07:41AM The Investigator conducted a drive-by of the residence and observed the garage door open and a silver Jeep Wrangler parked within the garage. No claimant activity was observed. Area video was obtained.

07:44AM The previously mentioned white Ford Mustang departed the area. Due to window tinting, the occupant(s) could not be identified. Mobile surveillance was established. Area video was obtained as the vehicle traveled along Highway . The vehicle arrived at the High School, located at . An adolescent Caucasian female exited the vehicle and was determined to be the sole occupant. The Investigator departed, en route to the claimant's provided address.

07:56AM The previously mentioned silver Jeep Wrangler, bearing Arkansas license number , departed the area with an unidentified Caucasian female as the sole occupant. The vehicle turned right onto Highway 65.

08:06AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

08:56AM The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

10:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:25AM The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

10:26AM The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

10:59AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:10PM The previously mentioned gray Honda Accord departed the area, with a male, matching the claimant's description, as the sole occupant. Mobile surveillance was established. Mobile **VIDEO** was obtained as the claimant turned north onto Highway 65.

12:12PM The claimant arrived at Monroe's Auto Glass and Outfitters, located at 954 Highway 65 North in Greenbrier, Arkansas, and entered prior to the Investigator's arrival. Area video was obtained. Direct surveillance was established, with a view of the vehicle.

12:14PM The claimant exited the business. **VIDEO** was obtained as the claimant walked approximately 150 feet to his vehicle, opened the driver's door of the vehicle with his left hand, entered the vehicle as the sole occupant, and departed the area. The claimant was attired in a navy blue shirt with a white label on the right side and gray shorts. The claimant appeared to ambulate in a normal manner, without the use of visible medical devices. The claimant turned south onto Highway 65. Mobile surveillance resumed.

12:16PM Mobile **VIDEO** was obtained as the claimant traveling south along Highway 65 in Greenbrier, Arkansas.

12:17PM The claimant arrived at Harp's Foods, located at 15 North Broadview Street in Greenbrier, Arkansas, and **VIDEO** was obtained as the claimant remained within his vehicle and utilized the pharmacy's drive-thru lane.

12:18PM **VIDEO** was obtained as the claimant remained within the vehicle, conducted business at the drive-thru window, and departed. The claimant appeared to move, interact, and complete this task without visible difficulty. Mobile surveillance continued.

12:21PM **VIDEO** was obtained as the claimant turned toward the residence along Highway 225. The Investigator did not follow the claimant directly into this rural area, in order to maintain the integrity of the investigation. Indirect surveillance was re-established.

12:59PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:42PM The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

01:43PM The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

02:02PM Investigator Melissa Gladden discontinued surveillance and departed, en route to the Little Rock, Arkansas area. Area video was obtained prior to departure.

**<u>Tuesday, May 17, 2016</u>**

Overcast-67

08:58AM Investigator Melissa Gladden departed the Little Rock, Arkansas area, en route to the claimant's residence, located at .

09:58AM Upon arrival, the Investigator observed the previously mentioned gray Honda Accord and the silver Isuzu Rodeo, present. These vehicles appeared to have not been moved from their parked positions as observed during the previous day's surveillance efforts. The garage door was closed upon arrival. No lights were illuminated, and no claimant activity was observed. Intermittent area video was obtained.

10:02AM The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained. Indirect surveillance was established, with a view of the most likely route of departure.

11:01AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:35AM The previously observed silver Jeep Wrangler was observed travelling toward the residence. Due to window tinting, the occupant(s) could not be identified. Mobile

Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

surveillance was reestablished. Mobile area video was obtained as the vehicle traveled along Highway toward the residence.

11:37AM Area video was obtained as the vehicle turned left into the residence's driveway. A Caucasian female exited the vehicle and was determined as the sole occupant. The Investigator observed that a black Ford Taurus, bearing Arkansas license number 508PHL, was also parked within the driveway. No claimant activity was observed.

11:40AM The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

12:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:26PM The silver Jeep Wrangler departed the area, with the previously mentioned female as the only occupant, and turned south onto Highway . No claimant activity was observed.

12:59PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:31PM The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

01:37PM The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

01:40PM The Investigator conducted a drive-by of the residence and observed the garage door open and numerous items in boxes, clothing along clothing lines, and hangers within the garage. No claimant activity was observed. Area video was obtained.

02:02PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:59PM The Investigator conducted a drive-by of the residence and observed that the black Ford Taurus had departed the area undetected. The garage door was still open. No claimant activity was observed. Area video was obtained.

04:51PM The silver Jeep Wrangler was observed travelling toward the residence, with the previously mentioned Caucasian female as the sole occupant.

04:56PM The Investigator conducted a drive-by of the residence and brief, mobile **VIDEO** was obtained as the claimant walked within the front yard, with family members. The claimant was observed as he walked within his driveway. The claimant was attired in a green shirt and beige shorts. The claimant appeared to ambulate in a normal manner, without the use of visible medical devices.

04:57PM The Investigator conducted a drive-by of the residence and brief, mobile **VIDEO** was obtained as the claimant stood within his driveway and conversed with the previously mentioned Caucasian female. Two Caucasian adolescent children, a male and female, were also observed within the yard.

05:04PM Distant direct surveillance was temporarily established, with a partial view of the residence. Obstructed **VIDEO** was obtained as the claimant walked within the driveway, bent at the waist briefly as he appeared to retrieve an item out of view, and walked into the garage, out of view. Indirect surveillance was re-established.

06:00PM Investigator Melissa Gladden discontinued surveillance and departed, en route to the Little Rock, Arkansas area. Area video was obtained prior to departure.

**<u>Wednesday, May 18, 2016</u>**

Overcast-61

10:54AM Investigator Melissa Gladden departed the Little Rock, Arkansas area, en route to the claimant's residence, located at .

11:54AM Upon arrival, the Investigator observed the previously mentioned gray Honda Accord and the silver Isuzu Rodeo, present. The silver Isuzu Rodeo appeared to have been moved from its previously observed parked position. The garage door was closed upon arrival. No lights were illuminated, and no claimant activity was observed. Intermittent area video was obtained. Indirect surveillance was established, with a view of the most likely route of departure.

Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

12:11PM The previously observed silver Jeep Wrangler departed the area with the previously mentioned Caucasian female as the sole occupant. The vehicle turned south onto Highway 65.

01:01PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:26PM The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

02:03PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:44PM The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

02:59PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:13PM The claimant departed the area, as the sole occupant of the previously mentioned gray Honda Accord. Mobile surveillance was established as the claimant turned south onto Highway .

03:18PM The claimant arrived at High School, located at . Intermittent, obstructed **VIDEO** was obtained as the claimant entered the school's parking lot and entered the pick-up line. Indirect surveillance was established, with a view of the observed route of travel.

03:23PM Partially obstructed **VIDEO** was obtained as the claimant exited the school parking lot area, with an adolescent Caucasian male passenger. The claimant turned south onto Highway , as local law enforcement had closed all northbound traffic temporarily. The claimant was attired in a navy blue polo shirt. The claimant appeared to operate the vehicle in a normal manner, without the use of visible medical devices. Mobile surveillance was established. Due to heavy traffic, school buses, and traffic being temporarily re-routed, visual contact was lost. The Investigator conducted an area canvass, in order to relocate the claimant.

Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

04:00PM The Investigator canvassed local shopping areas; however, was unable to relocate the claimant. A review of the claimant's social media revealed that the claimant had previously been involved in the coaching of his son's baseball team. The Investigator noted a sports complex within the area that offered batting cages for practice purposes.

04:04PM The Investigator departed, en route to the sports complex, Applied Velocity, located at 695 Highway 65 in Springhill, Arkansas. Mobile area video was obtained.

04:31PM Upon arrival, the Investigator observed no vehicles associated with the claimant present. Area video was obtained. The Investigator departed, en route to the claimant's residence.

04:42PM Upon arrival, the Investigator observed that the claimant's gray Honda had not returned to the residence. No claimant activity was observed. Area video was obtained. Indirect surveillance was re-established.

05:00PM Investigator Melissa Gladden discontinued surveillance and departed, en route to the Little Rock, Arkansas area. Area video was obtained prior to departure.

**Thursday, May 19, 2016**

Partly Cloudy-73

01:51PM Investigator Melissa Gladden departed the Little Rock, Arkansas area, en route to the claimant's residence, located at .

02:51PM Upon arrival, the Investigator observed the previously mentioned gray Honda Accord and the silver Isuzu Rodeo, present. There was also a blue Toyota Tundra. Due to brevity and mobility, the license information could not be observed. The garage door was open upon arrival. No lights were illuminated, and no claimant activity was observed. Intermittent area video was obtained. Indirect surveillance was established, with a view of the most likely route of departure.

02:56PM The Investigator conducted a drive-by of the residence and observed the claimant as he sat inside the garage and conversed with an elderly Caucasian male, who was also

seated within the garage. Due to brevity and the rural area, video could not be obtained. Distant direct surveillance was temporarily established, with a partial view of the residence.

03:07PM Distant, obstructed **VIDEO** was obtained as the claimant and the older Caucasian male walked into view within the driveway, stood, held a beverage within his right hand, lifted his arms, and conversed with the male. The claimant was attired in a navy blue shirt and gray shorts. Due to excessive foliage, direct surveillance was temporarily established, with a better view of the residence. It should be noted that during this video, the claimant and his companion appeared to look in the direction of the surveillance vehicle; however, there was road work within the area near the surveillance position.

03:08PM Intermittent **VIDEO** was obtained as the claimant sat within the garage, consumed a beverage, conversed with the older male, waved at a passing vehicle, and continued to converse. Due to neighborhood activity, the Investigator relocated the surveillance vehicle. Indirect surveillance was re-established.

03:59PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

04:15PM A review of the claimant's social media was completed and a post dated May 18, 2016 at 6:54 p.m. was noted. It appeared that the claimant and his family attended a retirement ceremony for a friend or family member on this date at the Conway Arkansas School District, possibly on the evening of May 18, 2016.

05:03PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

05:27PM The previously observed silver Jeep Wrangler departed the area, with the previously observed Caucasian female as the sole occupant.

05:59PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

06:01PM The previously observed white Ford Mustang departed the area, with a younger Caucasian female as the sole occupant. No claimant activity was observed.

Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

07:04PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

07:21PM The silver Isuzu Rodeo departed the area with the previously mentioned Caucasian female as the sole occupant. The vehicle turned south onto Highway . No claimant activity was observed.

07:57PM The Investigator conducted a drive-by of the residence and observed that the silver Jeep Wrangler was parked within the open garage. The gray Honda Accord was present within the driveway and appeared to have not been moved from its parked position. Interior lights were illuminated within the living area of the residence. No claimant activity was observed. Area video was obtained.

08:58PM The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Dark area video was obtained.

10:00PM Surveillance was maintained; however, no claimant activity was observed. Dark area video was obtained.

10:11PM The silver Isuzu Rodeo departed the area, with the previously mentioned Caucasian female as the sole occupant, and traveled toward the residence.

10:46PM The Investigator conducted a drive-by of the residence and observed that no interior or exterior lights were illuminated. The previously mentioned white Ford Mustang was present within the driveway. No claimant activity was observed. Dark area video was obtained.

11:00PM Investigator Melissa Gladden discontinued surveillance and departed, en route to the Little Rock, Arkansas area. Dark area video was obtained prior to departure.

**<u>Friday, May 20, 2016</u>**

Overcast-65

08:56AM Investigator Melissa Gladden departed the Little Rock, Arkansas area, en route to the claimant's residence, located at .

Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

09:56AM Upon arrival, the Investigator observed the previously mentioned white Ford Mustang and the silver Isuzu Rodeo present. The gray Honda Accord was not observed present. The garage door was closed upon arrival. The vehicles appeared to have been moved from their parked positions observed on the previous evening of surveillance. No lights were illuminated, and no claimant activity was observed. Intermittent area video was obtained. Indirect surveillance was established, with a view of the most likely route of departure.

10:20AM A review of the claimant's social media accounts was completed. No additional or recent information was noted in regard to the claimant's current activities. Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:58AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:50AM The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. The window coverings were noted to be in a closed and drawn position. Area video was obtained.

12:01PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:05PM A check of the Greenbrier High School's event calendar was conducted, as it was noted that the white Ford Mustang, utilized by the claimant's daughter, was still present at the residence. It was suspected that the claimant may possibly be with his teenage daughter as the gray Honda Accord was not visible at the residence. It was noted that the School was currently in session, with no indication that the school would be dismissing early. One event, a softball game, was noted, which was determined to be an away game in Northwest Arkansas. It was undetermined if the claimant's daughter was actively involved in school sports; however, however she was a majorette in the school band. Further research determined that the claimant's parents, as well as several other family members, currently resided in the city of , Arkansas.

12:59PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:57PM The Investigator conducted a drive-by of the residence; however, no claimant activity was observed. Area video was obtained.

02:55PM A second check of the claimant’s social media revealed that the claimant had checked in at a University of Arkansas sporting event in Fayetteville, Arkansas with his wife and daughter. This post was dated on May 20, 2016 at approximately 12:55 p.m.

03:00PM Investigator Melissa Gladden discontinued surveillance and departed, en route to the Little Rock, Arkansas area. Area video was obtained prior to departure.

## COMMENTS:

All investigative efforts have been discontinued, pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to contact me. We appreciate this opportunity to be of service to you.

Heather Ross
Client Relations

Angela Lemelle
Case Manager

HR/AL: hct

Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

# Liberty Mutual Consulting Physician Referral

## File Review - Priority

**Physician Specialty: Cardiology - Invasive (Cardiac Catheterization)**

| | | | |
|---|---|---|---|
| Office: | 0096 | Claim #: | 5716432 |
| Claimant Name: | SHANE KEATHLEY | | |
| Date of Birth: | | Claim Status: | PE |
| Date of Disability: | 12/2/2015 | Date Sent: | 5/24/2016 |
| Claimant SSN: | | Date Benefits Began: | 6/1/2016 |
| Product Type: | LTD | Paid Through: | 5/31/2018 |
| Disability Level: | | | |

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Policyholder/Self-Insured Plan Holder: ACXIOM CORPORATION

Referred By: KIERNAN, ELIZABETH 096 8*731-6338

Assigned Nurse Case Manager:

Diagnosis: I25.5 Ischemic cardiomyopathy,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

Please comment on the claimant's diagnosis.

Please provide a description of the claimant's impairments, if any, related to each diagnosis, and outline how any impairment translates to restrictions and limitations. Please include the dates through which restrictions and limitations were supported.

When clarifying the supported restrictions, please be sure to address the claimant's ability to sit, stand, walk, lift and carry, reach at all levels, bend, kneel, squat, push and pull, drive, use of hands for gripping and grasping, keyboarding.

Does the medical evidence support an inability to sustain work at the sedentary physical demand level for an eight hour day?

The Claimant reports fatigue resulting from heart damage and medications. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.

Please contact Dr. Mehmet Cilingiroglu at 501-664-5860

ARKANSAS HEART HOSPITAL®
CLINIC

# Keathley, Timothy S

43 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: United Healthcare Payer ID: 87726
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

04/27/2016 History and Physical : Mehmet Cilingiroglu, MD

## Current Medications

**Taking**

- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Digoxin 125 MCG Tablet 1 tablet Once a day
- Carvedilol 25 MG Tablet as directed Twice daily
- Torsemide 10 MG Tablet 1 tablet Once a day
- Potassium Chloride Crys ER 10 MEQ Tablet Extended Release 1 tablet Twice a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure
s/p AICD

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014

## Reason for Appointment

1. CAD status post PCI status post MI
2. Ischemic cardiomyopathy
3. Hypertension
4. Hyperlipidemia
5. Status post automatic implantable cardiac defibrillator

## History of Present Illness

HPI:

Comes in for followup. He has prior showed coronary artery disease status post MI status post PCI of the LAD as well as RCA the drug-eluting stents. He also has prior history of ischemic cardiomyopathy. He also had automatic implantable cardiac defibrillator implantation per EP. His last 2-D Doppler echocardiogram showed moderate to severely reduced LV of 25-30 percent with wall motion abnormalities involving apex, and prior anterior septum, basal inferoseptal regions of the myocardium. His MUGA test also showed LVEF of 29 percent with hypokinesis of anteroapical and anterior walls. He has successfully completed the cardiac rehabilitation program and graduated from that. He is enrolled in an exercise program on his own as well. He is now disabled by Social Security. For his blood pressure seems to be well-controlled his remaining in normal sinus rhythm. His volume status seems to be euvolemic. He denies any significant angina pectoris. Because of stress and stressful situations he is not able to work at any capacity at the moment because of his heart condition and ischemic heart disease.

## Vital Signs

HR 60 /min, BP 109/72 mm Hg, Ht 5 ft 10 in, Wt 206 lbs, BMI 29.55 Index, Oxygen sat 95 %, Pain scale 0 1-10.

## Examination

General Examination:

GENERAL APPEARANCE: pleasant, well nourished, in no acute distress. HEAD: normocephalic. NECK/THYROID: normal, neck supple, no carotid bruit, no jugular venous distention. HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs. LUNGS: normal, clear to auscultation bilaterally, no wheezes, rales, rhonchi. CHEST: normal shape and expansion, no sternal abnormalities, pacemaker site normal . ABDOMEN: normal,

cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015

### Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

### Social History

Tobacco Use:
Tobacco Use/Smoking Smoking Status: nonsmoker. Tobacco use other than smoking Are you an other tobacco user? No.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none. Children: yes, 2. Exercise: yes, 2-3 times per week. Marital status: married.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

### Review of Systems

General/Constitutional:
Poor appetite no. Weight gain no. Weight loss without dieting no. Fatigue yes . Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity yes. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:
Chest pain/chest pressure yes.

soft, nontender, nondistended, no masses palpable. EXTREMITIES: no edema. PERIPHERAL PULSES: normal, 2+ throughout. NEUROLOGIC: nonfocal, alert and oriented, cranial nerves 2-12 grossly intact.

### Assessments

1. CAD (coronary artery disease) - I25.10 (Primary)
2. Ischemic cardiomyopathy - I25.5
3. Hypertension - I10
4. Hyperlipidemia - E78.5
5. OSA on CPAP - G47.33

### Treatment

**1. CAD (coronary artery disease)**
Continue Digoxin Tablet, 125 MCG, 1 tablet, Orally, Once a day
Continue Torsemide Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Potassium Chloride Crys ER Tablet Extended Release, 10 MEQ, 1 tablet, Orally, Twice a day
Notes: Heart disease and diet material was published to portal. continue on current medical therapy.

**2. Ischemic cardiomyopathy**
Continue Carvedilol Tablet, 25 MG, as directed, Orally, Twice daily
Notes: Continue on current medications.

**3. Hypertension**
Notes: Continue on current medical therapy monitor her blood pressure readings twice daily at home.

**4. Hyperlipidemia**
Notes: Continue on current regimen.

**5. OSA on CPAP**
Notes: Continue on CPAP.

**6. Others**
Continue Plavix Tablet, 75 MG, TAKE ONE TABLET BY MOUTH EVERY DAY
Continue Vasotec Tablet, 5 MG, TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
Continue Crestor Tablet, 10 MG, TAKE ONE TABLET BY MOUTH AT BEDTIME
Continue Protonix Tablet Delayed Release, 40 MG, 1 tablet, Orally, twice a day
Continue Aspirin Tablet Dispersible, 81 MG, 1 tablet, Orally, Once a day
Continue Vitamin C Tablet, 1000 MG, 1 tablet, Orally, twice a day
Continue Krill Oil Omega-3 Capsule, 300 MG, as directed, Orally, once a day
Continue Zoloft Tablet, 50 MG, 1 tablet, Orally, Once a day
Continue Co Q 10 Capsule, 100 MG, 1 capsule with a meal, Orally, Once a day

### Immunization

Immunization record has been reviewed and updated.

Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.

Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.

Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.

Men Only:
Erectile dysfunction no.

Genitourinary:
Blood in urine no. Pain on urination no.

Musculoskeletal:
Joint pain or swelling yes. Muscle weakness no. Muscle cramping no.

Peripheral Vascular:
Leg swelling yes. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.

Skin:
Rash no. Skin sores no. Non-healing wounds no.

Neurologic:
Dizziness no. Confusion no. Headaches yes.

Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

**Preventive Medicine**

Screening/Special Tests: Fall Risk Screening Fall Risk Assessment Performed Yes, Have you had a recent fall? No, Do you use a walker, cane, or require assistance? No.

**Follow Up**

6 Months (Reason: cad, cm)

Mehmet Cilingiroglu, MD

**Electronically signed by Mehmet Cilingiroglu on 04/27/2016 at 11:24 AM CDT**

**Sign off status: Completed**

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

ARKANSAS HEART HOSPITAL® CLINIC

**Keathley, Timothy**
41 Y old Male, DOB:
Chart No#: 1733101

Home:
Guarantor: Keathley, Timothy Insurance: United Healthcare Payer ID: 87726

Referring: Mehmet Cilingiroglu, MD

Appointment Facility: AHHC Main

01/29/2014 History and Physical : Mehmet Cilingiroglu, MD

## Current Medications

Crestor 10 MG Tablet 1 tablet Once a day
Digoxin 0.125 MG Tablet 1 tablet Once a day
Toprol XL 25 MG Tablet Extended Release 24 Hour 1 tablet Once a day
Protonix 40 MG Tablet Delayed Release 1 tablet Once a day
Aspirin 325 MG Tablet Delayed Release 1 tablet Once a day
Plavix 75 MG Tablet 1 tablet Once a day
Vasotec 5 MG Tablet 1 tablet Twice a day
Fluoxetine HCl 20 MG Capsule 1 capsule in the morning Once a day
Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%
HLP

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014

## Family History

Father: alive heart attack
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

## Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Tobacco use other than smoking Are you an other tobacco user? No.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year? 1 or 2 drinks (0 point), How often

## Reason for Appointment

1. ISCM
2. CAD s/p MI and PCI
3. HTN
4. HLP

## History of Present Illness

HPI:
Comes in for follow up. He seems to be doing well with no angina or sob at this time and he is wearing his life west as well and no ICD shocks. Compliant with his meds.

## Vital Signs

HR 58 /min, BP 134/78 mm Hg, Ht 5 ft 10 in, Wt 220 lbs, BMI 31.56 Index, Oxygen sat % 96 %.

## Examination

General Examination:
GENERAL APPEARANCE: pleasant, well nourished, in no acute distress. HEAD: normocephalic. NECK/THYROID: normal, neck supple, no carotid bruit, no jugular venous distention. HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs. LUNGS: normal, clear to auscultation bilaterally, no wheezes, rales, rhonchi. CHEST: normal shape and expansion, no sternal abnormalities. ABDOMEN: normal, soft, nontender, nondistended, no masses palpable. EXTREMITIES: no edema. PERIPHERAL PULSES: normal, 2+ throughout. NEUROLOGIC: nonfocal, alert and oriented, cranial nerves 2-12 grossly intact.

## Assessments

1. CAD in native artery - 414.01 (Primary), s/p MI and s/p PCI of LAD with DES and on dual antiplatelet tx. No angina.
2. Ischemic cardiomyopathy - 414.8, No congestive state at this time and well compensated.
3. Claudication - 443.9, need to rule out PVD.
4. HTN (hypertension) - 401.9, optimally well controlled.
5. Hyperlipidemia - 272.4, tolerating statin tx.

## Treatment

**1. CAD in native artery**
Diagnostic Imaging:ECG Cilingiroglu MD,Mehmet 1/29/2014 12:01:08

did you have 6 or more drinks on one occasion in the past year? Never (0 point), Points 1.
Miscellaneous:
no Caffeine, none. Children: yes, 2. Exercise: yes, 2-3 times per week. Marital status: married.

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

## Review of Systems

General/Constitutional:
Weight gain yes. Weight loss without dieting no. Fever no. Excessive Sweating yes . Chronic Sense of Fatigue no. Fatigue yes . Night sweats yes .
Neurological:
One sided weakness/numbness no. Memory loss no. Dizziness no. Confusion no. Headaches no. Seizures no. Slurred Speech no.
HEENT:
Eyes: Visual Disturbances no. Nosebleeds no. Hearing loss or recent changes no. Infected teeth or gums no. Eyes: Recent Vision Changes yes .
Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Stop Breathing While Asleep no. Snoring yes. Coughing up blood no. Shortness of breath with activity yes. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no. Wheezing no.
Cardiac:
Chest pain/chest pressure yes. Rapid heart rate no. Unpredictable excessive sweating no. Irregular heart rate no. Fainting no. Near Fainting no. Swelling no.
Gastrointestinal:
Frequent Diarrhea no. Frequent Constipation no. Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no. Painful Swallowing no. Abdominal Pain no. Difficulty Swallowing no.
Hematology:
Low Blood Count no. Low Number of

PM > Sinus Rhythm -Left bundle branch block. ABNORMAL, Echo - 2D Echo (with 3D if indicated) (Ordered for 01/29/2014), ABI - Full Study with Exercise (Ordered for 01/29/2014)
will continue on dual antiplatelet tx for 1 year and asa for flie. Continue to wear life qwest for now. Redo echo to reevaluate LVEF.

**2. Ischemic cardiomyopathy**
Diagnostic Imaging:ECG Cilingiroglu MD,Mehmet 1/29/2014 12:01:08 PM > Sinus Rhythm -Left bundle branch block. ABNORMAL, Echo - 2D Echo (with 3D if indicated) (Ordered for 01/29/2014), ABI - Full Study with Exercise (Ordered for 01/29/2014)
well compensated and continue on current meds. Echo to evaluate LVEF. will decide for AICD depending on his LVEF and follow by EP.

**3. Claudication**
Diagnostic Imaging:ABI - Full Study with Exercise (Ordered for 01/29/2014)
will order postexercise ABI.

**4. HTN (hypertension)**
continue on meds.

**5. Hyperlipidemia**
continue on statin tx.

**6. Others**
Continue Crestor Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Digoxin Tablet, 0.125 MG, 1 tablet, Orally, Once a day
Continue Toprol XL Tablet Extended Release 24 Hour, 25 MG, 1 tablet, Orally, Once a day
Continue Protonix Tablet Delayed Release, 40 MG, 1 tablet, Orally, Once a day
Continue Aspirin Tablet Delayed Release, 325 MG, 1 tablet, Orally, Once a day
Continue Plavix Tablet, 75 MG, 1 tablet, Orally, Once a day
Continue Vasotec Tablet, 5 MG, 1 tablet, Orally, Twice a day
Continue Fluoxetine HCl Capsule, 20 MG, 1 capsule in the morning, Orally, Once a day

## Procedure Codes

93000 ELECTROCARDIOGRAM, COMPLETE

## Follow Up

2 Months (Reason: cad, iscm, htn, hlp)

Mehmet Cilingiroglu, MD

Platelets no.
Men Only:
Erectile dysfunction no. Breast Enlargement no.
Genitourinary:
Blood in urine no. Pain on urination no. Difficulty passing urine no.
Musculoskeletal:
Hernia no. Joint pain or swelling no. Muscle weakness no. Muscle cramping no. Back Trouble no. Neck Trouble no.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Numbness/Burning in Feet no. Cold extremities yes.
Skin:
Itching no. Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no. Seizures no. Slurred Speech no. Headaches no. One sided weakness/numbness no. Memory loss no.

Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

**Electronically signed by Mehmet Cilingiroglu MD , MD on 01/29/2014 at 12:24 PM CST**

**Sign off status: Completed**

---

**AHHC Main**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

---

# Keathley, Timothy

ARKANSAS HEART HOSPITAL® CLINIC

41 Y old Male, DOB:
Chart No#: 1733101

Home:
Guarantor: Keathley, Timothy Insurance: United Healthcare Payer ID: 87726

PCP: James MD Fulmer Referring: James MD Fulmer

Appointment Facility: AHHC Main

03/12/2014 History and Physical : Mehmet Cilingiroglu, MD

## Current Medications

Crestor 10 MG Tablet 1 tablet Once a day
Digoxin 0.125 MG Tablet 1 tablet Once a day
Toprol XL 25 MG Tablet Extended Release 24 Hour 1 tablet Once a day
Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
Aspirin 325 MG Tablet Delayed Release 1 tablet Once a day
Plavix 75 MG Tablet 1 tablet Once a day
Vasotec 5 MG Tablet 1 tablet Twice a day
Fluoxetine HCl 20 MG Capsule 1 capsule in the morning Once a day
Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
Vitamin C 1000 MG Tablet 1 tablet twice a day
Flax Seeds Powder as directed once a day
Krill Oil Omega-3 300 MG Capsule as directed once a day
Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%
HLP
OSA on CPAP

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014

## Family History

Father: alive heart attack
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

## Social History

Tobacco Use:
Tobacco Use/Smoking Are you a: nonsmoker . Tobacco use other than smoking Are you an other tobacco user? No.

## Reason for Appointment

1. CAD s/p MI and S/P PCI of LAD
2. Vfib Arrest
3. ISCM

## History of Present Illness

HPI:

Comes in for follow up. He seems to be doing well with no significant angina pectoris, sob or any CHF symptoms at this time on his current meds. He is still wearing the life west and being followed by EP as well. He is on dual antiplatelet tx at this time and doing well on cardiac rehab at this time with no symptoms. He has some visual problems and found to have cataract and being considered for surgery. He was diagnosed with OSA recently and started on CPAP machine.

## Vital Signs

HR 62 /min, BP 113/72 mm Hg, Ht 5 ft 10 in, Wt 208 lbs, BMI 29.84 Index, RR 18 /min, Oxygen sat 95 %.

## Examination

General Examination:

GENERAL APPEARANCE: pleasant, well nourished, in no acute distress. HEAD: normocephalic. NECK/THYROID: normal, neck supple, no carotid bruit, no jugular venous distention. HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs.
LUNGS: normal, clear to auscultation bilaterally, no wheezes, rales, rhonchi. CHEST: normal shape and expansion, no sternal abnormalities. ABDOMEN: normal, soft, nontender, nondistended, no masses palpable. EXTREMITIES: no edema. PERIPHERAL PULSES: normal, 2+ throughout. NEUROLOGIC: nonfocal, alert and oriented, cranial nerves 2-12 grossly intact.

## Assessments

1. CAD in native artery - 414.01 (Primary), s/p MI and PCI of LAD and still on dual antiplatelet tx at this time.
2. Ischemic cardiomyopathy - 414.8, No CHF symptoms at this time.
3. HTN (hypertension) - 401.9, Optimally well controlled at this time.
4. Hyperlipidemia - 272.4, On current regimen.
5. Claudication - 443.9, Normal ABIs ruling out PVD.

Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? 2 to 4 times a month (2 points), How many drinks did you have on a typical day when you were drinking in the past year? 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year? Never (0 point), Points 2.
Miscellaneous:
no Caffeine, none. Children: yes, 2. Exercise: yes, 2-3 times per week. Marital status: married.

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

## Review of Systems

General/Constitutional:
Weight gain no. Weight loss without dieting no. Fatigue no. Fever no.
HEENT:
Eyes: Visual Disturbances yes. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity no. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:
Chest pain/chest pressure no. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:

6. OSA on CPAP - 327.23, On CPAP.

## Treatment

### 1. CAD in native artery

Diagnostic Imaging:ECG Cilingiroglu,Mehmet 3/12/2014 11:05:12 AM > Sinus Bradycardia -Left bundle branch block. ABNORMAL, Echo - 2D Echo (with 3D if indicated) (Ordered for 03/12/2014)
Continue on dual antiplatelet xt for minimum of one year and ideally for life.

### 2. Ischemic cardiomyopathy

Diagnostic Imaging:ECG Cilingiroglu,Mehmet 3/12/2014 11:05:12 AM > Sinus Bradycardia -Left bundle branch block. ABNORMAL, Echo - 2D Echo (with 3D if indicated) (Ordered for 03/12/2014)
On meds and will repeat his 2d echo today. Still wearing his life west and will see his LVEF by echo and decide on possible AICD.

### 3. HTN (hypertension)

Diagnostic Imaging:ECG Cilingiroglu,Mehmet 3/12/2014 11:05:12 AM > Sinus Bradycardia -Left bundle branch block. ABNORMAL, Echo - 2D Echo (with 3D if indicated) (Ordered for 03/12/2014)
Continue on current meds and monitor BP readings at home.

### 4. Hyperlipidemia

Diagnostic Imaging:ECG Cilingiroglu,Mehmet 3/12/2014 11:05:12 AM > Sinus Bradycardia -Left bundle branch block. ABNORMAL, Echo - 2D Echo (with 3D if indicated) (Ordered for 03/12/2014)
Continue on current regimen.

### 5. Claudication

Diagnostic Imaging:ECG Cilingiroglu,Mehmet 3/12/2014 11:05:12 AM > Sinus Bradycardia -Left bundle branch block. ABNORMAL, Echo - 2D Echo (with 3D if indicated) (Ordered for 03/12/2014)
normal ABIs.

### 6. OSA on CPAP

Continue on CPAP.

### 7. Others

Continue Crestor Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Digoxin Tablet, 0.125 MG, 1 tablet, Orally, Once a day
Continue Toprol XL Tablet Extended Release 24 Hour, 25 MG, 1 tablet, Orally, Once a day
Continue Protonix Tablet Delayed Release, 40 MG, 1 tablet, Orally, twice a day
Continue Aspirin Tablet Delayed Release, 325 MG, 1 tablet, Orally, Once a day
Continue Plavix Tablet, 75 MG, 1 tablet, Orally, Once a day
Continue Vasotec Tablet, 5 MG, 1 tablet, Orally, Twice a day
Continue Fluoxetine HCl Capsule, 20 MG, 1 capsule in the morning, Orally, Once a day
Continue Co Q 10 Capsule, 100 MG, 1 capsule with a meal, Orally, Once a day

Joint pain or swelling no. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities yes.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no. Headaches no.
Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

Continue Vitamin C Tablet, 1000 MG, 1 tablet, Orally, twice a day
Continue Flax Seeds Powder, as directed, Orally, once a day
Continue Krill Oil Omega-3 Capsule, 300 MG, as directed, Orally, once a day

**Procedure Codes**

93000 ELECTROCARDIOGRAM, COMPLETE

**Follow Up**

3 Months (Reason: cad, hlp, osa, )

Mehmet Cilingiroglu, MD

**Electronically signed by Mehmet Cilingiroglu on 03/12/2014 at 11:50 AM CDT**

**Sign off status: Completed**

---

**AHHC Main**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

ARKANSAS HEART HOSPITAL® CLINIC

**Keathley, Timothy**

41 Y old Male, DOB:
Chart No#: 1733101

Home:
Guarantor: Keathley, Timothy Insurance: United Healthcare Payer ID: 87726

PCP: James MD Fulmer Referring: James MD Fulmer

Appointment Facility: AHHC Main

03/12/2014

History and Physical : Wilson Wong, M.D.

### Current Medications

Crestor 10 MG Tablet 1 tablet Once a day
Digoxin 0.125 MG Tablet 1 tablet Once a day
Toprol XL 25 MG Tablet Extended Release 24 Hour 1 tablet Once a day
Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
Aspirin 325 MG Tablet Delayed Release 1 tablet Once a day
Plavix 75 MG Tablet 1 tablet Once a day
Vasotec 5 MG Tablet 1 tablet Twice a day
Fluoxetine HCl 20 MG Capsule 1 capsule in the morning Once a day
Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
Vitamin C 1000 MG Tablet 1 tablet twice a day
Flax Seeds Powder as directed once a day
Krill Oil Omega-3 300 MG Capsule as directed once a day
Medication List reviewed and reconciled with the patient

### Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%
HLP
OSA on CPAP

### Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014

### Family History

Father: alive heart attack
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

### Social History

Tobacco Use:
Tobacco Use/Smoking Are you a: nonsmoker .
Tobacco use other than smoking

### Reason for Appointment

1. ICM

### History of Present Illness

HPI:
He is referred by Dr. Mehmet. He has h/o CAD s/p old MI 1/12/2014. LVEF=20-25%. He had Echo today. 1/29/2014, LVEF=30-35% He has stent placement 1/12/2014. He has been on Lifevest. He has h/o HTN, HLD. No DM. Father had MI at 40 y/o. No cig. No chest pain, SOB, DOE, orthopnea, PND, dizziness, syncope, palpitation. He has sleep apnea will start CPAP. No fatigue.

### Vital Signs

HR 62 /min, BP 113/72 mm Hg, Ht 5 ft 10 in, Wt 208 lbs, BMI 29.84 Index, RR 18 /min, Oxygen sat 95 %.

### Examination

General Examination:
GENERAL APPEARANCE: pleasant, well nourished, well developed, in no acute distress.
HEAD: normocephalic.
EYES: normal, pupils equal, round, reactive to light and accommodation, conjunctiva clear, not pale.
ORAL CAVITY: normal, mucosa moist.
NECK/THYROID: normal, neck supple, no carotid bruit, no jugular venous distention.
LYMPH NODES: no lymphadenopathy.
SKIN: normal, no rashes, warm and dry.
HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs.
LUNGS: normal, clear to auscultation bilaterally, no wheezes, rales, rhonchi.
CHEST: normal shape and expansion, no sternal abnormalities.
ABDOMEN: normal, soft, nontender, nondistended, no masses palpable, no bruit.
MUSCULOSKELETAL: no swelling or deformity, no calf muscle tenderness.
EXTREMITIES: no clubbing, cyanosis, or edema.
PERIPHERAL PULSES: normal, 2+ throughout.

Are you an other tobacco user? No

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**

General/Constitutional:
Weight gain no. Weight loss without dieting no. Fatigue no. Fever no.
HEENT:
Eyes: Visual Disturbances yes. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity no. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:
Chest pain/chest pressure no. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:
Joint pain or swelling no. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities yes.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no. Headaches no.
Psychiatric:

NEUROLOGIC: non-focal.
PSYCH: alert, oriented, mood appropriate.

**Assessments**
1. Ischemic cardiomyopathy - 414.8 (Primary), Class I CHF. Chronic systolic. LVEF=30-35%. Repeat Echo today
2. CAD in native artery - 414.01, s/p MI and PCI of LAD and still on dual antiplatelet tx at this time.
3. OSA on CPAP - 327.23, On CPAP.
4. Hyperlipidemia - 272.4, well controlled, continue current therapy
5. HTN (hypertension) - 401.9, well controlled, continue current therapy
6. Old MI (myocardial infarction) - 412, on 1/12/2014
7. Post Coronary Stent - V45.82, on 1/12/2014

**Treatment**
**1. Ischemic cardiomyopathy**
Continue Crestor Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Digoxin Tablet, 0.125 MG, 1 tablet, Orally, Once a day
Continue Toprol XL Tablet Extended Release 24 Hour, 25 MG, 1 tablet, Orally, Once a day
Continue Plavix Tablet, 75 MG, 1 tablet, Orally, Once a day
Continue Vasotec Tablet, 5 MG, 1 tablet, Orally, Twice a day
Diagnostic Imaging:Echo - 2D Echo (with 3D if indicated) (Ordered for 03/12/2014)

**Follow Up**
4 Weeks

Wilson Wong, M.D.

**Electronically signed by Wilson Wong on 03/12/2014 at 01:18 PM CDT**

**Sign off status: Completed**

**AHHC Main**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**

Untreated or worsening depression no.
Untreated or worsening anxiety no.

**Fax: 501-664-0889**

---

**Patient: Keathley, Timothy DOB:** **Progress Note: Wilson Wong, M.D. 03/12/2014**

*Note generated by eClinicalWorks EMR/PM Software (www eClinicalWorks.com)*

# Keathley, Timothy

ARKANSAS HEART HOSPITAL®
CLINIC

41 Y old Male, DOB:
Chart No#: 1733101

Home:
Guarantor: Keathley, Timothy Insurance: United Healthcare Payer ID: 87726

PCP: James MD Fulmer Referring: James MD Fulmer

Appointment Facility: AHHC Main

04/16/2014 History and Physical : Wilson Wong, M.D.

## Current Medications

Crestor 10 MG Tablet 1 tablet Once a day
Digoxin 0.125 MG Tablet 1 tablet Once a day
Toprol XL 25 MG Tablet Extended Release 24 Hour 1 tablet Once a day
Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
Aspirin 325 MG Tablet Delayed Release 1 tablet Once a day
Plavix 75 MG Tablet 1 tablet Once a day
Vasotec 5 MG Tablet 1 tablet Twice a day
Fluoxetine HCl 20 MG Capsule 1 capsule in the morning Once a day
Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
Vitamin C 1000 MG Tablet 1 tablet twice a day
Flax Seeds Powder as directed once a day
Krill Oil Omega-3 300 MG Capsule as directed once a day
Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%
HLP
OSA on CPAP

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014

## Family History

Father: alive heart attack
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

## Social History

Tobacco Use:
Tobacco Use/Smoking Are you a: nonsmoker .
Tobacco use other than smoking

## Reason for Appointment

1. Ischemic cardiomyopathy

## History of Present Illness

HPI:
He has h/o CAD s/p old MI, stent 1/12/2014. LVEF=30% and he has been on Lifevest since then. No chest pain, SOB, DOE, orthopnea, PND, dizziness, syncope, palpiattion.

## Vital Signs

HR 65 /min, BP 129/74 mm Hg, Ht 5 ft 10 in, Wt 199 lbs, BMI 28.55 Index, Oxygen sat 96 %.

## Examination

General Examination:
GENERAL APPEARANCE: pleasant, well nourished, well developed, in no acute distress.
HEAD: normocephalic.
EYES: normal, pupils equal, round, reactive to light and accommodation, conjunctiva clear, not pale.
ORAL CAVITY: normal, mucosa moist.
NECK/THYROID: normal, neck supple, no carotid bruit, no jugular venous distention.
LYMPH NODES: no lymphadenopathy.
SKIN: normal, no rashes, warm and dry.
HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs.
LUNGS: normal, clear to auscultation bilaterally, no wheezes, rales, rhonchi.
CHEST: normal shape and expansion, no sternal abnormalities.
ABDOMEN: normal, soft, nontender, nondistended, no masses palpable, no bruit.
MUSCULOSKELETAL: no swelling or deformity, no calf muscle tenderness.
EXTREMITIES: no clubbing, cyanosis, or edema.
PERIPHERAL PULSES: normal, 2+ throughout.
NEUROLOGIC: non-focal.
PSYCH: alert, oriented, mood appropriate.

Are you an other tobacco user? *No*

Drugs/Alcohol:

Drugs

Have you used drugs other than those for medical reasons in the past 12 months? *No*

Alcohol Screen

Did you have a drink containing alcohol in the past year? *Yes*

How often did you have a drink containing alcohol in the past year? *2 to 4 times a month (2 points)*

How many drinks did you have on a typical day when you were drinking in the past year? *1 or 2 drinks (0 point)*

How often did you have 6 or more drinks on one occasion in the past year? *Less than monthly (1 point)*

Points *3*

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

## Review of Systems

General/Constitutional:

Weight gain no. Weight loss without dieting no. Fatigue no. Fever no.

HEENT:

Eyes: Visual Disturbances yes. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:

Mass in neck/goiter no. Uncontrolled shaking/tremors no.

Respiratory:

Snoring no. Coughing up blood no. Shortness of breath with activity no. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.

Cardiac:

Chest pain/chest pressure no. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.

Gastrointestinal:

Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.

Hematology:

Low blood count/acute anemia no. Low platelet/thrombocytopenia no.

Men Only:

Erectile dysfunction no.

Genitourinary:

Blood in urine no. Pain on urination no.

## Assessments

1. CAD in native artery - 414.01 (Primary), s/p MI and PCI of LAD and still on dual antiplatelet tx at this time. ,well controlled, continue current therapy
2. Ischemic cardiomyopathy - 414.8, Chronic systolic, class II-III CHF. Chronic systolic. LVEF=30-35%. Repeat Echo today. If LVEF<+35%, then BiV ICD
3. HTN (hypertension) - 401.9, well controlled, continue current therapy
4. Old MI (myocardial infarction) - 412, on 1/12/2014
5. Post Coronary Stent - V45.82, on 1/12/2014
6. OSA on CPAP - 327.23, On CPAP.
7. LBBB (left bundle branch block) - 426.3, QRS=158 msec

## Treatment

**1. CAD in native artery**

Continue Crestor Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Digoxin Tablet, 0.125 MG, 1 tablet, Orally, Once a day
Continue Toprol XL Tablet Extended Release 24 Hour, 25 MG, 1 tablet, Orally, Once a day
Continue Plavix Tablet, 75 MG, 1 tablet, Orally, Once a day
Continue Vasotec Tablet, 5 MG, 1 tablet, Orally, Twice a day

**2. Ischemic cardiomyopathy**

Diagnostic Imaging:ECG Wong,Wilson 4/16/2014 4:58:02 PM > NSR, LBBB. Abnormal ECG, Echo - 2D Echo (with 3D if indicated) (Ordered for 04/16/2014)

## Procedure Codes

93000 ELECTROCARDIOGRAM, COMPLETE

## Follow Up

3 Months

Wilson Wong, M.D.

**Electronically signed by Wilson Wong on 04/16/2014 at 06:02 PM CDT**

**Sign off status: Completed**

Musculoskeletal:
Joint pain or swelling no. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities yes.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no. Headaches no.
Psychiatric:
Untreated or worsening depression yes. Untreated or worsening anxiety yes.

**AHHC Main**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

ARKANSAS HEART HOSPITAL® CLINIC

# Keathley, Timothy

41 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy Insurance: United Healthcare Payer ID: 87726
PCP: James MD Fulmer Referring: James MD Fulmer
Appointment Facility: AHHC Main

06/11/2014 History and Physical : Mehmet Cilingiroglu, MD

## Current Medications

**Taking**

- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 325 MG Tablet Delayed Release 1 tablet Once a day
- Fluoxetine HCl 20 MG Capsule 1 capsule in the morning Once a day
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Flax Seeds Powder as directed once a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Crestor 10 MG Tablet 1 tablet Once a day
- Plavix 75 MG Tablet 1 tablet Once a day
- Vasotec 5 MG Tablet 1 tablet Twice a day

**Discontinued**

- Digoxin 0.125 MG Tablet 1 tablet Once a day
- Toprol XL 25 MG Tablet Extended Release 24 Hour 1 tablet Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%. PCI of RCA DES
HLP
OSA on CPAP

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014

## Family History

Father: alive, heart attack
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

## Social History

Tobacco Use:
Tobacco Use/Smoking Are you a:

## Reason for Appointment

1. coronary artery disease, status post PCI to LAD and RCA
2. GI reflux disease
3. Ischemic cardiomyopathy

## History of Present Illness

HPI:

Comes in for followup. He is feeding L. overall very well and with no significant angina pectoris or shortness of breath at this time since his last percutaneous intervention to his RCA with a drug-eluting stent. His left ventricular angiogram showed near normal left ventricular systolic function. He seems to be in good spirits at this time. He states that he absolutely have no significant chest pain since his last percutaneous intervention. He also reports that his reflux symptoms have greatly improved. He is getting ready for vacation in Hawaii.

## Vital Signs

HR 62 /min, BP 135/80 mm Hg, Ht 5 ft 10 in, Wt 194 lbs, BMI 27.83 Index, Oxygen sat 97 %.

## Examination

General Examination:

GENERAL APPEARANCE: pleasant, well nourished, in no acute distress. HEAD: normocephalic. NECK/THYROID: normal, neck supple, no carotid bruit, no jugular venous distention. HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs. LUNGS: normal, clear to auscultation bilaterally, no wheezes, rales, rhonchi. CHEST: normal shape and expansion, no sternal abnormalities. ABDOMEN: normal, soft, nontender, nondistended, no masses palpable. EXTREMITIES: no edema. PERIPHERAL PULSES: normal, 2+ throughout. NEUROLOGIC: nonfocal, alert and oriented, cranial nerves 2-12 grossly intact.

## Assessments

1. CAD in native artery - 414.01 (Primary), No significant angina at this time.
2. HTN (hypertension) - 401.9, Optimal they'll controlled.
3. Hyperlipidemia - 272.4, Tolerating statin therapy.
4. Ischemic cardiomyopathy - 414.8, Well compensated.

nonsmoker . Tobacco use other than smoking Are you an other tobacco user? No.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none. Children: yes, 2. Exercise: yes, 2-3 times per week. Marital status: married.

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014

## Review of Systems

General/Constitutional:
Weight gain no. Weight loss without dieting no. Fatigue no. Fever no.
HEENT:
Eyes: Visual Disturbances yes. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity no. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:
Chest pain/chest pressure no. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.

## Treatment

**1. CAD in native artery**
Continue Crestor Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Plavix Tablet, 75 MG, 1 tablet, Orally, Once a day
Continue Vasotec Tablet, 5 MG, 1 tablet, Orally, Twice a day
IMAGING: ECG
Cilingiroglu,Mehmet 6/11/2014 11:05:08 AM > Sinus Rhythm - Left bundle branch block. ABNORMAL

Notes: Continue on current medical regimen and risk factor modifications. have advised him to be on aspirin for life and Plavix for a minimal of one year.

**2. HTN (hypertension)**
IMAGING: ECG
Cilingiroglu,Mehmet 6/11/2014 11:05:08 AM > Sinus Rhythm - Left bundle branch block. ABNORMAL

Notes: Continue current medications and monitor blood pressure readings at home.

**3. Hyperlipidemia**
IMAGING: ECG
Cilingiroglu,Mehmet 6/11/2014 11:05:08 AM > Sinus Rhythm - Left bundle branch block. ABNORMAL

Notes: Continue on statin therapy.

**4. Ischemic cardiomyopathy**
Notes: Continue on current medical regimen.

**5. Others**
Continue Protonix Tablet Delayed Release, 40 MG, 1 tablet, Orally, twice a day
Continue Aspirin Tablet Delayed Release, 325 MG, 1 tablet, Orally, Once a day
Continue Fluoxetine HCl Capsule, 20 MG, 1 capsule in the morning, Orally, Once a day
Continue Co Q 10 Capsule, 100 MG, 1 capsule with a meal, Orally, Once a day
Continue Vitamin C Tablet, 1000 MG, 1 tablet, Orally, twice a day
Continue Flax Seeds Powder, as directed, Orally, once a day
Continue Krill Oil Omega-3 Capsule, 300 MG, as directed, Orally, once a day

## Procedure Codes

93000 ELECTROCARDIOGRAM, COMPLETE

## Follow Up

3 Months (Reason: cad, htn, hlp)

Musculoskeletal:
Joint pain or swelling no. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no. Headaches no.
Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

Mehmet Cilingiroglu, MD

**Electronically signed by Mehmet Cilingiroglu on 06/11/2014 at 03:16 PM CDT**

**Sign off status: Completed**

**AHHC Main**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

ARKANSAS HEART HOSPITAL® CLINIC

**Keathley, Timothy**
42 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy Insurance: United Healthcare Payer ID: 87726
PCP: James MD Fulmer Referring: James MD Fulmer
Appointment Facility: AHHC Main

**12/03/2014** **History and Physical : Mehmet Cilingiroglu, MD**

## Current Medications

**Taking**

- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Fluoxetine HCl 20 MG Capsule 1 capsule in the morning Once a day
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Crestor 10 MG Tablet 1 tablet Once a day
- Plavix 75 MG Tablet 1 tablet Once a day
- Vasotec 5 MG Tablet 1 tablet Twice a day

**Not-Taking/PRN**

- Flax Seeds Powder as directed once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14

## Family History

Father: alive, heart attack
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

## Social History

Tobacco Use:
Tobacco Use/Smoking Are you a: nonsmoker . Tobacco use other than smoking Are you an other tobacco user? No.
Drugs/Alcohol:

## Reason for Appointment

1. CAD
2. HTN
3. HLP

## History of Present Illness

All labs:

comes in for follow up. He had MI with PCI to LAD and RCA and significant improvement in his LVEF. he seems to be doing well with no angina or sob at this time. He is back at work and doing well.

## Vital Signs

HR 73 /min, BP 126/77 mm Hg, Ht 5 ft 10 in, Wt 203 lbs, BMI 29.12 Index, Oxygen sat 99 %.

## Examination

General Examination:

GENERAL APPEARANCE: pleasant, well nourished, in no acute distress. HEAD: normocephalic. NECK/THYROID: normal, neck supple, no carotid bruit, no jugular venous distention. HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs. LUNGS: normal, clear to auscultation bilaterally, no wheezes, rales, rhonchi. CHEST: normal shape and expansion, no sternal abnormalities. ABDOMEN: normal, soft, nontender, nondistended, no masses palpable. EXTREMITIES: no edema. PERIPHERAL PULSES: normal, 2+ throughout. NEUROLOGIC: nonfocal, alert and oriented, cranial nerves 2-12 grossly intact.

## Assessments

1. CAD in native artery - 414.01 (Primary), no angina at this time.
2. HTN (hypertension) - 401.9, well controlled.
3. Hyperlipidemia - 272.4

## Treatment

**1. CAD in native artery**

Continue Crestor Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Plavix Tablet, 75 MG, 1 tablet, Orally, Once a day
LAB: CBC (Ordered for 12/03/2014)
LAB: Comprehensive Metabolic Panel (Ordered for 12/03/2014)
LAB: Free T4 (Ordered for 12/03/2014)

Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none. Children: yes, 2. Exercise: yes, 2-3 times per week. Marital status: married.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014

### Review of Systems

General/Constitutional:
Weight gain yes. Weight loss without dieting no. Fatigue yes . Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity no. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:
Chest pain/chest pressure no. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:
Joint pain or swelling no. Muscle

LAB: Hemoglobin A1C (Ordered for 12/03/2014)
LAB: Lipid Panel (Ordered for 12/03/2014)
LAB: proBNP (Ordered for 12/03/2014)
LAB: TSH (Ordered for 12/03/2014)
IMAGING: ECG
Cilingiroglu,Mehmet 12/3/2014 11:36:01 AM > Sinus Rhythm - Left bundle branch block. ABNORMAL

Notes: continue on meds.

**2. HTN (hypertension)**
LAB: CBC (Ordered for 12/03/2014)
LAB: Comprehensive Metabolic Panel (Ordered for 12/03/2014)
LAB: Free T4 (Ordered for 12/03/2014)
LAB: Hemoglobin A1C (Ordered for 12/03/2014)
LAB: Lipid Panel (Ordered for 12/03/2014)
LAB: proBNP (Ordered for 12/03/2014)
LAB: TSH (Ordered for 12/03/2014)
IMAGING: ECG
Cilingiroglu,Mehmet 12/3/2014 11:36:01 AM > Sinus Rhythm - Left bundle branch block. ABNORMAL

Notes: continue on meds and monitor BP at home.

**3. Hyperlipidemia**
LAB: CBC (Ordered for 12/03/2014)
LAB: Comprehensive Metabolic Panel (Ordered for 12/03/2014)
LAB: Free T4 (Ordered for 12/03/2014)
LAB: Hemoglobin A1C (Ordered for 12/03/2014)
LAB: Lipid Panel (Ordered for 12/03/2014)
LAB: proBNP (Ordered for 12/03/2014)
LAB: TSH (Ordered for 12/03/2014)
Notes: continue on meds.

**4. Others**
Continue Protonix Tablet Delayed Release, 40 MG, 1 tablet, Orally, twice a day
Continue Aspirin Tablet Dispersible, 81 MG, 1 tablet, Orally, Once a day
Continue Co Q 10 Capsule, 100 MG, 1 capsule with a meal, Orally, Once a day
Continue Vitamin C Tablet, 1000 MG, 1 tablet, Orally, twice a day
Continue Krill Oil Omega-3 Capsule, 300 MG, as directed, Orally, once a day
Continue Flax Seeds Powder, as directed, Orally, once a day

### Procedure Codes

93000 ELECTROCARDIOGRAM, COMPLETE

### Follow Up

6 Months (Reason: cad, htn, hlp)

weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no. Headaches no.
Psychiatric:
Untreated or worsening depression yes. Untreated or worsening anxiety no.

**Electronically signed by Mehmet Cilingiroglu on 12/03/2014 at 11:36 AM CST**

**Sign off status: Completed**

**AHHC Main**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

ARKANSAS HEART HOSPITAL® CLINIC

# Keathley, Timothy

42 Y old Male, DOB:
Account Number: 1733101

Home
Guarantor: Keathley, Timothy Insurance: United
Healthcare Payer ID: 87726
PCP: James MD Fulmer Referring: James MD Fulmer
Appointment Facility: AHHC MAIN

06/03/2015 History and Physical : Mehmet Cilingiroglu, MD

## Current Medications

**Taking**

- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH TWICE A DAY
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Fluoxetine HCl 20 MG Capsule 1 capsule in the morning Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%. PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14

## Family History

Father: alive, heart attack
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

## Social History

Tobacco Use:
Tobacco Use/Smoking Are you a: nonsmoker . Tobacco use other than

## Reason for Appointment

1. CAD status post PCI of RCA and LAD
2. Hypertension
3. Hyperlipidemia
4. Ischemic cardiomyopathy

## History of Present Illness

HPI:

Comes in for followup. He has prior history of coronary artery disease with acute ST elevation acute myocardial infarction with percutaneous intervention to his LAD and a prolonged percutaneous intervention to his RCA with drug-eluting stents. His last echocardiogram showed an EF of around 40-45 percent. He seems to be doing fairly well with no significant chest pain or shortness of breath continued to work full duty. His blood pressure is well controlled and history of mania sinus rhythm with left bundle branch block. He seems to be exercising with no significant symptoms.

## Vital Signs

HR 86 /min, BP 130/82 mm Hg, Ht 5 ft 10 in, Wt 207 lbs, BMI 29.70 Index, Oxygen sat 97 %.

## Examination

General Examination:

GENERAL APPEARANCE: pleasant, well nourished, in no acute distress. HEAD: normocephalic. NECK/THYROID: normal, neck supple, no carotid bruit, no jugular venous distention. HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs. LUNGS: normal, clear to auscultation bilaterally, no wheezes, rales, rhonchi. CHEST: normal shape and expansion, no sternal abnormalities. ABDOMEN: normal, soft, nontender, nondistended, no masses palpable. EXTREMITIES: no edema. PERIPHERAL PULSES: normal, 2+ throughout. NEUROLOGIC: nonfocal, alert and oriented, cranial nerves 2-12 grossly intact.

## Assessments

1. CAD in native artery - 414.01 (Primary), no angina. On dual antiplatelet therapy.
2. HTN (hypertension) - 401.9, Well controlled.

smoking Are you an other tobacco user? No.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none. Children: yes, 2. Exercise: yes, 2-3 times per week. Marital status: married.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014

### Review of Systems

General/Constitutional:
Weight gain yes. Weight loss without dieting no. Fatigue yes. Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity no. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:
Chest pain/chest pressure no. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:

3. Hyperlipidemia - 272.4, On current regimen.
4. OSA on CPAP - 327.23, On CPAP

### Treatment

**1. CAD in native artery**
IMAGING: ECG
Cilingiroglu,Mehmet 6/3/2015 11:35:05 AM > Sinus Rhythm - Left bundle branch block. ABNORMAL
IMAGING: Echo - 2D Echo (with 3D if indicated) (Ordered for 06/03/2015)
Notes: Continue on dual antiplatelet therapy. 2-D Doppler echocardiogram to reevaluate LVEF.

**2. HTN (hypertension)**
IMAGING: ECG
Cilingiroglu,Mehmet 6/3/2015 11:35:05 AM > Sinus Rhythm - Left bundle branch block. ABNORMAL
IMAGING: Echo - 2D Echo (with 3D if indicated) (Ordered for 06/03/2015)
Notes: Continue on current medications.

**3. Hyperlipidemia**
IMAGING: ECG
Cilingiroglu,Mehmet 6/3/2015 11:35:05 AM > Sinus Rhythm - Left bundle branch block. ABNORMAL
IMAGING: Echo - 2D Echo (with 3D if indicated) (Ordered for 06/03/2015)
Notes: Continue on current medications.

**4. OSA on CPAP**
IMAGING: ECG
Cilingiroglu,Mehmet 6/3/2015 11:35:05 AM > Sinus Rhythm - Left bundle branch block. ABNORMAL
IMAGING: Echo - 2D Echo (with 3D if indicated) (Ordered for 06/03/2015)
Notes: Continue on CPAP.

**5. Others**
Continue Plavix Tablet, 75 MG, TAKE ONE TABLET BY MOUTH EVERY DAY
Continue Crestor Tablet, 10 MG, TAKE ONE TABLET BY MOUTH AT BEDTIME
Continue Vasotec Tablet, 5 MG, TAKE ONE TABLET BY MOUTH TWICE A DAY
Continue Protonix Tablet Delayed Release, 40 MG, 1 tablet, Orally, twice a day
Continue Aspirin Tablet Dispersible, 81 MG, 1 tablet, Orally, Once a day
Continue Co Q 10 Capsule, 100 MG, 1 capsule with a meal, Orally, Once a day
Continue Vitamin C Tablet, 1000 MG, 1 tablet, Orally, twice a day
Continue Krill Oil Omega-3 Capsule, 300 MG, as directed, Orally, once a day

Joint pain or swelling no. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no. Headaches no.
Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety yes.

Continue Fluoxetine HCl Capsule, 20 MG, 1 capsule in the morning, Orally, Once a day

**Procedure Codes**

93000 ELECTROCARDIOGRAM, COMPLETE

**Follow Up**

1 Year (Reason: cad, htn)

Mehmet Cilingiroglu, MD

**Electronically signed by Mehmet Cilingiroglu on 06/03/2015 at 11:44 AM CDT**

**Sign off status: Completed**

---

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

---

ARKANSAS HEART HOSPITAL®
CLINIC

**Keathley, Timothy**
42 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy Insurance: United Healthcare Payer ID: 87726
PCP: James MD Fulmer Referring: James MD Fulmer
Appointment Facility: AHHC MAIN

06/26/2015

History and Physical: Patrick Stage, APN

## Current Medications

**Taking**

- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH TWICE A DAY
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Carvedilol 3.125 MG Tablet 1 tablet with food Twice a day
- Zoloft 50 MG Tablet 1 tablet Once a day

**Discontinued**

- Fluoxetine HCl 20 MG Capsule 1 capsule in the morning Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14

## Family History

Father: alive, heart attack
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

## Reason for Appointment

1. Cardiomyopathy
2. CAD
3. Previous myocardial infarction
4. Congestive heart failure

## History of Present Illness

HPI:

Pt here for followup of cardiomyopathy and previous myocardial infarction. He had an echo on 6/3/15 which showed an ef of .30-.35. He is wearing a lifevest. He is feeling some palpitations. He has not had any syncope. He comes in today for consideration of ICD placement.

## Vital Signs

HR 70 /min, BP 121/78 mm Hg, Ht 5 ft 10 in, Wt 209 lbs, BMI 29.99 Index, Oxygen sat 96 %.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .
HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.
LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.
EXTREMITIES: no clubbing, cyanosis, or edema.

## Assessments

1. CAD in native artery - 414.01 (Primary)
2. Old MI (myocardial infarction) - 412
3. Post Coronary Stent - V45.82
4. LBBB (left bundle branch block) - 426.3

## Treatment

**1. CAD in native artery**

Continue Plavix Tablet, 75 MG, TAKE ONE TABLET BY MOUTH EVERY DAY

Notes: Pt having palpitations. Review of his lifevest shows. He is in the 90 day window to see if he qualifies for ICD. If he needs ICD placement would qualify for BIV ICD. He has been on coreg therapy for two weeks. Need to see back in two weeks for limited echo to see where his ejection fraction is and plan to titrate his coreg.

### Social History

Tobacco Use:
Tobacco Use/Smoking Are you a: nonsmoker .
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014

### Review of Systems

General/Constitutional:
Weight gain **yes**. Weight loss without dieting no. Fatigue **yes** . Fever no.
HEENT:
Eyes: Visual Disturbances yes. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity no. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:
Chest pain/chest pressure no. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate **yes**. Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low

### Follow Up

2 Weeks



**Electronically signed by Patrick Stage on 06/26/2015 at 10:14 AM CDT**

**Sign off status: Completed**

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:
Joint pain or swelling yes. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no. Headaches no.
Psychiatric:
Untreated or worsening depression yes. Untreated or worsening anxiety no.

---

**Patient: Keathley, Timothy DOB: Progress Note: Patrick Stage, APN 06/26/2015**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

ARKANSAS HEART HOSPITAL®
CLINIC

# Keathley, Timothy

42 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy Insurance: United Healthcare Payer ID: 87726
PCP: James MD Fulmer Referring: James MD Fulmer
Appointment Facility: AHHC MAIN

07/10/2015

History and Physical : Patrick Stage, APN

## Current Medications

**Taking**

- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH TWICE A DAY
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Carvedilol 3.125 MG Tablet 1 tablet with food Twice a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%. PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14

## Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

## Social History

Tobacco Use:
Tobacco Use/Smoking Are you a:

## Reason for Appointment

1. Cardiomyopathy
2. CAD
3. Myocardial infarction
4. Lifevest

## History of Present Illness

HPI:

Pt here for followup of cardiomyopathy and CAD. He is wearing a lifevest. He denies any chest pain. He denies any syncope. He is doing better with the fatigue. He had a previous myocardial infarction. He comes in today for further evaluation.

## Vital Signs

HR 75 /min, BP 117/76 mm Hg, Ht 5 ft 10 in, Wt 203 lbs, BMI 29.12 Index, Oxygen sat 96 %.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .
HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.
LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.
EXTREMITIES: no clubbing, cyanosis, or edema.

## Assessments

1. CAD in native artery - 414.01 (Primary)
2. Ischemic cardiomyopathy - 414.8
3. HTN (hypertension) - 401.9
4. Old MI (myocardial infarction) - 412
5. Post Coronary Stent - V45.82

## Treatment

**1. CAD in native artery**

Notes: Pt here for followup of cardiomyopathy. Echocardiography pending. Dr. Beau will call shortly with results.
His ef has improved to .35-.40. increase carvedilol to three tablets daily. Followup in 4 weeks. Pt can discontinue the lifevest.

**2. Ischemic cardiomyopathy**

nonsmoker .
Tobacco use other than smoking
Are you an other tobacco user? No
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? No
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014

### Review of Systems

General/Constitutional:
Weight gain yes. Weight loss without dieting no. Fatigue no. Fever no.
HEENT:
Eyes: Visual Disturbances yes. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity no. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:
Chest pain/chest pressure no. Unpredictable excessive sweating yes. Rapid heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.

Continue Carvedilol Tablet, 3.125 MG, 1 tablet with food, Orally, Twice a day
Continue Vasotec Tablet, 5 MG, TAKE ONE TABLET BY MOUTH TWICE A DAY

### Follow Up

4 Weeks

**Electronically signed by Patrick Stage on 07/10/2015 at 01:34 PM CDT**

**Sign off status: Completed**

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:
Joint pain or swelling no. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no. Headaches no.
Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

---

**Patient: Keathley, Timothy DOB: Progress Note: Patrick Stage, APN 07/10/2015**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

ARKANSAS HEART HOSPITAL®
CLINIC

# Keathley, Timothy S

43 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: United Healthcare Payer ID: 87726
PCP: James MD Fulmer Referring: James MD Fulmer
Appointment Facility: AHHC MAIN

08/05/2015 History and Physical : Patrick Stage, APN

## Current Medications

**Taking**

- Carvedilol 3.125 MG Tablet 1 tablet with food Twice a day
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH TWICE A DAY
- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14

## Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

## Social History

Tobacco Use:
Tobacco Use/Smoking Are you a:

## Reason for Appointment

1. Cardiomyopathy
2. CAD
3. Hypertension

## History of Present Illness

HPI:

Pt here for followup of ischemic cardiomyopathy. His ef had improved last echo to .35-.40. He denies any syncope. He denies any chest pain. He has had some fluttering in his heart up to 30 seconds. He had a repeat echo today with results pending.

## Vital Signs

HR 71 /min, BP 127/80 mm Hg, Ht 5 ft 10 in, Wt 203 lbs, BMI 29.12 Index.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .
HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.
LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.
EXTREMITIES: no clubbing, cyanosis, or edema.

## Assessments

1. HTN (hypertension) - 401.9 (Primary)
2. Hyperlipidemia - 272.4
3. Old MI (myocardial infarction) - 412
4. Post Coronary Stent - V45.82
5. LBBB (left bundle branch block) - 426.3
6. CAD in native artery - 414.01
7. Ischemic cardiomyopathy - 414.8

## Treatment

**1. HTN (hypertension)**

Refill Carvedilol Tablet, 6.25 MG, 1 tablet with food, Orally, Twice a day, 60, Refills 6

Notes: Pt feeling well on higher dose of coreg. Will increase his coreg to 6.25 mg twice daily. Followup in 3 months.

nonsmoker .
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point). Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
Angina @ AHH 05/2014

**Review of Systems**

General/Constitutional:
Weight gain no. Weight loss without dieting no. Fatigue no. Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity no. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:
Chest pain/chest pressure no. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.

**2. Ischemic cardiomyopathy**
IMAGING: Echo - 2D Echo (with 3D if indicated) (Ordered for 08/05/2015)

**Follow Up**
3 Months



**Electronically signed by Patrick Stage on 08/05/2015 at 10:55 AM CDT**

**Sign off status: Completed**

---

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

Genitourinary:
Blood in urine no. Pain on urination no.

Musculoskeletal:
Joint pain or swelling no. Muscle weakness no. Muscle cramping no.

Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.

Skin:
Rash no. Skin sores no. Non-healing wounds no.

Neurologic:
Dizziness no. Confusion no. Headaches no.

Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

---

**Patient: Keathley, Timothy S DOB: Progress Note: Patrick Stage, APN 08/05/2015**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

ARKANSAS HEART HOSPITAL®
CLINIC

**Keathley, Timothy S**
43 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: United Healthcare Payer ID: 87726
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

11/04/2015 History and Physical : Patrick Stage, APN

## Current Medications

**Taking**

- Carvedilol 6.25 MG Tablet 1 tablet with food Twice a day
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14

## Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

## Social History

Tobacco Use:
Tobacco Use/Smoking

## Reason for Appointment

1. Ischemic cardiomyopathy
2. CAD
3. Old myocardial infarction

## History of Present Illness

HPI:

Pt here for followup of ischemic cardiomyopathy and previous myocardial infarction. He denies any chest pain. He denies any syncope. He is tired and fatigued. He has gained some weight over the last few months. His last echo showed an ef of .30-.35. He comes in today for routine followup.

## Vital Signs

HR 70 /min, BP 124/83 mm Hg, Ht 5 ft 10 in, Wt 203 lbs, BMI 29.12 Index, Oxygen sat 96 %.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .
HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.
LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.
EXTREMITIES: no clubbing, cyanosis, or edema.

## Assessments

1. CAD (coronary artery disease) - I25.10 (Primary)
2. Ischemic cardiomyopathy - I25.5
3. Hypertension - I10
4. Hyperlipidemia - E78.5
5. OSA on CPAP - G47.33
6. Old MI (myocardial infarction) - I25.2
7. Stented coronary artery - Z95.5
8. LBBB (left bundle branch block) - I44.7

## Treatment

**1. CAD (coronary artery disease)**

Notes: Pt needs a repeat echo to assess ejection fraction. Otherwise feeling well. Continue present care.

Smoking Status: *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014

## Review of Systems

General/Constitutional:
Weight gain no. Weight loss without dieting no. Fatigue yes . Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity no. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:
Chest pain/chest pressure no. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.

**2. Ischemic cardiomyopathy**
Continue Carvedilol Tablet, 6.25 MG, 1 tablet with food, Orally, Twice a day
Continue Vasotec Tablet, 5 MG, TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
IMAGING: Echo - 2D Echo (with 3D if indicated) (Ordered for 11/04/2015)

**3. Others**
Notes: Patient Education was published to portal.

## Preventive Medicine

Counseling:
Care goal follow-up plan:
Above Normal BMI Follow-up *Lifestyle education regarding diet*

## Follow Up

3 Months



**Electronically signed by Patrick Stage on 11/04/2015 at 09:18 AM CST**

**Sign off status: Completed**

## Addendum:

11/16/2015 05:54 PM Stage, Patrick > His ef has dropped to .20-.25. Discussed with Dr. Scott Beau and he qualifies for BIV ICD. Will schedule.

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:
Joint pain or swelling no. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no. Headaches no.
Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

---

**Patient: Keathley, Timothy S DOB: Progress Note: Patrick Stage, APN 11/04/2015**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

ARKANSAS HEART HOSPITAL®
CLINIC

**Keathley, Timothy S**
43 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: United Healthcare Payer ID: 87726
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

11/25/2015 History and Physical : Mehmet Cilingiroglu, MD

## Current Medications

**Taking**

- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Carvedilol 6.25 MG Tablet 1 tablet with food Twice a day
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14

## Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

## Reason for Appointment

1. CAD s/p MI s/p PCI
2. Ischemic cardiomyopathy
3. Hypertension
4. Hyperlipidemia
5. Congestive heart failure
6. , NYHA functional class III

## History of Present Illness

HPI:

Comes in for followup. He has prior history of coronary artery disease with ST elevation acute myocardial infarction with PCI of the LAD PCI of the RCA. His last echocardiogram earlier from this month showed reduced LVEF of 20-25 percent with moderately increased left ventricular cavity mildly dilated left atrium mild mitral regurgitation. He is wearing lifewest now and waiting for AICD per EP, Dr. Beau. Review of his 2d echo showed significant anteroapical severe hypokinesis. He has NYHA Functional Class III with exertion despite on his current medical tx. We have discussed with him his potential enrollement in our ongoing LV remodeling device, Parachute device clinical study to exclude previously infarcted area in is LV. He is remaining in sinus rythm with LBBB. He is c/o occasional atypical chest discomfort.

## Vital Signs

HR 69 /min, BP 134/82 mm Hg, Ht 5 ft 10 in, Wt 211 lbs, BMI 30.27 Index, Oxygen sat 97 %.

## Examination

General Examination:

GENERAL APPEARANCE: pleasant, well nourished, in no acute distress. HEAD: normocephalic. NECK/THYROID: normal, neck supple, no carotid bruit, no jugular venous distention. HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs. LUNGS: normal, clear to auscultation bilaterally, no wheezes, rales, rhonchi. CHEST: normal shape and expansion, no sternal abnormalities. ABDOMEN: normal, soft, nontender, nondistended, no masses palpable. EXTREMITIES: no edema. PERIPHERAL PULSES: normal, 2+ throughout. NEUROLOGIC: nonfocal, alert and oriented, cranial

### Social History

Tobacco Use:
Tobacco Use/Smoking Smoking Status: nonsmoker. Tobacco use other than smoking Are you an other tobacco user? No.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none. Children: yes, 2. Exercise: yes, 2-3 times per week. Marital status: married.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014

### Review of Systems

General/Constitutional:
Weight gain no. Weight loss without dieting no. Fatigue yes . Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity yes. Shortness of breath without activity yes. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:
Chest pain/chest pressure yes. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.

nerves 2-12 grossly intact.

### Assessments

1. CAD (coronary artery disease) - I25.10 (Primary), atypical chest discomfort at times
2. Ischemic cardiomyopathy - I25.5, on medical tx
3. Hypertension - I10, well controlled.
4. Hyperlipidemia - E78.5, on current regimen.
5. OSA on CPAP - G47.33, on cpap.
6. LBBB (left bundle branch block) - I44.7, as it is since his MI
7. CHF (congestive heart failure) - I50.9, CHF NYHA functional class III

### Treatment

**1. CAD (coronary artery disease)**
Start Digoxin Tablet, 125 MCG, 1 tablet, Orally, Once a day, 30 day(s), 30, Refills 12

LAB: CBC (Ordered for 11/25/2015)

| | | |
|---|---|---|
| HGB | 15.6 | 12.0-18.0 - g/dl |
| MCH | 31.0 | 26.0-32.0 - pg |
| GRAN | 7.8 | 2.0-7.8 - K/uL |
| RDW | 13.2 | 11.5-14.5 - % |
| LYM% | 21.6 | 10.0-58.5 - % |
| MID% | 6.5 | 0.1-24.0 - % |
| HCT | 47.6 | 37.0-51.0 - % |
| MCV | 94.5 | 80.0-97.0 - fl |
| RBC | 5.04 | 4.20-6.30 - M/uL |
| LYM | 2.3 | 0.6-4.1 - K/uL |
| WBC | 10.8 | 4.1-10.9 - K/uL |
| GRAN% | 71.9 | 37.0-92.0 - % |
| MCHC | 32.8 | 31.0-36.0 - g/dl |
| MID | 0.7 | 0.0-1.8 - K/uL |
| PLT | 273.0 | 140.0-440.0 - K/uL |

Cilingiroglu,Mehmet 11/25/2015 11:06:03 AM > pls call the patient

LAB: Comprehensive Metabolic Panel (Ordered for 11/25/2015)

| | | |
|---|---|---|
| ALT | 39 | 30-65 - U/L |
| Potassium | 4.2 | 3.5-5.1 - mmol/L |
| Total Protein | 7.1 | 6.4-8.2 - g/dl |
| Albumin | 4.3 | 3.4-5.0 - g/dl |
| Glucose | 109 | 70-110 - mg/dl |
| BUN | 14.0 | 7.0-18.0 - mg/dl |
| CO2 | 25.9 | 21.0-32.0 - mmol/L |
| AST | 17 | 15-37 - U/L |
| ALKP | 60 | 50-136 - U/L |
| Calcium | 9.0 | 8.5-10.1 - mg/dl |
| eGFR | >60 | - mL/min/1.73m |
| TBil | 0.7 | 0.0-1.0 - mg/dl |
| Chloride | 103 | 98-107 - mmol/L |
| Creatinine | 0.89 | 0.70-1.30 - mg/dl |
| Sodium | 140 | 136-145 - mmol/L |

Cilingiroglu,Mehmet 11/25/2015 11:20:13 AM > pls call the patient

Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:
Joint pain or swelling no. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling yes. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no. Headaches yes.
Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

LAB: Lipid Panel (Ordered for 11/25/2015)

| | | |
|---|---|---|
| HDL | 40.0 | 40.0-60.0 - mg/dl |
| LDL | 107 | 0-130 - |
| **Trig** | **199.0 H** | **0.0-150.0 - mg/dl** |
| Chol | 187 | 0-200 - mg/dl |

Cilingiroglu,Mehmet 11/25/2015 11:20:36 AM > pls call the patient

LAB: proBNP (Ordered for 11/25/2015)

| | | |
|---|---|---|
| **proBNP** | **189.5 H** | **0.0-125.0 - pg/ml** |

Cilingiroglu,Mehmet 11/25/2015 11:20:54 AM > pls call the patient

IMAGING: ECG
Cilingiroglu,Mehmet 11/25/2015 9:12:45 AM > Sinus Rhythm - Left bundle branch block. ABNORMAL

IMAGING: Cath - Left Heart Catheterization (Radial Approach) (Ordered for 11/25/2015)
Notes: will schedule for SCAI as he had some drop in his LVEF as compared to last year. Will r/o ischemia. Continue on meds.

**2. Ischemic cardiomyopathy**
Continue Carvedilol Tablet, 6.25 MG, 1 tablet with food, Orally, Twice a day
Continue Vasotec Tablet, 5 MG, TAKE ONE TABLET BY MOUTH THREE TIMES DAILY

LAB: CBC (Ordered for 11/25/2015)

| | | |
|---|---|---|
| HGB | 15.6 | 12.0-18.0 - g/dl |
| MCH | 31.0 | 26.0-32.0 - pg |
| GRAN | 7.8 | 2.0-7.8 - K/uL |
| RDW | 13.2 | 11.5-14.5 - % |
| LYM% | 21.6 | 10.0-58.5 - % |
| MID% | 6.5 | 0.1-24.0 - % |
| HCT | 47.6 | 37.0-51.0 - % |
| MCV | 94.5 | 80.0-97.0 - fl |
| RBC | 5.04 | 4.20-6.30 - M/uL |
| LYM | 2.3 | 0.6-4.1 - K/uL |
| WBC | 10.8 | 4.1-10.9 - K/uL |
| GRAN% | 71.9 | 37.0-92.0 - % |
| MCHC | 32.8 | 31.0-36.0 - g/dl |
| MID | 0.7 | 0.0-1.8 - K/uL |
| PLT | 273.0 | 140.0-440.0 - K/uL |

Cilingiroglu,Mehmet 11/25/2015 11:06:03 AM > pls call the patient

LAB: Comprehensive Metabolic Panel (Ordered for 11/25/2015)

| | | |
|---|---|---|
| ALT | 39 | 30-65 - U/L |
| Potassium | 4.2 | 3.5-5.1 - mmol/L |
| Total Protein | 7.1 | 6.4-8.2 - g/dl |
| Albumin | 4.3 | 3.4-5.0 - g/dl |
| Glucose | 109 | 70-110 - mg/dl |
| BUN | 14.0 | 7.0-18.0 - mg/dl |
| CO2 | 25.9 | 21.0-32.0 - mmol/L |
| AST | 17 | 15-37 - U/L |

| | | |
|---|---|---|
| ALKP | 60 | 50-136 - U/L |
| Calcium | 9.0 | 8.5-10.1 - mg/dl |
| eGFR | >60 | - mL/min/1.73m |
| TBil | 0.7 | 0.0-1.0 - mg/dl |
| Chloride | 103 | 98-107 - mmol/L |
| Creatinine | 0.89 | 0.70-1.30 - mg/dl |
| Sodium | 140 | 136-145 - mmol/L |

Cilingiroglu,Mehmet 11/25/2015 11:20:13 AM > pls call the patient

LAB: Lipid Panel (Ordered for 11/25/2015)

| | | |
|---|---|---|
| HDL | 40.0 | 40.0-60.0 - mg/dl |
| LDL | 107 | 0-130 - |
| **Trig** | **199.0 H** | **0.0-150.0 - mg/dl** |
| Chol | 187 | 0-200 - mg/dl |

Cilingiroglu,Mehmet 11/25/2015 11:20:36 AM > pls call the patient

LAB: proBNP (Ordered for 11/25/2015)

| | | |
|---|---|---|
| **proBNP** | **189.5 H** | **0.0-125.0 - pg/ml** |

Cilingiroglu,Mehmet 11/25/2015 11:20:54 AM > pls call the patient

IMAGING: ECG

Cilingiroglu,Mehmet 11/25/2015 9:12:45 AM > Sinus Rhythm - Left bundle branch block. ABNORMAL

IMAGING: Cath - Left Heart Catheterization (Radial Approach) (Ordered for 11/25/2015)

Notes: NYHA Functional Class III symptoms despite optimal medical tx. will add digoxin 0.125 mg daily. We have informed and educated him about LV partioning Parachute device CHF clinical trial in patients with anteroapical MI. His last echo to be sent to corelab. Continue on lifewest and proceed with AICD per EP as planned. Roitine labs today.

**3. Hypertension**

LAB: CBC (Ordered for 11/25/2015)

| | | |
|---|---|---|
| HGB | 15.6 | 12.0-18.0 - g/dl |
| MCH | 31.0 | 26.0-32.0 - pg |
| GRAN | 7.8 | 2.0-7.8 - K/uL |
| RDW | 13.2 | 11.5-14.5 - % |
| LYM% | 21.6 | 10.0-58.5 - % |
| MID% | 6.5 | 0.1-24.0 - % |
| HCT | 47.6 | 37.0-51.0 - % |
| MCV | 94.5 | 80.0-97.0 - fl |
| RBC | 5.04 | 4.20-6.30 - M/uL |
| LYM | 2.3 | 0.6-4.1 - K/uL |
| WBC | 10.8 | 4.1-10.9 - K/uL |
| GRAN% | 71.9 | 37.0-92.0 - % |
| MCHC | 32.8 | 31.0-36.0 - g/dl |
| MID | 0.7 | 0.0-1.8 - K/uL |
| PLT | 273.0 | 140.0-440.0 - K/uL |

Cilingiroglu,Mehmet 11/25/2015 11:06:03 AM > pls call the patient

LAB: Comprehensive Metabolic Panel (Ordered for 11/25/2015)

| | | |
|---|---|---|
| ALT | 39 | 30-65 - U/L |
| Potassium | 4.2 | 3.5-5.1 - mmol/L |
| Total Protein | 7.1 | 6.4-8.2 - g/dl |
| Albumin | 4.3 | 3.4-5.0 - g/dl |
| Glucose | 109 | 70-110 - mg/dl |
| BUN | 14.0 | 7.0-18.0 - mg/dl |
| CO2 | 25.9 | 21.0-32.0 - mmol/L |
| AST | 17 | 15-37 - U/L |
| ALKP | 60 | 50-136 - U/L |
| Calcium | 9.0 | 8.5-10.1 - mg/dl |
| eGFR | >60 | - mL/min/1.73m |
| TBil | 0.7 | 0.0-1.0 - mg/dl |
| Chloride | 103 | 98-107 - mmol/L |
| Creatinine | 0.89 | 0.70-1.30 - mg/dl |
| Sodium | 140 | 136-145 - mmol/L |

Cilingiroglu,Mehmet 11/25/2015 11:20:13 AM > pls call the patient

LAB: Lipid Panel (Ordered for 11/25/2015)

| | | |
|---|---|---|
| HDL | 40.0 | 40.0-60.0 - mg/dl |
| LDL | 107 | 0-130 - |
| **Trig** | **199.0 H** | **0.0-150.0 - mg/dl** |
| Chol | 187 | 0-200 - mg/dl |

Cilingiroglu,Mehmet 11/25/2015 11:20:36 AM > pls call the patient

LAB: proBNP (Ordered for 11/25/2015)

| | | |
|---|---|---|
| **proBNP** | **189.5 H** | **0.0-125.0 - pg/ml** |

Cilingiroglu,Mehmet 11/25/2015 11:20:54 AM > pls call the patient

IMAGING: ECG

Cilingiroglu,Mehmet 11/25/2015 9:12:45 AM > Sinus Rhythm - Left bundle branch block. ABNORMAL

IMAGING: Cath - Left Heart Catheterization (Radial Approach) (Ordered for 11/25/2015)

Notes: Continue on meds.

**4. Hyperlipidemia**

LAB: CBC (Ordered for 11/25/2015)

| | | |
|---|---|---|
| HGB | 15.6 | 12.0-18.0 - g/dl |
| MCH | 31.0 | 26.0-32.0 - pg |
| GRAN | 7.8 | 2.0-7.8 - K/uL |
| RDW | 13.2 | 11.5-14.5 - % |
| LYM% | 21.6 | 10.0-58.5 - % |
| MID% | 6.5 | 0.1-24.0 - % |
| HCT | 47.6 | 37.0-51.0 - % |
| MCV | 94.5 | 80.0-97.0 - fl |
| RBC | 5.04 | 4.20-6.30 - M/uL |
| LYM | 2.3 | 0.6-4.1 - K/uL |
| WBC | 10.8 | 4.1-10.9 - K/uL |
| GRAN% | 71.9 | 37.0-92.0 - % |
| MCHC | 32.8 | 31.0-36.0 - g/dl |

| | | |
|---|---|---|
| MID | 0.7 | 0.0-1.8 - K/uL |
| PLT | 273.0 | 140.0-440.0 - K/uL |

Cilingiroglu,Mehmet 11/25/2015 11:06:03 AM > pls call the patient

LAB: Comprehensive Metabolic Panel (Ordered for 11/25/2015)

| | | |
|---|---|---|
| ALT | 39 | 30-65 - U/L |
| Potassium | 4.2 | 3.5-5.1 - mmol/L |
| Total Protein | 7.1 | 6.4-8.2 - g/dl |
| Albumin | 4.3 | 3.4-5.0 - g/dl |
| Glucose | 109 | 70-110 - mg/dl |
| BUN | 14.0 | 7.0-18.0 - mg/dl |
| CO2 | 25.9 | 21.0-32.0 - mmol/L |
| AST | 17 | 15-37 - U/L |
| ALKP | 60 | 50-136 - U/L |
| Calcium | 9.0 | 8.5-10.1 - mg/dl |
| eGFR | >60 | - mL/min/1.73m |
| TBil | 0.7 | 0.0-1.0 - mg/dl |
| Chloride | 103 | 98-107 - mmol/L |
| Creatinine | 0.89 | 0.70-1.30 - mg/dl |
| Sodium | 140 | 136-145 - mmol/L |

Cilingiroglu,Mehmet 11/25/2015 11:20:13 AM > pls call the patient

LAB: Lipid Panel (Ordered for 11/25/2015)

| | | |
|---|---|---|
| HDL | 40.0 | 40.0-60.0 - mg/dl |
| LDL | 107 | 0-130 - |
| **Trig** | **199.0 H** | **0.0-150.0 - mg/dl** |
| Chol | 187 | 0-200 - mg/dl |

Cilingiroglu,Mehmet 11/25/2015 11:20:36 AM > pls call the patient

LAB: proBNP (Ordered for 11/25/2015)

| | | |
|---|---|---|
| **proBNP** | **189.5 H** | **0.0-125.0 - pg/ml** |

Cilingiroglu,Mehmet 11/25/2015 11:20:54 AM > pls call the patient

IMAGING: ECG

Cilingiroglu,Mehmet 11/25/2015 9:12:45 AM > Sinus Rhythm - Left bundle branch block. ABNORMAL

IMAGING: Cath - Left Heart Catheterization (Radial Approach) (Ordered for 11/25/2015)

Notes: Continue on regimen.

**5. OSA on CPAP**

LAB: CBC (Ordered for 11/25/2015)

| | | |
|---|---|---|
| HGB | 15.6 | 12.0-18.0 - g/dl |
| MCH | 31.0 | 26.0-32.0 - pg |
| GRAN | 7.8 | 2.0-7.8 - K/uL |
| RDW | 13.2 | 11.5-14.5 - % |
| LYM% | 21.6 | 10.0-58.5 - % |
| MID% | 6.5 | 0.1-24.0 - % |
| HCT | 47.6 | 37.0-51.0 - % |
| MCV | 94.5 | 80.0-97.0 - fl |

| | | |
|---|---|---|
| RBC | 5.04 | 4.20-6.30 - M/uL |
| LYM | 2.3 | 0.6-4.1 - K/uL |
| WBC | 10.8 | 4.1-10.9 - K/uL |
| GRAN% | 71.9 | 37.0-92.0 - % |
| MCHC | 32.8 | 31.0-36.0 - g/dl |
| MID | 0.7 | 0.0-1.8 - K/uL |
| PLT | 273.0 | 140.0-440.0 - K/uL |

Cilingiroglu,Mehmet 11/25/2015 11:06:03 AM > pls call the patient

LAB: Comprehensive Metabolic Panel (Ordered for 11/25/2015)

| | | |
|---|---|---|
| ALT | 39 | 30-65 - U/L |
| Potassium | 4.2 | 3.5-5.1 - mmol/L |
| Total Protein | 7.1 | 6.4-8.2 - g/dl |
| Albumin | 4.3 | 3.4-5.0 - g/dl |
| Glucose | 109 | 70-110 - mg/dl |
| BUN | 14.0 | 7.0-18.0 - mg/dl |
| CO2 | 25.9 | 21.0-32.0 - mmol/L |
| AST | 17 | 15-37 - U/L |
| ALKP | 60 | 50-136 - U/L |
| Calcium | 9.0 | 8.5-10.1 - mg/dl |
| eGFR | >60 | - mL/min/1.73m |
| TBil | 0.7 | 0.0-1.0 - mg/dl |
| Chloride | 103 | 98-107 - mmol/L |
| Creatinine | 0.89 | 0.70-1.30 - mg/dl |
| Sodium | 140 | 136-145 - mmol/L |

Cilingiroglu,Mehmet 11/25/2015 11:20:13 AM > pls call the patient

LAB: Lipid Panel (Ordered for 11/25/2015)

| | | |
|---|---|---|
| HDL | 40.0 | 40.0-60.0 - mg/dl |
| LDL | 107 | 0-130 - |
| **Trig** | **199.0 H** | **0.0-150.0 - mg/dl** |
| Chol | 187 | 0-200 - mg/dl |

Cilingiroglu,Mehmet 11/25/2015 11:20:36 AM > pls call the patient

LAB: proBNP (Ordered for 11/25/2015)

| | | |
|---|---|---|
| **proBNP** | **189.5 H** | **0.0-125.0 - pg/ml** |

Cilingiroglu,Mehmet 11/25/2015 11:20:54 AM > pls call the patient

IMAGING: ECG

Cilingiroglu,Mehmet 11/25/2015 9:12:45 AM > Sinus Rhythm - Left bundle branch block. ABNORMAL

IMAGING: Cath - Left Heart Catheterization (Radial Approach) (Ordered for 11/25/2015)

Notes: Continue on cpap.

**6. LBBB (left bundle branch block)**

LAB: CBC (Ordered for 11/25/2015)

| | | |
|---|---|---|
| HGB | 15.6 | 12.0-18.0 - g/dl |
| MCH | 31.0 | 26.0-32.0 - pg |
| GRAN | 7.8 | 2.0-7.8 - K/uL |

| | | |
|---|---|---|
| RDW | 13.2 | 11.5-14.5 - % |
| LYM% | 21.6 | 10.0-58.5 - % |
| MID% | 6.5 | 0.1-24.0 - % |
| HCT | 47.6 | 37.0-51.0 - % |
| MCV | 94.5 | 80.0-97.0 - fl |
| RBC | 5.04 | 4.20-6.30 - M/uL |
| LYM | 2.3 | 0.6-4.1 - K/uL |
| WBC | 10.8 | 4.1-10.9 - K/uL |
| GRAN% | 71.9 | 37.0-92.0 - % |
| MCHC | 32.8 | 31.0-36.0 - g/dl |
| MID | 0.7 | 0.0-1.8 - K/uL |
| PLT | 273.0 | 140.0-440.0 - K/uL |

Cilingiroglu,Mehmet 11/25/2015 11:06:03 AM > pls call the patient

LAB: Comprehensive Metabolic Panel (Ordered for 11/25/2015)

| | | |
|---|---|---|
| ALT | 39 | 30-65 - U/L |
| Potassium | 4.2 | 3.5-5.1 - mmol/L |
| Total Protein | 7.1 | 6.4-8.2 - g/dl |
| Albumin | 4.3 | 3.4-5.0 - g/dl |
| Glucose | 109 | 70-110 - mg/dl |
| BUN | 14.0 | 7.0-18.0 - mg/dl |
| CO2 | 25.9 | 21.0-32.0 - mmol/L |
| AST | 17 | 15-37 - U/L |
| ALKP | 60 | 50-136 - U/L |
| Calcium | 9.0 | 8.5-10.1 - mg/dl |
| eGFR | >60 | - mL/min/1.73m |
| TBil | 0.7 | 0.0-1.0 - mg/dl |
| Chloride | 103 | 98-107 - mmol/L |
| Creatinine | 0.89 | 0.70-1.30 - mg/dl |
| Sodium | 140 | 136-145 - mmol/L |

Cilingiroglu,Mehmet 11/25/2015 11:20:13 AM > pls call the patient

LAB: Lipid Panel (Ordered for 11/25/2015)

| | | |
|---|---|---|
| HDL | 40.0 | 40.0-60.0 - mg/dl |
| LDL | 107 | 0-130 - |
| **Trig** | **199.0 H** | **0.0-150.0 - mg/dl** |
| Chol | 187 | 0-200 - mg/dl |

Cilingiroglu,Mehmet 11/25/2015 11:20:36 AM > pls call the patient

LAB: proBNP (Ordered for 11/25/2015)

| | | |
|---|---|---|
| **proBNP** | **189.5 H** | **0.0-125.0 - pg/ml** |

Cilingiroglu,Mehmet 11/25/2015 11:20:54 AM > pls call the patient

IMAGING: ECG

Cilingiroglu,Mehmet 11/25/2015 9:12:45 AM > Sinus Rhythm - Left bundle branch block. ABNORMAL

IMAGING: Cath - Left Heart Catheterization (Radial Approach) (Ordered for 11/25/2015)

Notes: He has LBBB since his MI.

**7. CHF (congestive heart failure)**
Notes: NYHA Functional class III despite current medical tx. Consider for parachute device.

**8. Others**
Continue Plavix Tablet, 75 MG, TAKE ONE TABLET BY MOUTH EVERY DAY
Continue Crestor Tablet, 10 MG, TAKE ONE TABLET BY MOUTH AT BEDTIME
Continue Protonix Tablet Delayed Release, 40 MG, 1 tablet, Orally, twice a day
Continue Aspirin Tablet Dispersible, 81 MG, 1 tablet, Orally, Once a day
Continue Vitamin C Tablet, 1000 MG, 1 tablet, Orally, twice a day
Continue Krill Oil Omega-3 Capsule, 300 MG, as directed, Orally, once a day
Continue Zoloft Tablet, 50 MG, 1 tablet, Orally, Once a day
Continue Co Q 10 Capsule, 100 MG, 1 capsule with a meal, Orally, Once a day

**Preventive Medicine**
Counseling: Care goal follow-up plan: Above Normal BMI Follow-up Lifestyle education regarding diet.

**Procedure Codes**
93000 ELECTROCARDIOGRAM, COMPLETE

**Follow Up**
2 Months (Reason: cad, ischmeic cm, htn, hlp)

Mehmet Cilingiroglu, MD

**Electronically signed by Mehmet Cilingiroglu on 12/02/2015 at 10:15 AM CST**

**Sign off status: Completed**

AHHC MAIN
7 Shackleford West Blvd
Little Rock, AR 722113714
Tel: 501-664-5860

Fax: 501-664-0889

**Patient: Keathley, Timothy S DOB: Progress Note: Mehmet Cilingiroglu, MD 11/25/2015**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

ARKANSAS HEART HOSPITAL®
CLINIC

**Keathley, Timothy S**
43 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: United Healthcare Payer ID: 87726
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

12/01/2015

History and Physical : Scott Beau, M.D.

## Current Medications

**Taking**

- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Carvedilol 6.25 MG Tablet 1 tablet with food three a day
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Digoxin 125 MCG Tablet 1 tablet Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015

## Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive

## Reason for Appointment

1. Cardiomyopathy
2. Congestive Heart Failure
3. LBBB

## History of Present Illness

<u>HPI</u>:

Comes in for followup. He has prior history of coronary artery disease with ST elevation myocardial infarction with PCI of the LAD and PCI of the RCA. His recent echocardiogram showed persistent reduced LVEF of 20-25 percent with moderately increased left ventricular cavity mildly dilated left atrium mild mitral regurgitation. He is wearing a lifevest now. He has NYHA Functional Class III with exertion despite his current medical tx. He is remaining in sinus rythm with LBBB. Has not had an MI in past 40 days nor stent past 90 days.

## Vital Signs

HR 83 /min, BP 132/82 mm Hg, Ht 5 ft 10 in, Wt 211 lbs, BMI 30.27 Index, Oxygen sat 95 %.

## Examination

<u>General Examination</u>:

GENERAL APPEARANCE: alert, well hydrated, in no distress .
HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.
LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.
EXTREMITIES: no clubbing, cyanosis, or edema.

## Assessments

1. Ischemic cardiomyopathy - I25.5 (Primary)
2. Hypertension - I10
3. Hyperlipidemia - E78.5
4. LBBB (left bundle branch block) - I44.7
5. CHF (congestive heart failure), NYHA class III - I50.9

## Treatment

**1. Ischemic cardiomyopathy**

<u>LAB: Basic Metabolic Panel (Ordered for 12/01/2015)</u>

| | | |
|---|---|---|
| eGFR | >60 | - mL/min/1.73m |
| Potassium | 3.7 | 3.5-5.1 - mmol/L |

1 son(s) , 1 daughter(s) - healthy.

### Social History

Tobacco Use:
Tobacco Use/Smoking
Smoking Status: *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014

### Review of Systems

General/Constitutional:
Weight gain no. Weight loss without dieting no. Fatigue **yes** . Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity yes. Shortness of breath without activity yes. Shortness of breath when lying flat yes. Frequent cough no.
Cardiac:
Chest pain/chest pressure yes. Unpredictable excessive sweating yes. Rapid heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:

| | | | |
|---|---|---|---|
| BUN | 11.0 | | 7.0-18.0 - mg/dl |
| Calcium | 9.1 | | 8.5-10.1 - mg/dl |
| **Glucose** | **116** | **H** | **70-110 - mg/dl** |
| Creatinine | 0.89 | | 0.70-1.30 - mg/dl |
| $CO_2$ | 28.1 | | 21.0-32.0 - mmol/L |
| Sodium | 141 | | 136-145 - mmol/L |
| Chloride | 104 | | 98-107 - mmol/L |

LAB: CBC (Ordered for 12/01/2015)

| | | | |
|---|---|---|---|
| HGB | 15.1 | | 12.0-18.0 - g/dl |
| **MCH** | **32.2** | **H** | **26.0-32.0 - pg** |
| GRAN | 6.2 | | 2.0-7.8 - K/uL |
| RDW | 13.0 | | 11.5-14.5 - % |
| LYM% | 25.4 | | 10.0-58.5 - % |
| MID% | 5.6 | | 0.1-24.0 - % |
| HCT | 44.7 | | 37.0-51.0 - % |
| MCV | 95.4 | | 80.0-97.0 - fl |
| RBC | 4.69 | | 4.20-6.30 - M/uL |
| LYM | 2.3 | | 0.6-4.1 - K/uL |
| WBC | 9.0 | | 4.1-10.9 - K/uL |
| GRAN% | 69.0 | | 37.0-92.0 - % |
| MCHC | 33.8 | | 31.0-36.0 - g/dl |
| MID | 0.5 | | 0.0-1.8 - K/uL |
| PLT | 295.0 | | 140.0-440.0 - K/uL |

LAB: Prothrombin Time with INR (PT/INR) (Ordered for 12/01/2015)

| | | | |
|---|---|---|---|
| INR | 1.0 | | - |

PROCEDURE: EP - Bi-V ICD Implant
Notes: Heart disease and diet material was published to portalTherapy options for sudden cardiac death were discussed with patient, iucluding pharmacologic management and BIVICD insertion. Risks and benefits of BIVICD insertion were discussed including the risk for potential infection, vascular perforation, possible inappropriate shocks, and less than 1% risk of death. Assess oral health Hold plavix 5 days prior to scheduled procedure date. NPO 4 hours prior to scheduled procedure time.

**2. LBBB (left bundle branch block)**
IMAGING: ECG
Beau,Scott 12/2/2015 7:11:31 AM > Sinus Rhythm -Left bundle branch block.

### Preventive Medicine

Counseling:
Care goal follow-up plan:
Above Normal BMI Follow-up *Lifestyle education regarding diet*

### Procedure Codes

93000 ELECTROCARDIOGRAM, COMPLETE

### Follow Up

2 Weeks (Reason: Post procedure follow up)

Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:
Joint pain or swelling no. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no. Headaches no.
Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

**Electronically signed by Scott Beau on 12/02/2015 at 07:17 AM CST**

**Sign off status: Completed**

---

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

---

ARKANSAS HEART HOSPITAL®
CLINIC

**Keathley, Timothy S**
43 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: United Healthcare Payer ID: 87726
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

12/14/2015 History and Physical : Patrick Stage, APN

**Current Medications**

**Taking**

- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Carvedilol 6.25 MG Tablet 1 tablet with food three a day
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Digoxin 125 MCG Tablet 1 tablet Once a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure

**Surgical History**

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015

**Family History**

**Reason for Appointment**

1. Ischemic cardiomyopathy
2. Congestive heart failure
3. Hypertension
4. s/p AICD

**History of Present Illness**

HPI:

Pt here for followup of recent congestive heart failure and ischemic cardiomyopathy. He had recent BIV ICD placed. He denies any fever or chills. His site is clean, dry, and intact. He will have his st. jude medical ICD interrogated in the office today.

**Vital Signs**

HR 87 /min, BP 128/79 mm Hg, Ht 5 ft 10 in, Wt 211 lbs, BMI 30.27 Index.

**Examination**

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .
HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.
LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.
EXTREMITIES: no clubbing, cyanosis, or edema.
PROCEDURE SITE: pacemaker ICD wound is well healed.

**Assessments**

1. CAD (coronary artery disease) - I25.10 (Primary)
2. Ischemic cardiomyopathy - I25.5
3. Hypertension - I10
4. Stented coronary artery - Z95.5
5. Old MI (myocardial infarction) - I25.2
6. CHF (congestive heart failure) - I50.9

**Treatment**

**1. CAD (coronary artery disease)**

Stop Carvedilol Tablet, 6.25 MG, as directed, Orally
Start Carvedilol Tablet, 12.5 MG, as directed, Orally, Twice daily, 60, Refills 6
Notes: No ventricular arrythmias. No afib. ICD working well. Continue

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

## Social History

Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

## Review of Systems

General/Constitutional:
Weight gain no. Weight loss without dieting no. Fatigue no. Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity no. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:
Chest pain/chest pressure no. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:
Nausea no. Frequent Hearthurn no. Black or Tarry Stools no. Vomiting no.
Hematology:

present care. Will titrate up his coreg to 12.5 mg twice daily.

**2. Others**
Notes: Heart disease and diet material was published to portal.

## Preventive Medicine

Counseling:
Care goal follow-up plan:
Above Normal BMI Follow-up *Lifestyle education regarding diet*

## Follow Up

3 Weeks

**Electronically signed by Patrick Stage on 12/14/2015 at 04:39 PM CST**

**Sign off status: Completed**

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

Low blood count/acute anemia no. Low platelet/thrombocytopenia no.

Men Only:
Erectile dysfunction no.

Genitourinary:
Blood in urine no. Pain on urination no.

Musculoskeletal:
Joint pain or swelling no. Muscle weakness no. Muscle cramping no.

Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.

Skin:
Rash no. Skin sores no. Non-healing wounds no.

Neurologic:
Dizziness no. Confusion no. Headaches no.

Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

---

**Patient: Keathley, Timothy S DOB: Progress Note: Patrick Stage, APN 12/14/2015**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

ARKANSAS HEART HOSPITAL® CLINIC

# Keathley, Timothy S

**43 Y old Male, DOB:**
**Account Number: 1733101**

**Home:**
**Guarantor: Keathley, Timothy S Insurance: United Healthcare Payer ID: 87726**
**PCP: James Fulmer Referring: James Fulmer**
**Appointment Facility: AHHC MAIN**

**01/04/2016** **History and Physical : Patrick Stage, APN**

## Current Medications

**Taking**

- Carvedilol 12.5 MG Tablet as directed Twice daily
- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Digoxin 125 MCG Tablet 1 tablet Once a day

**Discontinued**

- Carvedilol 6.25 MG Tablet 1 tablet with food three a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015

## Reason for Appointment

1. Ischemic cardiomyopathy
2. CAD
3. Hypertension
4. s/p AICD

## History of Present Illness

HPI:

Pt here for followup of ischemic cardiomyopathy and cad. He has occasional chest pain. He has some shortness of breath. He denies any syncope. He will have his st. jude medical ICD interrogated in the office today.

## Vital Signs

HR 64 /min, BP 116/75 mm Hg, Ht 5 ft 10 in, Wt 211 lbs, BMI 30.27 Index.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .
HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.
LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.
EXTREMITIES: no clubbing, cyanosis, or edema.
PROCEDURE SITE: pacemaker ICD wound is well healed.

## Assessments

1. CAD (coronary artery disease) - I25.10 (Primary)
2. Ischemic cardiomyopathy - I25.5
3. Hypertension - I10
4. Hyperlipidemia - E78.5
5. Old MI (myocardial infarction) - I25.2
6. Stented coronary artery - Z95.5
7. CHF (congestive heart failure), NYHA class III - I50.9
8. Coronary atherosclerosis of native coronary artery - I25.10
9. Automatic implantable cardioverter-defibrillator in situ - Z95.810

## Treatment

**1. CAD (coronary artery disease)**

IMAGING: ECG

ICD 12/2015

### Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s), 1 daughter(s) - healthy.

### Social History

Tobacco Use:
Tobacco Use/Smoking
Smoking Status: *nonsmoker*
Smoking Status: *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

### Review of Systems

General/Constitutional:
Weight gain no. Weight loss without dieting no. Fatigue no. Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no.
Shortness of breath with activity yes.
Shortness of breath without activity yes.
Shortness of breath when lying flat no.
Frequent cough no.
Cardiac:

Stage,Patrick 1/4/2016 11:36:41 AM > AV pacing

Notes: No ventricular arrythmias. No afib. ICD working well. Continue present care.

**2. Ischemic cardiomyopathy**
Increase Carvedilol Tablet, 25 MG, as directed, Orally, Twice daily, 60, Refills 6
Continue Vasotec Tablet, 5 MG, TAKE ONE TABLET BY MOUTH THREE TIMES DAILY

**3. Others**
Notes: Heart disease and diet material was published to portal.

### Preventive Medicine

Counseling:
Care goal follow-up plan:
Above Normal BMI Follow-up *Lifestyle education regarding diet*

### Procedure Codes

93010 EKG REPORT - PROF
93005 EKG, TRACING - TECH

### Follow Up

3 Months



**Electronically signed by Patrick Stage on 01/04/2016 at 11:57 AM CST**

**Sign off status: Completed**

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

Chest pain/chest pressure yes. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.

Gastrointestinal:

Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.

Hematology:

Low blood count/acute anemia no. Low platelet/thrombocytopenia no.

Men Only:

Erectile dysfunction no.

Genitourinary:

Blood in urine no. Pain on urination no.

Musculoskeletal:

Joint pain or swelling no. Muscle weakness no. Muscle cramping no.

Peripheral Vascular:

Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.

Skin:

Rash no. Skin sores no. Non-healing wounds no.

Neurologic:

Dizziness no. Confusion no. Headaches no.

Psychiatric:

Untreated or worsening depression no. Untreated or worsening anxiety no.

ARKANSAS HEART HOSPITAL®
CLINIC

# Keathley, Timothy S

43 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: United Healthcare Payer ID: 87726
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

01/27/2016

History and Physical : Mehmet Cilingiroglu, MD

## Current Medications

**Taking**

- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Digoxin 125 MCG Tablet 1 tablet Once a day
- Carvedilol 25 MG Tablet as directed Twice daily
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure
s/p AICD

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015

## Reason for Appointment

1. CAD status post MI status post PCI of LAD and RCA
2. Ischemic cardiomyopathy
3. Hyperlipidemia
4. congestive heart failure NYHA functional class III
5. Left bundle branch block

## History of Present Illness

HPI:

Comes in for followup. He has prior history of extensive coronary artery disease with ST elevation acute myocardial infarction status post PCI of the LAD as well as RCA with drug-eluting stents atrial reduced LVF consistent with ischemic cardiomyopathy. He has symptoms of congestive heart failure despite his current medical therapy and NYHA functional class III. He is being evaluated for our left ventricular partitioning device study parachute clinical study. He had automatic implantable cardiac defibrillator implantation with normal device check recently. He continious to have NYHA functional class III symptoms despite his current medical regimen. Denies angina.

## Vital Signs

HR 60 /min, BP 118/75 mm Hg, Ht 5 ft 10 in, Wt 213 lbs, BMI 30.56 Index, Oxygen sat 96 %.

## Examination

General Examination:

GENERAL APPEARANCE: pleasant, well nourished, in no acute distress. HEAD: normocephalic. NECK/THYROID: normal, neck supple, no carotid bruit, no jugular venous distention. HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs. LUNGS: normal, clear to auscultation bilaterally, no wheezes, rales, rhonchi. CHEST: normal shape and expansion, no sternal abnormalities, pacemaker site normal . ABDOMEN: normal, soft, nontender, nondistended, no masses palpable. EXTREMITIES: no edema. PERIPHERAL PULSES: normal, 2+ throughout. NEUROLOGIC: nonfocal, alert and oriented, cranial nerves 2-12 grossly intact.

## Assessments

1. CAD (coronary artery disease) - I25.10 (Primary)

### Family History
Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

### Social History
Tobacco Use:
Tobacco Use/Smoking Smoking Status: nonsmoker. Tobacco use other than smoking Are you an other tobacco user? No.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none. Children: yes, 2. Exercise: yes, 2-3 times per week. Marital status: married.

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

### Review of Systems

General/Constitutional:
Weight gain yes. Weight loss without dieting no. Fatigue yes . Fever no.
HEENT:
Eyes: Visual Disturbances yes. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity yes. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:
Chest pain/chest pressure yes. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:

2. Ischemic cardiomyopathy - I25.5
3. Hypertension - I10
4. Hyperlipidemia - E78.5
5. Automatic implantable cardioverter-defibrillator in situ - Z95.810

### Treatment
**1. CAD (coronary artery disease)**
IMAGING: ECG
Cilingiroglu,Mehmet 1/27/2016 12:00:08 PM > Electronic dual-chamber pacemaker Pacemaker ECG

Notes: Continue on current regimen, Heart disease and diet material was published to portal.

**2. Ischemic cardiomyopathy**
IMAGING: ECG
Cilingiroglu,Mehmet 1/27/2016 12:00:08 PM > Electronic dual-chamber pacemaker Pacemaker ECG

Notes: Continue on current regimen and as he is being evaluated for left ventricular partitioning device clinical study, PARACHUTE.

**3. Hypertension**
Notes: Continue on current medications monitor blood pressure readings at home.

**4. Hyperlipidemia**
Notes: Continue on current regimen.

**5. Automatic implantable cardioverter-defibrillator in situ**
Notes: Followup the EP.

### Immunization
Immunization record has been reviewed and updated.

### Preventive Medicine
Counseling: Care goal follow-up plan: Above Normal BMI Follow-up Lifestyle education regarding diet.

### Procedure Codes
93000 ELECTROCARDIOGRAM, COMPLETE

### Follow Up
3 Months (Reason: cm, cad, )

Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:
Joint pain or swelling no. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no. Headaches no.
Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

**Electronically signed by Mehmet Cilingiroglu on 01/27/2016 at 07:57 PM CST**

**Sign off status: Completed**

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

ARKANSAS HEART HOSPITAL® CLINIC

# Keathley, Timothy S

43 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: United Healthcare Payer ID: 87726
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

02/05/2016 History and Physical : Mehmet Cilingiroglu, MD

## Current Medications

**Taking**

- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Digoxin 125 MCG Tablet 1 tablet Once a day
- Carvedilol 25 MG Tablet as directed Twice daily
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure
s/p AICD

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015

## Reason for Appointment

1. Research

## History of Present Illness

HPI:

Comes in for his potential enrollment visit for parachute left ventricular partitioning devise clinical study. He is tolerating his current medical regimen and he is NYHA functional class is 1. He denies any significant angina pectoris. His Canadian Angina class is zero. His 12-lead EKG showed paced rhythm poor R-wave progression consistent with prior anterior wall myocardial infarction. His 6 minute walk test he did walk total of 1522.8 feet with no significant symptoms. He seems to be tolerating his current medical therapy with no problems. He is status post biventricular automatic implantable cardiac defibrillator. His blood pressure is very well controlled. He seems to be well compensated from the standpoint of his congestive heart failure.

## Vital Signs

HR 63 /min, BP 114/76 mm Hg, Ht 5 ft 10 in, Wt 213 lbs, BMI 30.56 Index, Oxygen sat 95 %.

## Examination

General Examination:

GENERAL APPEARANCE: pleasant, well nourished, in no acute distress. HEAD: normocephalic. NECK/THYROID: normal, neck supple, no carotid bruit, no jugular venous distention. HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs. LUNGS: normal, clear to auscultation bilaterally, no wheezes, rales, rhonchi. CHEST: normal shape and expansion, no sternal abnormalities, pacemaker site normal . ABDOMEN: normal, soft, nontender, nondistended, no masses palpable. EXTREMITIES: no edema. PERIPHERAL PULSES: normal, 2+ throughout. NEUROLOGIC: nonfocal, alert and oriented, cranial nerves 2-12 grossly intact.

## Assessments

1. Hypertension - I10 (Primary)
2. CHF (congestive heart failure) - I50.9
3. CAD (coronary artery disease) - I25.10
4. Hyperlipidemia - E78.5

## Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

## Social History

Tobacco Use:
Tobacco Use/Smoking Smoking Status: nonsmoker. Tobacco use other than smoking Are you an other tobacco user? No.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none. Children: yes, 2. Exercise: yes, 2-3 times per week. Marital status: married.

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

## Review of Systems

General/Constitutional:
Weight gain no. Weight loss without dieting no. Fatigue **yes** . Fever no.
HEENT:
Eyes: Visual Disturbances yes. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity yes. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:
Chest pain/chest pressure yes. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:

5. Automatic implantable cardioverter-defibrillator in situ - Z95.810
6. Ischemic cardiomyopathy - I25.5

## Treatment

**1. Hypertension**
Notes: Continue on current medications.

**2. CHF (congestive heart failure)**
Notes: NYHA functional class I symptoms on his current medical therapy. At this time he does not qualify for parachute left ventricular partitioning clinical study. Order MUGA to reevaluate LVEF.

**3. CAD (coronary artery disease)**
Continue Digoxin Tablet, 125 MCG, 1 tablet, Orally, Once a day
Notes: Continue on current medications.

**4. Hyperlipidemia**
Notes: Continue on current regimen.

**5. Automatic implantable cardioverter-defibrillator in situ**
Notes: Continue followup with EP.

**6. Ischemic cardiomyopathy**
Continue Vasotec Tablet, 5 MG, TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
Continue Carvedilol Tablet, 25 MG, as directed, Orally, Twice daily
IMAGING: ECG
IMAGING: Nuclear - Resting MUGA (Ordered for 02/05/2016)
Notes: Continue on current medical therapy.

**7. Others**
Continue Co Q 10 Capsule, 100 MG, 1 capsule with a meal, Orally, Once a day
Continue Zoloft Tablet, 50 MG, 1 tablet, Orally, Once a day
Continue Krill Oil Omega-3 Capsule, 300 MG, as directed, Orally, once a day
Continue Vitamin C Tablet, 1000 MG, 1 tablet, Orally, twice a day
Continue Aspirin Tablet Dispersible, 81 MG, 1 tablet, Orally, Once a day
Continue Protonix Tablet Delayed Release, 40 MG, 1 tablet, Orally, twice a day
Continue Crestor Tablet, 10 MG, TAKE ONE TABLET BY MOUTH AT BEDTIME
Continue Plavix Tablet, 75 MG, TAKE ONE TABLET BY MOUTH EVERY DAY
Notes: Heart disease and diet material was published to portal.

## Preventive Medicine

Counseling: Care goal follow-up plan: Above Normal BMI Follow-up Lifestyle education regarding diet.

## Procedure Codes

93000 ELECTROCARDIOGRAM, COMPLETE

Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.

Hematology:

Low blood count/acute anemia no. Low platelet/thrombocytopenia no.

Men Only:

Erectile dysfunction no.

Genitourinary:

Blood in urine no. Pain on urination no.

Musculoskeletal:

Joint pain or swelling no. Muscle weakness no. Muscle cramping no.

Peripheral Vascular:

Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.

Skin:

Rash no. Skin sores no. Non-healing wounds no.

Neurologic:

Dizziness no. Confusion no. Headaches no.

Psychiatric:

Untreated or worsening depression no. Untreated or worsening anxiety no.

**Follow Up**

prn



**Electronically signed by Mehmet Cilingiroglu on 02/05/2016 at 11:29 AM CST**

**Sign off status: Completed**

---

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

# Keathley, Timothy S

ARKANSAS HEART HOSPITAL® CLINIC

43 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: United Healthcare Payer ID: 87726
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

04/04/2016

History and Physical : Patrick Stage, APN

## Current Medications

**Taking**

- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Digoxin 125 MCG Tablet 1 tablet Once a day
- Carvedilol 25 MG Tablet as directed Twice daily
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure
s/p AICD

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015

## Reason for Appointment

1. Ischemic cardiomyopathy
2. CAD
3. Hypertension
4. s/p AICD

## History of Present Illness

HPI:

Pt here for followup of cad and ischemic cardiomyopathy. He has occasional chest pain. He denies any syncope. He will have his st. jude medical ICD interrogated in the office today.

## Vital Signs

HR 66 /min, BP 113/68 mm Hg, Ht 5 ft 10 in, Wt 205 lbs, BMI 29.41 Index, Oxygen sat 93 %, Pain scale 0 1-10.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .

HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.

LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.

EXTREMITIES: no clubbing, cyanosis, or edema.

## Assessments

1. CAD (coronary artery disease) - I25.10 (Primary)
2. Ischemic cardiomyopathy - I25.5
3. Hypertension - I10
4. Old MI (myocardial infarction) - I25.2
5. Stented coronary artery - Z95.5
6. LBBB (left bundle branch block) - I44.7
7. CHF (congestive heart failure) - I50.9
8. Coronary atherosclerosis of native coronary artery - I25.10
9. Automatic implantable cardioverter-defibrillator in situ - Z95.810

## Treatment

**1. CAD (coronary artery disease)**

Start Torsemide Tablet, 10 MG, 1 tablet, Orally, Once a day, 30 day(s), 30, Refills 6
Start Potassium Chloride Crys ER Tablet Extended Release, 10 MEQ, 1

**Family History**
Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

**Social History**
Tobacco Use:
Tobacco Use/Smoking
Smoking Status: *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

**Review of Systems**
General/Constitutional:
Poor appetite no. Weight gain no.
Weight loss without dieting no.
Fatigue yes . Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears:
Hearing loss or recent changes no.
Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no.
Shortness of breath with activity yes.
Shortness of breath without activity yes.
Shortness of breath when lying flat no.
Frequent cough no.
Cardiac:
Chest pain/chest pressure no.
Unpredictable excessive sweating no. Rapid

tablet, Orally, Twice a day, 30 day(s), 60, Refills 6
Notes: One NSVT episode. No afib. He is retaining some fluid periodically. I am going to give him some torsemide. Will give potassium as well. ICD working well.

**2. Others**
Notes: Heart disease and diet material was published to portal.

**Preventive Medicine**
Counseling:
Care goal follow-up plan:
Above Normal BMI Follow-up *Lifestyle education regarding diet*

**Follow Up**
3 Months



**Electronically signed by Patrick Stage on 04/04/2016 at 12:23 PM CDT**

**Sign off status: Completed**

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

heart rate no. Irregular heart rate no.
Fainting no.
Gastrointestinal:
Nausea no. Frequent Hearthurn no.
Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:
Joint pain or swelling yes. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling yes. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness yes. Confusion no.
Headaches no.
Psychiatric:
Untreated or worsening depression no.
Untreated or worsening anxiety no.

ARKANSAS HEART HOSPITAL®
CLINIC

# Keathley, Timothy S

43 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: United Healthcare Payer ID: 87726
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

04/27/2016

History and Physical : Mehmet Cilingiroglu, MD

## Current Medications

**Taking**

- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Digoxin 125 MCG Tablet 1 tablet Once a day
- Carvedilol 25 MG Tablet as directed Twice daily
- Torsemide 10 MG Tablet 1 tablet Once a day
- Potassium Chloride Crys ER 10 MEQ Tablet Extended Release 1 tablet Twice a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure
s/p AICD

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014

## Reason for Appointment

1. CAD status post PCI status post MI
2. Ischemic cardiomyopathy
3. Hypertension
4. Hyperlipidemia
5. Status post automatic implantable cardiac defibrillator

## History of Present Illness

HPI:

Comes in for followup. He has prior showed coronary artery disease status post MI status post PCI of the LAD as well as RCA the drug-eluting stents. He also has prior history of ischemic cardiomyopathy. He also had automatic implantable cardiac defibrillator implantation per EP. His last 2-D Doppler echocardiogram showed moderate to severely reduced LV of 25-30 percent with wall motion abnormalities involving apex, and prior anterior septum, basal inferoseptal regions of the myocardium. His MUGA test also showed LVEF of 29 percent with hypokinesis of anteroapical and anterior walls. He has successfully completed the cardiac rehabilitation program and graduated from that. He is enrolled in an exercise program on his own as well. He is now disabled by Social Security. For his blood pressure seems to be well-controlled his remaining in normal sinus rhythm. His volume status seems to be euvolemic. He denies any significant angina pectoris. Because of stress and stressful situations he is not able to work at any capacity at the moment because of his heart condition and ischemic heart disease.

## Vital Signs

HR 60 /min, BP 109/72 mm Hg, Ht 5 ft 10 in, Wt 206 lbs, BMI 29.55 Index, Oxygen sat 95 %, Pain scale 0 1-10.

## Examination

General Examination:

GENERAL APPEARANCE: pleasant, well nourished, in no acute distress. HEAD: normocephalic. NECK/THYROID: normal, neck supple, no carotid bruit, no jugular venous distention. HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs. LUNGS: normal, clear to auscultation bilaterally, no wheezes, rales, rhonchi. CHEST: normal shape and expansion, no sternal abnormalities, pacemaker site normal . ABDOMEN: normal,

cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015

## Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy.

## Social History

Tobacco Use:
Tobacco Use/Smoking Smoking Status: nonsmoker. Tobacco use other than smoking Are you an other tobacco user? No.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none. Children: yes, 2. Exercise: yes, 2-3 times per week. Marital status: married.

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

## Review of Systems

General/Constitutional:
Poor appetite no. Weight gain no. Weight loss without dieting no. Fatigue yes . Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity yes. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:
Chest pain/chest pressure yes.

soft, nontender, nondistended, no masses palpable. EXTREMITIES: no edema. PERIPHERAL PULSES: normal, 2+ throughout. NEUROLOGIC: nonfocal, alert and oriented, cranial nerves 2-12 grossly intact.

## Assessments

1. CAD (coronary artery disease) - I25.10 (Primary)
2. Ischemic cardiomyopathy - I25.5
3. Hypertension - I10
4. Hyperlipidemia - E78.5
5. OSA on CPAP - G47.33

## Treatment

**1. CAD (coronary artery disease)**
Continue Digoxin Tablet, 125 MCG, 1 tablet, Orally, Once a day
Continue Torsemide Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue Potassium Chloride Crys ER Tablet Extended Release, 10 MEQ, 1 tablet, Orally, Twice a day
Notes: Heart disease and diet material was published to portal. continue on current medical therapy.

**2. Ischemic cardiomyopathy**
Continue Carvedilol Tablet, 25 MG, as directed, Orally, Twice daily
Notes: Continue on current medications.

**3. Hypertension**
Notes: Continue on current medical therapy monitor her blood pressure readings twice daily at home.

**4. Hyperlipidemia**
Notes: Continue on current regimen.

**5. OSA on CPAP**
Notes: Continue on CPAP.

**6. Others**
Continue Plavix Tablet, 75 MG, TAKE ONE TABLET BY MOUTH EVERY DAY
Continue Vasotec Tablet, 5 MG, TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
Continue Crestor Tablet, 10 MG, TAKE ONE TABLET BY MOUTH AT BEDTIME
Continue Protonix Tablet Delayed Release, 40 MG, 1 tablet, Orally, twice a day
Continue Aspirin Tablet Dispersible, 81 MG, 1 tablet, Orally, Once a day
Continue Vitamin C Tablet, 1000 MG, 1 tablet, Orally, twice a day
Continue Krill Oil Omega-3 Capsule, 300 MG, as directed, Orally, once a day
Continue Zoloft Tablet, 50 MG, 1 tablet, Orally, Once a day
Continue Co Q 10 Capsule, 100 MG, 1 capsule with a meal, Orally, Once a day

## Immunization

Immunization record has been reviewed and updated.

Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:
Low blood count/acute anemia no. Low platelet/thrombocytopenia no.
Men Only:
Erectile dysfunction no.
Genitourinary:
Blood in urine no. Pain on urination no.
Musculoskeletal:
Joint pain or swelling **yes**. Muscle weakness no. Muscle cramping no.
Peripheral Vascular:
Leg swelling yes. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.
Skin:
Rash no. Skin sores no. Non-healing wounds no.
Neurologic:
Dizziness no. Confusion no. Headaches yes.
Psychiatric:
Untreated or worsening depression no. Untreated or worsening anxiety no.

**Preventive Medicine**

Screening/Special Tests: Fall Risk Screening Fall Risk Assessment Performed Yes, Have you had a recent fall? No, Do you use a walker, cane, or require assistance? No.

**Follow Up**

6 Months (Reason: cad, cm)

Mehmet Cilingiroglu, MD

**Electronically signed by Mehmet Cilingiroglu on 04/27/2016 at 11:24 AM CDT**

**Sign off status: Completed**

---

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

---

AHHC Main Little Rock - Laboratory Department
7 Shackleford W Blvd , Little Rock, AR 722113714
501-664-5860

Keathley, Timothy, M,

FINAL RESULT

| | |
|---|---|
| Accession ID 2332967 | Lab Ref ID: 2332967 |
| Order Date: 12/03/2014 | Received. 12/03/2014 12:51:01 |
| Coll. Date: 12/03/2014 12:05:00 | |
| Requesting Physician. Cilingiroglu, Mehmet | Ordering Physician: Cilingiroglu, Mehmet |

# proBNP

| | NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| F | proBNP | 224.4 H | 0.0-125.0 (pg/ml) | 1 |

- AGE DEPENDENT 'RULE IN' CUT-OFFS
- (<75 years) 0-125
- (>75 years) 0-450

Keathley, Timothy , M. Accession ID: 2332967

Keathley, Timothy, M.

AHHC Main Little Rock - Laboratory Department
7 Shackleford W Blvd , Little Rock, AR 722113714
501-664-5860

FINAL RESULT

Accession ID: 2332967 Lab Ref ID: 2332967

Order Date: 12/03/2014 Received: 12/03/2014 17:08:00

Coll. Date 12/03/2014 12:05:00

Requesting Physician: Cilingiroglu, Mehmet Ordering Physician: Cilingiroglu, Mehmet

# Free T4

| | NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| F | Free T4 | 1.12 | 0.93-1.70 (ng/dL) | 1 |

- Performing Laboratory: Arkansas Heart Hospital 1701 S. Shackleford Rd. LR, AR 72211 CLIA# 04D0922806

- Laboratory Director: Gay Knight MT(ASCP)

Keathley, Timothy , M. Accession ID: 2332967

Keathley, Timothy, M.

AHHC Main Little Rock - Laboratory Department
7 Shackleford W Blvd , Little Rock, AR 722113714
501-664-5860

FINAL RESULT

| | |
|---|---|
| Accession ID: 2332967 | Lab Ref ID: 2332967 |
| Order Date: 12/03/2014 | Received 12/03/2014 12:23:00 |
| Coll. Date: 12/03/2014 12:05:00 | |
| Requesting Physician: Cilingiroglu, Mehmet | Ordering Physician: Cilingiroglu, Mehmet |

# CBC

| | NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| F | WBC | 8.4 | 4.1-10.9 (K/uL) | 1 |
| F | RBC | 5.09 | 4.20-6.30 (M/uL) | 1 |
| F | HGB | 16.4 | 12.0-18.0 (g/dl) | 1 |
| F | HCT | 47.8 | 37.0-51.0 (%) | 1 |
| F | PLT | 254.0 | 140.0-440.0 (K/uL) | 1 |
| F | LYM | 2.2 | 0.6-4.1 (K/uL) | 1 |
| F | LYM% | 26.3 | 10.0-58.5 (%) | 1 |
| F | MID | 0.5 | 0.0-1.8 (K/uL) | 1 |
| F | MID% | 6.3 | 0.1-24.0 (%) | 1 |
| F | GRAN | 5.7 | 2.0-7.8 (K/uL) | 1 |
| F | GRAN% | 67.4 | 37.0-92.0 (%) | 1 |
| F | MCV | 93.9 | 80.0-97.0 (fl) | 1 |
| **F** | **MCH** | **32.2** H | **26.0-32.0 (pg)** | **1** |
| F | MCHC | 34.3 | 31.0-36.0 (g/dl) | 1 |
| F | RDW | 12.8 | 11.5-14.5 (%) | 1 |

AHHC Main Little Rock - Laboratory Department
7 Shackleford W Blvd , Little Rock, AR 722113714
501-664-5860

Keathley, Timothy, M,

FINAL RESULT

Accession ID: 2332967 Lab Ref ID: 2332967

Order Date: 12/03/2014 Received: 12/03/2014 12:51:00

Coll. Date: 12/03/2014 12:05:00

Requesting Physician: Cilingiroglu, Mehmet Ordering Physician: Cilingiroglu, Mehmet

# Comprehensive Metabolic Panel

| | NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| F | Albumin | 4.5 | 3.4-5.0 (g/dl) | 1 |
| F | ALKP | 57 | 50-136 (U/L) | 1 |
| F | AST | 20 | 15-37 (U/L) | 1 |
| F | ALT | 56 | 30-65 (U/L) | 1 |
| F | TBil | 0.7 | 0.0-1.0 (mg/dl) | 1 |
| F | BUN | 13.0 | 7.0-18.0 (mg/dl) | 1 |
| F | Calcium | 9.3 | 8.5-10.1 (mg/dl) | 1 |
| F | CO2 | 31.1 | 21.0-32.0 (mmol/L) | 1 |
| F | Chloride | 104 | 98-107 (mmol/L) | 1 |
| F | Sodium | 141 | 136-145 (mmol/L) | 1 |
| F | Potassium | 4.3 | 3.5-5.1 (mmol/L) | 1 |
| F | Creatinine | 0.9 | 0.8-1.3 (mg/dl) | 1 |
| F | Glucose | 98 | 70-110 (mg/dl) | 1 |
| F | Total Protein | 7.4 | 6.4-8.2 (g/dl) | 1 |

Keathley, Timothy , M. Accession ID: 2332967

Keathley, Timothy, M.

AHHC Main Little Rock - Laboratory Department
7 Shackleford W Blvd , Little Rock, AR 722113714
501-664-5860

FINAL RESULT

Accession ID: 2332967 Lab Ref ID. 2332967

Order Date 12/03/2014 Received: 12/03/2014 12:51:01

Coll. Date: 12/03/2014 12:05:00

Requesting Physician: Cilingiroglu, Mehmet Ordering Physician: Cilingiroglu, Mehmet

# Lipid Panel

| | NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| F | Chol | 186 | 0-200 (mg/dl) | 1 |
| **F** | **Trig** | **160.0** H | **0.0-150.0 (mg/dl)** | **1** |
| F | HDL | 48.0 | 40.0-60.0 (mg/dl) | 1 |
| F | LDL | 106 | 0-130 | 1 |

Keathley Timothy , M ( Accession ID 2332967

Keathley, Timothy, M,

AHHC Main Little Rock - Laboratory Department
7 Shackleford W Blvd , Little Rock, AR 722113714
501-664-5860

FINAL RESULT

Accession ID: 2332967 Lab Ref ID 2332967

Order Date: 12/03/2014 Received 12/03/2014 17:08:00

Coll. Date. 12/03/2014 12:05:00

Requesting Physician. Cilingiroglu, Mehmet Ordering Physician. Cilingiroglu, Mehmet

# TSH

| | NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| F | TSH | 1.540 | 0.270-4.200 (uIU/ml) | 1 |

- Preforming Laboratory: Arkansas Heart Hospital 1701 S. Shackleford Rd. LR, AR 72211 CLIA# 04D0922806

- Laboratory Director: Gay Knight MT(ASCP)

Keathley, Timothy M. Accession ID: 2332967

Keathley, Timothy, M,

AHHC Main Little Rock - Laboratory Department
7 Shackleford W Blvd , Little Rock, AR 722113714
501-664-5860

FINAL RESULT

Accession ID: 2332967 Lab Ref ID: 2332967

Order Date: 12/03/2014 Received: 12/03/2014 12:35:00

Coll. Date: 12/03/2014 12:05:00

Requesting Physician: Cilingiroglu, Mehmet Ordering Physician: Cilingiroglu, Mehmet

# Hemoglobin A1C

| | NAME | VALUE | LAB |
|---|---|---|---|
| F | A1C | 5.1 (%) | 1 |

INTERPRETATION

| | |
|---|---|
| <5.7 | Decreased risk of diabetes |
| 5.7-6.0 | Increased risk for diabetes |
| 6.1-6.4 | Higher risk of diabetes |
| > or = 6.5 | Consistent with diabetes |

Standards of Medical Care in Diabetes-2010.

Diabetes Care, 33(Supp 1) : S1-S61, 2010.

Keathley, Timothy , M Accession ID: 2332967

AHHC Main Little Rock - Laboratory Department
7 Shackleford W Blvd . Little Rock, AR 722113714
501-664-5860

Keathley, Timothy, M.

FINAL RESULT

| | |
|---|---|
| Accession ID: 2332967 | Lab Ref ID 2332967 |
| Order Date: 12/03/2014 | Received: 12/03/2014 17:08:00 |
| Coll. Date: 12/03/2014 12:05:00 | |
| Requesting Physician Cilingiroglu, Mehmet | Ordering Physician: Cilingiroglu, Mehmet |

# Free T4

| | NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| F | Free T4 | 1.12 | 0.93-1.70 (ng/dL) | 1 |

- Performing Laboratory: Arkansas Heart Hospital 1701 S. Shackleford Rd. LR, AR 72211 CLIA# 04D0922806

- Laboratory Director: Gay Knight MT(ASCP)

Keathley, Timothy M. Accession ID: 2332967

3C132160006

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | Timothy Keathley | **Midmark Diagnostics Group** | | Rate: | 60 | BPM | Interpretation: |
| ID: | 1733101 | Req. Physician: | Cilingiroglu MD,Mehmet | PR: | 162 | msec | Sinus Rhythm |
| Sex: | Male | Technician: | JW | QT/QTc: | 408/408 | msec | -Left bundle branch block. |
| BP: | | History: | , | QRSD: | 154 | msec | ABNORMAL |
| Weight: | lbs | Medication: | , , | P Axis: | 42 | | |
| Height: | inches | Date of Report: | 01/29/14 11:54:01 | QRS Axis: | 26 | | |
| DOB: | (41 Years) | Reviewed By: | Cilingiroglu, Mehmet | T Axis: | 138 | | |
| Comments: | | Review Date: | 01/29/14 12:01:01 | | | | |




Speed:25 mm/sec Gain:10 mm/mv MYO:OFF AC:ON DRIFT:ON    Midmark Diagnostics Group    Page 1 of 1    Version 8.4.1    ECG Analysis Ver. 8.4.1    Print Date 04/27/16 14:59:51

3C132160006

**Midmark Diagnostics Group**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | Timothy Keathley | Req. Physician: | Cilingiroglu,Mehmet | | Rate: | 51 | BPM | Interpretation: |
| ID: | 1733101 | Technician: | tm | | PR: | 172 | msec | Sinus Bradycardia |
| Sex: | Male | History: | . | | QT/QTc: | 416/401 | msec | -Left bundle branch block. |
| BP: | | Medication: | . . | | QRSD: | 158 | msec | ABNORMAL |
| Weight: | lbs | Date of Report: | 03/12/14 | 10:40:22 | P Axis: | 43 | | |
| Height: | inches | Reviewed By: | Cilingiroglu, Mehmet | | QRS Axis: | 32 | | |
| DOB: | (41 Years) | Review Date: | 03/12/14 | 11:05:06 | T Axis: | 121 | | |
| Comments: | | | | | | | | |




Speed:25 mm/sec Gain:10 mm/mv MYO:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.4.1 ECG Analysis Ver. 8.4.1 Print Date 04/27/16 15:00:00

3C132160006

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | Timothy Keathley | **Midmark Diagnostics Group** | | | Rate: | 65 | BPM | Interpretation: |
| ID: | 1733101 | Req. Physician: | Wong, Wilson | | PR: | 170 | msec | Sinus Rhythm |
| Sex: | Male | Technician: | WL | | QT/QTc: | 408/416 | msec | -Left bundle branch block. |
| BP: | | History: | . | | QRSD: | 158 | msec | |
| Weight: | lbs | Medication: | . . | | P Axis: | 33 | | ABNORMAL |
| Height: | inches | Date of Report: | 04/16/14 | 16:20:11 | QRS Axis: | 40 | | |
| DOB: | (41 Years) | Reviewed By: | | | T Axis: | 123 | | |
| Comments: | | Review Date: | 04/16/14 | 16:20:12 | | | | |




Speed:25 mm/sec Gain:10 mm/mv MYO:OFF AC:ON DRIFT:ON  Midmark Diagnostics Group  Page 1 of 1  Version 8.4.1  ECG Analysis Ver. 8.4.1  Print Date 04/27/16 15:00:08

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: Timothy Keathley | **Midmark Diagnostics Group** | | Rate: | 68 | BPM | Interpretation: |
| ID: 1733101 | Req. Physician: | Cilingiroglu, Mehmet | PR: | 160 | msec | Sinus Rhythm |
| Sex: Male | Technician: | Justin C | QT/QTc: | 428/442 | msec | Left bundle branch block. |
| BP: | History: | . | QRSD: | 154 | msec | ABNORMAL |
| Weight: lbs | Medication: | , , | P Axis: | 45 | | |
| Height: inches | Date of Report: | 06/11/14 10:39:59 | QRS Axis: | 30 | | |
| DOB: (41 Years) | Reviewed By: | Cilingiroglu, Mehmet | T Axis: | 121 | | |
| Comments: | Review Date: | 06/11/14 11:05:00 | | | | |




Speed:25 mm/sec Gain:10 mm/mv MYO:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.4.1 ECG Analysis Ver. 8.4.1 Print Date 04/27/16 15:00:17

3C132160006

**Midmark Diagnostics Group**

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | Timothy Keathley | Req. Physician: | Cilingiroglu, Mehmet | Rate: | 73 | BPM |
| ID: | 1733101 | Technician: | PM,LPN | PR: | 160 | msec |
| Sex: | Male | History: | . | QT/QTc: | 420/442 | msec |
| BP: | | Medication: | , , | QRSD: | 152 | msec |
| Weight: | lbs | Date of Report: | 12/03/14 10:52:16 | P Axis: | 41 | |
| Height: | inches | Reviewed By: | Cilingiroglu, Mehmet | QRS Axis: | 27 | |
| DOB: | (42 Years) | Review Date: | 12/03/14 11:35:56 | T Axis: | 116 | |
| Comments: | | | | | | |

Interpretation:
Sinus Rhythm
Left bundle branch block.
ABNORMAL




Speed:25 mm/sec Gain:10 mm/mv MYO:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.4.1 ECG Analysis Ver. 8.4.1 Print Date 04/27/16 15:00:24

3C132160006

3C132160006

**Midmark Diagnostics Group**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | Timothy Keathley | Req. Physician: | Cilingiroglu, Mehmet | Rate: | 72 | BPM | Interpretation: |
| ID: | 1733101 | Technician: | am | PR: | 158 | msec | Sinus Rhythm |
| Sex: | Male | History: | . | QT/QTc: | 422/443 | msec | Left bundle branch block. |
| BP: | | Medication: | . . | QRSD: | 156 | msec | ABNORMAL |
| Weight: | lbs | Date of Report: | 06/03/15 11:20:13 | P Axis: | 41 | | |
| Height: | inches | Reviewed By: | Cilingiroglu, Mehmet | QRS Axis: | 20 | | |
| DOB: | (42 Years) | Review Date: | 06/03/15 11:34:56 | T Axis: | 114 | | |
| Comments: | | | | | | | |




Speed:25 mm/sec Gain:10 mm/mv MYO:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.4.1 ECG Analysis Ver. 8.4.1 Print Date 04/27/16 15:00:37

3C132160006

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | Timothy S Keathley | **Midmark Diagnostics Group** | | Rate: | 72 | BPM | Interpretation: |
| ID: | 1733101 | Req. Physician: | Cilingiroglu, Mehmet | PR: | 164 | msec | Sinus Rhythm |
| Sex: | Male | Technician: | RR | QT/QTc: | 434/455 | msec | -Left bundle branch block |
| BP: | | History: | , | QRSD: | 154 | msec | ABNORMAL |
| Weight: | lbs | Medication: | , , | P Axis: | 44 | | |
| Height: | inches | Date of Report: | 11/25/15 08:50:31 | QRS Axis: | 32 | | |
| DOB: | (43 Years) | Reviewed By: | Cilingiroglu, Mehmet | T Axis: | 70 | | |
| Comments: | | Review Date: | 11/25/15 09:12:40 | | | | |




Speed:25 mm/sec Gain:10 mm/mv MYO:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.4.1 ECG Analysis Ver. 8.4.1 Print Date 04/27/16 15:00:48

3C132160006

**Midmark Diagnostics Group**

| | | | | | |
|---|---|---|---|---|---|
| Name: | Timothy S Keathley | Req. Physician: | Beau, Scott | | |
| ID: | 1733101 | Technician: | sa, LPN | | |
| Sex: | Male | History: | , | | |
| BP: | | Medication: | , , | | |
| Weight: | lbs | Date of Report: | 12/01/15 | 16:12:15 | |
| Height: | inches | Reviewed By: | | | |
| DOB: | ? (43 Years) | Review Date: | 12/01/15 | 16:12:15 | |
| Comments: | | | | | |

| | | |
|---|---|---|
| Rate: | 79 | BPM |
| PR: | 176 | msec |
| QT/QTc: | 372/405 | msec |
| QRSD: | 158 | msec |
| P Axis: | 55 | |
| QRS Axis: | 66 | |
| T Axis: | -113 | |

Interpretation:
Sinus Rhythm
-Left bundle branch block.

ABNORMAL




Speed:25 mm/sec Gain:10 mm/mv MYO:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.4.1 ECG Analysis Ver. 8.4.1 Print Date 04/27/16 15:00:58

3C132160006

**Midmark Diagnostics Group**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name: | Timothy S Keathley | Req. Physician: | Stage, Patrick | | Rate: | 64 | BPM | | Interpretation: |
| ID: | 1733101 | Technician: | val | | PR: | 226 | msec | | Electronic dual-chamber pacemaker |
| Sex: | Male | History: | , | | QT/QTc: | 430/437 | msec | | Pacemaker ECG, No further analysis |
| BP: | | Medication: | , , | | QRSD: | 152 | msec | | INSUFFICIENT DATA |
| Weight: | lbs | Date of Report: | 01/04/16 | 11:22:41 | P Axis: | -1 | | | |
| Height: | inches | Reviewed By: | | | QRS Axis: | -63 | | | |
| DOB: | (43 Years) | Review Date: | 01/04/16 | 11:22:42 | T Axis: | 50 | | | |
| Comments: | | | | | | | | | |




Speed:25 mm/sec Gain:10 mm/mv MYO:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.4.1 ECG Analysis Ver. 8.4.1 Print Date 04/27/16 15:01:07

3C132160006

**Midmark Diagnostics Group**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | Timothy S Keathley | Req. Physician: | Cilingiroglu, Mehmet | | Rate: | 61 | BPM | Interpretation: |
| ID: | 1733101 | Technician: | sa, LPN | | PR: | 144 | msec | Electronic dual-chamber pacemaker |
| Sex: | Male | History: | . | | QT/QTc: | 408/409 | msec | Pacemaker ECG |
| BP: | | Medication: | , , | | QRSD: | 134 | msec | |
| Weight: | lbs | Date of Report: | 01/27/16 | 11:38:44 | P Axis: | -173 | | |
| Height: | inches | Reviewed By: | Cilingiroglu, Mehmet | | QRS Axis: | 87 | | |
| DOB: | (43 Years) | Review Date: | 01/27/16 | 12:00:02 | T Axis: | -33 | | |
| Comments: | | | | | | | | |




Speed:25 mm/sec Gain:10 mm/mv MYO:OFF AC:ON DRIFT:ON   Midmark Diagnostics Group   Page 1 of 1   Version 8.4.1   ECG Analysis Ver. 8.4.1   Print Date 04/27/16 15:01:15

3C132160006

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | Timothy S Keathley | **Midmark Diagnostics Group** | | | Rate: | 63 | BPM | Interpretation: |
| ID: | 1733101 | Req. Physician: | Cilingiroglu, Mehmet | | PR: | 176 | msec | Electronic ventricular pacemaker -possibly demand type |
| Sex: | Male | Technician: | mt, lpn | | QT/QTc: | 384/389 | msec | Pacemaker ECG, No further analysis |
| BP: | | History: | . | | QRSD: | 146 | msec | INSUFFICIENT DATA |
| Weight: | lbs | Medication: | .. | | P Axis: | 33 | | |
| Height: | inches | Date of Report: | 02/05/16 | 09:33:14 | QRS Axis: | 33 | | |
| DOB: | (43 Years) | Reviewed By: | | | T Axis: | 180 | | |
| Comments: | | Review Date: | 02/05/16 | 09:33:15 | | | | |




Speed:25 mm/sec Gain:10 mm/mv MYO:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.4.1 ECG Analysis Ver. 8.4.1 Print Date 04/27/16 15:01:32

3C132160006

ARKANSAS HEART HOSPITAL

| | | | |
|---|---|---|---|
| Patient Name: | KEATHLEY, TIMOTHY | | |
| MR #: | 215077 | Acct#: | 647769 |
| Patient Type: | I | DOB: | |
| Admit Date: | 2014/01/12 | Sex: | M |
| Attending: | Cilingiroglu, Mehmet | Room #: | 3D 32701 |

HISTORY AND PHYSICAL

ADMISSION DIAGNOSES:

1. ST segment elevation acute myocardial infarction.
2. Hypotension.
3. Prior history of hypertension.

BRIEF HISTORY: The patient is a 41-year-old Caucasian male who presented to the emergency room at 1548 hours on January 12, 2014 after having ongoing chest pain on and off since last night. Electrocardiogram in the emergency room showed ST segment elevation acute myocardial infarction with marked ST segment elevations in the anterior and inferior leads. He was slightly hypotensive initially, blood pressure in the 90s to high 80s. He was treated with four baby aspirin, Plavix loading 600 milligrams, and heparin, and he is going to be taken to the Cardiac Catheterization Laboratory for emergency cardiac catheterization, as well as possible percutaneous coronary intervention depending on the coronary anatomy. The procedural risks and benefits were explained to the patient and the patient's family, they would like to proceed accordingly.

PAST MEDICAL HISTORY: Past medical history is significant for hypertension.

PAST SURGICAL HISTORY: Appendectomy.

OUTPATIENT MEDICATIONS: He takes an antihypertensive regimen with lisinopril/hydrochlorothiazide, triamterene/hydrochlorothiazide.

ALLERGIES: HE REPORTS NO KNOWN DRUG ALLERGIES.

FAMILY HISTORY: Family history is significant for coronary artery disease.

PHYSICAL EXAMINATION:
VITAL SIGNS: His blood pressure initially was 120s, it came down to the high 80s. He is in sinus rhythm with a heart rate of 87 beats per minute, electrocardiogram shows early left bundle branch block pattern and ST segment elevation.
GENERAL: He seems to be diaphoretic and in moderate pain.
NECK: Supple, no carotid bruits.
CARDIOVASCULAR: Regular, rhythmic.
LUNGS: Seem to be clear.
EXTREMITIES: No edema.

LABORATORY DATA: Laboratories at this time are pending.

ASSESSMENT AND PLAN: ST segment elevation acute myocardial infarction. The patient has been having chest pain on and off since last night. Electrocardiogram shows wide separate ST segment elevation and he will be taken to the Cardiac Catheterization Laboratory. Acute coronary syndrome protocol was followed with aspirin, Plavix loading, as well as heparin. Depending on the coronary anatomy, we may consider doing percutaneous coronary
intervention. He may possibly require balloon pump if he remains to be hypotensive. This was discussed with the patient and the patient's family.

Mehmet Cilingiroglu, MD

MC/MTA

3C132160006

ARKANSAS HEART HOSPITAL

| | | | |
|---|---|---|---|
| Patient Name: | KEATHLEY, TIMOTHY | | |
| MR #: | 215077 | Acct#: | 647769 |
| Patient Type: | I | DOB: | |
| Admit Date: | 2014/01/12 | Sex: | M |
| Attending: | Cilingiroglu, Mehmet | Room #: | 3D 32701 |

HISTORY AND PHYSICAL

D: 01/12/2014 16:10:54
T: 01/13/2014 01:46:38
DVI Job# 358202/DQM Job# 595124783

Signed by CILINGIROGLU MD, MEHMET on 13-Jan-2014 04:40:17 -05:00

3C132160006

ARKANSAS HEART HOSPITAL

Patient Name: KEATHLEY, TIMOTHY
MR #: 215077 Acct#: 647769
Patient Type: I DOB:
Admit Date: 2014/01/12 Sex: M
Attending: Cilingiroglu, Mehmet Room #: 3D 32701

CONSULTATION REPORT

DATE OF CONSULTATION: 01/13/2014

CONSULTING PHYSICIAN: Mehmet Cilingiroglu, MD.

REASON FOR CONSULTATION: Ventricular tachycardia.

HISTORY OF PRESENT ILLNESS: This is a 41-year-old male patient who has a prior history of hypertension and hyperlipidemia. He has been on blood pressure control on medications as well as statin therapy. He was taken to the emergency room at 1548 on January 12, 2014 after having ongoing chest pain
off and on since the night before. Electrocardiogram in the emergency room showed a ST-elevation myocardial infarction with marked ST-elevations in the anterior and inferior leads. He was slightly hypotensive at the time of admission. He was taken to the Catheterization Laboratory for emergency coronary angiography by Dr. Mehmet Cilingiroglu with findings of significant left anterior descending artery disease requiring stent. I do not have access
to the actual report at this time but evidently after stent placement to the left anterior descending artery the patient had episodes of ventricular tachycardia requiring defibrillation times two. His ejection fraction by coronary angiography was calculated to be around 35 to 40 percent. He had one
episode after returning to the floor that appears to be nonsustained ventricular tachycardia as well. The patient was bolused with amiodarone in the Catheterization Laboratory and has remained on an amiodarone drip since that time. We were consulted for further management of his rhythm. At this time his cardiac enzymes are continuing to rise. He is pain free. His vital signs otherwise are stable. He has had no further ventricular arrhythmias since 2300 last night.

PAST MEDICAL HISTORY: Includes:

1. Hypertension.
2. Hypercholesterolemia.

PAST SURGICAL HISTORY: Appendectomy.

ALLERGIES: NO KNOWN DRUG ALLERGIES.

MEDICATIONS AT THE TIME OF HOSPITALIZATION: Include:

1. Lisinopril/hydrochlorothiazide.
2. Triamterene/hydrochlorothiazide.

FAMILY HISTORY: Positive for significant premature coronary artery disease.

SOCIAL HISTORY: The patient has never smoked. He has an occasional alcoholic
beverage and drinks two to three caffeinated beverages daily.

REVIEW OF SYSTEMS:
GENERAL: The patient has had no recent weight loss or gain or heat or cold intolerance.
NEUROLOGIC: The patient denies dizziness, seizures, syncope, near syncope or stroke.
HEAD, EYES, EARS, NOSE AND THROAT: The patient has had no nose bleeds,

3C132160006

ARKANSAS HEART HOSPITAL

Patient Name: KEATHLEY, TIMOTHY
MR #: 215077 Acct#: 647769
Patient Type: I DOB:
Admit Date: 2014/01/12 Sex: M
Attending: Cilingiroglu, Mehmet Room #: 3D 32701

CONSULTATION REPORT

visual
disturbance cataracts, glaucoma, dysphagia, or bleeding gums.
ENDOCRINE: The patient has hyperlipidemia on statin therapy, otherwise noncontributory.
RESPIRATORY: Noncontributory.
CARDIOVASCULAR: As per the history of present illness and past medical history.
GASTROINTESTINAL: Noncontributory.
GENITOURINARY: Noncontributory.
SKIN: No rashes or nonhealing lesions.
MUSCULOSKELETAL: Noncontributory.

PHYSICAL EXAMINATION:
GENERAL: The patient is 41-year-old healthy-appearing male who is in no apparent distress.
VITAL SIGNS: The patient is afebrile with a heart rate of 81 beats per minute, respirations 20, blood pressure 119/75, oxygen saturation 97 percent on two liters.
HEAD, EYES, EARS, NOSE, AND THROAT: Sclerae are nonicteric. Conjunctivae are
not pale.
NECK: Supple without visible masses, thyromegaly, jugular venous distention or bruit.
LUNGS: Breath sounds are clear anterior to posterior without wheezes or rales.
HEART: Regular rate and rhythm without audible murmurs, gallops or rubs.
ABDOMEN: Soft and nontender. Bowel sounds are positive. No hepatosplenomegaly.
BONES, JOINTS, EXTREMITIES: There is no calf muscle tenderness or peripheral edema. Pulses are palpable.
NEUROLOGICAL: Nonfocal.
PSYCHIATRIC: Appropriate.
SKIN: Catheterization site is stable without hematoma or bleeding.

LABORATORY DATA: Sodium 137, potassium 5.34, BUN 14, creatinine 0.99. Total protein 6.3, albumin 4.2, alkaline phosphatase 52, SGOT 311, SGPT 81, bilirubin 0.5, direct bilirubin less than 0.2. Troponin 5.61 (increased from 2.51), creatine phosphokinase increased from 2455 to 3387. White blood cell count 15.4, hemoglobin 13.6, hematocrit 39.9.

Cardiac monitor reveals normal sinus rhythm. It appears he had one episode last night at around 2300 of slow ventricular tachycardia up to 150 beats per minute nonsustained.

ASSESSMENT:

1. Ventricular tachycardia requiring shocks times two during his coronary angiography following stent placement. He had a recurrent episode of nonsustained slow ventricular tachycardia after returning to the floor. Consider possible reperfusion arrhythmias.
2. Acute ST-elevation myocardial infarction with cardiac enzymes still rising at this time. He is status post left anterior descending artery stent.
3. Ischemic cardiomyopathy with left ventricular ejection fraction of 35 to 40 percent by catheterization. An echocardiogram was just completed and is pending read at this time.
4. Mild hyperkalemia.
5. Increased liver function studies.
6. Leukocytosis with mild anemia possibly due to a myocardial infarction.

3C132160006

ARKANSAS HEART HOSPITAL

Patient Name: KEATHLEY, TIMOTHY
MR #: 215077 Acct#: 647769
Patient Type: I DOB:
Admit Date: 2014/01/12 Sex: M
Attending: Cilingiroglu, Mehmet Room #: 3D 32701

CONSULTATION REPORT

PLAN:

1. We are awaiting the echocardiogram results at this time. If left ventricular ejection fraction is less than or equal to 35 percent then we recommend this patient to be on a LifeVest on an outpatient basis and follow up echocardiogram in three months.
2. At this time we will discontinue amiodarone and continue monitoring for arrhythmias while hospitalized.
3. Further recommendations will be forthcoming.

Rebecca L Young, APN

Wilson Wong, MD

RLY/MTA
D: 01/13/2014 11:11:44
T: 01/13/2014 13:42:42
DVI Job# 359524/DQM Job# 595197846

cc: Mehmet Cilingiroglu, MD

Signed by YOUNG APN, REBECCA L. on 14-Jan-2014 11:49:43 -05:00
Signed by WONG MD, WILSON on 14-Jan-2014 12:47:22 -05:00

3C132160006

ARKANSAS HEART HOSPITAL

Patient Name: KEATHLEY, TIMOTHY
MR #: 215077 Acct#: 647769
Patient Type: I DOB:
Admit Date: 2014/01/12 Sex: M
Attending: Cilingiroglu, Mehmet Room #: 3D 32701

DISCHARGE SUMMARY

PRIMARY DISCHARGE DIAGNOSIS:

1. ST-elevation acute anterior wall myocardial infarction involving the anterior wall of the left ventricle as well as apex and involving the left anterior descending coronary artery with ventricular fibrillation and ventricular tachycardia requiring direct-current cardioversion.
2. History of hypertension.
3. History of hyperlipidemia.

BRIEF HOSPITAL PROGRESS: This is a wonderful, Caucasian, 41-year-old man who presented to the emergency room basically for staggering chest pains lasting 24 hours, ongoing, and he was diagnosed anterior and apical ST-elevation myocardial infarction involving the left anterior descending artery. He was taken to the cardiac catheterization laboratory promptly and the proximal left
anterior descending artery was found to be occluded 100 percent which was intervened with a drug-eluting stent with good results. He also had ventricular fibrillation after the revascularization requiring direct-current cardioversion times two and echocardiogram showed basically the anterior and anteroapical walls to be significant hypokinetic with estimated left ventricular ejection fraction of 25 to 30 percent. He was started on aspirin and Plavix as well as low dose angiotensin converting enzyme inhibitor and beta blocker, and statin therapy as clinically indicated with improvement in his symptoms and suitable to discharge home on January 15, 2014.

Because his left ventricular ejection fraction was 25 to 30 percent, he also required a LifeVest to go home and we are going to re-evaluate his left ventricular ejection fraction in four to six weeks by echocardiogram and he may require possible automatic implantable cardioverter-defibrillator implantation if his ejection fraction remains as it is after 40 days of his myocardial infarction. At the time of discharge, he did not have any angina.

DISCHARGE MEDICATIONS:

1. Aspirin 325 milligrams one tablet once a day.
2. Plavix 75 milligrams daily.
3. Crestor 10 milligrams at bedtime.
4. Digoxin 0.125 milligrams daily.
5. Toprol-XL 25 milligrams daily.
6. Protonix 40 milligrams daily.
7. Levaquin 500 milligrams one tablet daily for seven days.

LABORATORY DATA: BUN 14, creatinine 0.9, sodium 137, potassium 4.3, high-density lipoprotein 34, total cholesterol 161, low-density lipoprotein 89. His troponin interestingly did not increase significantly. I think his anterior wall and apical wall are in stunned mode.

FOLLOWUP: His paperwork for short-term disability has been completed by me, and he is going to have followup with me at the clinic in three to four weeks.
This was all discussed with the patient and the patient's family.

Mehmet Cilingiroglu, MD

MC/MTA
D: 01/15/2014 11:24:37

3C132160006

ARKANSAS HEART HOSPITAL

| | | | |
|---|---|---|---|
| Patient Name: | KEATHLEY, TIMOTHY | | |
| MR #: | 215077 | Acct#: | 647769 |
| Patient Type: | I | DOB: | |
| Admit Date: | 2014/01/12 | Sex: | M |
| Attending: | Cilingiroglu, Mehmet | Room #: | 3D 32701 |

DISCHARGE SUMMARY

T: 01/15/2014 12:05:07
DVI Job# 365367/DQM Job# 595538154

Signed by CILINGIROGLU MD, MEHMET on 17-Jan-2014 09:45:39 -05:00

3C132160006

ARKANSAS HEART HOSPITAL

Patient Name: KEATHLEY, TIMOTHY
MR #: 215077 Acct#: 657620
Patient Type: O DOB:
Admit Date: 2014/05/15 Sex: M
Attending: Cilingiroglu, Mehmet Room #: 3D 32301

HISTORY AND PHYSICAL

PRIMARY DIAGNOSES:

1. Chest discomfort.
2. Prior history of coronary artery disease with stent implantation to the left anterior descending coronary artery. His most recent heart catheterization done over the weekend showed patent stents which were placed by me in January of this year with improvement in his left ventricular ejection fraction with a moderate right coronary artery lesion.
3. Reflux symptoms and gastrointestinal symptoms.

BRIEF HISTORY: This is a very pleasant 41-year-old Caucasian male with a prior history significant for coronary artery disease and a reduced left ventricular ejection fraction initially which has subsequently improved with medical therapy and following a stent implantation to his left anterior descending coronary artery with a drug-eluting stent after an ST elevation myocardial infarction. He presents to Arkansas Heart Hospital complaining of a lot of gastrointestinal symptoms as well as some chest pain. His initial cardiac enzymes were negative. His electrocardiogram showed his prior underlying abnormality of a left bundle-branch block which is not new and he is in a sinus rhythm. His vital signs were stable. He has been taken to the stress laboratory today and had a treadmill exercise nuclear stress test. The treadmill portion did not show any significant abnormality although his initial electrocardiogram again upon presentation to the emergency room was not really significantly abnormal from his prior electrocardiograms. I have consulted Dr. Pennington as we were planning to have him see Dr. Pennington as an outpatient. Since he was already in emergency room I took the opportunity for him to be evaluated by Dr. Pennington. Dr. Johnson from his group has evaluated the patient in the stress laboratory and he is going to have an upper endoscopy done in the morning assuming the nuclear portion of his stress test shows no ischemia. He will have liver function tests, a comprehensive metabolic panel, amylase, lipase and a right upper quadrant ultrasound as clinically indicated.

OUTPATIENT MEDICATIONS:

1. Crestor 10 milligrams one at bedtime.
2. Digoxin 0.125 milligrams once a day but he was going to discontinue that once he runs out after his visit.
3. Toprol-XL 25 milligrams once a day.
4. Protonix 40 milligrams a day.
5. Aspirin 325 milligrams once a day.
6. Plavix 75 milligrams a day.
7. Vasotec 5 milligrams twice daily.
8. Fluoxetine 20 milligrams one in the morning.
9. Coenzyme Q 100 milligrams once a day.
10. Vitamin C 1,000 milligrams twice daily.
11. Flaxseed as directed.
12. Krill oil 300 milligrams as directed once a day.

ALLERGIES: NONE.

PAST MEDICAL HISTORY:

3C132160006

ARKANSAS HEART HOSPITAL

| | | | |
|---|---|---|---|
| Patient Name: | KEATHLEY, TIMOTHY | | |
| MR #: | 215077 | Acct#: | 657620 |
| Patient Type: | O | DOB: | |
| Admit Date: | 2014/05/15 | Sex: | M |
| Attending: | Cilingiroglu, Mehmet | Room #: | 3D 32301 |

HISTORY AND PHYSICAL

1. Significant for hypertension since 2007.
2. Heart attack in 2014 with a drug-eluting stent implantation into the proximal left anterior descending. The left ventricular ejection fraction on the most recent echocardiogram and angiogram is within the normal range.
3. Hyperlipidemia.
4. Obstructive sleep apnea.

PAST SURGICAL HISTORY: Appendix removed in 1985.

FAMILY HISTORY: His father is alive and has had a heart attack.

SOCIAL HISTORY: He is a nonsmoker with no illicit drug use and no alcohol.

REVIEW OF SYSTEMS:
Significant for a lot of reflux symptoms as well as chest pain.

LABORATORY DATA: Sodium 138, potassium 4.1, chloride 100, carbon dioxide 26, BUN 11, creatinine 0.8, glucose 107. Cardiac enzymes are all negative. Digoxin level was 0.5. White blood count 10.3, hemoglobin 15, hematocrit 45, platelet count 244,000. There is a little bit of a left shift. INR 1.0.

Chest x-ray from today shows no acute changes with no active findings.

His 12-lead electrocardiogram showed a normal sinus rhythm with a left bundle-
branch block pattern which has not changed from his prior electrocardiogram.

ASSESSMENT AND PLAN: This is a very pleasant 41-year-old man who presents with a lot of gastrointestinal symptoms including nausea, vomiting, heartburn symptoms and also some chest pain. He just an angiogram by Dr. Flaherty over the weekend who was the on-call physician. I have reviewed the angiogram and it shows a patent proximal left anterior descending stent with moderate right coronary artery stenosis in the distal right coronary artery which was apparent on his coronary angiogram from January of 2014. In the face of this we decided to proceed with a nuclear stress test as his right coronary artery lesion is clinically significant. Today he did exercise on the treadmill for 10 minutes achieving 90 percent of his maximum predicted heart rate with an expected blood pressure as normal. He had some chest discomfort, however in the emergency room his chest discomfort was not relieved with Nitroglycerin and indeed it got worse. Considering his gastrointestinal symptoms that he has we have consulted Dr. Pennington and Dr. Johnson's service. Dr. Johnson has seen the patient in the stress laboratory and the patient is going to have
a comprehensive metabolic panel including amylase, lipase and a right upper quadrant ultrasound. He is going to have an upper endoscopy done to rule out his gastrointestinal symptoms from the standpoint of gastritis or ulcers in the morning as well. Otherwise he will continue his current medications and a
further treatment plan will depend on the results of his nuclear stress test as well as his Gastroenterology evaluation. This was discussed with the patient and the patient's family.

Mehmet Cilingiroglu, MD

MC/MTA
D: 05/15/2014 16:44:54

3C132160006

ARKANSAS HEART HOSPITAL

| | | | |
|---|---|---|---|
| Patient Name: | KEATHLEY, TIMOTHY | | |
| MR #: | 215077 | Acct#: | 657620 |
| Patient Type: | O | DOB: | |
| Admit Date: | 2014/05/15 | Sex: | M |
| Attending: | Cilingiroglu, Mehmet | Room #: | 3D 32301 |

HISTORY AND PHYSICAL

T: 05/15/2014 17:45:25
DVI Job# 067078/DQM Job# 611060465

Signed by CILINGIROGLU MD, MEHMET on 19-May-2014 20:30:52 -05:00

3C132160006

ARKANSAS HEART HOSPITAL

| | | | |
|---|---|---|---|
| Patient Name: | KEATHLEY, TIMOTHY | | |
| MR #: | 215077 | Acct#: | 657197 |
| Patient Type: | O | DOB: | |
| Admit Date: | 2014/05/10 | Sex: | M |
| Attending: | Pritchett, Daniel | Room #: | ED 408008 |

DISCHARGE SUMMARY

SHORT STAY SUMMARY

DISCHARGE DIAGNOSES:

1. Nonobstructive coronary artery disease.
a. Status post diagnostic angiography revealing a patent stent in the left anterior descending from a recent percutaneous coronary intervention in January of this year and no other evidence of obstructive coronary disease.
2. Mildly reduced left ventricular function secondary to a recent anterior myocardial infarction.
3. Abnormal electrocardiogram with a left bundle-branch block.

HOSPITAL COURSE: The patient presented with substernal chest pain. He felt the pain was similar to what he experienced in January when he had a 100 percent occlusion of his left anterior descending. His electrocardiogram showed a left bundle-branch block with some concern for a possible ST segment elevation in the anterior leads, however on review and comparison to previous electrocardiograms this is most likely just residual changes and a left bundle-
branch block. The emergency room physician was concerned and because of the patient's pain and symptoms we took him to the Catheterization Laboratory. He
was noted to have nonobstructive disease with a patent stent in his left anterior descending and no other zones of ischemia. He did have mildly reduced left ventricular function related to his recent myocardial infarction.
The patient did well and had no complications. We recovered him post radial protocol and he was able to discharge home on the same day as the procedure. There were no changes to his discharge medications. He was discharged home stable without complaints.

FOLLOWUP: Follow-up will be with Dr. Cilingiroglu in two weeks.

ACTIVITY: Progressive as tolerated with radial precautions for three days.

DIET: Low fat, low sodium.

PHYSICAL EXAMINATION:
DISCHARGE VITAL SIGNS: Pulse 94 and regular, blood pressure 115/70, temperature 98.1, respirations 18 and pulse oximetry 98 percent on room air.
HEAD, EYES, EARS, NOSE AND THROAT: Head was normocephalic and atraumatic. His
features are symmetric.
NECK: Soft and supple. Carotids 2+.
LUNGS: Clear to auscultation bilaterally.
HEART: Regular rate and rhythm.
SKIN: Pink, warm and dry.
NEUROLOGIC: Intact at baseline.
PSYCHIATRIC: Mood and affect are normal and appropriate.

Cassidy Velek, APN

Patrick J Flaherty, DO

CV/MTA

3C132160006

ARKANSAS HEART HOSPITAL

| | | | |
|---|---|---|---|
| Patient Name: | KEATHLEY, TIMOTHY | | |
| MR #: | 215077 | Acct#: | 657197 |
| Patient Type: | O | DOB: | |
| Admit Date: | 2014/05/10 | Sex: | M |
| Attending: | Pritchett, Daniel | Room #: | ED 408008 |

DISCHARGE SUMMARY

D: 05/14/2014 12:03:50
T: 05/15/2014 12:44:10
DVI Job# 628653/DQM Job# 610846009

Signed by VELEK APN, J. C. on 19-May-2014 21:04:05 -05:00
Signed by FLAHERTY III MD, PATRICK J. on 19-May-2014 21:09:19 -05:00

3C132160006

ARKANSAS HEART HOSPITAL

| | | | |
|---|---|---|---|
| Patient Name: | KEATHLEY, TIMOTHY | | |
| MR #: | 215077 | Acct#: | 705953 |
| Patient Type: | O | DOB: | |
| Admit Date: | 2015/12/02 | Sex: | M |
| Attending: | Beau, Scott | Room #: | 2D 22701 |

DISCHARGE SUMMARY

PRIMARY CARE PHYSICIAN: Dr. James A. Farmer.

PRIMARY DISCHARGE DIAGNOSES: Status post biventricular implantable cardioverter-defibrillator placement.

HOSPITAL COURSE: The patient is a 42-year-old man with a medical history relevant for hypertension, myocardial infarction in January of 2014, coronary artery disease status post percutaneous coronary intervention to the left anterior descending artery with a drug-eluting stent and anterior wall myocardial infarction with a left ventricular ejection fraction of around 25 to 30 percent and a percutaneous coronary intervention to the right coronary artery, obstructive sleep apnea with CPAP at night, hyperlipidemia, depression
and anxiety, ischemic cardiomyopathy, left bundle branch block, and congestive
systolic heart failure.

On December 1, 2015 the patient presented to Dr. Beau for a follow up. The patient with a prior history of coronary artery disease with an ST-elevation myocardial infarction with a percutaneous coronary intervention to the left anterior descending artery and percutaneous coronary intervention to the right coronary artery. The recent echocardiogram showed a
reduced left ventricular function around 20 to 25 percent with moderate increase of the left ventricular cavity and left atrium and mild mitral regurgitation. The patient was wearing a LifeVest at the moment of the appointment. The patient has New York Heart Association Class III with exertion despite her current medical therapy. The patient has a left bundle branch block and a myocardial infarction. After further assessment and evaluation, the patient was scheduled to come to the hospital for a biventricular implantable cardioverter-defibrillator placement. The patient was educated to hold his Plavix for five days prior to the scheduled date.

On December 2, 2015 the patient came to the hospital after initial assessment and evaluation and consent and the patient underwent a biventricular implantable cardioverter-defibrillator placement without apparent complications and was well tolerated by the patient. A chest x-ray after surgery showed no pneumothorax. However, after the procedure the patient started to feel pain on the right side. A chest x-ray ruled out a pneumothorax. Saturations were 99 percent at that time with normal auscultation on the lung examination. During the night the patient was doing better with a combination between amiodarone, hydrocodone, and Xanax. The patient with a history of anxiety and depression. Today, this morning is the first day after surgery and the patient is feeling better. A chest x-ray after 24 hours of the procedure showed no pneumothorax. Device interrogation of the biventricular implantable cardioverter-defibrillator shows within normal limits with a capture sense and lead impedance within normal limits. The patient is in mode DDDR and is ventricularly pacing more than 99 percent of the time. The surgical wound looks closed without signs of infection. The
patient is going home.

LAST VITAL SIGNS: Temperature 98.1, heart rate 69 per minute, respirations 20
per minute, oxygen saturation 96 percent, blood pressure 120/76.

3C132160006

ARKANSAS HEART HOSPITAL

| | | | |
|---|---|---|---|
| Patient Name: | KEATHLEY, TIMOTHY | | |
| MR #: | 215077 | Acct#: | 705953 |
| Patient Type: | O | DOB: | |
| Admit Date: | 2015/12/02 | Sex: | M |
| Attending: | Beau, Scott | Room #: | 2D 22701 |

DISCHARGE SUMMARY

DISCHARGE MEDICATIONS:

1. Aspirin 325 milligram tablet delayed release one tablet daily.
2. Plavix 75 milligrams one tablet daily to resume in three days.
3. Enalapril 5 milligrams one tablet orally three times a day.
4. Pantoprazole 40 milligrams one tablet orally daily.
5. Crestor 10 milligrams one tablet orally daily at bedtime.
6. Digoxin 125 micrograms one tablet daily.
7. Carvedilol 6.25 milligrams one tablet orally three times a day.
8. Krill Oil 500 milligram capsule one capsule daily.
9. Zoloft 50 milligrams one tablet orally daily.
10. Coenzyme Q-10 100 milligram capsule one capsule daily.
11. Ultram 50 milligrams one tablet orally every six hours as needed for pain.

ADVICE/EDUCATION: The patient was advised to resume his Plavix in three days.
The patient and family received instructions regarding the device care. The patient was advised to resume his regular medications with the exception of the Plavix to hold for three days. Also the patient is going home medication for pain. He was instructed to take it every six hours in case of pain with a
maximum of 20 pills. Finally, the patient was advised of the next follow up on December 14, 2015.

CHEST-X-RAY: A chest x-ray showed the pacemaker in good position without pneumothorax or other acute process.

DISCHARGE CONDITION: Stable.

DISCHARGE DISPOSITION: Home.

FOLLOW UP: The patient will have a follow up on December 14, 2015 at 4:00 p.m. with Patrick Stage, APN in the Little Rock Clinic.

PATRICIA A LOPEZ, APRN

Scott L Beau, MD

PAL/MTA
D: 12/03/2015 08:26:59
T: 12/04/2015 11:41:44
DVI Job# 126938/DQM Job# 679559538

Signed by BEAU MD, SCOTT on 04-Dec-2015 15:35:28 -05:00
Previously Signed by LOPEZ, PATRICIA on 04-Dec-2015 15:23:53 -05:00

3C132160006

**KEATHLEY, TIMOTHY**
Patient MRN: 215077 Orgz:
Visit ID: 705953 Location:
Birth Date: Sex: M
Doctor: BEAU, SCOTT L.

**ARKANSAS HEART HOSPITAL**
1701 SOUTH SHACKLEFORD
LITTLE ROCK, AR 72211
Final Report
Report For: HIM

**Additional Report Recipients:**
BEAU, SCOTT L.
Visit Reports: Final, Single

**CHEMISTRY DEPARTMENT**
CHEMISTRY

| Test Name | Collection Date: 12/02/2015 Collection Time: 07:50 | REFERENCE RANGE | UNITS OF MEASURE | PF |
|---|---|---|---|---|
| HEMOGLOBIN A1C | 5.4 | 4.5-6.2 | % | AH |

**POINT OF CARE**
POINT OF CARE

| Test Name | Collection Date: 12/03/2015 Collection Time: 07:32 | REFERENCE RANGE | UNITS OF MEASURE | PF |
|---|---|---|---|---|
| GLUCOSE, WHOLE BLOOD-POC | 98 | 74-106 | | AH |

POINT OF CARE Continued

| Test Name | Collection Date: 12/03/2015 Collection Time: 00:08 | REFERENCE RANGE | UNITS OF MEASURE | PF |
|---|---|---|---|---|
| GLUCOSE, WHOLE BLOOD-POC | 105 | 74-106 | | AH |

POINT OF CARE Continued

| Test Name | Collection Date: 12/02/2015 Collection Time: 20:04 | REFERENCE RANGE | UNITS OF MEASURE | PF |
|---|---|---|---|---|
| GLUCOSE, WHOLE BLOOD-POC | 95 | 74-106 | | AH |

POINT OF CARE Continued

| Test Name | Collection Date: 12/02/2015 Collection Time: 11:29 | REFERENCE RANGE | UNITS OF MEASURE | PF |
|---|---|---|---|---|
| GLUCOSE, WHOLE BLOOD-POC | 91 | 74-106 | | AH |

**Testing Performed at:**
AH: ARKANSAS HEART HOSPITAL 1701 SOUTH SHACKLEFORD LITTLE ROCK, AR 72211
MD PAUL STOUT

3C132160006

**KEATHLEY, TIMOTHY**
Patient MRN: 215077 Orgz: 2D
Visit ID: 705953 Location: 22701
Birth Date: Sex: M
Doctor: BEAU, SCOTT L.

**ARKANSAS HEART HOSPITAL**
1701 SOUTH SHACKLEFORD
LITTLE ROCK, AR 72211
Cumulative Report
Report For: 2D

**Additional Report Recipients:**
BEAU, SCOTT L.
Visit Reports: Final, Single

**CHEMISTRY DEPARTMENT**
CHEMISTRY

| Test Name | Collection Date: 12/02/2015 Collection Time: 07:50 | REFERENCE RANGE | UNITS OF MEASURE | PF |
|---|---|---|---|---|
| HEMOGLOBIN A1C | [5.4] | 4.5-6.2 | % | AH |

**POINT OF CARE**
POINT OF CARE

| Test Name | Collection Date: 12/03/2015 Collection Time: 00:08 | REFERENCE RANGE | UNITS OF MEASURE | PF |
|---|---|---|---|---|
| GLUCOSE, WHOLE BLOOD-POC | [105] | 74-106 | | AH |

POINT OF CARE Continued

| Test Name | Collection Date: 12/02/2015 Collection Time: 20:04 | REFERENCE RANGE | UNITS OF MEASURE | PF |
|---|---|---|---|---|
| GLUCOSE, WHOLE BLOOD-POC | [95] | 74-106 | | AH |

POINT OF CARE Continued

| Test Name | Collection Date: 12/02/2015 Collection Time: 11:29 | REFERENCE RANGE | UNITS OF MEASURE | PF |
|---|---|---|---|---|
| GLUCOSE, WHOLE BLOOD-POC | [91] | 74-106 | | AH |

**Testing Performed at:**
AH: ARKANSAS HEART HOSPITAL 1701 SOUTH SHACKLEFORD LITTLE ROCK, AR 72211
MD PAUL STOUT

3C132160006



ARKANSAS HEART HOSPITAL®
CLINIC

7 Shackleford West Blvd Little Rock, Arkansas 72211 501-664-5860

# TRANSTHORACIC ECHOCARDIOGRAM REPORT

**(CPT code 93306)**

| | | | |
|---|---|---|---|
| **Patient Name:** | **TIMOTHY S KEATHLEY** | **Date of Exam:** | **2/5/2016** |
| Medical Rec #: | 1733101 | Custom1: | |
| Account #: | | Custom2: | |
| Date of Birth: | | Height: | |
| Patient Age: | 43 years | Weight: | |
| Patient Gender: | M | BSA: | |

Indications: Research
Sonographer: Brandy Rhodes
Referring Phys: James Fulmer

**2D AND M-MODE MEASUREMENTS (normal ranges within parentheses):**

| ***Left Ventricle:*** | | Normal | ***Aorta/Left Atrium*** | | Normal |
|---|---|---|---|---|---|
| IVSd (2D): | 1.14 cm | (0.7-1.1) | Ao Root | 3.45 cm | (2.4-3.7) |
| LVPWd (2D): | 1.11 cm | (0.7-1.1) | Left Atrium (2D) | 4.35 cm | (0.7-4.0) |
| LVIDd (2D): | 6.15 cm | (3.4-5.7) | | | |
| LVIDs (2D): | 5.16 cm | | | | |

**LV SYSTOLIC FUNCTION:**
EF-A4C View: 39.8 %

**3D LV Volume Analysis:**
**LV DIASTOLIC FUNCTION:**
MV Peak E: 1.13 m/s
MV Peak A: 0.78 m/s
E/A Ratio: 1.45

**SPECTRAL DOPPLER ANALYSIS (where applicable):**
***Mitral Valve:***
MV Max Velocity: 1.09 m/s
MV Peak Gradient: 4.7 mmHg

***Aortic Valve:***

| | | | | | |
|---|---|---|---|---|---|
| AoV Max Vel: | 1.30 m/s | AoV Peak PG: | 6.8 mmHg | AoV Mean PG: | 3.8 mmHg |
| LVOT Vmax: | 1.04 m/s | LVOT VTI: | 0.208 m | LVOT Diameter: | 2.17 cm |
| AoV Area, Vmax: | 2.95 cm² | AoV Area, VTI: | 2.93 cm² | AoV Area, Vmn: | 2.58 cm² |

***Tricuspid Valve and Pulmonary Artery Pressure:***
TR Max Velocity: 2.12 m/s RA Pressure: 10 mmHg RVSP/PASP: 28.0 mmHg

**PHYSICIAN INTERPRETATION:**
**Left Ventricle:** The left ventricular internal cavity size was moderately increased. Global LV systolic function was severely decreased. Left ventricular ejection fraction, by visual estimation, is 25 to 30%. Spectral Doppler shows normal pattern of LV diastolic filling.

**Final**

3C132160006



LV Wall Scoring:
The entire apex, entire anterior septum, and basal inferoseptal segment are hypokinetic. All remaining scored segments are normal.



**Right Ventricle:** The right ventricular size is normal. Global RV systolic function is normal.
**Left Atrium:** The left atrium is mildly dilated.
**Right Atrium:** The right atrium is normal in size.
**Pericardium:** There is no evidence of pericardial effusion.
**Mitral Valve:** Mitral leaflet mobility is normal. No evidence of mitral stenosis.
**Tricuspid Valve:** The tricuspid regurgitant velocity is 2.12 m/s, and with an assumed right atrial pressure of 10 mmHg, the estimated right ventricular systolic pressure is normal at 28.0 mmHg.
**Aortic Valve:** The aortic valve appears to be native. The patient had no aortic insufficiency.
**Pulmonic Valve:** Trace pulmonic valve regurgitation.
**Aorta:** The aortic root is normal in size and structure.
**Inferior Vena Cava:**

**Three-Dimensional Findings**
**(CPT Code 76376)**

Other indications:
COMMENTS (3D):

COMMENTS (Other):

**In comparison to the previous echocardiogram(s):** Prior examinations are available and were reviewed for comparison purposes.

**Summary:**
1. **Severely decreased global left ventricular systolic function.**
2. **Entire apex, entire anterior septum, and basal inferoseptal segment are abnormal.**
3. **Moderately increased left ventricular internal cavity size.**
4. **Mildly dilated left atrium.**
5. **Findings consistent with ischemic heart disease, cardiomyopathy and diastolic dysfunction.**
6. **Suggest clinical correlation with Echocardiography findings.**
7. **The aortic valve appears to be native.**

Electronically signed by Mehmet Cilingiroglu,MD
Signature Date/Time: 2/5/2016/2:14:04 PM

3C132160006



ARKANSAS HEART HOSPITAL®
CLINIC

7 Shackleford West Blvd Little Rock, Arkansas 72211 501-664-5860

# TRANSTHORACIC ECHOCARDIOGRAM REPORT

**(CPT code 93306)**

| | | | |
|---|---|---|---|
| **Patient Name:** | **TIMOTHY S KEATHLEY** | **Date of Exam:** | **11/4/2015** |
| Medical Rec #: | 1733101 | Custom1: | |
| Account #: | | Custom2: | |
| Date of Birth: | | Height: | |
| Patient Age: | 43 years | Weight: | |
| Patient Gender: | M | BSA: | |

Indications: cardiomyopathy, CAD, stents, LBBB
Sonographer: Jean Klimaszewski
Referring Phys: James Fulmer

**2D AND M-MODE MEASUREMENTS (normal ranges within parentheses):**

| ***Left Ventricle:*** | | Normal | ***Aorta/Left Atrium*** | | Normal |
|---|---|---|---|---|---|
| IVSd (2D): | 0.73 cm | (0.7-1.1) | Ao Root | 3.18 cm | (2.4-3.7) |
| LVPWd (2D): | 0.76 cm | (0.7-1.1) | Left Atrium (2D) | 4.40 cm | (0.7-4.0) |
| LVIDd (2D): | 6.30 cm | (3.4-5.7) | | | |
| LVIDs (2D): | 5.21 cm | | | | |

**LV SYSTOLIC FUNCTION:**
EF-A4C View: 22.2 %

**3D LV Volume Analysis:**

| | |
|---|---|
| LV ejection fraction by 3D is | 28.% |
| LV end diastolic volume by 3D: | 193 ml |
| LV end systolic volume by 3D: | 138 ml |
| LV stroke volume by 3D: | 55 ml |

**LV DIASTOLIC FUNCTION:**
MV Peak E: 0.90 m/s
MV Peak A: 0.71 m/s
E/A Ratio: 1.27

**SPECTRAL DOPPLER ANALYSIS (where applicable):**

***Aortic Valve:***

| | | | | | |
|---|---|---|---|---|---|
| AoV Max Vel: | 1.14 m/s | AoV Peak PG: | 5.2 mmHg | AoV Mean PG: | |
| LVOT Vmax: | 0.98 m/s | LVOT VTI: | | LVOT Diameter: | 2.43 cm |
| AoV Area, Vmax: | 3.99 cm² | AoV Area, VTI: | | AoV Area, Vmn: | |

***Tricuspid Valve and Pulmonary Artery Pressure:***

TR Max Velocity: RA Pressure: 10 mmHg RVSP/PASP:

**Final**

**PHYSICIAN INTERPRETATION:**
**Left Ventricle:** The left ventricular internal cavity size was moderately increased. No evidence of left ventricular hypertrophy. Global LV systolic function was severely decreased. Left ventricular ejection fraction, by visual estimation, is 20 to 25%. Spectral Doppler shows normal pattern of LV diastolic filling.
**Left Atrium:** The left atrium is mildly dilated.
**Mitral Valve:** Mild mitral valve regurgitation is seen.
**Inferior Vena Cava**:

**Three-Dimensional Findings**
**(CPT Code 76376)**
The primary clinical indication is to evaluate left ventricular size and function.
The secondary clinical indication is ICD-9-CM code 793.2.
Other indications:
COMMENTS (3D): The left ventricular ejection fraction determined by 3D LV volume analysis is 28 %.

COMMENTS (Other):

**Summary:**
1. **Left ventricular ejection fraction, by visual estimation, is 20 to 25%.**
2. **Severely decreased global left ventricular systolic function.**
3. **Moderately increased left ventricular internal cavity size.**
4. **Mildly dilated left atrium.**
5. **Mild mitral valve regurgitation.**

Electronically signed by Scott Beau,MD
Signature Date/Time: 11/12/2015/6:09:11 AM

3C132160006



ARKANSAS HEART HOSPITAL®
CLINIC

7 Shackleford West Blvd Little Rock, Arkansas 72211 501-664-5860

# TRANSTHORACIC ECHOCARDIOGRAM REPORT

**(CPT code 93306)**

**Patient Name: TIMOTHY S KEATHLEY** **Date of Exam: 8/5/2015**
Medical Rec #: 1733101 Custom1:
Account #: Custom2:
Date of Birth: Height:
Patient Age: 43 years Weight:
Patient Gender: M BSA:

Indications: CMO
Sonographer: CLH
Referring Phys: James MD Fulmer

**LV SYSTOLIC FUNCTION:**
EF-A4C View: 28.9 % EF-A2C View: 33.1 % EF-Biplane: 32.1 %

**3D LV Volume Analysis:**
LV ejection fraction by 3D is 33.%
LV end diastolic volume by 3D: 199 ml
LV end systolic volume by 3D: 134 ml
LV stroke volume by 3D: 66 ml

**SPECTRAL DOPPLER ANALYSIS (where applicable):**
***Tricuspid Valve and Pulmonary Artery Pressure:***
TR Max Velocity: RA Pressure: 10 mmHg RVSP/PASP:

**PHYSICIAN INTERPRETATION:**
**Left Ventricle:** The left ventricular internal cavity size was mild to moderately increased. Global LV systolic function was severely decreased. Left ventricular ejection fraction, by visual estimation, is 30 to 35%.
**Inferior Vena Cava:**

**Three-Dimensional Findings**
**(CPT Code 76376)**
The primary clinical indication is to evaluate left ventricular size and function.
The secondary clinical indication is ICD-9-CM code 793.2.
Other indications:
COMMENTS (3D): The left ventricular ejection fraction determined by 3D LV volume analysis is 33 %.

COMMENTS (Other):

**Summary:**
1. **Left ventricular ejection fraction, by visual estimation, is 30 to 35%.**
2. **Severely decreased global left ventricular systolic function.**
3. **Mild to moderately increased left ventricular internal cavity size.**

**Final**

3C132160006



Electronically signed by Scott Beau,MD
Signature Date/Time: 8/18/2015/11:12:29 AM

3C132160006



ARKANSAS HEART HOSPITAL®
CLINIC

7 Shackleford West Blvd Little Rock, Arkansas 72211 501-664-5860

# TRANSTHORACIC ECHOCARDIOGRAM REPORT

**(CPT code 93306)**

**Patient Name:** **TIMOTHY KEATHLEY**
Medical Rec #: 1733101
Account #:
Date of Birth:
Patient Age: 42 years
Patient Gender: M

**Date of Exam:** **7/10/2015**
Custom1:
Custom2:
Height:
Weight:
BSA:

Indications: CMO
Sonographer: Blakely Dodson
Referring Phys: James MD Fulmer

**Sonographer Comments:** Limited Echo
**LV SYSTOLIC FUNCTION:**
EF-A4C View: 36.3 % EF-A2C View: 44.8 % EF-Biplane: 37.6 %

**3D LV Volume Analysis:**
**SPECTRAL DOPPLER ANALYSIS (where applicable):**
***Tricuspid Valve and Pulmonary Artery Pressure:***
TR Max Velocity: RA Pressure: 10 mmHg RVSP/PASP:

**PHYSICIAN INTERPRETATION:**
**Left Ventricle:** Global LV systolic function was moderately decreased. Left ventricular ejection fraction, by visual estimation, is 35 to 40%.
**Inferior Vena Cava:**

**Three-Dimensional Findings**
**(CPT Code 76376)**

Other indications:
COMMENTS (3D):

COMMENTS (Other):

**Summary:**
1. **Left ventricular ejection fraction, by visual estimation, is 35 to 40%.**
2. **Moderately decreased global left ventricular systolic function.**

Electronically signed by Scott Beau,MD
Signature Date/Time: 7/10/2015/11:04:43 AM

**Final**

3C132160006



ARKANSAS HEART HOSPITAL®
CLINIC

7 Shackleford West Blvd Little Rock, Arkansas 72211 501-664-5860

# TRANSTHORACIC ECHOCARDIOGRAM REPORT

**(CPT code 93306)**

| | | | |
|---|---|---|---|
| **Patient Name:** | **TIMOTHY KEATHLEY** | **Date of Exam:** | **6/3/2015** |
| Medical Rec #: | 1733101 | Custom1: | |
| Account #: | | Custom2: | |
| Date of Birth: | | Height: | |
| Patient Age: | 42 years | Weight: | |
| Patient Gender: | M | BSA: | |

Indications: CAD
Sonographer: Chassity Harper RDCS
Referring Phys: James MD Fulmer

**2D AND M-MODE MEASUREMENTS (normal ranges within parentheses):**

| ***Left Ventricle:*** | | Normal | ***Aorta/Left Atrium*** | | Normal |
|---|---|---|---|---|---|
| IVSd (2D): | 1.19 cm | (0.7-1.1) | Ao Root | 3.15 cm | (2.4-3.7) |
| LVPWd (2D): | 1.11 cm | (0.7-1.1) | Left Atrium (2D) | 4.19 cm | (0.7-4.0) |
| LVIDd (2D): | 6.28 cm | (3.4-5.7) | | | |
| LVIDs (2D): | 4.34 cm | | | | |

**LV SYSTOLIC FUNCTION:**

EF-A4C View: 30.6 % EF-A2C View: 35.8 % EF-Biplane: 30.6 %

**3D LV Volume Analysis:**

**LV DIASTOLIC FUNCTION:**

MV Peak E: 1.15 m/s
MV Peak A: 0.68 m/s
E/A Ratio: 1.69

**SPECTRAL DOPPLER ANALYSIS (where applicable):**

***Mitral Valve:***

MV Max Velocity: 1.04 m/s
MV Peak Gradient: 4.4 mmHg

***Aortic Valve:***

AoV Max Vel: 1.44 m/s AoV Peak PG: 8.4 mmHg AoV Mean PG: 4.8 mmHg
LVOT Vmax: LVOT VTI: LVOT Diameter: 2.40 cm

***Tricuspid Valve and Pulmonary Artery Pressure:***

TR Max Velocity: RA Pressure: 10 mmHg RVSP/PASP:

**PHYSICIAN INTERPRETATION:**

**Left Ventricle:** The left ventricular internal cavity size was moderately increased. Global LV systolic function was moderately decreased. Left ventricular ejection fraction, by visual estimation, is 30 to 35%. Spectral Doppler shows normal pattern of LV diastolic filling.

**Final**

LV Wall Scoring:
The basal and mid anterior septum, basal and mid inferior septum, apical lateral segment, apical anterior segment, and apex are hypokinetic. All remaining scored segments are normal.



**Right Ventricle:** The right ventricular size is normal. Global RV systolic function is normal.
**Left Atrium:** The left atrium is mildly dilated.
**Right Atrium:** The right atrium is normal in size.
**Pericardium:** There is no evidence of pericardial effusion.
**Mitral Valve:** Mitral leaflet mobility is normal. No evidence of mitral stenosis. Trace mitral valve regurgitation is seen.
**Tricuspid Valve:** Trace tricuspid regurgitation is visualized.
**Aortic Valve:** The aortic valve appears to be native. The aortic valve is structurally normal, with no evidence of sclerosis or stenosis. The patient had no aortic insufficiency.
**Aorta:** The aortic root is normal in size and structure.
**Inferior Vena Cava**:

**Three-Dimensional Findings**
**(CPT Code 76376)**

Other indications:
COMMENTS (3D):

COMMENTS (Other):

**Summary:**

1. **Moderately decreased global left ventricular systolic function.**
2. **Multiple segmental abnormalities exist. See findings.**
3. **Moderately increased left ventricular internal cavity size.**
4. **Mildly dilated left atrium.**
5. **Findings consistent with ischemic heart disease and cardiomyopathy.**
6. **Suggest clinical correlation with Echocardiography findings.**
7. **The aortic valve appears to be native.**

Electronically signed by Mehmet Cilingiroglu,MD
Signature Date/Time: 6/3/2015/9:37:12 PM

3C132160006



ARKANSAS HEART HOSPITAL®
CLINIC

7 Shackleford West Blvd Little Rock, Arkansas 72211 501-664-5860

# TRANSTHORACIC ECHOCARDIOGRAM REPORT

**(CPT code 93306)**

| | | | |
|---|---|---|---|
| **Patient Name:** | **TIMOTHY KEATHLEY** | **Date of Exam:** | **4/16/2014** |
| Medical Rec #: | 1733101 | Custom1: | |
| Account #: | | Custom2: | |
| Date of Birth: | | Height: | |
| Patient Age: | 41 years | Weight: | |
| Patient Gender: | M | BSA: | |

Sonographer: Molly Stewart
Referring Phys: James MD Fulmer

**2D AND M-MODE MEASUREMENTS (normal ranges within parentheses):**

| ***Left Ventricle:*** | | Normal |
|---|---|---|
| LVIDd (2D): | 5.96 cm | (3.4-5.7) |
| LVIDs (2D): | 4.84 cm | |
| LV FS (2D): | 18.8 % | (>25%) |
| LV EF (2D): | 38.1 % | (>50%) |

**LV SYSTOLIC FUNCTION:**
EF-A4C View: 46.8 %

**3D LV Volume Analysis:**

| | |
|---|---|
| LV ejection fraction by 3D is | 35.35.% |
| LV end diastolic volume by 3D: | 208.39 ml |
| LV end systolic volume by 3D: | 134.72 ml |
| LV stroke volume by 3D: | 73.67 ml |

**LV DIASTOLIC FUNCTION:**
MV Peak E: 1.22 m/s
MV Peak A: 0.78 m/s
E/A Ratio: 1.57

**SPECTRAL DOPPLER ANALYSIS (where applicable):**

***Mitral Valve:***
MV Max Velocity: 1.24 m/s
MV Peak Gradient: 6.1 mmHg

***Aortic Valve:***

| | | | | | |
|---|---|---|---|---|---|
| AoV Max Vel: | 1.47 m/s | AoV Peak PG: | 8.6 mmHg | AoV Mean PG: | 4.9 mmHg |
| LVOT Vmax: | 0.87 m/s | LVOT VTI: | 0.164 m | LVOT Diameter: | |

***Tricuspid Valve and Pulmonary Artery Pressure:***

| | | | | | |
|---|---|---|---|---|---|
| TR Max Velocity: | 1.96 m/s | RA Pressure: | 10 mmHg | RVSP/PASP: | 25.3 mmHg |

**PHYSICIAN INTERPRETATION:**

**Final**

**Left Ventricle:** The left ventricular internal cavity size was mild to moderately increased. Mild concentric left ventricular hypertrophy. Global LV systolic function was mildly decreased. Left ventricular ejection fraction, by visual estimation, is 40 to 45%. Spectral Doppler shows impaired relaxation pattern of LV diastolic filling. Anterior, anteroseptal and apical wall hypokinesis. LVEF=40-45%.
**Right Ventricle:** The right ventricular size is normal. Global RV systolic function is normal.
**Left Atrium:** The left atrium is normal in size. No left atrial thrombus is seen.
**Right Atrium:** The right atrium is normal in size.
**Pericardium:** There is no evidence of pericardial effusion.
**Mitral Valve:** No evidence of mitral stenosis. Mild mitral valve regurgitation is seen.
**Tricuspid Valve:** No tricuspid regurgitation is visualized. The tricuspid regurgitant velocity is 1.96 m/s, and with an assumed right atrial pressure of 10 mmHg, the estimated right ventricular systolic pressure is normal at 25.3 mmHg.
**Aortic Valve:** The aortic valve is tricuspid. The aortic valve is structurally normal, with no evidence of sclerosis or stenosis. The patient had no aortic insufficiency.
**Pulmonic Valve:** No indication of pulmonic valve regurgitation.
**Aorta:** The aortic root and ascending aorta are structurally normal, with no evidence of dilitation.
**Pulmonary Artery:** The pulmonary artery is of normal size and origin.
**Inferior Vena Cava:**
**Shunts:** There is no evidence of an atrial septal defect.

**Three-Dimensional Findings**
**(CPT Code 76376)**
The primary clinical indication is to evaluate left ventricular size and function.
The secondary clinical indication is ICD-9-CM code 793.2.
Other indications:
COMMENTS (3D): The left ventricular ejection fraction determined by 3D LV volume analysis is 35.35 %.

COMMENTS (Other):

**Summary:**

1. **Left ventricular ejection fraction, by visual estimation, is 40 to 45%.**
2. **Mildly decreased global left ventricular systolic function.**
3. **Impaired relaxation pattern of LV diastolic filling.**
4. **Mild concentric left ventricular hypertrophy.**
5. **Mild to moderately increased left ventricular internal cavity size.**
6. **Anterior, anteroseptal and apical wall hypokinesis. LVEF=40-45%.**
7. **Mild mitral valve regurgitation.**
8. **No left atrial thrombus is seen.**

Electronically signed by Wilson Wong,M.D.
Signature Date/Time: 4/16/2014/5:58:27 PM

3C132160006



ARKANSAS HEART HOSPITAL®
CLINIC

7 Shackleford West Blvd    Little Rock, Arkansas 72211    501-664-5860

# TRANSTHORACIC ECHOCARDIOGRAM REPORT

(CPT code 93306)

| | | | |
|---|---|---|---|
| **Patient Name:** | **TIMOTHY KEATHLEY** | **Date of Exam:** | **3/12/2014** |
| Medical Rec #: | 1733101 | Custom1: | |
| Account #: | | Custom2: | |
| Date of Birth: | | Height: | |
| Patient Age: | 41 years | Weight: | |
| Patient Gender: | M | BSA: | |

Indications: CAD
Sonographer: CLH
Referring Phys: James MD Fulmer

**2D AND M-MODE MEASUREMENTS (normal ranges within parentheses):**

| ***Left Ventricle:*** | | Normal | ***Aorta/Left Atrium*** | | Normal |
|---|---|---|---|---|---|
| IVSd (2D): | 1.06 cm | (0.7-1.1) | Ao Root | 3.14 cm | (2.4-3.7) |
| LVPWd (2D): | 1.18 cm | (0.7-1.1) | Left Atrium (2D) | 4.22 cm | (0.7-2.6) |
| LVIDd (2D): | 5.82 cm | (3.4-5.7) | | | |
| LVIDs (2D): | 4.74 cm | | | | |
| LV FS (2D): | 18.6 % | (>25%) | | | |
| LV EF (2D): | 37.9 % | (>50%) | | | |

**LV SYSTOLIC FUNCTION:**
EF-A4C View: 34.6 %

**3D LV Volume Analysis:**

| | |
|---|---|
| LV ejection fraction by 3D is | 42.% |
| LV end diastolic volume by 3D: | 160 ml |
| LV end systolic volume by 3D: | 93 ml |
| LV stroke volume by 3D: | 68 ml |

**LV DIASTOLIC FUNCTION:**
MV Peak E: 0.89 m/s
MV Peak A: 0.72 m/s
E/A Ratio: 1.24

**SPECTRAL DOPPLER ANALYSIS (where applicable):**

***Mitral Valve:***
MV Max Velocity: 0.89 m/s
MV Peak Gradient: 3.2 mmHg

***Aortic Valve:***
AoV Max Vel: 1.29 m/s    AoV Peak PG: 6.7 mmHg    AoV Mean PG:

***Tricuspid Valve and Pulmonary Artery Pressure:***
TR Max Velocity:    RA Pressure: 10 mmHg    RVSP/PASP:

**Final**

**PHYSICIAN INTERPRETATION:**

**Left Ventricle:** The left ventricular internal cavity size was mild to moderately increased. Global LV systolic function was mildly to moderately decreased. Left ventricular ejection fraction, by visual estimation, is 35 to 40%. Spectral Doppler shows normal pattern of LV diastolic filling.

LV Wall Scoring:
The mid and apical anterior septum, apical lateral segment, apical anterior segment, and apex are hypokinetic. All remaining scored segments are normal.



**Right Ventricle:** The right ventricular size is normal. Global RV systolic function is normal.
**Left Atrium:** The left atrium is moderately dilated.
**Right Atrium:** The right atrium is normal in size.
**Pericardium:** There is no evidence of pericardial effusion.
**Mitral Valve:** There is mild thickening of the anterior and posterior mitral valve leaflets. Mitral leaflet mobility is normal. No evidence of mitral stenosis. Mild mitral valve regurgitation is seen. The MR jet is centrally-directed.
**Tricuspid Valve:** Trace tricuspid regurgitation is visualized.
**Aortic Valve:** The aortic valve appears to be native. Mild aortic valve sclerosis is present, with no evidence of aortic valve stenosis. The patient had no aortic insufficiency.
**Pulmonic Valve:** No indication of pulmonic valve regurgitation.
**Aorta:** The aortic root is normal in size and structure.
**Inferior Vena Cava:**

**Three-Dimensional Findings**
**(CPT Code 76376)**
The primary clinical indication is to evaluate left ventricular size and function.
The secondary clinical indication is ICD-9-CM code 793.2.
Other indications:
COMMENTS (3D): The left ventricular ejection fraction determined by 3D LV volume analysis is 42 %.

COMMENTS (Other):

**In comparison to the previous echocardiogram(s):** Prior examinations are available and were reviewed for comparison purposes.

**Summary:**

1. **Mildly to moderately decreased global left ventricular systolic function.**
2. **Mid and apical anterior septum, apical lateral segment, apical anterior segment, and apex are abnormal.**
3. **Mild to moderately increased left ventricular internal cavity size.**
4. **Moderately dilated left atrium.**
5. **Mild mitral valve regurgitation.**
6. **Mild thickening of the anterior and posterior mitral valve leaflets.**
7. **Mild aortic valve sclerosis without stenosis.**
8. **Findings consistent with ischemic heart disease, cardiomyopathy and diastolic dysfunction.**
9. **Suggest clinical correlation with Echocardiography findings.**
10. **The aortic valve appears to be native.**

Electronically signed by Mehmet Cilingiroglu,M.D.
Signature Date/Time: 3/12/2014/8:57:48 PM

TIMOTHY KEATHLEY 1733101 3/12/2014

**Final**

3C132160006



ARKANSAS HEART HOSPITAL®
CLINIC

7 Shackleford West Blvd    Little Rock, Arkansas 72211    501-664-5860

# TRANSTHORACIC ECHOCARDIOGRAM REPORT

**(CPT code 93306)**

| | | | |
|---|---|---|---|
| **Patient Name:** | **TIMOTHY KEATHLEY** | **Date of Exam:** | **1/29/2014** |
| Medical Rec #: | 1733101 | Custom1: | |
| Account #: | | Custom2: | |
| Date of Birth: | | Height: | |
| Patient Age: | 41 years | Weight: | |
| Patient Gender: | M | BSA: | |

Indications: ischemic cardiomyopathy
Sonographer: Jean Klimaszewski
Referring Phys: Mehmet Cilingiroglu

**2D AND M-MODE MEASUREMENTS (normal ranges within parentheses):**

| ***Left Ventricle:*** | | Normal | ***Aorta/Left Atrium*** | | Normal |
|---|---|---|---|---|---|
| IVSd (2D): | 0.99 cm | (0.7-1.1) | Ao Root | 3.14 cm | (2.4-3.7) |
| LVPWd (2D): | 1.04 cm | (0.7-1.1) | Left Atrium (2D) | 3.79 cm | (0.7-2.6) |
| LVIDd (2D): | 6.18 cm | (3.4-5.7) | | | |
| LVIDs (2D): | 4.84 cm | | | | |
| LV FS (2D): | 21.6 % | (>25%) | | | |
| LV EF (2D): | 42.9 % | (>50%) | | | |

**LV SYSTOLIC FUNCTION:**

EF-A4C View: 25.5 %    EF-A2C View: 42.7 %    EF-Biplane: 33.7 %

**3D LV Volume Analysis:**

| | |
|---|---|
| LV ejection fraction by 3D is | 35.% |
| LV end diastolic volume by 3D: | 200 ml |
| LV end systolic volume by 3D: | 130 ml |
| LV stroke volume by 3D: | 90 ml |

**LV DIASTOLIC FUNCTION:**

| | | | |
|---|---|---|---|
| MV Peak E: | 1.05 m/s | e', MV Ann: | 0.07 m/s |
| MV Peak A: | 0.65 m/s | E/e' Ratio: | 15.02 |
| E/A Ratio: | 1.63 | Decel Time: | 262 msec |

**SPECTRAL DOPPLER ANALYSIS (where applicable):**

***Mitral Valve:***

| | | | |
|---|---|---|---|
| MV Max Velocity: | 1.13 m/s | MV P1/2 Time: | 76.11 msec |
| MV Peak Gradient: | 5.1 mmHg | MV Area, PHT: | 2.89 cm² |

***Aortic Valve:***

AoV Max Vel: 1.25 m/s    AoV Peak PG: 6.2 mmHg    AoV Mean PG:

***Tricuspid Valve and Pulmonary Artery Pressure:***

TR Max Velocity:    RA Pressure: 10 mmHg    RVSP/PASP:

**Final**

**PHYSICIAN INTERPRETATION:**
**Left Ventricle:** The left ventricular internal cavity size was moderately increased. Global LV systolic function was moderately decreased. Left ventricular ejection fraction, by visual estimation, is 30 to 35%. Spectral Doppler shows pseudonormal pattern of LV diastolic filling.

LV Wall Scoring:
The basal and mid anterior septum, basal and mid inferior septum, apical lateral segment, and apex are akinetic. The apical septal segment, apical anterior segment, and apical inferior segment are hypokinetic. All remaining scored segments are normal.



**Right Ventricle:** The right ventricular size is normal. Global RV systolic function is normal.
**Left Atrium:** The left atrium is normal in size.
**Right Atrium:** The right atrium is normal in size.
**Pericardium:** There is no evidence of pericardial effusion.
**Mitral Valve:** There is mild thickening of the anterior and posterior mitral valve leaflets. Mitral leaflet mobility is normal. No evidence of mitral stenosis. Trace mitral valve regurgitation is seen. The MR jet is centrally-directed.
**Tricuspid Valve:** No tricuspid regurgitation is visualized.
**Aortic Valve:** The aortic valve is tricuspid. The aortic valve appears to be native. Mild aortic valve sclerosis is present, with no evidence of aortic valve stenosis.
**Pulmonic Valve:** No indication of pulmonic valve regurgitation.
**Aorta:** The aortic root is normal in size and structure.
**Inferior Vena Cava**:

**Three-Dimensional Findings**
**(CPT Code 76376)**
The primary clinical indication is to evaluate left ventricular size and function.
The secondary clinical indication is ICD-9-CM code 793.2.
Other indications:
COMMENTS (3D): The left ventricular ejection fraction determined by 3D LV volume analysis is 35 %.

COMMENTS (Other):

**In comparison to the previous echocardiogram(s):** Prior examinations are available and were reviewed for comparison purposes.

**Summary:**
1. **Moderately decreased global left ventricular systolic function.**
2. **Multiple segmental abnormalities exist. See findings.**
3. **Moderately increased left ventricular internal cavity size.**
4. **Pseudonormal pattern of LV diastolic filling.**
5. **Mild thickening of the anterior and posterior mitral valve leaflets.**
6. **Mild aortic valve sclerosis without stenosis.**
7. **Findings consistent with ischemic heart disease and cardiomyopathy.**
8. **Suggest clinical correlation with Echocardiography findings.**
9. **The aortic valve appears to be native.**

Electronically signed by Mehmet Cilingiroglu,M.D.
Signature Date/Time: 1/29/2014/8:03:41 PM

AHHC Main Little Rock - Nuclear Department
7 Shackleford W Blvd, Little Rock AR 722113714
501-664-5860, 501-664-0889



**Patient Name:**Keathley, Timothy S
**DOB:**0 **Age:** 43
**Gender:**Male
**Account #:**1733101
**Address**

**Phone:**

**Appointment Provider:**Mehmet Cilingiroglu
**Referring Provider:**James Fulmer
**PCP:**James Fulmer
**Encounter Date:**02/05/2016
**Appointment Facility:**AHHC Main Little Rock - Nuclear Department

## SPECT Myocardial Perfusion Imaging

### DESCRIPTION OF PROCEDURE

A 27.7 mCi and planar images were obtained. and planar images were again obtained.

### FINAL IMPRESSION

- Tech Comment : 27.7 mCi Tc labled Red blood cells

### MYOCARDIAL PERFUSION ANALYSIS

- Left ventricular EF is 29%
- Basal Anterior wall motion is hypokinetic.
- Basal Anteroseptal wall motion is hypokinetic.
- Basal Inferoseptal wall motion is normal.
- Basal Inferior wall motion is normal.
- Basal Inferolateral wall motion is normal.
- Basal Anterolateral wall motion is hypokinetic.
- Mid Anterior wall motion is hypokinetic.
- Mid Anteroseptal wall motion is hypokinetic.
- Mid Inferoseptal wall motion is normal.
- Mid Inferior wall motion is normal.
- Mid Inferolateral wall motion is normal.
- Mid Anterolateral wall motion is hypokinetic.
- Apical Anterior wall motion is akinetic.
- Apical Septal wall motion is hypokinetic.
- Apical Inferior wall motion is hypokinetic.
- Apical Lateral wall motion is hypokinetic.
- Apical (apical cap) wall motion is hypokinetic.
- Consider medical therapy Overall EF is severely reduced with LVEF of 29% and severe hypokinesis of anteroapical and anterior walls.

MPI Read By : Cilingiroglu, Mehmet

Mehmet Cilingiroglu, MD

Electronically signed by Cilingiroglu, Mehmet on 02/05/2016 at 01:37 PM CST
Sign off status: Completed

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

AHHC Main Little Rock - Nuclear Department
7 Shackleford W Blvd, Little Rock AR 722113714
501-664-5860, 501-664-0889



**Patient Name:** Keathley, Timothy S
**DOB:** **Age:** 43
**Gender:** Male
**Account #:** 1733101
**Address:**
**Phone:**

**Appointment Provider:** Mehmet Cilingiroglu
**Referring Provider:** James Fulmer
**PCP:** James Fulmer
**Encounter Date:** 02/05/2016
**Appointment Facility:** AHHC Main Little Rock - Nuclear Department

## SPECT Myocardial Perfusion Imaging

### DESCRIPTION OF PROCEDURE

A 27.7 mCi and planar images were obtained. and planar images were again obtained.

### FINAL IMPRESSION

- Tech Comment : 27.7 mCi Tc labled Red blood cells

### MYOCARDIAL PERFUSION ANALYSIS

- Left ventricular EF is 29%
- Basal Anterior wall motion is hypokinetic.
- Basal Anteroseptal wall motion is hypokinetic.
- Basal Inferoseptal wall motion is normal.
- Basal Inferior wall motion is normal.
- Basal Inferolateral wall motion is normal.
- Basal Anterolateral wall motion is hypokinetic.
- Mid Anterior wall motion is hypokinetic.
- Mid Anteroseptal wall motion is hypokinetic.
- Mid Inferoseptal wall motion is normal.
- Mid Inferior wall motion is normal.
- Mid Inferolateral wall motion is normal.
- Mid Anterolateral wall motion is hypokinetic.
- Apical Anterior wall motion is akinetic.
- Apical Septal wall motion is hypokinetic.
- Apical Inferior wall motion is hypokinetic.
- Apical Lateral wall motion is hypokinetic.
- Apical (apical cap) wall motion is hypokinetic.
- Consider medical therapy Overall EF is severely reduced with LVEF of 29% and severe hypokinesis of anteroapical and anterior walls.

MPI Read By : Cilingiroglu, Mehmet

Electronically signed by Cilingiroglu, Mehmet on 02/05/2016 at 01:37 PM CST
Sign off status: Completed

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

AHHC Main Little Rock - CTA Department
7 Shackleford W Blvd, Little Rock AR 722113714
501-664-5860, 501-664-0889



**Patient Name:**Keathley, Timothy S
**DOB:** **Age:** 43
**Gender:**Male
**Account #:**1733101
**Address:**

**Phone:**

**Appointment Provider:**Mehmet Cilingiroglu
**Referring Provider:**James Fulmer
**PCP:**James Fulmer
**Encounter Date:**12/21/2015
**Appointment Facility:**AHHC Main Little Rock - CTA Department

# Peripheral Computed Tomographic Angiography

**CTA Type** : Pelvis

**Indication** : I25.10 Coronary atherosclerosis of native coronary artery

**Reading Physician** : Rollefson, William

**Requesting Physician** : Cilingiroglu, Mehmet

**Referring Physician** : Fulmer, James

**Comparison Study** : None Available

**Contrast Allergy** : No

**Technical Factors**
Axial contiguous CT images were obtained from the diaphragm to the toes with 70 ccs of intravenous Omnipaque contrast administration.

**Patient Preparation**
The patient arrives to the CTA department preparation room, IV placed, vitals obtained, creatinine evaluated, 0.89per I-STAT, and informed consent is obtained. The patient denies having an allergy to contrast. Baseline vitals: BP of 115/ 77 and HR of 66 . The patient is taken to the angiography suite for procedure. The patient tolerated the procedure well and is assisted to the preparation room by a staff member.Vital signs are obtained after five minutes, IV removed, and patient is discharged in stable condition. Post scan vitals: BP of 123/ 75 and HR of 70.

**Findings**

Abdominal AO : Widely Patent

**Right Leg Run-Off**

Common Iliac : Widely Patent
Internal Iliac : Widely Patent
External Iliac : Widely Patent
Common Femoral : Widely Patent

**Left Leg Run-Off**

Common Iliac : Widely Patent
Internal Iliac : Widely Patent
External Iliac : Widely Patent

Common Femoral : Widely Patent

**Plan**: No Significant Peripheral Vascular Disease Identified



Electronically signed by Rollefson, William on 12/22/2015 at 03:31 PM CST

Sign off status: Completed

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

3C132160006

# ARKANSAS HEART HOSPITAL®

## Keathley, Timothy

MRN: 1733101_c DOB: Sex: Male
Study Date: 2015-12-21 11:45 AM Accession: Alt_ID:
Referring Phys: Cilingiroglu Mehmet, M.D.

Cardiac, 1ParachuteCoronaryPelvis (Adult)
Purpose: This is a secondary overread performed for quality assurance purposes at the request of the interpreting physician. This is not meant to be a complete interpretation of the study.

Technical Factors: Multiple contiguous axial computed tomography images were obtained through the chest at the level of the heart after the administration of intravenous contrast.

Findings:
No clinically significant extravascular abnormality is evident.

Technical Factors: Contiguous axial computed tomography images were obtained from the iliac crest to the femoral bifurcation. Intravenous contrast was administered and the images acquired in the arterial phase. 3mm axial images were provided for review.

Findings:
No clinically significant extravascular abnormality is evident.

***Electronically signed by*** Shane Whitlock, M.D. 2015-12-21 14:39:17

AHHC Main Little Rock - CTA Department
7 Shackleford W Blvd, Little Rock AR 722113714
501-664-5860, 501-664-0889



**Patient Name:** Keathley, Timothy S
**DOB:** **Age:** 43
**Gender:** Male
**Account #:** 1733101
**Address:**
**Phone:**

**Appointment Provider:** Mehmet Cilingiroglu
**Referring Provider:** James Fulmer
**PCP:** James Fulmer
**Encounter Date:** 12/21/2015
**Appointment Facility:** AHHC Main Little Rock - CTA Department

## Coronary Computed Tomographic Angiography

**Indications**: Z98.61 Postsurgical percutaneous transluminal coronary angioplasty (PTCA) status, I10 Essential hypertension

**Reading Physician**: Rollefson, William

**Comparison Study**: None Available

**Requesting Physician**: Cilingiroglu, Mehmet

**Referring Physician**: Fulmer, James

**Contrast Allergy**: No

**Technical Factors**
Precontrast images were obtained for calcium scoring. Axial contiguous CT images were obtained from the thoracic inlet to the base of the lungs with 100 of intraveneous Omnipaque contrast adminstration.

**Patient Preparation**
The patient arrives to the CTA department preparation room, IV placed, vitals obtained, creatinine evaluated, 0.89per I-STAT, and informed consent is obtained. Baseline vitals: BP of 115/ 77 and HR of 66. The patient is taken to the angiography suite for procedure. After completing the exam, the patient is assisted to the preparation room by a staff member. Vital signs are obtained after five minutes, IV removed, and patient is discharged in stable condition. Post scan vitals: BP of 123/ 75 and HR of 70.

**Additional Midications Given**

Nitro Given: No
Metropolol Given: No

**Comments**: CTA of the heart for consideration of enrollment in the PARACHUTE study. There is a long stented segment of the proximal LAD. The remainder of the vessel is not well visualized There is dilatation of the anterior wall, consistent with history of MI There is an ICD which obscures the Right coronary artery.

**Plan**: Correlate clinically

Electronically signed by Rollefson, William on 12/22/2015 at 03:30 PM CST
Sign off status: Completed

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

3C132160006

ARKANSAS HEART HOSPITAL

Patient Name: KEATHLEY, TIMOTHY
MR #: 215077 Acct#: 657620
Patient Type: I DOB:
Admit Date: 2014/05/16 Sex: M
Attending: Cilingiroglu, Mehmet Room #: 3D 32301

CARDIAC CATHETERIZATION REPORT

DATE OF PROCEDURE: 05/16/2014

PROCEDURE: Percutaneous intervention of the distal right coronary artery lesion with a drug-eluting stent.

INDICATIONS:

1. Angina pectoris functional class II.
2. Abnormal stress test.
3. Coronary artery disease with prior intervention, prior stenting.
4. Hypertension.
5. Hyperlipidemia.

DESCRIPTION OF PROCEDURE: After informed consent was obtained from the patient, the patient was brought to the Cardiac Catheterization Laboratory. A modified Allen's test was normal for patency of the right radial and the ulnar arteries. Afterwards using a modified Seldinger technique and a Terumo sheath, a 5-French sheath was placed in the right radial artery. An intra-arterial cocktail was given using heparin as well as nitroglycerin. The patient was given intravenous sedation which he tolerated well. The distal right coronary artery lesion which was 70 percent was crossed with a regular workhorse guidewire and it was predilated with a 2.75 x 15 millimeter balloon stented subsequently with a drug-eluting Xience 2.75 x 15 millimeter stent with zero percent residual and TIMI grade 3 flow. The access site was closed using a TR-band with normal occlusive pressure and there were no complications. The patient was reloaded with 300 milligrams of Plavix. There were no complications.

RECOMMENDATIONS: Recommendations at this time is going to be aspirin and Plavix for a minimum of one year, aspirin for life. This was discussed with the patient and the patient's family.

Mehmet Cilingiroglu, MD

MC/MTA
D: 05/16/2014 16:05:48
T: 05/16/2014 16:27:02
DVI Job# 634824/DQM Job# 611201354

Signed by CILINGIROGLU MD, MEHMET on 19-May-2014 20:30:25 -05:00

3C132160006

ARKANSAS HEART HOSPITAL

| | | | |
|---|---|---|---|
| Patient Name: | KEATHLEY, TIMOTHY | | |
| MR #: | 215077 | Acct#: | 657197 |
| Patient Type: | O | DOB: | |
| Admit Date: | 2014/05/10 | Sex: | M |
| Attending: | Pritchett, Daniel | Room #: | ED 408008 |

CARDIAC CATHETERIZATION REPORT

DATE OF PROCEDURE: 05/10/2014

PROCEDURES PERFORMED:

1. Left heart catheterization.
2. Selective coronary angiography.
3. Left ventriculogram.

INDICATIONS FOR STUDY: The patient is a very nice 41-year-old gentleman who experienced a massive anterior myocardial infarction a few months back and was left with cardiomyopathy that over time has resolved. He was revascularized with a single left anterior descending artery stent at that time. He came back in overnight with chest pain suspicious for his recurrent angina although there was a lot of heart burn overlay confounding his symptoms. He has residual ST segment elevation that is difficult to interpret so he is being brought to the Catheterization Laboratory as a means to define his need for revascularization.

TECHNIQUE: The patient was prepped in the usual fashion. Vascular access was obtained in the right radial artery using a 6-French sheath. Selective coronary angiography and left ventricular angiography were performed using diagnostic catheters. Following this all equipment was removed and hemostasis was achieved via application of a TR-band. He tolerated the procedure well and there were no observed complications.

FINDINGS: LEFT MAIN CORONARY ARTERY: The left main coronary artery is patent.

LEFT ANTERIOR DESCENDING ARTERY: The left anterior descending artery and all side branches are angiographically patent. A proximal stent is shown to be widely patent. There is moderate disease just distal to this stent but overall the vessel is wide open.

LEFT CIRCUMFLEX: All side branches are angiographically patent.

RIGHT CORONARY ARTERY: The right coronary artery is a fairly large caliber dominant vessel. Diffuse luminal irregularities are noted. There is an eccentric 60 percent plaque a couple of centimeters upstream from the takeoff of the posterior descending artery. This does not appear to be appreciably different from what was seen on prior angiograms. There is a small posterolateral branch downstream that is also widely patent.

LEFT VENTRICULOGRAM: The left ventriculogram shows a left ventricular ejection fraction in the 45 to 50 percent range. Regional wall motion is a little difficult to assess but the anterior wall is probably still a little hypokinetic.

COMPLICATIONS: None.

IMPRESSION:

1. Nonobstructive coronary disease.

3C132160006

ARKANSAS HEART HOSPITAL

| | | | |
|---|---|---|---|
| Patient Name: | KEATHLEY, TIMOTHY | | |
| MR #: | 215077 | Acct#: | 657197 |
| Patient Type: | O | DOB: | |
| Admit Date: | 2014/05/10 | Sex: | M |
| Attending: | Pritchett, Daniel | Room #: | ED 408008 |

CARDIAC CATHETERIZATION REPORT

2. Borderline to mildly reduced left ventricular function following a relatively recent anterior myocardial infarction.
3. No clear cardiovascular etiology of his described symptoms today.

RECOMMENDATIONS AND PLAN: The patient will be managed per standard protocol. He will be discharged to home later today with instructions to follow up with Dr. Mehmet Cilingiroglu in clinic for stress testing to guide further evaluation of the right coronary artery.

Patrick J Flaherty, DO

PJF/MTA
D: 05/10/2014 08:31:24
T: 05/12/2014 13:15:13
DVI Job# 619812/DQM Job# 610355148

Signed by FLAHERTY III MD, PATRICK J. on 12-May-2014 13:24:21 -05:00

3C132160006

Name: KEATHLEY,TIMOTHY
ID #: 1733101
Exam Date: 01/29/2014 01:44 PM
Operator: NAVA,OCT

PVI OF ARKANSAS
Sex: M
DOB:
Referring MD: MEHMET

MultiLab Series II

SEGMENTAL PRESSURE
AND DOPPLER STUDY

Brachial
RIGHT LEFT






Doppler 8MHz RIGHT Dorsalis Pedis
Gain: 6 Speed:25



Doppler 8MHz LEFT Dorsalis Pedis
Gain: 6 Speed:25



Doppler 8MHz RIGHT Posterior Tibial
Gain: 4 Speed:25



Doppler 8MHz LEFT Posterior Tibial
Gain: 4 Speed:25

ABI: 1.40 ABI: 1.37

| Ankle/Brachial Index (ABI) | |
|---|---|
| >.90 | NORMAL |
| .71 - .89 | MILD |
| .41 - .70 | MODERATE |
| .00 - .40 | SEVERE |
| <.30 | ISCHEMIA |

| Toe/Brachial Index (TBI) | |
|---|---|
| >.60 | NORMAL |

3C132160006

Name: KEATHLEY,TIMOTHY
ID #: 1733101
Exam Date: 01/29/2014 01:37 PM
Operator: NAVA,OCT

PVI OF ARKANSAS
Sex: M
DOB:
Referring MD: MEHMET

MultiLab Series II

SEGMENTAL PRESSURE
AND PVR STUDY

Brachial
RIGHT LEFT
122 120



PVR 69mmHg 809cc RIGHT High Thigh
Gain: 2 Spd:25 Amp:13



PVR 68mmHg 648cc LEFT High Thigh
Gain: 2 Spd:25 Amp:15






PVR 69mmHg 266cc RIGHT Calf
Gain: 2 Spd:25 Amp:23

ABI: 1.40

ABI: 1.37



PVR 65mmHg 279cc LEFT Calf
Gain: 2 Spd:25 Amp:19



PVR 54mmHg 199cc RIGHT Ankle
Gain: 4 Spd:25 Amp:14

| Ankle/Brachial Index (ABI) | |
|---|---|
| >.90 | NORMAL |
| .71 - .89 | MILD |
| .41 - .70 | MODERATE |
| .00 - .40 | SEVERE |
| <.30 | ISCHEMIA |

| Toe/Brachial Index (TBI) | |
|---|---|
| >.60 | NORMAL |



PVR 55mmHg 174cc LEFT Ankle
Gain: 4 Spd:25 Amp:15

3C132160006

Name: KEATHLEY,TIMOTHY
ID #: 1733101
Exam Date: 01/29/2014 01:53 PM
Operator: NAVA,OCT

PVI OF ARKANSAS
Sex: M
DOB:
Referring MD: MEHMET

MultiLab Series II

## POST EXERCISE ANKLE PRESSURES

| | | | RIGHT | | | LEFT | | |
|---|---|---|---|---|---|---|---|---|
| | BRACHIAL | TIME | ANKLE | ABI | TIME | ANKLE | ABI | TIME |
| RESTING | 122 | | 171 | 1.40 | | 167 | 1.37 | |
| IMMEDIATE | 130 | 02:05 | 182 | 1.40 | 00:35 | 170 | 1.31 | 01:07 |
| PERIOD 1 | | | | | | | | |
| PERIOD 2 | | | | | | | | |
| PERIOD 3 | | | | | | | | |
| PERIOD 4 | | | | | | | | |
| PERIOD 5 | | | | | | | | |

Total Exercise Time: 06:53



AHHC Main Little Rock - Vascular Institute Department
7 Shackleford W Blvd, Little Rock AR 722113714
501-664-5860, 501-664-0889

Arkansas Heart Hospital Clinic

# Bilateral Arterial Doppler Examination

**Appointment Provider:** Mehmet Cilingiroglu MD

**REFERRING M.D.:** Mehmet Cilingiroglu

**Performed Date:** 01/29/2014

**Patient:** Keathley, Timothy

**Date Of Birth:**

**Account#:** 1733101

**Ordering Physician**: Cilingiroglu MD, Mehmet

**Indications**: 443.9 Claudication, 414.01 CAD in native artery, 414.8 Ischemic cardiomyopathy, 401.9 HTN (hypertension)

Blood Pressures : Full

| | | |
|---|---|---|
| Arm 122 | Right Common Femoral 1.25 | Left Common Femoral 1.20 |
| | Right Popliteal 1.51 | Left Popliteal 1.44 |
| | Right Dorsalis Pedis 1.32 | Left Dorsalis Pedis 1.32 |
| | Right Posterior Tibial 1.40 | Left Posterior Tibial 1.37 |
| Post Exercise ABIs: Arm 130 | Right Posterior Tibial 1.40 | Left Posterior Tibial 1.31 |
| | Right Dorsalis Pedis | Left Dorsalis Pedis |

Pulse Volume Recordings obtained bilaterally

**Impressions**: Bilateral ABI w/ segmental pressures within clinically acceptable ranges post exercise

**Plan**: Clinical Correlation Recommended.

Mehmet Cilingiroglu, MD

Electronically signed by Cilingiroglu, Mehmet on 01/29/2014 at 03:35 PM CST
Sign off status: Completed

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

3C132160006

ARKANSAS HEART HOSPITAL

| | | | |
|---|---|---|---|
| Patient Name: | KEATHLEY, TIMOTHY | | |
| MR #: | 215077 | Acct#: | 705953 |
| Patient Type: | O | DOB: | |
| Admit Date: | 2015/12/02 | Sex: | M |
| Attending: | Beau, Scott | Room #: | 2D 22701 |

REPORT

DATE OF STUDY: 12/02/2015

ELECTROPHYSIOLOGIST: Scott L Beau, MD

PROCEDURE:

1. Biventricular implantable cardioverter-defibrillator system implantation with implantation of the pulse generator, the right atrial, right ventricular and left ventricular leads.
2. Placement of a coronary sinus lead to pace the left ventricle.

HISTORY: The patient is a 43-year-old gentleman with persistent left ventricular systolic dysfunction with moderately increased left ventricular cavity size, ejection fraction of around 20-25% for more than three months despite optimal medical therapy with functional class III New York Heart Association systolic congestive heart failure symptoms and a side QRS with left bundle branch block and QRS duration of greater than 150 milliseconds. The patient has not had a myocardial infarction in the past 40 days, nor has he had revascularization in the past 90 days and presents for primary prevention of sudden cardiac death and further treatment of his refractory heart failure symptoms. He will be enrolled in a qualifying data registry (ACC-NCDR).

PROCEDURE IN DETAIL: The patient was in the fasting, nonsedated state and informed consent was obtained. The patient was sedated with Versed, Fentanyl and Diprivan. The left pectoral region was prepped and draped in sterile fashion. Topical Lidocaine was infused for anesthetic effect. I created a left pectoral pocket, obtained subclavian venous access and placed three leads; a right atrial lead a 2088TC-46 centimeters, serial #CNX056275; a right ventricular lead 7122Q-65 centimeters, serial #BPA042595; and a 1458Q-86 centimeters left ventricular lead, serial #BPP092632.

Using fluoroscopic guidance, the right atrial lead was positioned in the right atrial appendage and actively fixed to the myocardium where the P-wave measured 1.9 millivolts, impedance 466 ohms, threshold 1.5 volts at 0.5 milliseconds. The right ventricular lead, using fluoroscopic guidance, was positioned in the right ventricular out flow tract, retracted and placed in the right ventricular apex and actively fixed to the myocardium where the R-wave measured 20.6 millivolts, impedance 638 ohms and threshold 0.8 volts at 0.5 milliseconds.
The left ventricular lead was placed in a mid lateral branch of the coronary sinus distally, impedance 1078 ohms, threshold 1.8 volts at 0.5 milliseconds.

All three leads were secured to the fascia proximally and connected to the generator, a CD 3365-40Q, serial #7241294. The system was then placed in the pocket, the pocket was then closed in surgical fashion and the patient was returned to his room in stable condition where a postprocedure chest x-ray is pending.

Scott L Beau, MD

SLB/MTA
D: 12/04/2015 14:40:57

3C132160006

ARKANSAS HEART HOSPITAL

| | | | |
|---|---|---|---|
| Patient Name: | KEATHLEY, TIMOTHY | | |
| MR #: | 215077 | Acct#: | 705953 |
| Patient Type: | O | DOB: | |
| Admit Date: | 2015/12/02 | Sex: | M |
| Attending: | Beau, Scott | Room #: | 2D 22701 |

REPORT

T: 12/04/2015 15:11:06
DVI Job# 130566/DQM Job# 679777101

cc: James Fulmer
Mehmet Cilingiroglu, MD

Signed by BEAU MD, SCOTT on 04-Dec-2015 16:20:05 -05:00

Arkansas Heart Hospital Clinic
#7 Shackleford West Blvd.
Little Rock, Arkansas 72211-3714

7015 0640 0001 9209 9335

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

7015 0640 0001 9209 9335

U.S. POSTAGE PAID
GREENBRIER, AR
72058
MAY 04, 18
AMOUNT
$11.05
R2305E126054-03
1006
40742

Liberty Life Assurance Co. of Boston
Disability claims
Attn: Keahti Ingram
PO BOX 7207
London, KY 40742-7207

RE: Claim Number 5716432

**n0284536**

---

| | |
|---|---|
| **From:** | CharlotteSCUDisabilityClaims |
| **Sent:** | Monday, May 16, 2016 9:09:49 AM |
| **To:** | CharlotteSCUDisabilityClaims |
| **Subject:** | FW: NEW CLAIM(KEATHLEY,TIMOTHY S-) |

**From:** Wilson, Marsha
**Sent:** Friday, May 13, 2016 2:42 PM
**To:** CharlotteSCUDisabilityClaims <CharlotteSCUDisabilityClaims@LibertyMutual.com>
**Subject:** NEW CLAIM(KEATHLEY,TIMOTHY S-)

**Initial Payment Set up Worksheet**

**Claimant's Name** Shane Keathley **DOB**

**Customer** ACXIOM CORPORATION

**LTD Claim #** 5716432

**Associated Claims** n/a Type STD Type

**Benefit End date of associated claims** 5/31/2016 Per ER E-mail dated 5/9/2016

**Contractual EP** > end of STD or 180 days

**Does policy include COLA provision** No Task Set Date n/a

**LTD Benefit begin date** 6/1/2016 **DOD** 12/2/2015 **AGE** 43

**Max Benefit date** 7/15/2039 SSNRA: To age 67.

**BME Amount** $7,717.02

**Sources used to verify BME amount**

ERS: $3858.50 semi-monthly, salaried employee, paystub pay period 11/16 thru 11/30/2015: $3858.51 semi-monthly, and ER E-mail dated 5/9/2016: No commissions or bonuses. $3858.51 * 24 weeks / 12 months = BME of $7717.02.

**Benefit percentage** 60.00 % **Gross modal benefit** $4,630.21

**Benefit Begin date** 6/1/2016

**Approved thru date** 5/31/2018 24 months own occupation

**Offsets entered**

**Resident / Work State:** **AR**

| **Type** | **Amount** |
|---|---|
| SSDB: | $2,481.00 |
| NOA received on 4/21/2016: Benefits began 6/1/2016 | |
| SSDP: | $1,240.00 |
| NOA's received on 5/10/2016. | |

**Deductions entered**

| **Type** | **Amount** | **Type** | **Amount** |
|---|---|---|---|
| n/a | | | |
| | | | |
| | | | |
| | | | |
| | | | $0.00 |

**Tax Withholding** **Federal** **State**

**Completed by** **Lynne Faasen** **Approved by**

INTEGRITY
INSURANCE GROUP

Integrity Insurance Group, Inc.
92 A South Broadview
Greenbrier, AR 72058
501-581-0000 (Office)
501-581-0013 (Fax)
http://integrityinsuranceAR.com

**To:** Elizabeth Kiernan **Fax:** (603) 334-3526

**From:** Shane Keathley **Date:** 5-10-16

**Re:** Claim # 5716432 **Pages (Including Cover Page):** 7

☑ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply**

**Comments:**

---

Karin Fulgham
Integrity Insurance Group, Inc.
92 A South Broadview
Greenbrier, AR 72032
501-581-0000 (Office)
501-581-0013 (Fax)
501-733-3-0514 (Cell)
karin@integrityinsurancear.com
http://integrityinsuranceAR.com

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

Elizabeth Kiernan
(603) 334-3526

April 20, 2016

SHANE KEATHLEY

RE: Long Term Disability Benefits
ACXIOM CORPORATION
Claim #: 5716432

MR. KEATHLEY

Your application for Long Term Disability Benefits has been received and is currently under review.

If you have not already provided your doctor with a signed Authorization to Release Information form, please complete and sign the enclosed form. We ask that you provide a copy to your attending physician and return a copy to Liberty Life Assurance Company of Boston.

Liberty Life will be contacting your attending physician(s) to obtain specific medical information about your condition and prognosis. Please note, even though Liberty Life initiates the request for medical documentation from your doctor, it is your ultimate responsibility to secure the required documentation if we are unable to do so.

After we have received medical documentation from your doctor, your claim will be evaluated and you will be notified of our decision via a telephone call.

If you have any questions regarding this information, please contact our office at (800) 291-0112, Monday through Friday, 8:00am – 5:00pm EST. We will be happy to assist you.

Sincerely,

Keahti Ingram

Keahti Ingram
Disability Case Manager
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

CC:
CANDY BOYD
JUDY TIPTON

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: April 26, 2016
Claim Number:

2464 3 MB 0.669 T16 MAAD296 PL1 S296 M3 PC7 160422
2464 TIMOTHY KEATHLEY FOR
M K

*0201P5UF7003177*NOTAFP.X3.PBMCSNOT.PC7.R160422.PAM 001001000 00260106356869178643720589945239

M K is entitled to monthly child's benefits beginning June 2016.

We have chosen you to be her representative payee. Therefore, you will receive her checks and use the money for her needs.

## What We Will Pay And When

- You will receive $620.00 for June 2016 around July 20, 2016.
- After that you will receive $620.00 on or about the third Wednesday of each month.
- The day of the month you receive TIMOTHY S KEATHLEY's payments depends on her date of birth.

No payment is due at this time because of adjustments made to his benefits.

## Health Insurance For Children

If this notice is for a child under age 19 who is not covered by health insurance, there is a Children's Health Insurance Program that may help. To find out more, you can look on the Internet at www.insurekidsnow.gov or call, toll free, 1-877-KIDS-NOW (1-877-543-7669). The number connects you to your state program.

## Other Social Security Benefits

This benefit is the only benefit she can receive from us at this time. In the future, if you think she might qualify for another benefit from us, she will need to apply again.

Enclosure(s):
Pub 05-10077
Pub 05-10076

C See Next Page

## Your Responsibilities

M 's benefits are based on the information you gave us. If this information changes, it could affect her benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Retirement Or Survivors Benefits". It tells you what must be reported and how to report.

As a representative payee, you have additional responsibilities. They are discussed in the enclosed pamphlet, "A Guide For Representative Payees." If you have any questions related to your duties as a representative payee, we invite you to visit our website at www.socialsecurity.gov/payee on the Internet.

## Your Benefits May Be Taxed

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Retirement Or Survivors Benefits".

## Do You Disagree With The Decision?

If you do not agree with this decision, you have the right to appeal. We will review MARIAH KEATHLEY case and look at any new facts you have. A person who did not make the first decision will decide her case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in her favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.

- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

## If You Want Help With Your Appeal

You can have a friend, representative, or someone else help you. There are groups that can help you find a representative or give you free legal services if you qualify. There are also representatives who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a representative who is eligible for direct pay, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-855-727-3599. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
2475 CHRISTINA LN
CONWAY AR 72034

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Carolyn W. Colvin

Carolyn W. Colvin
Acting Commissioner of
Social Security

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: April 26, 2016
Claim Number:

2465 3 MB 0.669 T16 MAAD296 PL1 S296 M3 PC7 160422
2466 TIMOTHY KEATHLEY FOR
C KI

*0281P5UF00B196*KOTAFP.X3.PBMCSNOT.PC3.R160422.P.A.M 001003000 00290108356869178642322669145239

C K is entitled to monthly child's benefits beginning June 2016.

We have chosen you to be his representative payee. Therefore, you will receive his checks and use the money for his needs.

### What We Will Pay And When

- You will receive $620.00 for June 2016 around July 20, 2016.
- After that you will receive $620.00 on or about the third Wednesday of each month.
- The day of the month you receive TIMOTHY S KEATHLEY's payments depends on his date of birth.

No payment is due at this time because of adjustments made to her benefits.

### Health Insurance For Children

If this notice is for a child under age 19 who is not covered by health insurance, there is a Children's Health Insurance Program that may help. To find out more, you can look on the Internet at www.insurekidsnow.gov or call, toll free, 1-877-KIDS-NOW (1-877-543-7669). The number connects you to your state program.

### Other Social Security Benefits

This benefit is the only benefit he can receive from us at this time. In the future, if you think he might qualify for another benefit from us, he will need to apply again.

Enclosure(s):
Pub 05-10077
Pub 05-10076

C See Next Page

## Your Responsibilities

C 's benefits are based on the information you gave us. If this information changes, it could affect his benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Retirement Or Survivors Benefits". It tells you what must be reported and how to report.

As a representative payee, you have additional responsibilities. They are discussed in the enclosed pamphlet, "A Guide For Representative Payees." If you have any questions related to your duties as a representative payee, we invite you to visit our website at www.socialsecurity.gov/payee on the Internet.

## Your Benefits May Be Taxed

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Retirement Or Survivors Benefits".

## Do You Disagree With The Decision?

If you do not agree with this decision, you have the right to appeal. We will review COLBY KEATHLEY case and look at any new facts you have. A person who did not make the first decision will decide his case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in his favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.

- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

## If You Want Help With Your Appeal

You can have a friend, representative, or someone else help you. There are groups that can help you find a representative or give you free legal services if you qualify. There are also representatives who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a representative who is eligible for direct pay, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-855-727-3599. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
2475 CHRISTINA LN
CONWAY AR 72034

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Carolyn W. Colvin

Carolyn W. Colvin
Acting Commissioner of
Social Security

**n0048490**

---

**From:** Faasen, Lynne
**Sent:** Monday, May 09, 2016 8:34:30 AM
**To:** 'candy.boyd@acxiom.com'; 'judy.tipton@acxiom.com'
**Subject:** LTD Salary Verification - Shane Keathley, LTD Claim 5716432

Good morning,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Shane Keathley, DOB: , SSN:

Please provide a copy of the Following:

! Employee's earnings statement (paystub) for the pay period ending prior to, but not including, the disability date of 12/2/2015.
! Bonus Report for the 12 month period covering 12/1/2014 thru 11/30/2015.
! Commissions Report for the 12 month period covering 12/1/2014 thru 11/30/2015.
! Confirm the maximum end date for the STD period (date benefits were paid thru).

Please contact me with any questions.

Thank you,

Lynne Faasen
Payment Specialist II
Liberty Life Assurance Company of Boston / 100 Liberty Way-Mail Stop 02G Dover, NH 03820

(888) 437-7611, Ext. 16436
Direct: (603) 750-7550
Facsimile: 603.334-5173
Lynne.faasen@libertymutual.com

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of the e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

**n0048490**

**From:** Candy Boyd
**Sent:** Monday, May 09, 2016 10:57:23 AM
**To:** Faasen, Lynne
**Subject:** [WARNING: MESSAGE ENCRYPTED]RE: LTD Salary Verification - Shane Keathley, LTD Claim 5716432
**Attachments:** image001.jpg; image002.jpg; image003.jpg; image004.jpg; Shane_Keathley-_11-30-2015_(Regular)_-_Complete.zip

Hi Lynne,

Attached is a copy of Shane's paystub prior to 12/2/16. I will send password in separate email.

There are no bonuses and/or commissions. His last day on STD is 5/31/16.

Thank you,

**CANDY BOYD**

HR Operations Center (HROC)

Acxiom Corporation
**EML** candy.boyd@acxiom.com
**TEL** 501.342.7797
**FAX** 501.342.3987
301 E. Dave Ward Dr., CWY0303-11, Conway, AR, 72032
**www.acxiom.com**

http://www.facebook.com/acxiomcorp http://www.linkedin.com/groupRegistration?gid=2901735 http://twitter.com/acxiom

Customer satisfaction is a priority for the Human Resources Operation Center (HROC). We would like to hear about your experience(s). Please click the link below to take this short survey. All responses are anonymous and valued. We will use your feedback to create an even better customer service experience.

HROC Satisfaction Survey

**From:** Faasen, Lynne [mailto:LYNNE.FAASEN@LibertyMutual.com]
**Sent:** Monday, May 09, 2016 7:35 AM
**To:** Candy Boyd <Candy.Boyd@acxiom.com>; Judy Tipton <Judy.Tipton@acxiom.com>
**Subject:** LTD Salary Verification - Shane Keathley, LTD Claim 5716432

Good morning,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Shane Keathley, DOB: , SSN:

Please provide a copy of the Following:

! Employee's earnings statement (paystub) for the pay period ending prior to, but not including, the disability date of 12/2/2015.

! Bonus Report for the 12 month period covering 12/1/2014 thru 11/30/2015.

! Commissions Report for the 12 month period covering 12/1/2014 thru 11/30/2015.

! Confirm the maximum end date for the STD period (date benefits were paid thru).

Please contact me with any questions.

Thank you,

Lynne Faasen

Payment Specialist II

Liberty Life Assurance Company of Boston / 100 Liberty Way-Mail Stop 02G Dover, NH 03820

(888) 437-7611, Ext. 16436

Direct: (603) 750-7550

Facsimile: 603.334-5173

Lynne.faasen@libertymutual.com

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of the e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

***************************************************************************
The information contained in this communication is confidential, is intended only for the use of the recipient named above, and may be legally privileged.

If the reader of this message is not the intended recipient, you are

hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

If you have received this communication in error, please resend this communication to the sender and delete the original message or any copy of it from your computer system.

Thank You.
***************************************************************************

acxiom

# View Payroll Result: Shane Keathley: 11/30/2015 (Regular) - Complete



Worker: Shane Keathley
Position: P108611 Senior TL of Engineering - Shane Keathley

**Result Details**

Period: 11/16/2015 - 11/30/2015 (ACX PY Semi-monthly)
Pay Group Detail: USA Salary Exempt (Regular)
Company: C0001 Acxiom Corporation

**Payment Details**

Payment Date: 11/30/2015
Gross: 3,858.51
Net: 2,784.44
Pay Group Currency: USD

**Status Details**

Pay Calculation Status: Complete
Payroll Accounting Status: Complete
Settlement Status: Complete

## Gross to Net

### Gross Pay: 3858.51 USD

Compensation

| Pay Component | Worktags | Amount | YTD | QTD | MTD |
|---|---|---|---|---|---|
| Regular Earnings - Salary Pay | | 3,858.51 | 84,887.22 | 15,434.04 | 7,717.02 |

### Net Pay: 2784.44 USD

Benefits

| Pay Component | Worktags | Amount | YTD | QTD | MTD |
|---|---|---|---|---|---|
| Child Life | | 1.00 | 22.00 | 4.00 | 2.00 |
| Dental Basic | | 37.29 | 820.38 | 149.16 | 74.58 |
| Health Savings Account - Basic | | 100.00 | 2,200.00 | 400.00 | 200.00 |
| Medical HSA Basic | | 53.63 | 1,179.86 | 214.52 | 107.26 |
| Met Life Supplemental AD&D (Family) | | 8.10 | 178.20 | 32.40 | 16.20 |
| Supplemental Life | | 18.55 | 408.10 | 74.20 | 37.10 |
| Supplemental Spouse Life | | 5.00 | 110.00 | 20.00 | 10.00 |
| Vision | | 9.68 | 212.96 | 38.72 | 19.36 |

acxiom

# View Payroll Result: Shane Keathley: 11/30/2015 (Regular) - Complete

Taxes

| Pay Component | Worktags | Amount | YTD | QTD | MTD | Related Values | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Related Calculation | Amount | YTD | QTD | MTD |
| OASDI [USA] | | 226.29 | 5,043.44 | 905.15 | 452.58 | Gross Wages | 3,858.51 | 85,937.22 | 15,434.04 | 7,717.02 |
| | | | | | | Subject Wages | 3,649.81 | 81,345.82 | 14,599.24 | 7,299.62 |
| | | | | | | Taxable Wages | 3,649.81 | 81,345.82 | 14,599.24 | 7,299.62 |
| Medicare [USA] | | 52.92 | 1,179.51 | 211.68 | 105.84 | Gross Wages | 3,858.51 | 85,937.22 | 15,434.04 | 7,717.02 |
| | | | | | | Subject Wages | 3,649.81 | 81,345.82 | 14,599.24 | 7,299.62 |
| | | | | | | Taxable Wages | 3,649.81 | 81,345.82 | 14,599.24 | 7,299.62 |
| Federal Withholding [USA] | | 355.28 | 8,061.87 | 1,421.12 | 710.56 | Gross Wages | 3,858.51 | 85,937.22 | 15,434.04 | 7,717.02 |
| | | | | | | Subject Wages | 3,649.81 | 81,345.82 | 14,599.24 | 7,299.62 |
| | | | | | | Taxable Wages | 3,649.81 | 81,345.82 | 14,599.24 | 7,299.62 |
| State Withholding (Work) [USA] | Arkansas | 206.33 | 4,608.26 | 825.32 | 412.66 | Gross Wages | 3,858.51 | 85,937.22 | 15,434.04 | 7,717.02 |
| | | | | | | Subject Wages | 3,649.81 | 81,345.82 | 14,599.24 | 7,299.62 |
| | | | | | | Taxable Wages | 3,649.81 | 81,345.82 | 14,599.24 | 7,299.62 |

## Additional Pay Components

### Deductions

Employer Paid Benefits

| Pay Component | Worktags | Amount | YTD | QTD | MTD |
|---|---|---|---|---|---|
| Accidental Death/Dismemberment | | 0.30 | 6.60 | 1.20 | 0.60 |
| Basic Term Life | | 2.13 | 46.86 | 8.52 | 4.26 |
| E-DOC | | 0.10 | 2.20 | 0.40 | 0.20 |
| Long Term Disability | | 5.91 | 118.41 | 23.64 | 11.82 |
| Medical HSA Basic - ER | | 488.23 | 10,741.06 | 1,952.92 | 976.46 |

Employer Paid Taxes

| Pay Component | Worktags | Amount | YTD | QTD | MTD | Related Values | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Related Calculation | Amount | YTD | QTD | MTD |
| OASDI (ER) [USA] | | 226.29 | 5,043.44 | 905.15 | 452.58 | Gross Wages | 3,858.51 | 85,937.22 | 15,434.04 | 7,717.02 |
| | | | | | | Subject Wages | 3,649.81 | 81,345.82 | 14,599.24 | 7,299.62 |
| | | | | | | Taxable Wages | 3,649.81 | 81,345.82 | 14,599.24 | 7,299.62 |
| Medicare (ER) [USA] | | 52.92 | 1,179.51 | 211.68 | 105.84 | Gross Wages | 3,858.51 | 85,937.22 | 15,434.04 | 7,717.02 |
| | | | | | | Subject Wages | 3,649.81 | 81,345.82 | 14,599.24 | 7,299.62 |
| | | | | | | Taxable Wages | 3,649.81 | 81,345.82 | 14,599.24 | 7,299.62 |

acxiom

View Payroll Result: Shane Keathley:
11/30/2015 (Regular) - Complete



| Pay Component | Worktags | Amount | YTD | QTD | MTD | Related Values | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Related Calculation | Amount | YTD | QTD | MTD |
| FUI (ER) [USA] | | 0.00 | 42.00 | 0.00 | 0.00 | Gross Wages | 3,858.51 | 85,937.22 | 15,434.04 | 7,717.02 |
| | | | | | | Subject Wages | 3,649.81 | 81,345.82 | 14,599.24 | 7,299.62 |
| | | | | | | Taxable Wages | 0.00 | 7,000.00 | | |
| SUI (ER) [USA] | Arkansas | 0.00 | 384.00 | 0.00 | 0.00 | Gross Wages | 3,858.51 | 85,887.22 | 15,434.04 | 7,717.02 |
| | | | | | | Subject Wages | 3,649.81 | 81,295.82 | 14,599.24 | 7,299.62 |
| | | | | | | Taxable Wages | 0.00 | 12,000.00 | | |

## Pay Accumulations / Balances

### Pay Accumulations for Gross to Net

| Pay Accumulation | Amount | YTD | QTD | MTD |
|---|---|---|---|---|
| 401(k) Loan Accum | | 4,197.13 | (310.92) | |
| 401(K) Wages - SERP Deductions | 3,858.51 | 85,887.22 | 15,434.04 | 7,717.02 |
| 401K Accum - Limit | | | | |
| 401K Wages | 3,858.51 | 85,887.22 | 15,434.04 | 7,717.02 |
| Fixed Earnings | 3,858.51 | 84,887.22 | 15,434.04 | 7,717.02 |
| Gross Pay | 3,858.51 | 85,887.22 | 15,434.04 | 7,717.02 |
| HCE Wages | 3,858.51 | 85,937.22 | 15,434.04 | 7,717.02 |
| HCE Wages - SERP deductions | 3,858.51 | 85,937.22 | 15,434.04 | 7,717.02 |
| Net Pay | 2,784.44 | 58,753.44 | 10,826.85 | 5,568.88 |
| SERP Wages | 3,858.51 | 85,887.22 | 15,434.04 | 7,717.02 |
| Stock Eligible Wages | 3,858.51 | 84,887.22 | 15,434.04 | 7,717.02 |
| Variable Earnings | | 1,000.00 | | |
| Workers Compensation Wages | 3,858.51 | 85,937.22 | 15,434.04 | 7,717.02 |

### Pay Accumulations for Additional Pay Components

| Pay Accumulation | Amount | YTD | QTD | MTD |
|---|---|---|---|---|
| 401(k) Loan Accum | | 4,197.13 | (310.92) | |
| 401K Accum - Limit | | | | |
| HCE Wages | 3,858.51 | 85,937.22 | 15,434.04 | 7,717.02 |
| HCE Wages - SERP deductions | 3,858.51 | 85,937.22 | 15,434.04 | 7,717.02 |
| Workers Compensation Wages | 3,858.51 | 85,937.22 | 15,434.04 | 7,717.02 |

### Pay Balances

acxiom

# View Payroll Result: Shane Keathley: 11/30/2015 (Regular) - Complete



| Pay Balance | Worktags | Amount |
|---|---|---|
| 401(k) Loan Balance | | 4,197.13 |
| 401(k) Original Loan Amt Balance | | 7,306.33 |
| YTD Supplemental Earnings Without Reduction [USA] | C0001 Acxiom Corporation | 1,000.00 |
| YTD Supplemental Earnings with Reduction [USA] | C0001 Acxiom Corporation | 957.04 |

## Tax Elections

### Tax Authorities - Work

State (Work): Arkansas
County (Work):
City (Work):
Other (Work):

### Tax Authorities - Resident

State (Resident): Arkansas
County (Resident):
City (Resident):
School District (Resident):

### Federal

Withholding

| Federal W-4 Election | Effective Date | Marital Status | Number of Allowances | Additional Amount | Nonresident Alien | Exempt from NRA Additional Amount | Lock In Letter | Exempt | No Wage/No Tax | Last Updated | Last Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shane Keathley for C0001 Acxiom Corporation has W-4 for payroll date 01/01/2014 | 01/01/2014 | Married | 4 | 0.00 | No | No | No | No | No | 12/20/2014 02:25:23.180 PM | lvega-impl / Larry Vega |

Federal Unemployment Insurance

| FUTA Election | Effective Date | Exempt | Last Updated | Last Updated By |
|---|---|---|---|---|
| Shane Keathley for C0001 Acxiom Corporation has FUTA for payroll date 01/01/2014 | 01/01/2014 | No | 12/20/2014 02:49:04.968 PM | lvega-impl / Larry Vega |

FICA Medicare

| Medicare Election | Effective Date | Position | Exempt from Medicare | Exempt Reason | Last Updated | Last Updated By |
|---|---|---|---|---|---|---|
| Shane Keathley for C0001 Acxiom | 01/01/2014 | P108611 Senior TL of | No | | 12/20/2014 02:34:26.779 PM | lvega-impl / Larry Vega |

acxiom

# View Payroll Result: Shane Keathley: 11/30/2015 (Regular) - Complete

| Medicare Election | Effective Date | Position | Exempt from Medicare | Exempt Reason | Last Updated | Last Updated By |
|---|---|---|---|---|---|---|
| Corporation for P108611 Senior TL of Engineering has FICA Medicare for payroll date 01/01/2014 | | Engineering - Shane Keathley | | | | |

FICA OASDI

| OASDI Election | Effective Date | Position | Exempt from OASDI | Exempt Reason | Last Updated | Last Updated By |
|---|---|---|---|---|---|---|
| Shane Keathley for C0001 Acxiom Corporation for P108611 Senior TL of Engineering has FICA OASDI for payroll date 01/01/2014 | 01/01/2014 | P108611 Senior TL of Engineering - Shane Keathley | No | | 12/20/2014 02:41:42.638 PM | lvega-impl / Larry Vega |

State

Arkansas Withholding

| State WH Election | Effective Date | Total Exemptions | Additional Amount | Marital Status | Low Income | Lock In Letter | Exempt | Exempt Reason | MSRR Exempt | Domicile State | No Wage/No Tax | Last Updated | Last Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shane Keathley for C0001 Acxiom Corporation for Arkansas State for payroll date 01/01/2014 | 01/01/2014 | 0 | 0.00 | | No | No | No | | No | | No | 12/20/2014 02:57:34.512 PM | lvega-impl / Larry Vega |

Unemployment Insurance

| SUTA Election | Effective Date | State | Exempt | Last Updated | Last Updated By |
|---|---|---|---|---|---|
| Shane Keathley for C0001 Acxiom Corporation has SUTA for payroll date 01/01/2014 | 01/01/2014 | Arkansas | No | 12/20/2014 03:06:30.394 PM | lvega-impl / Larry Vega |

## Payment

Payment Information

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|---|
| Payroll Payment: Shane Keathley - 2015 11 30 | ARKANSAS BEST FCU | Savings #1 | ******0001 | 628.00 | USD |
| Payroll Payment: Shane Keathley - 2015 11 30 | ARKANSAS FCU | Savings #2 | ******5563 | 200.00 | USD |
| Payroll Payment: Shane Keathley - | FIRST SECURITY BK | Primary | ******2122 | 1,956.44 | USD |

acxiom

# View Payroll Result: Shane Keathley: 11/30/2015 (Regular) - Complete



| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|---|
| 2015 11 30 | | | | Total: 2,784.44 | |

## Actuals

Journal Entry Lines

| Ledger Account | Debit Amount | Credit Amount | Memo | Worktags |
|---|---|---|---|---|
| 60000:Salaries | 3,858.51 | | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Earning: Regular Earnings - Salary Pay<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 21200:Accrued Payroll - Other | 488.23 | | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction: Medical HSA Basic - ER<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 61300:Payroll Taxes | 226.29 | | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction (Workday Owned): OASDI (ER) [USA]<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 61300:Payroll Taxes | 52.92 | | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction (Workday Owned): Medicare (ER) [USA]<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |

acxiom

View Payroll Result: Shane Keathley:
11/30/2015 (Regular) - Complete



| Ledger Account | Debit Amount | Credit Amount | Memo | Worktags |
|---|---|---|---|---|
| 21200:Accrued Payroll - Other | 5.91 | | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction: Long Term Disability<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 21200:Accrued Payroll - Other | 2.13 | | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction: Basic Term Life<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 21200:Accrued Payroll - Other | 0.30 | | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction: Accidental Death/Dismemberment<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 21200:Accrued Payroll - Other | 0.10 | | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction: E-DOC<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 21200:Accrued Payroll - Other | | 0.10 | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction: E-DOC<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA |

acxiom

# View Payroll Result: Shane Keathley: 11/30/2015 (Regular) - Complete



| Ledger Account | Debit Amount | Credit Amount | Memo | Worktags |
|---|---|---|---|---|
| 21200:Accrued Payroll - Other | | 0.30 | | Run Category: Regular<br>Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction: Accidental Death/Dismemberment<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA |
| 61000:Healthcare | | 1.00 | | Run Category: Regular<br>Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction: Child Life<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA |
| 21200:Accrued Payroll - Other | | 2.13 | | Run Category: Regular<br>Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction: Basic Term Life<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA |
| 61000:Healthcare | | 5.00 | | Run Category: Regular<br>Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction: Supplemental Spouse Life<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA |
| 21200:Accrued Payroll - Other | | 5.91 | | Run Category: Regular<br>Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction: Long Term Disability<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt |

acxiom

View Payroll Result: Shane Keathley:
11/30/2015 (Regular) - Complete



| Ledger Account | Debit Amount | Credit Amount | Memo | Worktags |
|---|---|---|---|---|
| | | | | Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 61000:Healthcare | | 8.10 | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction: Met Life Supplemental AD&D (Family)<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 61000:Healthcare | | 9.68 | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction: Vision<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 61000:Healthcare | | 18.55 | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction: Supplemental Life<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 61000:Healthcare | | 37.29 | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction: Dental Basic<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 21300:Accrued Payroll Taxes | | 52.92 | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction (Workday Owned): Medicare [USA]<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering |

acxiom

View Payroll Result: Shane Keathley:
11/30/2015 (Regular) - Complete



| Ledger Account | Debit Amount | Credit Amount | Memo | Worktags |
|---|---|---|---|---|
| | | | | Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 21300:Accrued Payroll Taxes | | 52.92 | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction (Workday Owned): Medicare (ER) [USA]<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 61000:Healthcare | | 53.63 | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction: Medical HSA Basic<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 26200:Health Insurance Accrual | | 100.00 | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction: Health Savings Account - Basic<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 21300:Accrued Payroll Taxes | | 206.33 | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction (Workday Owned): State Withholding (Work) [USA]<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Payroll State Authority: Arkansas<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 21300:Accrued Payroll Taxes | | 226.29 | | Business Unit: Enrichment BU |

acxiom

# View Payroll Result: Shane Keathley: 11/30/2015 (Regular) - Complete



| Ledger Account | Debit Amount | Credit Amount | Memo | Worktags |
|---|---|---|---|---|
| | | | | Cost Center: F3002 Eng Data - Maintenance<br>Deduction (Workday Owned): OASDI (ER) [USA]<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 21300:Accrued Payroll Taxes | | 226.29 | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction (Workday Owned): OASDI [USA]<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 21300:Accrued Payroll Taxes | | 355.28 | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction (Workday Owned): Federal Withholding [USA]<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 21200:Accrued Payroll - Other | | 488.23 | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Deduction: Medical HSA Basic - ER<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |
| 21200:Accrued Payroll - Other | | 2,784.44 | | Business Unit: Enrichment BU<br>Cost Center: F3002 Eng Data - Maintenance<br>Employee: Shane Keathley<br>Job Profile: 159204 - Senior TL of Engineering<br>Location: Conway<br>Pay Group: USA Salary Exempt<br>Position: P108611 Senior Solutions Developer<br>Region: USA<br>Run Category: Regular |

## Retro Calculations

Retro Result: Payroll Retro Result for Shane Keathley: 11/30/2015 (Regular) - Complete
Earnings Difference: 0.00
Deductions Difference: 0.00

### Retro Result Details

#### Compensation

| Pay Component | Recalculate during Retro | Difference | New Amount | Related Values | | |
|---|---|---|---|---|---|---|
| | | | | Related Calculation | Difference | New Amount |
| Regular Earnings - Salary Pay | Yes | 0.00 | 3,858.51 | Hours (unprorated) | 0.00 | 86.67 |

#### Benefits

| Pay Component | Recalculate during Retro | Difference | New Amount |
|---|---|---|---|
| Child Life | Yes | 0.00 | 1.00 |
| Dental Basic | Yes | 0.00 | 37.29 |
| Health Savings Account - Basic | No | 0.00 | 100.00 |
| Medical HSA Basic | Yes | 0.00 | 53.63 |
| Met Life Supplemental AD&D (Family) | Yes | 0.00 | 8.10 |
| Supplemental Life | Yes | 0.00 | 18.55 |
| Supplemental Spouse Life | Yes | 0.00 | 5.00 |
| Vision | Yes | 0.00 | 9.68 |

#### Employer Paid Benefits

| Pay Component | Recalculate during Retro | Difference | New Amount |
|---|---|---|---|
| Accidental Death/Dismemberment | No | 0.00 | 0.30 |
| Basic Term Life | No | 0.00 | 2.13 |
| E-DOC | No | 0.00 | 0.10 |
| Long Term Disability | No | 0.00 | 5.91 |
| Medical HSA Basic - ER | Yes | 0.00 | 488.23 |

Liberty Life Assurance Company of Boston

Nancy L. Sullivan MSEd, CDMS
Group Disability Claims
P.O. Box 5031
Wallingford, CT 06492-7531
Phone: (888) 440-6118, Ext. 20419
Fax: (203) 294-4298
E-Mail: Nancy.Sullivan@LibertyMutual.com

# OCCUPATIONAL ANALYSIS / VOCATIONAL REVIEW

| | |
|---|---|
| **Claimant Name:** | Shane Keathley |
| **Claim Number:** | 5716432 |
| **Technical Claims Consultant:** | Elizabeth Kiernan |
| **Date of Report:** | 5/5/2016 |

## FILE REVIEW / SUMMARY.

Mr. Shane Keathley is 43 year-old Senior TL of Engineering employed by Acxiom Corporation who went out of work due to cardiomyopathy. In preparation for this report, I have reviewed the claim file and researched standard vocational resources including the Dictionary of Occupational Titles (DOT), Occupational Outlook Handbook (OOH), Occupational Information Network (O*NET) / Standard Occupational Classification (SOC) coding system, Guide for Occupational Exploration and Internet job boards.

## ASSESSMENT / ANALYSIS

### JOB

The details of Mr. Keathley's job were obtained from a narrative job description that was found in the claim file. Mr. Keathley's employer titles his position as a Software Engineer. Mr. Keathley is responsible for:

> A Senior Solutions Director integrates Acxiom and third party software to create solutions to business problems defined by specific business requirements and draws upon technical and data processing knowledge to solve complex marketing and data warehousing problems on very large volumes of data.
>
> A Senior Solution Developer would:
>
> • configure or tune Acxiom or third party software
> • develop automation to tie components together
> • develop custom application code to accommodate specific business requirements
> • collaborate with others to add extensions to existing Acxiom software

©Liberty Life Assurance Company of Boston, A Liberty Mutual Company

A senior solution developer would also be responsible for new development, ongoing maintenance, support, and optimization working closely with accounts teams who are utilizing the solution. A senior solution developer would be responsible for mentoring less experienced developers or others across the team and ensure that proper unit testing and code reviews are conducted across the solution. With this level of experience, Solution Developers would also be involved in providing Level of Efforts for work estimates.

**OCCUPATION**

The occupation falls under the DOT code of Software Engineer (DOT: 030.062-010) and SOC/O*NET classification of Software Developers, Applications (SOC # 15-1132.00). The O*NET describes this occupation, along with sample job titles, as:

> "Develop, create, and modify general computer applications software or specialized utility programs. Analyze user needs and develop software solutions. Design software or customize software for client use with the aim of optimizing operational efficiency. May analyze and design databases within an application area, working individually or coordinating database development as part of a team. May supervise computer programmers."

The occupation falls under the Occupational Outlook Handbook (OOH) description of Software Developers

**PHYSICAL DEMANDS**

Based upon the research as outlined above, this occupation is performed at the sedentary level of physical demand levels in the national economy. The Department of Labor defines sedentary Work as:

> "Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists form 1/3 to 2/3 of the time) to lift, carry, push, pull or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief amounts of time. Jobs are sedentary if walking or standing are required only occasionally and all other sedentary criteria are met."

**Positional Requirements:**

Frequent: sitting, fingering
Occasional: reaching, handling, standing, walking
No: bending/stooping, crouching/squatting, twisting, climbing, crawling, kneeling or balancing

**SUMMARY AND CONCLUSIONS**

With a reasonable degree of vocational certainty, the typical physical demands of Mr. Keathley's occupation of Software Engineer are most often sedentary in physical demand. The positional demands are outlined above.

I have not met with Mr. Keathley for the purpose of this review. All opinions are based on a review of the medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance.

Respectfully submitted,

**Electronically Signed**

Nancy Sullivan, MSEd, CDMS
Vocational Case Manager
SDN: 873-20419
Group Benefits Claims
Liberty Life Assurance Company of Boston

# Liberty Mutual Investigation Referral

Requested By: Elizabeth Kiernan
Disability Claims
P.O. Box 1525
Dover, NH 03821-1525
(888) 437-7611 x16338

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

Customer Name: ACXIOM CORPORATION

Date Sent: 5/4/2016

Funding type: FI: YES ASO: NO

Coverage Type: STD: NO LTD: YES

Claimant Name: SHANE KEATHLEY

Claim #: 5716432

Claimant Address:

Claimant SSN:

Claimant DOB:

Claimant Tel. #:

City:

State:

Zip:

Date of Hire: 7/16/1973

Date of Disability: 12/2/2015

Gender: MALE

Injury/Illness: Ischemic cardiomyopathy

Marital Status: M

Job Description: SENIOR TL OF ENGINEERING

No. of Dependents: 00

Claimant's Physical Description: 43 yo male, 5'10", 211 lbs

Describe Reason For Referral:

clt is out for heart disease, clt reports fatigue with swelling of the extremities, unable to work, medical may not support disability, need to determine level of activity

Instructions For Vendor:

Vendor Chosen: HUB ENTERPRISES

please do 5 days, surveillance, clt reports going to the gym 3x per week, if clt is not seen in the morning, plase adjust start time to afternoons

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Shane Keathley **Claim** 5716432

**EMPLOYER/SPONSOR/CUSTOMER** Acxiom Corporation

**Return** Keshti Ingram

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Shane Keathley
Claimant Name (Print) Date of Birth

Shane Keathley
Claimant Signature

4-12-16
Date

5716432
Claim Number

APR/13/2016/WED 03:01 PM FAX No. P. 005

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Shane Keathley Claim No 5716432

Employer/Sponsor/Customer Name Acxiom Corporation

Return to: Keahti Ingram

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shane Keathley
Claimant Name (Print)

Date of Birth

Shane Keathley
Claimant Signature

4-12-16
Date

5716432
Claim Number

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Occupational Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- [x] JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- [ ] PHYSICAL JOB EVALUATION FORM (if available)
- [ ] UPDATED MEDICAL WITH CLEAR R&L'S
- [ ] TRAINING-EDUCATION-EXPERIENCE FORM
- [ ] MANAGER APPROVAL (if required)
- [ ] ATTORNEY INFO (if applicable)

FROM: Elizabeth Kiernan DATE: Tuesday, May 03, 2016

## CLAIM BACKGROUND

Claimant Name: SHANE KEATHLEY Claim Number: 5716432

- [ ] STD
- [x] FULLY INSURED ( THRESHOLD $ )
- [x] LTD
- [ ] ASO
- [ ] LIFE

Has MDS worked the claim? [ ] YES [x] NO

Employer: ACXIOM CORPORATION

Change In DEF. Date: 00/00/0000

Pre-Disability Earnings: $7,717.00 / M (mode) Claim Service Type: ADOP

**Document Locations**

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Case Manager's Recommendations / Reason For Referral:**

please do oa

DP 512

# Liberty Mutual Consulting Physician Referral
## Attendance Only

**Consulting Physician: Sanchez, Alex**

| | | | |
|---|---|---|---|
| Office: | 0587 | Claim #: | 5716432 |
| Claimant Name: | SHANE KEATHLEY | | |
| Date of Birth: | | Claim Status: | PE |
| Date of Disability: | 12/2/2015 | Date Sent: | 5/3/2016 |
| Claimant SSN: | | Date Benefits Began: | 5/30/2016 |
| Product Type: | LTD | Paid Through: | 1/1/1900 |
| Disability Level: | Own Occupation | | |

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Policyholder/Self-Insured Plan Holder: ACXIOM CORPORATION

Referred By: INGRAM, KEAHTI 587 8*731-3938

Assigned Nurse Case Manager:

Diagnosis: I51.9 Heart disease, unspecified,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

N/A

# TCMS Referral Sheet

Liberty Mutual

| | | | |
|---|---|---|---|
| Claimant Name: | SHANE KEATHLEY | DOB: | |
| Claim #: | 5716432 | Diagnosis: | I51.9 Heart disease, unspecified, |
| Date of Disab: | 12/2/2015 | Customer: | ACXIOM CORPORATION |
| Office: | 0587 | Case Mgr: | Keahti Ingram |

[redacted]

| | | | |
|---|---|---|---|
| ERISA?: | ERISA | Telephone: | (501) 342-7797 |
| | | Fax #: | (501) 342-3987 |
| Customer Name: | Candy Boyd | Special Handling: | |
| Address: | 301 E Dave Ward Dr CWY0303-11 | | |
| | Conway, AR 720320000 | | |

Document Location

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

[redacted]

| | |
|---|---|
| Policyholder: | **Active** |
| Claim Status: | **Own Occ** |
| Post Appeal Claim Review: | **No** |
| Paid Under M&N: | **No** |
| Is M&N a Co-morbid: | **No** |

Reason for Referral:

bme >7000

HealthPort
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

# HealthPort
## INVOICE

Invoice #: 0190278803
Date: 4/24/2016
Customer #: 1646346

Ship to:
LIBERTY
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7207
LONDON, KY 40742-7207

Bill to:
LIBERTY
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7207
LONDON, KY 40742-7207

Records from:
ARKANSAS HEART HOSPITAL
1701 SOUTH SHACKLEFORD ROAD
LITTLE ROCK, AR 72211

Requested By: LIBERTY LIFE
Patient Name: KEATHLEY SHANE

CLAIM NUMBER: 5716432

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 25.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 32 | 1.10 | 35.20 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 62.20 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 62.20 |
| Less Payment | | | -62.20 |
| Balance Due | | | 0.00 |

**Pay your invoice online at** www.HealthPortPay.com

**Terms: Net 30 days**

---

HealthPort
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0190278803

Check # ______________

Payment Amount $ ____________

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

M2B2

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-8630

| | |
|---|---|
| Date: | March 31, 2016 |
| To: | LITTLE ROCK CLINIC<br>MEDICAL RECORDS<br>7 SHACKLEFORD W BLVD<br>LITTLE ROCK AR 72211 |
| Attn: | Medical Records |
| Fax: | (501) 663-1753 |
| From: | Keahti Ingram<br>Long Term Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8630 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5716432<br>Claimant: (Shane Keathley) PT<br><br>Acxiom Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

(32) M.O. 4/8/16

134812219

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

March 31, 2016

Little Rock Clinic
MEDICAL RECORDS
7 SHACKLEFORD W BLVD
LITTLE ROCK, AR 72211

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432
Claimant: Shane Keathley
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Shane Keathley.

To evaluate Mr. Keathley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office notes, test results, therapy notes, operative reports, treatment plan, hospital records, and the restrictions form from December 1, 2015 through the present date

We ask that you provide this information by April 7, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8630 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

Attachments: Restrictions Form

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

# Restrictions Form

**Return To:** Keahti Ingram

| Shane Keathley | | 5716432 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ______
   **DATE LAST TREATED** — ______
   **NEXT OFFICE VISIT** — ______

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ______ **TO** ______.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ______

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______ **TO** ______.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

ARKANSAS HEART HOSPITAL® CLINIC

# Keathley, Timothy S

43 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: United Healthcare Payer ID: 87726
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

12/01/2015

History and Physical : Scott Beau, M.D.

### Current Medications

Taking

- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Carvedilol 6.25 MG Tablet 1 tablet with food three a day
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Digoxin 125 MCG Tablet 1 tablet Once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%

### Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015

### Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive

### Reason for Appointment

1. Cardiomyopathy
2. Congestive Heart Failure
3. LBBB

### History of Present Illness

HPI:

Comes in for followup. He has prior history of coronary artery disease with ST elevation myocardial infarction with PCI of the LAD and PCI of the RCA. His recent echocardiogram showed persistent reduced LVEF of 20-25 percent with moderately increased left ventricular cavity mildly dilated left atrium mild mitral regurgitation. He is wearing a lifevest now. He has NYHA Functional Class III with exertion despite his current medical tx. He is remaining in sinus rythm with LBBB. Has not had an MI in past 40 days nor stent past 90 days.

### Vital Signs

HR 83 /min, BP 132/82 mm Hg, Ht 5 ft 10 in, Wt 211 lbs, BMI 30.27 Index, Oxygen sat 95 %.

### Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .

HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.

LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.

EXTREMITIES: no clubbing, cyanosis, or edema.

### Assessments

1. Ischemic cardiomyopathy - I25.5 (Primary)
2. Hypertension - I10
3. Hyperlipidemia - E78.5
4. LBBB (left bundle branch block) - I44.7
5. CHF (congestive heart failure), NYHA class III - I50.9

### Treatment

**1. Ischemic cardiomyopathy**

LAB: Basic Metabolic Panel (Ordered for 12/01/2015)

| | | |
|---|---|---|
| eGFR | >60 | - mL/min/1.73m |
| Potassium | 3.7 | 3.5-5.1 - mmol/L |

1 son(s), 1 daughter(s) - healthy.

## Social History

Tobacco Use:
Tobacco Use/Smoking
Smoking Status: *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014

## Review of Systems

General/Constitutional:
Weight gain no. Weight loss without dieting no. Fatigue **yes**. Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity yes. Shortness of breath without activity yes. Shortness of breath when lying flat yes. Frequent cough no.
Cardiac:
Chest pain/chest pressure yes. Unpredictable excessive sweating yes. Rapid heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:

| | | | |
|---|---|---|---|
| BUN | 11.0 | | 7.0-18.0 - mg/dl |
| Calcium | 9.1 | | 8.5-10.1 - mg/dl |
| **Glucose** | **116** | **H** | **70-110 - mg/dl** |
| Creatinine | 0.89 | | 0.70-1.30 - mg/dl |
| CO2 | 28.1 | | 21.0-32.0 - mmol/L |
| Sodium | 141 | | 136-145 - mmol/L |
| Chloride | 104 | | 98-107 - mmol/L |

LAB: CBC (Ordered for 12/01/2015)

| | | | |
|---|---|---|---|
| HGB | 15.1 | | 12.0-18.0 - g/dl |
| **MCH** | **32.2** | **H** | **26.0-32.0 - pg** |
| GRAN | 6.2 | | 2.0-7.8 - K/uL |
| RDW | 13.0 | | 11.5-14.5 - % |
| LYM% | 25.4 | | 10.0-58.5 - % |
| MID% | 5.6 | | 0.1-24.0 - % |
| HCT | 44.7 | | 37.0-51.0 - % |
| MCV | 95.4 | | 80.0-97.0 - fl |
| RBC | 4.69 | | 4.20-6.30 - M/uL |
| LYM | 2.3 | | 0.6-4.1 - K/uL |
| WBC | 9.0 | | 4.1-10.9 - K/uL |
| GRAN% | 69.0 | | 37.0-92.0 - % |
| MCHC | 33.8 | | 31.0-36.0 - g/dl |
| MID | 0.5 | | 0.0-1.8 - K/uL |
| PLT | 295.0 | | 140.0-440.0 - K/uL |

LAB: Prothrombin Time with INR (PT/INR) (Ordered for 12/01/2015)

| | | | |
|---|---|---|---|
| INR | 1.0 | | - |

PROCEDURE: EP - Bi-V ICD Implant
Notes: Heart disease and diet material was published to portalTherapy options for sudden cardiac death were discussed with patient, including pharmacologic management and BIVICD insertion. Risks and benefits of BIVICD insertion were discussed including the risk for potential infection, vascular perforation, possible inappropriate shocks, and less than 1% risk of death. Assess oral health Hold plavix 5 days prior to scheduled procedure date. NPO 4 hours prior to scheduled procedure time.

**2. LBBB (left bundle branch block)**
IMAGING: ECG
Beau,Scott 12/2/2015 7:11:31 AM > Sinus Rhythm -Left bundle branch block.

## Preventive Medicine

Counseling:
Care goal follow-up plan:
Above Normal BMI Follow-up *Lifestyle education regarding diet*

## Procedure Codes

93000 ELECTROCARDIOGRAM, COMPLETE

## Follow Up

2 Weeks (Reason: Post procedure follow up)

Low blood count/acute anemia **no**. Low platelet/thrombocytopenia **no**.

Men Only:

Erectile dysfunction **no**.

Genitourinary:

Blood in urine **no**. Pain on urination **no**.

Musculoskeletal:

Joint pain or swelling **no**. Muscle weakness **no**. Muscle cramping **no**.

Peripheral Vascular:

Leg swelling **no**. Pain in legs/calf while walking **no**. Redness or discoloration of legs **no**. Cold extremities **no**.

Skin:

Rash **no**. Skin sores **no**. Non-healing wounds **no**.

Neurologic:

Dizziness **no**. Confusion **no**. Headaches **no**.

Psychiatric:

Untreated or worsening depression **no**. Untreated or worsening anxiety **no**.

**Electronically signed by Scott Beau on 12/02/2015 at 07:17 AM CST**

**Sign off status: Completed**

AHHC MAIN
7 Shackleford West Blvd
Little Rock, AR 722113714
Tel: 501-664-5860
Fax: 501-664-0889

ARKANSAS HEART HOSPITAL® CLINIC

# Keathley, Timothy S

43 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: United Healthcare Payer ID: 87726
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

12/14/2015

History and Physical : Patrick Stage, APN

## Current Medications

Taking
- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Carvedilol 6.25 MG Tablet 1 tablet with food three a day
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Digoxin 125 MCG Tablet 1 tablet Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015

## Family History

## Reason for Appointment

1. Ischemic cardiomyopathy
2. Congestive heart failure
3. Hypertension
4. s/p AICD

## History of Present Illness

HPI:

Pt here for followup of recent congestive heart failure and ischemic cardiomyopathy. He had recent BIV ICD placed. He denies any fever or chills. His site is clean, dry, and intact. He will have his st. jude medical ICD interrogated in the office today.

## Vital Signs

HR 87 /min, BP 128/79 mm Hg, Ht 5 ft 10 in, Wt 211 lbs, BMI 30.27 Index.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .

HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.

LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.

EXTREMITIES: no clubbing, cyanosis, or edema.

PROCEDURE SITE: pacemaker ICD wound is well healed.

## Assessments

1. CAD (coronary artery disease) - I25.10 (Primary)
2. Ischemic cardiomyopathy - I25.5
3. Hypertension - I10
4. Stented coronary artery - Z95.5
5. Old MI (myocardial infarction) - I25.2
6. CHF (congestive heart failure) - I50.9

## Treatment

**1. CAD (coronary artery disease)**

Stop Carvedilol Tablet, 6.25 MG, as directed, Orally
Start Carvedilol Tablet, 12.5 MG, as directed, Orally, Twice daily, 60, Refills 6
Notes: No ventricular arrythmias. No afib. ICD working well. Continue

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy

### Social History

Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

### Review of Systems

General/Constitutional:
Weight gain no. Weight loss without dieting no. Fatigue no. Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity no. Shortness of breath without activity no. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:
Chest pain/chest pressure no. Unpredictable excessive sweating no. Rapid heart rate no. Irregular heart rate no. Fainting no.
Gastrointestinal:
Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.
Hematology:

present care. Will titrate up his coreg to 12.5 mg twice daily.

**2. Others**
Notes: Heart disease and diet material was published to portal.

### Preventive Medicine

Counseling:
Care goal follow-up plan:
Above Normal BMI Follow-up *Lifestyle education regarding diet*

### Follow Up

3 Weeks



**Electronically signed by Patrick Stage on 12/14/2015 at 04:39 PM CST**

**Sign off status: Completed**

AHHC MAIN
7 Shackleford West Blvd
Little Rock, AR 722113714
Tel: 501-664-5860
Fax: 501-664-0889

Low blood count/acute anemia **no**. Low platelet/thrombocytopenia **no**.

Men Only:

Erectile dysfunction **no**.

Genitourinary:

Blood in urine **no**. Pain on urination **no**.

Musculoskeletal:

Joint pain or swelling **no**. Muscle weakness **no**. Muscle cramping **no**.

Peripheral Vascular:

Leg swelling **no**. Pain in legs/calf while walking **no**. Redness or discoloration of legs **no**. Cold extremities **no**.

Skin:

Rash **no**. Skin sores **no**. Non-healing wounds **no**.

Neurologic:

Dizziness **no**. Confusion **no**. Headaches **no**.

Psychiatric:

Untreated or worsening depression **no**. Untreated or worsening anxiety **no**.

ARKANSAS HEART HOSPITAL® CLINIC

# Keathley, Timothy S

43 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: United Healthcare Payer ID: 87726
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

01/04/2016

History and Physical : Patrick Stage, APN

## Current Medications

**Taking**

- Carvedilol 12.5 MG Tablet as directed Twice daily
- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Digoxin 125 MCG Tablet 1 tablet Once a day

**Discontinued**

- Carvedilol 6.25 MG Tablet 1 tablet with food three a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015

## Reason for Appointment

1. Ischemic cardiomyopathy
2. CAD
3. Hypertension
4. s/p AICD

## History of Present Illness

HPI:

Pt here for followup of ischemic cardiomyopathy and cad. He has occasional chest pain. He has some shortness of breath. He denies any syncope. He will have his st. jude medical ICD interrogated in the office today.

## Vital Signs

HR 64 /min, BP 116/75 mm Hg, Ht 5 ft 10 in, Wt 211 lbs, BMI 30.27 Index.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .

HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.

LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.

EXTREMITIES: no clubbing, cyanosis, or edema.

PROCEDURE SITE: pacemaker ICD wound is well healed.

## Assessments

1. CAD (coronary artery disease) - I25.10 (Primary)
2. Ischemic cardiomyopathy - I25.5
3. Hypertension - I10
4. Hyperlipidemia - E78.5
5. Old MI (myocardial infarction) - I25.2
6. Stented coronary artery - Z95.5
7. CHF (congestive heart failure), NYHA class III - I50.9
8. Coronary atherosclerosis of native coronary artery - I25.10
9. Automatic implantable cardioverter-defibrillator in situ - Z95.810

## Treatment

**1. CAD (coronary artery disease)**

IMAGING: ECG

ICD 12/2015

**Family History**
Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s), 1 daughter(s) - healthy.

**Social History**
Tobacco Use:
Tobacco Use/Smoking
Smoking Status: *nonsmoker*
Smoking Status: *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year? Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Excreise: yes, 2-3 times per week.
Marital status: married.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

**Review of Systems**
General/Constitutional:
Weight gain no. Weight loss without dieting no. Fatigue no. Fever no.
HEENT:
Eyes: Visual Disturbances no. Ears: Hearing loss or recent changes no. Nosebleeds no. Infected teeth or gums no.

Endocrine:
Mass in neck/goiter no. Uncontrolled shaking/tremors no.
Respiratory:
Snoring no. Coughing up blood no. Shortness of breath with activity yes. Shortness of breath without activity yes. Shortness of breath when lying flat no. Frequent cough no.
Cardiac:

Stage,Patrick 1/4/2016 11:36:41 AM > AV pacing

Notes: No ventricular arrythmias. No afib. ICD working well. Continue present care.

**2. Ischemic cardiomyopathy**
Increase Carvedilol Tablet, 25 MG, as directed, Orally, Twice daily, 60, Refills 6
Continue Vasotec Tablet, 5 MG, TAKE ONE TABLET BY MOUTH THREE TIMES DAILY

**3. Others**
Notes: Heart disease and diet material was published to portal.

**Preventive Medicine**
Counseling:
Care goal follow-up plan:
Above Normal BMI Follow-up *Lifestyle education regarding diet*

**Procedure Codes**
93010 EKG REPORT - PROF
93005 EKG, TRACING - TECH

**Follow Up**
3 Months

**Electronically signed by Patrick Stage on 01/04/2016 at 11:57 AM CST**

**Sign off status: Completed**

AHHC MAIN
7 Shackleford West Blvd
Little Rock, AR 722113714
Tel: 501-664-5860
Fax: 501-664-0889

Chest pain/chest pressure **yes**. Unpredictable excessive sweating **no**. Rapid heart rate **no**. Irregular heart rate **no**. Fainting **no**.

Gastrointestinal:

Nausea **no**. Frequent Heartburn **no**. Black or Tarry Stools **no**. Vomiting **no**.

Hematology:

Low blood count/acute anemia **no**. Low platelet/thrombocytopenia **no**.

Men Only:

Erectile dysfunction **no**.

Genitourinary:

Blood in urine **no**. Pain on urination **no**.

Musculoskeletal:

Joint pain or swelling **no**. Muscle weakness **no**. Muscle cramping **no**.

Peripheral Vascular:

Leg swelling **no**. Pain in legs/calf while walking **no**. Redness or discoloration of legs **no**. Cold extremities **no**.

Skin:

Rash **no**. Skin sores **no**. Non-healing wounds **no**.

Neurologic:

Dizziness **no**. Confusion **no**. Headaches **no**.

Psychiatric:

Untreated or worsening depression **no**. Untreated or worsening anxiety **no**.

---

**Patient: Keathley, Timothy S DOB: Progress Note: Patrick Stage, APN 01/04/2016**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

ARKANSAS HEART HOSPITAL® CLINIC

# Keathley, Timothy S

43 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: United Healthcare Payer ID: 87726
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

01/27/2016

History and Physical : Mehmet Cilingiroglu, MD

### Current Medications

**Taking**

- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Digoxin 125 MCG Tablet 1 tablet Once a day
- Carvedilol 25 MG Tablet as directed Twice daily
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Medication List reviewed and reconciled with the patient

### Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure
s/p AICD

### Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015

### Reason for Appointment

1. CAD status post MI status post PCI of LAD and RCA
2. Ischemic cardiomyopathy
3. Hyperlipidemia
4. congestive heart failure NYHA functional class III
5. Left bundle branch block

### History of Present Illness

HPI:

Comes in for followup. He has prior history of extensive coronary artery disease with ST elevation acute myocardial infarction status post PCI of the LAD as well as RCA with drug-eluting stents atrial reduced LVF consistent with ischemic cardiomyopathy. He has symptoms of congestive heart failure despite his current medical therapy and NYHA functional class III. He is being evaluated for our left ventricular partitioning device study parachute clinical study. He had automatic implantable cardiac defibrillator implantation with normal device check recently. He continious to have NYHA functional class III symptoms despite his current medical regimen. Denies angina.

### Vital Signs

HR 60 /min, BP 118/75 mm Hg, Ht 5 ft 10 in, Wt 213 lbs, BMI 30.56 Index, Oxygen sat 96 %.

### Examination

General Examination:

GENERAL APPEARANCE: pleasant, well nourished, in no acute distress. HEAD: normocephalic. NECK/THYROID: normal, neck supple, no carotid bruit, no jugular venous distention. HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs. LUNGS: normal, clear to auscultation bilaterally, no wheezes, rales, rhonchi. CHEST: normal shape and expansion, no sternal abnormalities, pacemaker site normal . ABDOMEN: normal, soft, nontender, nondistended, no masses palpable. EXTREMITIES: no edema. PERIPHERAL PULSES: normal, 2+ throughout. NEUROLOGIC: nonfocal, alert and oriented, cranial nerves 2-12 grossly intact.

### Assessments

1. CAD (coronary artery disease) - I25.10 (Primary)

### Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy

### Social History

Tobacco Use:
Tobacco Use/Smoking Smoking Status: nonsmoker. Tobacco use other than smoking Are you an other tobacco user? No.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none. Children: yes, 2. Exercise: yes, 2-3 times per week. Marital status: married.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

### Review of Systems

General/Constitutional:
Weight gain **yes**. Weight loss without dieting **no**. Fatigue **yes** . Fever **no**.
HEENT:
Eyes: Visual Disturbances **yes**. Ears: Hearing loss or recent changes **no**. Nosebleeds **no**. Infected teeth or gums **no**.

Endocrine:
Mass in neck/goiter **no**. Uncontrolled shaking/tremors **no**.
Respiratory:
Snoring **no**. Coughing up blood **no**. Shortness of breath with activity **yes**. Shortness of breath without activity **no**. Shortness of breath when lying flat **no**. Frequent cough **no**.
Cardiac:
Chest pain/chest pressure **yes**. Unpredictable excessive sweating **no**. Rapid heart rate **no**. Irregular heart rate **no**. Fainting **no**.
Gastrointestinal:

2. Ischemic cardiomyopathy - I25.5
3. Hypertension - I10
4. Hyperlipidemia - E78.5
5. Automatic implantable cardioverter-defibrillator in situ - Z95.810

### Treatment

**1. CAD (coronary artery disease)**
IMAGING: ECG
Cilingiroglu,Mehmet 1/27/2016 12:00:08 PM > Electronic dual-chamber pacemaker Pacemaker ECG

Notes: Continue on current regimen, Heart disease and diet material was published to portal.

**2. Ischemic cardiomyopathy**
IMAGING: ECG
Cilingiroglu,Mehmet 1/27/2016 12:00:08 PM > Electronic dual-chamber pacemaker Pacemaker ECG

Notes: Continue on current regimen and as he is being evaluated for left ventricular partitioning device clinical study, PARACHUTE.

**3. Hypertension**
Notes: Continue on current medications monitor blood pressure readings at home.

**4. Hyperlipidemia**
Notes: Continue on current regimen.

**5. Automatic implantable cardioverter-defibrillator in situ**
Notes: Followup the EP.

### Immunization

Immunization record has been reviewed and updated.

### Preventive Medicine

Counseling: Care goal follow-up plan: Above Normal BMI Follow-up Lifestyle education regarding diet.

### Procedure Codes

93000 ELECTROCARDIOGRAM, COMPLETE

### Follow Up

3 Months (Reason: cm, cad. )



Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.

Hematology:

Low blood count/acute anemia no. Low platelet/thrombocytopenia no.

Men Only:

Erectile dysfunction no.

Genitourinary:

Blood in urine no. Pain on urination no.

Musculoskeletal:

Joint pain or swelling no. Muscle weakness no. Muscle cramping no.

Peripheral Vascular:

Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.

Skin:

Rash no. Skin sores no. Non-healing wounds no.

Neurologic:

Dizziness no. Confusion no. Headaches no.

Psychiatric:

Untreated or worsening depression no. Untreated or worsening anxiety no.

**Electronically signed by Mehmet Cilingiroglu on 01/27/2016 at 07:57 PM CST**

**Sign off status: Completed**

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

**Patient: Keathley, Timothy S DOB:** **Progress Note: Mehmet Cilingiroglu, MD 01/27/2016**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

ARKANSAS HEART HOSPITAL® CLINIC

# Keathley, Timothy S

43 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: United Healthcare Payer ID: 87726
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

02/05/2016

History and Physical : Mehmet Cilingiroglu, MD

## Current Medications

**Taking**

- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Digoxin 125 MCG Tablet 1 tablet Once a day
- Carvedilol 25 MG Tablet as directed Twice daily
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure
s/p AICD

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015

## Reason for Appointment

1. Research

## History of Present Illness

HPI:

Comes in for his potential enrollment visit for parachute left ventricular partitioning devise clinical study. He is tolerating his current medical regimen and he is NYHA functional class is 1. He denies any significant angina pectoris. His Canadian Angina class is zero. His 12-lead EKG showed paced rhythm poor R-wave progression consistent with prior anterior wall myocardial infarction. His 6 minute walk test he did walk total of 1522.8 feet with no significant symptoms. He seems to be tolerating his current medical therapy with no problems. He is status post biventricular automatic implantable cardiac defibrillator. His blood pressure is very well controlled. He seems to be well compensated from the standpoint of his congestive heart failure.

## Vital Signs

HR 63 /min, BP 114/76 mm Hg, Ht 5 ft 10 in, Wt 213 lbs, BMI 30.56 Index, Oxygen sat 95 %.

## Examination

General Examination:

GENERAL APPEARANCE: pleasant, well nourished, in no acute distress. HEAD: normocephalic. NECK/THYROID: normal, neck supple, no carotid bruit, no jugular venous distention. HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs. LUNGS: normal, clear to auscultation bilaterally, no wheezes, rales, rhonchi. CHEST: normal shape and expansion, no sternal abnormalities, pacemaker site normal . ABDOMEN: normal, soft, nontender, nondistended, no masses palpable. EXTREMITIES: no edema. PERIPHERAL PULSES: normal, 2+ throughout. NEUROLOGIC: nonfocal, alert and oriented, cranial nerves 2-12 grossly intact.

## Assessments

1. Hypertension - I10 (Primary)
2. CHF (congestive heart failure) - I50.9
3. CAD (coronary artery disease) - I25.10
4. Hyperlipidemia - E78.5

### Family History
Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy

### Social History
Tobacco Use:
Tobacco Use/Smoking Smoking Status: nonsmoker. Tobacco use other than smoking Are you an other tobacco user? No.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none. Children: yes, 2. Exercise: yes, 2-3 times per week. Marital status: married.

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/4/15

### Review of Systems
General/Constitutional:
Weight gain **no**. Weight loss without dieting **no**. Fatigue **yes** . Fever **no**.
HEENT:
Eyes: Visual Disturbances **yes**. Ears: Hearing loss or recent changes **no**. Nosebleeds **no**. Infected teeth or gums **no**.
Endocrine:
Mass in neck/goiter **no**. Uncontrolled shaking/tremors **no**.
Respiratory:
Snoring **no**. Coughing up blood **no**. Shortness of breath with activity **yes**. Shortness of breath without activity **no**. Shortness of breath when lying flat **no**. Frequent cough **no**.
Cardiac:
Chest pain/chest pressure **yes**. Unpredictable excessive sweating **no**. Rapid heart rate **no**. Irregular heart rate **no**. Fainting **no**.
Gastrointestinal:

5. Automatic implantable cardioverter-defibrillator in situ - Z95.810
6. Ischemic cardiomyopathy - I25.5

### Treatment
**1. Hypertension**
Notes: Continue on current medications.

**2. CHF (congestive heart failure)**
Notes: NYHA functional class I symptoms on his current medical therapy. At this time he does not qualify for parachute left ventricular partitioning clinical study. Order MUGA to reevaluate LVEF.

**3. CAD (coronary artery disease)**
Continue Digoxin Tablet, 125 MCG, 1 tablet, Orally, Once a day
Notes: Continue on current medications.

**4. Hyperlipidemia**
Notes: Continue on current regimen.

**5. Automatic implantable cardioverter-defibrillator in situ**
Notes: Continue followup with EP.

**6. Ischemic cardiomyopathy**
Continue Vasotec Tablet, 5 MG, TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
Continue Carvedilol Tablet, 25 MG, as directed, Orally, Twice daily
IMAGING: ECG
IMAGING: Nuclear - Resting MUGA (Ordered for 02/05/2016)
Notes: Continue on current medical therapy.

**7. Others**
Continue Co Q 10 Capsule, 100 MG, 1 capsule with a meal, Orally, Once a day
Continue Zoloft Tablet, 50 MG, 1 tablet, Orally, Once a day
Continue Krill Oil Omega-3 Capsule, 300 MG, as directed, Orally, once a day
Continue Vitamin C Tablet, 1000 MG, 1 tablet, Orally, twice a day
Continue Aspirin Tablet Dispersible, 81 MG, 1 tablet, Orally, Once a day
Continue Protonix Tablet Delayed Release, 40 MG, 1 tablet, Orally, twice a day
Continue Crestor Tablet, 10 MG, TAKE ONE TABLET BY MOUTH AT BEDTIME
Continue Plavix Tablet, 75 MG, TAKE ONE TABLET BY MOUTH EVERY DAY
Notes: Heart disease and diet material was published to portal.

### Preventive Medicine
Counseling: Care goal follow-up plan: Above Normal BMI Follow-up Lifestyle education regarding diet.

### Procedure Codes
93000 ELECTROCARDIOGRAM, COMPLETE

Nausea no. Frequent Heartburn no. Black or Tarry Stools no. Vomiting no.

Hematology:

Low blood count/acute anemia no. Low platelet/thrombocytopenia no.

Men Only:

Erectile dysfunction no.

Genitourinary:

Blood in urine no. Pain on urination no.

Musculoskeletal:

Joint pain or swelling no. Muscle weakness no. Muscle cramping no.

Peripheral Vascular:

Leg swelling no. Pain in legs/calf while walking no. Redness or discoloration of legs no. Cold extremities no.

Skin:

Rash no. Skin sores no. Non-healing wounds no.

Neurologic:

Dizziness no. Confusion no. Headaches no.

Psychiatric:

Untreated or worsening depression no. Untreated or worsening anxiety no.

**Follow Up**

prn

**Electronically signed by Mehmet Cilingiroglu on 02/05/2016 at 11:29 AM CST**

**Sign off status: Completed**

AHHC MAIN
7 Shackleford West Blvd
Little Rock, AR 722113714
Tel: 501-664-5860
Fax: 501-664-0889

ARKANSAS HEART HOSPITAL® CLINIC

# Keathley, Timothy S

43 Y old Male, DOB:
Account Number: 1733101

Home:
Guarantor: Keathley, Timothy S Insurance: United Healthcare Payer ID: 87726
PCP: James Fulmer Referring: James Fulmer
Appointment Facility: AHHC MAIN

04/04/2016

History and Physical : Patrick Stage, APN

## Current Medications

**Taking**

- Plavix 75 MG Tablet TAKE ONE TABLET BY MOUTH EVERY DAY
- Vasotec 5 MG Tablet TAKE ONE TABLET BY MOUTH THREE TIMES DAILY
- Crestor 10 MG Tablet TAKE ONE TABLET BY MOUTH AT BEDTIME
- Protonix 40 MG Tablet Delayed Release 1 tablet twice a day
- Aspirin 81 MG Tablet Dispersible 1 tablet Once a day
- Vitamin C 1000 MG Tablet 1 tablet twice a day
- Krill Oil Omega-3 300 MG Capsule as directed once a day
- Zoloft 50 MG Tablet 1 tablet Once a day
- Co Q 10 100 MG Capsule 1 capsule with a meal Once a day
- Digoxin 125 MCG Tablet 1 tablet Once a day
- Carvedilol 25 MG Tablet as directed Twice daily
- Medication List reviewed and reconciled with the patient

## Past Medical History

HTN- 2007
Heart attack- 1/2014
CAD s/p PCI of LAD with DES and anterior wall MI with LVEF of 25%-30%, PCI of RCA DES
HLP
OSA on CPAP
Depression/anxiety
Ischemic cardiomyopathy with LVEF of 20-25%
Congestive Heart Failure
s/p AICD

## Surgical History

Heart cath- AHH 1/2014
Appendix removed 1985
Stent placement 1/2014
cataract surgery 10/8/14
heart cath 11/30/2015
ICD 12/2015

## Reason for Appointment

1. Ischemic cardiomyopathy
2. CAD
3. Hypertension
4. s/p AICD

## History of Present Illness

HPI:

Pt here for followup of cad and ischemic cardiomyopathy. He has occasional chest pain. He denies any syncope. He will have his st. jude medical ICD interrogated in the office today.

## Vital Signs

HR 66 /min, BP 113/68 mm Hg, Ht 5 ft 10 in, Wt 205 lbs, BMI 29.41 Index, Oxygen sat 93 %, Pain scale 0 1-10.

## Examination

General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress .

HEART: no jugular venous distention, S1, S2 normal, no murmurs, rubs, gallops.

LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.

EXTREMITIES: no clubbing, cyanosis, or edema.

## Assessments

1. CAD (coronary artery disease) - I25.10 (Primary)
2. Ischemic cardiomyopathy - I25.5
3. Hypertension - I10
4. Old MI (myocardial infarction) - I25.2
5. Stented coronary artery - Z95.5
6. LBBB (left bundle branch block) - I44.7
7. CHF (congestive heart failure) - I50.9
8. Coronary atherosclerosis of native coronary artery - I25.10
9. Automatic implantable cardioverter-defibrillator in situ - Z95.810

## Treatment

**1. CAD (coronary artery disease)**

Start Torsemide Tablet, 10 MG, 1 tablet, Orally, Once a day, 30 day(s), 30, Refills 6

Start Potassium Chloride Crys ER Tablet Extended Release, 10 MEQ, 1

### Family History

Father: alive, heart attack, diagnosed with MI
Mother: alive
1 son(s) , 1 daughter(s) - healthy

### Social History

Tobacco Use:
Tobacco Use/Smoking
Smoking Status: *nonsmoker*
Tobacco use other than smoking
Are you an other tobacco user? *No*
Drugs/Alcohol:
Drugs
Have you used drugs other than those for medical reasons in the past 12 months? *No*
Alcohol Screen Did you have a drink containing alcohol in the past year?: Yes, How often did you have a drink containing alcohol in the past year?: Monthly or less (1 point), How many drinks did you have on a typical day when you were drinking in the past year?: 1 or 2 drinks (0 point), How often did you have 6 or more drinks on one occasion in the past year?: Never (0 point), Points: 1.
Miscellaneous:
no Caffeine, none.
Children: yes, 2.
Exercise: yes, 2-3 times per week.
Marital status: married.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

Angina @ AHH 05/2014
AHH-ICD...developed blood clot in rt arm after procedure 12/1/15

### Review of Systems

General/Constitutional:
Poor appetite **no**. Weight gain **no**. Weight loss without dieting **no**. Fatigue **yes** . Fever **no**.
HEENT:
Eyes: Visual Disturbances **no**. Ears: Hearing loss or recent changes **no**. Nosebleeds **no**. Infected teeth or gums **no**.

Endocrine:
Mass in neck/goiter **no**. Uncontrolled shaking/tremors **no**.
Respiratory:
Snoring **no**. Coughing up blood **no**. Shortness of breath with activity **yes**. Shortness of breath without activity **yes**. Shortness of breath when lying flat **no**. Frequent cough **no**.
Cardiac:
Chest pain/chest pressure **no**. Unpredictable excessive sweating **no**. Rapid

tablet, Orally, Twice a day, 30 day(s), 60, Refills 6
Notes: One NSVT episode. No afib. He is retaining some fluid periodically. I am going to give him some torsemide. Will give potassium as well. ICD working well.

**2. Others**
Notes: Heart disease and diet material was published to portal.

### Preventive Medicine

Counseling:
Care goal follow-up plan:
Above Normal BMI Follow-up *Lifestyle education regarding diet*

### Follow Up

3 Months



**Electronically signed by Patrick Stage on 04/04/2016 at 12:23 PM CDT**

**Sign off status: Completed**

**AHHC MAIN**
**7 Shackleford West Blvd**
**Little Rock, AR 722113714**
**Tel: 501-664-5860**
**Fax: 501-664-0889**

heart rate **no**. Irregular heart rate **no**.
Fainting **no**.

Gastrointestinal:

Nausea **no**. Frequent Heartburn **no**.
Black or Tarry Stools **no**. Vomiting **no**.

Hematology:

Low blood count/acute anemia **no**. Low platelet/thrombocytopenia **no**.

Men Only:

Erectile dysfunction **no**.

Genitourinary:

Blood in urine **no**. Pain on urination **no**.

Musculoskeletal:

Joint pain or swelling **yes**. Muscle weakness **no**. Muscle cramping **no**.

Peripheral Vascular:

Leg swelling **yes**. Pain in legs/calf while walking **no**. Redness or discoloration of legs **no**. Cold extremities **no**.

Skin:

Rash **no**. Skin sores **no**. Non-healing wounds **no**.

Neurologic:

Dizziness **yes**. Confusion **no**.
Headaches **no**.

Psychiatric:

Untreated or worsening depression **no**.
Untreated or worsening anxiety **no**.

---

**Patient: Keathley, Timothy S DOB: Progress Note: Patrick Stage, APN 04/04/2016**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Keathley, Timothy S, M,

AHHC Main Little Rock - Laboratory Department
7 Shackleford W Blvd , Little Rock, AR 722113714
501-664-5860

FINAL RESULT

| | |
|---|---|
| Accession ID: 3001835 | Lab Ref ID: 3001835 |
| Order Date: 12/01/2015 | Received: 12/01/2015 16:21:00 |
| Coll. Date: 12/01/2015 16:05:00 | |
| Requesting Physician: Beau, Scott | Ordering Physician: Beau, Scott |

# Prothrombin Time with INR (PT/INR)

| | NAME | VALUE | LAB |
|---|---|---|---|
| F | INR | 1.0 | 1 |

RECOMMENDED THERAPEUTIC INR RANGE

Prophylaxis of venous thrombosis = 2.0-3.0

Treatment of venous thrombosis = 2.0-3.0

Treatment of pulmonary embolism 2.0-3.0

Prevention of systemic embolism = 2.0-3.0

Prevention of recurrent myocardial infarction = 2.5-3.5

Prophylaxis for mechanical valves = 2.5-3.5

Keathley, Timothy S, M,

AHHC Main Little Rock - Laboratory Department
7 Shackleford W Blvd , Little Rock, AR 722113714
501-664-5860

FINAL RESULT

| | |
|---|---|
| Accession ID: 3001835 | Lab Ref ID: 3001835 |
| Order Date: 12/01/2015 | Received: 12/01/2015 17:14:03 |
| Coll. Date: 12/01/2015 16:05:00 | |
| Requesting Physician: Beau, Scott | Ordering Physician: Beau, Scott |

# CBC

| | NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| F | WBC | 9.0 | 4.1-10.9 (K/uL) | 1 |
| F | RBC | 4.69 | 4.20-6.30 (M/uL) | 1 |
| F | HGB | 15.1 | 12.0-18.0 (g/dl) | 1 |
| F | HCT | 44.7 | 37.0-51.0 (%) | 1 |
| F | PLT | 295.0 | 140.0-440.0 (K/uL) | 1 |
| F | LYM | 2.3 | 0.6-4.1 (K/uL) | 1 |
| F | LYM% | 25.4 | 10.0-58.5 (%) | 1 |
| F | MID | 0.5 | 0.0-1.8 (K/uL) | 1 |
| F | MID% | 5.6 | 0.1-24.0 (%) | 1 |
| F | GRAN | 6.2 | 2.0-7.8 (K/uL) | 1 |
| F | GRAN% | 69.0 | 37.0-92.0 (%) | 1 |
| F | MCV | 95.4 | 80.0-97.0 (fl) | 1 |
| **F** | **MCH** | **32.2 H** | **26.0-32.0 (pg)** | **1** |
| F | MCHC | 33.8 | 31.0-36.0 (g/dl) | 1 |
| F | RDW | 13.0 | 11.5-14.5 (%) | 1 |

Keathley, Timothy S , M, Accession ID: 3001835

Keathley, Timothy S, M,

AHHC Main Little Rock - Laboratory Department
7 Shackleford W Blvd , Little Rock, AR 722113714
501-664-5860

FINAL RESULT

| | |
|---|---|
| Accession ID: 3001835 | Lab Ref ID: 3001835 |
| Order Date: 12/01/2015 | Received: 12/01/2015 16:46:02 |
| Coll. Date: 12/01/2015 16:05:00 | |
| Requesting Physician: Beau, Scott | Ordering Physician: Beau, Scott |

# Basic Metabolic Panel

| | NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| F | BUN | 11.0 | 7.0-18.0 (mg/dl) | 1 |
| F | Calcium | 9.1 | 8.5-10.1 (mg/dl) | 1 |
| F | CO2 | 28.1 | 21.0-32.0 (mmol/L) | 1 |
| F | Chloride | 104 | 98-107 (mmol/L) | 1 |
| F | Sodium | 141 | 136-145 (mmol/L) | 1 |
| F | Potassium | 3.7 | 3.5-5.1 (mmol/L) | 1 |
| F | Creatinine | 0.89 | 0.70-1.30 (mg/dl) | 1 |
| **F** | **Glucose** | **116 H** | **70-110 (mg/dl)** | 1 |
| F | eGFR | >60 | (mL/min/1.73m) | 1 |

Keathley, Timothy S , M, Accession ID: 3001835

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **Midmark Diagnostics Group** | | | Rate: | 79 | BPM | Interpretation: |
| Name: | Timothy S Keathley | Req. Physician: | Beau, Scott | | PR: | 176 | msec | Sinus Rhythm |
| ID: | 1733101 | Technician: | sa, LPN | | QT/QTc: | 372/405 | msec | -Left bundle branch block. |
| Sex: | Male | History: | , | | QRSD: | 158 | msec | ABNORMAL |
| BP: | | Medication: | ,, | | P Axis: | 55 | | |
| Weight: | lbs | Date of Report: | 12/01/15 | 16:12:15 | QRS Axis: | 66 | | |
| Height: | inches | Reviewed By: | | | T Axis: | -113 | | |
| DOB: | (43 Years) | Review Date: | 12/01/15 | 16:12:15 | | | | |
| Comments: | | | | | | | | |




Speed:25 mm/sec Gain:10 mm/mv MYO:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.4.1 ECG Analysis Ver. 8.4.1 Print Date 04/08/16 13:25:16

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | Timothy S Keathley | **Midmark Diagnostics Group** | | | Rate: | 64 | BPM | Interpretation: |
| ID: | 1733101 | Req. Physician: | Stage, Patrick | | PR: | 226 | msec | Electronic dual-chamber pacemaker |
| Sex: | Male | Technician: | val | | QT/QTc: | 430/437 | msec | Pacemaker ECG, No further analysis |
| BP: | | History: | , | | QRSD: | 152 | msec | INSUFFICIENT DATA |
| Weight: | lbs | Medication: | ,, | | P Axis: | -1 | | |
| Height: | inches | Date of Report: | 01/04/16 | 11:22:41 | QRS Axis: | -63 | | |
| DOB: | (43 Years) | Reviewed By: | | | T Axis: | 50 | | |
| Comments: | | Review Date: | 01/04/16 | 11:22:42 | | | | |




Speed:25 mm/sec Gain:10 mm/mv MYO:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.4.1 ECG Analysis Ver. 8.4.1 Print Date 01/08/16 13:25:26

Midmark Diagnostics Group

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | Timothy S Keathley | Req. Physician: | Cilingiroglu, Mehmet | | Rate: | 61 | BPM | Interpretation: |
| ID: | 1733101 | Technician: | sa, LPN | | PR: | 144 | msec | Electronic dual-chamber pacemaker |
| Sex: | Male | History: | , | | QT/QTc: | 408/409 | msec | Pacemaker ECG |
| BP: | | Medication: | ,, | | QRSD: | 134 | msec | |
| Weight: | lbs | Date of Report: | 01/27/16 | 11:38:44 | P Axis: | -173 | | |
| Height: | inches | Reviewed By: | Cilingiroglu, Mehmet | | QRS Axis: | 87 | | |
| DOB: | (43 Years) | Review Date: | 01/27/16 | 12:00:02 | T Axis: | -33 | | |
| Comments: | | | | | | | | |




Speed:25 mm/sec Gain:10 mm/mv MYO:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.4.1 ECG Analysis Ver. 8.4.1 Print Date 01/08/16 13:25:34

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Midmark Diagnostics Group | | | Rate: | 63 | BPM | Interpretation: |
| Name: | Timothy S Keathley | Req. Physician: | Cilingiroglu, Mehmet | | PR: | 176 | msec | Electronic ventricular pacemaker -possibly demand type |
| ID: | 1733101 | Technician: | mt, lpn | | QT/QTc: | 384/389 | msec | Pacemaker ECG; No further analysis |
| Sex: | Male | History: | , | | QRSD: | 146 | msec | INSUFFICIENT DATA |
| BP: | | Medication: | .. | | P Axis: | 33 | | |
| Weight: | lbs | Date of Report: | 02/05/16 | 09:33:14 | QRS Axis: | 33 | | |
| Height: | inches | Reviewed By: | | | T Axis: | 180 | | |
| DOB: | (43 Years) | Review Date: | 02/05/16 | 09:33:15 | | | | |
| Comments: | | | | | | | | |




Speed:25 mm/sec Gain:10 mm/mv MYO:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.4.1 ECG Analysis Ver. 8.4.1 Print Date 01/08/16 13:25:43

ARKANSAS HEART HOSPITAL
CLINIC

7 Shackleford West Blvd    Little Rock, Arkansas 72211    501-664-5860

# TRANSTHORACIC ECHOCARDIOGRAM REPORT

(CPT code 93306)

**Patient Name: TIMOTHY S KEATHLEY**
Medical Rec #: 1733101
Account #:
Date of Birth:
Patient Age: 43 years
Patient Gender: M

**Date of Exam: 2/5/2016**
Custom1:
Custom2:
Height:
Weight:
BSA:

Indications: Research
Sonographer: Brandy Rhodes
Referring Phys: James Fulmer

**2D AND M-MODE MEASUREMENTS (normal ranges within parentheses):**

| ***Left Ventricle:*** | | Normal | ***Aorta/Left Atrium*** | | Normal |
|---|---|---|---|---|---|
| IVSd (2D): | 1.14 cm | (0.7-1.1) | Ao Root | 3.45 cm | (2.4-3.7) |
| LVPWd (2D): | 1.11 cm | (0.7-1.1) | Left Atrium (2D) | 4.35 cm | (0.7-4.0) |
| LVIDd (2D): | 6.15 cm | (3.4-5.7) | | | |
| LVIDs (2D): | 5.16 cm | | | | |

**LV SYSTOLIC FUNCTION:**
EF-A4C View: 39.8 %

**3D LV Volume Analysis:**
**LV DIASTOLIC FUNCTION:**
MV Peak E: 1.13 m/s
MV Peak A: 0.78 m/s
E/A Ratio: 1.45

**SPECTRAL DOPPLER ANALYSIS (where applicable):**

***Mitral Valve:***
MV Max Velocity: 1.09 m/s
MV Peak Gradient: 4.7 mmHg

***Aortic Valve:***

| | | | | | |
|---|---|---|---|---|---|
| AoV Max Vel: | 1.30 m/s | AoV Peak PG: | 6.8 mmHg | AoV Mean PG: | 3.8 mmHg |
| LVOT Vmax: | 1.04 m/s | LVOT VTI: | 0.208 m | LVOT Diameter: | 2.17 cm |
| AoV Area, Vmax: | 2.95 cm² | AoV Area, VTI: | 2.93 cm² | AoV Area, Vmn: | 2.58 cm² |

***Tricuspid Valve and Pulmonary Artery Pressure:***
TR Max Velocity: 2.12 m/s    RA Pressure: 10 mmHg    RVSP/PASP: 28.0 mmHg

**PHYSICIAN INTERPRETATION:**

**Left Ventricle:** The left ventricular internal cavity size was moderately increased. Global LV systolic function was severely decreased. Left ventricular ejection fraction, by visual estimation, is 25 to 30%. Spectral Doppler shows normal pattern of LV diastolic filling.

**Final**

LV Wall Scoring:
The entire apex, entire anterior septum, and basal inferoseptal segment are hypokinetic. All remaining scored segments are normal.



**Right Ventricle:** The right ventricular size is normal. Global RV systolic function is normal.
**Left Atrium:** The left atrium is mildly dilated.
**Right Atrium:** The right atrium is normal in size.
**Pericardium:** There is no evidence of pericardial effusion.
**Mitral Valve:** Mitral leaflet mobility is normal. No evidence of mitral stenosis.
**Tricuspid Valve:** The tricuspid regurgitant velocity is 2.12 m/s, and with an assumed right atrial pressure of 10 mmHg, the estimated right ventricular systolic pressure is normal at 28.0 mmHg.
**Aortic Valve:** The aortic valve appears to be native. The patient had no aortic insufficiency.
**Pulmonic Valve:** Trace pulmonic valve regurgitation.
**Aorta:** The aortic root is normal in size and structure.
**Inferior Vena Cava:**

**Three-Dimensional Findings**
**(CPT Code 76376)**

Other indications:
COMMENTS (3D):

COMMENTS (Other):

**In comparison to the previous echocardiogram(s):** Prior examinations are available and were reviewed for comparison purposes.

**Summary:**

1. **Severely decreased global left ventricular systolic function.**
2. **Entire apex, entire anterior septum, and basal inferoseptal segment are abnormal.**
3. **Moderately increased left ventricular internal cavity size.**
4. **Mildly dilated left atrium.**
5. **Findings consistent with ischemic heart disease, cardiomyopathy and diastolic dysfunction.**
6. **Suggest clinical correlation with Echocardiography findings.**
7. **The aortic valve appears to be native.**

Electronically signed by Mehmet Cilingiroglu,MD
Signature Date/Time: 2/5/2016/2:14:04 PM

AHHC Main Little Rock - Nuclear Department
7 Shackleford W Blvd, Little Rock AR 722113714
501-664-5860, 501-664-0889



**Patient Name:**Keathley, Timothy S
**DOB:** **Age:** 43
**Gender:**Male
**Account #:**1733101
**Address:**
**Phone:**

**Appointment Provider:**Mehmet Cilingiroglu
**Referring Provider:**James Fulmer
**PCP:**James Fulmer
**Encounter Date:**02/05/2016
**Appointment Facility:**AHHC Main Little Rock - Nuclear Department

# SPECT Myocardial Perfusion Imaging

### DESCRIPTION OF PROCEDURE

A 27.7 mCi and planar images were obtained. and planar images were again obtained.

### FINAL IMPRESSION

- Tech Comment : 27.7 mCi Tc labled Red blood cells

### MYOCARDIAL PERFUSION ANALYSIS

- Left ventricular EF is 29%
- Basal Anterior wall motion is hypokinetic.
- Basal Anteroseptal wall motion is hypokinetic.
- Basal Inferoseptal wall motion is normal.
- Basal Inferior wall motion is normal.
- Basal Inferolateral wall motion is normal.
- Basal Anterolateral wall motion is hypokinetic.
- Mid Anterior wall motion is hypokinetic.
- Mid Anteroseptal wall motion is hypokinetic.
- Mid Inferoseptal wall motion is normal.
- Mid Inferior wall motion is normal.
- Mid Inferolateral wall motion is normal.
- Mid Anterolateral wall motion is hypokinetic.
- Apical Anterior wall motion is akinetic.
- Apical Septal wall motion is hypokinetic.
- Apical Inferior wall motion is hypokinetic.
- Apical Lateral wall motion is hypokinetic.
- Apical (apical cap) wall motion is hypokinetic.
- Consider medical therapy Overall EF is severely reduced with LVEF of 29% and severe hypokinesis of anteroapical and anterior walls.

MPI Read By : Cilingiroglu, Mehmet

Electronically signed by Cilingiroglu, Mehmet on 02/05/2016 at 01:37 PM CST
Sign off status: Completed

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

AHHC Main Little Rock - Nuclear Department
7 Shackleford W Blvd, Little Rock AR 722113714
501-664-5860, 501-664-0889



**Patient Name:**Keathley, Timothy S
**DOB:** **Age:** 43
**Gender:**Male
**Account #:**1733101
**Address:**
**Phone:**

**Appointment Provider:**Mehmet Cilingiroglu
**Referring Provider:**James Fulmer
**PCP:**James Fulmer
**Encounter Date:**02/05/2016
**Appointment Facility:**AHHC Main Little Rock - Nuclear Department

## SPECT Myocardial Perfusion Imaging

**DESCRIPTION OF PROCEDURE**
A 27.7 mCi and planar images were obtained. and planar images were again obtained.

**FINAL IMPRESSION**
- Tech Comment : 27.7 mCi Tc labled Red blood cells

**MYOCARDIAL PERFUSION ANALYSIS**
- Left ventricular EF is 29%
- Basal Anterior wall motion is hypokinetic.
- Basal Anteroseptal wall motion is hypokinetic.
- Basal Inferoseptal wall motion is normal.
- Basal Inferior wall motion is normal.
- Basal Inferolateral wall motion is normal.
- Basal Anterolateral wall motion is hypokinetic.
- Mid Anterior wall motion is hypokinetic.
- Mid Anteroseptal wall motion is hypokinetic.
- Mid Inferoseptal wall motion is normal.
- Mid Inferior wall motion is normal.
- Mid Inferolateral wall motion is normal.
- Mid Anterolateral wall motion is hypokinetic.
- Apical Anterior wall motion is akinetic.
- Apical Septal wall motion is hypokinetic.
- Apical Inferior wall motion is hypokinetic.
- Apical Lateral wall motion is hypokinetic.
- Apical (apical cap) wall motion is hypokinetic.
- Consider medical therapy Overall EF is severely reduced with LVEF of 29% and severe hypokinesis of anteroapical and anterior walls.

MPI Read By : Cilingiroglu, Mehmet

Electronically signed by Cilingiroglu, Mehmet on 02/05/2016 at 01:37 PM CST
Sign off status: Completed

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

AHHC Main Little Rock - CTA Department
7 Shackleford W Blvd, Little Rock AR 722113714
501-664-5860, 501-664-0889



**Patient Name:**Keathley, Timothy S
**DOB:** **Age:** 43
**Gender:**Male
**Account #:**1733101
**Address:**

**Phone:**

**Appointment Provider:**Mehmet Cilingiroglu
**Referring Provider:**James Fulmer
**PCP:**James Fulmer
**Encounter Date:**12/21/2015
**Appointment Facility:**AHHC Main Little Rock - CTA Department

# Peripheral Computed Tomographic Angiography

**CTA Type** Pelvis

**Indication** : I25.10 Coronary atherosclerosis of native coronary artery

**Reading Physician** : Rollefson, William

**Requesting Physician** : Cilingiroglu, Mehmet

**Referring Physician** : Fulmer, James

**Comparison Study** : None Available

**Contrast Allergy** : No

**Technical Factors**
Axial contiguous CT images were obtained from the diaphragm to the toes with 70 ccs of intravenous Omnipaque contrast administration.

**Patient Preparation**
The patient arrives to the CTA department preparation room, IV placed, vitals obtained, creatinine evaluated, 0.89per I-STAT, and informed consent is obtained. The patient denies having an allergy to contrast. Baseline vitals: BP of 115/ 77 and HR of 66 . The patient is taken to the angiography suite for procedure. The patient tolerated the procedure well and is assisted to the preparation room by a staff member.Vital signs are obtained after five minutes, IV removed, and patient is discharged in stable condition. Post scan vitals: BP of 123/ 75 and HR of 70.

**Findings**

Abdominal AO : Widely Patent

**Right Leg Run-Off**

Common Iliac : Widely Patent
Internal Iliac : Widely Patent
External Iliac : Widely Patent
Common Femoral : Widely Patent

**Left Leg Run-Off**

Common Iliac : Widely Patent
Internal Iliac : Widely Patent
External Iliac : Widely Patent

Common Femoral : Widely Patent

**Plan**: No Significant Peripheral Vascular Disease Identified

Electronically signed by Rollefson, William on 12/22/2015 at 03:31 PM CST
Sign off status: Completed

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

AHHC Main Little Rock - CTA Department
7 Shackleford W Blvd, Little Rock AR 722113714
501-664-5860, 501-664-0889



**Patient Name:**Keathley, Timothy S
**DOB:** **Age:** 43
**Gender:**Male
**Account #:**1733101
**Address:**
**Phone:**

**Appointment Provider:**Mehmet Cilingiroglu
**Referring Provider:**James Fulmer
**PCP:**James Fulmer
**Encounter Date:**12/21/2015
**Appointment Facility:**AHHC Main Little Rock - CTA Department

# Coronary Computed Tomographic Angiography

**Indications**: Z98.61 Postsurgical percutaneous transluminal coronary angioplasty (PTCA) status, I10 Essential hypertension

**Reading Physician**: Rollefson, William

**Comparison Study**: None Available

**Requesting Physician**: Cilingiroglu, Mehmet

**Referring Physician**: Fulmer, James

**Contrast Allergy**: No

**Technical Factors**
Precontrast images were obtained for calcium scoring. Axial contiguous CT images were obtained from the thoracic inlet to the base of the lungs with 100 of intraveneous Omnipaque contrast adminstration.

**Patient Preparation**
The patient arrives to the CTA department preparation room, IV placed, vitals obtained, creatinine evaluated. 0.89per I-STAT. and informed consent is obtained. Baseline vitals: BP of 115/ 77 and HR of 66. The patient is taken to the angiography suite for procedure. After completing the exam, the patient is assisted to the preparation room by a staff member. Vital signs are obtained after five minutes. IV removed, and patient is discharged in stable condition. Post scan vitals: BP of 123/ 75 and HR of 70.

**Additional Midications Given**

Nitro Given: No
Metropolol Given: No

**Comments**: CTA of the heart for consideration of enrollment in the PARACHUTE study. There is a long stented segment of the proximal LAD. The remainder of the vessel is not well visualized There is dilatation of the anterior wall, consistent with history of MI There is an ICD which obscures the Right coronary artery.

**Plan**: Correlate clinically

Electronically signed by Rollefson, William on 12/22/2015 at 03:30 PM CST
Sign off status: Completed

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# Facsimile Cover Sheet

**TO:** Keahti Ingram
Company: Liberty Mutual
Phone: (800) 291-0112 Ext. 13938
Fax: (603) 334-8630

**FROM:** Shane Keathley
Company: Acxiom Corp.
Phone:
Fax:

Date: 4-21-16
Pages including this cover page: 5

**COMMENTS:** RE: CLAIM NO 5716432

Acxiom Corporation
301 Industrial Boulevard
P.O. Box 2000
Conway, AR 72033 2000
1-800-9ACXIOM
1-800-922-9466
WWW: http://www.acxiom.com
E-mail: info@acxiom.com

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: April 17, 2016
Claim Number:

2571 3 MB 0.699 T16 MAAD296 PL1 S296 M3 PC7 160413
2571 TIMOTHY S KEATHLEY

You are entitled to monthly disability benefits beginning June 2016.

**The Date You Became Disabled**

We found that you became disabled under our rules on December 2, 2015.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is June 2016.

**What We Will Pay And When**

- You will receive $2,481.00 for June 2016 around July 20, 2016.
- After that you will receive $2,481.00 on or about the third Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- The day of the month you receive your payments depends on your date of birth.

**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

Enclosure(s):
Pub 05-10077
Pub 05-10153

C See Next Page

**Your Responsibilities**

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits, visit our website at www.socialsecurity.gov/work/. You may also call or visit any Social Security office to ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).
- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

## Do You Disagree With The Decision?

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

## Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## If You Want Help With Your Appeal

You can have a friend, representative, or someone else help you. There are groups that can help you find a representative or give you free legal services if you qualify. There are also representatives who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a representative who is eligible for direct pay, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-855-727-3599. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
2475 CHRISTINA LN
CONWAY AR 72034

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Carolyn W. Colvin
Acting Commissioner of
Social Security

# Facsimile Cover Sheet

**TO:** Keahti Ingram
Company: Liberty Mutual
Phone: (800) 291-0112 Ext. 13938
Fax: (603) 334-8630

**FROM:** Shane Keathley
Company: Acxiom Corp.
Phone:
Fax:

Date: 4-21-16
Pages including this cover page: 5

**COMMENTS:** RE: CLAIM NO 5716432

Acxiom Corporation
301 Industrial Boulevard
P.O. Box 2000
Conway, AR 72033-2000
1-800-9ACXIOM
1-800-922-9466
WWW: http://www.acxiom.com
E-mail: info@acxiom.com

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: April 17, 2016
Claim Number:

2571 3 MB 0.699 T16 MAAD296 PLI S296 M3 PC7 160413
2571 TIMOTHY S KEATHLEY

You are entitled to monthly disability benefits beginning June 2016.

**The Date You Became Disabled**

We found that you became disabled under our rules on December 2, 2015.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is June 2016.

**What We Will Pay And When**

- You will receive $2,481.00 for June 2016 around July 20, 2016.
- After that you will receive $2,481.00 on or about the third Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- The day of the month you receive your payments depends on your date of birth.

**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

Enclosure(s):
Pub 05-10077
Pub 05-10153

C See Next Page

## Do You Disagree With The Decision?

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

## Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## If You Want Help With Your Appeal

You can have a friend, representative, or someone else help you. There are groups that can help you find a representative or give you free legal services if you qualify. There are also representatives who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a representative who is eligible for direct pay, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

0202P3X.A50015^NOTAFP.X1PBMCSNOT.PC7.R160413.PAM 000001100 0026010635686542665972035

«Sequence_Number»

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207

SHANE KEATHLEY

*400000200025587*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

April 20, 2016

SHANE KEATHLEY

RE: ACXIOM CORPORATION
Long Term Disability Benefits
Claim #: 5716432

MR. KEATHLEY

We acknowledge receipt of your request for consideration of disability benefits.

Liberty Life Assurance Company is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Arkansas law requires us to provide the following statement: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Sincerely,

Keahti Ingram
Disability Case Manager
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

«Sequence_Number»

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207

SHANE KEATHLEY

*400000300025587*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

April 20, 2016

SHANE KEATHLEY

RE: Long Term Disability Benefits
ACXIOM CORPORATION
Claim #: 5716432

MR. KEATHLEY

Your application for Long Term Disability Benefits has been received and is currently under review.

If you have not already provided your doctor with a signed Authorization to Release Information form, please complete and sign the enclosed form. We ask that you provide a copy to your attending physician and return a copy to Liberty Life Assurance Company of Boston.

Liberty Life will be contacting your attending physician(s) to obtain specific medical information about your condition and prognosis. Please note, even though Liberty Life initiates the request for medical documentation from your doctor, it is your ultimate responsibility to secure the required documentation if we are unable to do so.

After we have received medical documentation from your doctor, your claim will be evaluated and you will be notified of our decision via a telephone call.

If you have any questions regarding this information, please contact our office at (800) 291-0112, Monday through Friday, 8:00am – 5:00pm EST. We will be happy to assist you.

Sincerely,

Keahti Ingram

Keahti Ingram
Disability Case Manager
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

CC:
CANDY BOYD
JUDY TIPTON

# AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Keahti Ingram

EMPLOYEE/CLAIMANT NAME: SHANE KEATHLEY
CLAIM NO: 5716432 S.S. NO: ________
EMPLOYER/SPONSOR: ACXIOM CORPORATION DATE OF BIRTH: ________

I authorize any licensed physician, medical provider, hospital, HMO, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor(Self Insured Plan), or to persons or other organizations providing claims management services.

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and all other work related information; all records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications, other financial information including bank records, complete copies of Federal and State tax returns; including all attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, and persons or organizations providing medical treatment or services in connection with my claim. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company, has the right to recover such overpayment from me, including the right to reduce future disability benefits, or other collection methods as appropriate.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing and false, incomplete, or misleading information may be guilty of a criminal act punishable

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies to which I submit a claim.

Print Name Social Security Number

Signature Date

DP432 07/01

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Wednesday, April 20, 2016 12:31 PM
**To:** 'Candy.Boyd@acxiom.com'; 'Judy.Tipton@acxiom.com'
**Subject:** Claim# 5716432, SHANE KEATHLEY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 5716432.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Wednesday, April 20, 2016 12:31 PM
**To:** 'Candy.Boyd@acxiom.com'; 'Judy.Tipton@acxiom.com'
**Subject:** Claim# 5716432, SHANE KEATHLEY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 5716432.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Wednesday, April 20, 2016 12:25 PM
**To:** 'Candy.Boyd@acxiom.com'; 'Judy.Tipton@acxiom.com'
**Subject:** Claim #5716432, SHANE KEATHLEY
**Attachments:** General Acknowledgment.clm_num=5716432.04-20-16.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston

Disability Claims

P.O. Box 7207

London, KY 40742-7207

April 20, 2016

SHANE KEATHLEY

RE: Long Term Disability Benefits

ACXIOM CORPORATION

Claim #: 5716432

MR. KEATHLEY

Your application for Long Term Disability Benefits has been received and is currently under review.

If you have not already provided your doctor with a signed Authorization to Release Information form, please complete and sign the enclosed form. We ask that you provide a copy to your attending physician and return a copy to Liberty Life Assurance Company of Boston.

Liberty Life will be contacting your attending physician(s) to obtain specific medical information about your condition and prognosis. Please note, even though Liberty Life initiates the request for medical documentation from your doctor, it is your ultimate responsibility to secure the required documentation if we are unable to do so.

After we have received medical documentation from your doctor, your claim will be evaluated and you will be notified of our decision via a telephone call.

If you have any questions regarding this information, please contact our office at (800) 291-0112, Monday through Friday, 8:00am – 5:00pm EST. We will be happy to assist you.

Sincerely,

Keahti Ingram

Disability Case Manager

Phone: (800) 291-0112

Secure Fax No.: (603) 334-0380

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Wednesday, April 20, 2016 12:25 PM
**To:** 'Candy.Boyd@acxiom.com'; 'Judy.Tipton@acxiom.com'
**Subject:** Claim #5716432, SHANE KEATHLEY
**Attachments:** General Acknowledgment.clm_num=5716432.04-20-16.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207

April 20, 2016

SHANE KEATHLEY

RE: Long Term Disability Benefits
ACXIOM CORPORATION
Claim #: 5716432

MR. KEATHLEY

Your application for Long Term Disability Benefits has been received and is currently under review.

If you have not already provided your doctor with a signed Authorization to Release Information form, please complete and sign the enclosed form. We ask that you provide a copy to your attending physician and return a copy to Liberty Life Assurance Company of Boston.

Liberty Life will be contacting your attending physician(s) to obtain specific medical information about your condition and prognosis. Please note, even though Liberty Life initiates the request for medical documentation from your doctor, it is your ultimate responsibility to secure the required documentation if we are unable to do so.

After we have received medical documentation from your doctor, your claim will be evaluated and you will be notified of our decision via a telephone call.

If you have any questions regarding this information, please contact our office at (800) 291-0112, Monday through Friday, 8:00am – 5:00pm EST. We will be happy to assist you.

Sincerely,

Keahti Ingram

Disability Case Manager

Phone: (800) 291-0112

Secure Fax No.: (603) 334-0380

3J109160187

LMG 3/31/2016 11:10:48 AM PAGE 4/004 Fax Server

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

# Restrictions Form

Return To: Keahti Ingram

| Shane Keathley | | 5716432 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. DATE FIRST TREATED — ______
   DATE LAST TREATED — ______
   NEXT OFFICE VISIT — ______ DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES
2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ SEDENTARY Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ LIGHT Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ MEDIUM Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ HEAVY Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ VERY HEAVY Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.
4. RESTRICTIONS IMPOSED FROM ______ TO ______.
5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ______
6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

3J109160187

LMG 3/31/2016 11:10:48 AM PAGE 1/004 Fax Server

M2B2

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No. (603) 334-8630

| | |
|---|---|
| Date: | March 31, 2016 |
| To: | LITTLE ROCK CLINIC<br>MEDICAL RECORDS<br>7 SHACKLEFORD W BLVD<br>LITTLE ROCK AR 72211 |
| Attn: | Medical Records |
| Fax: | (501) 663-1753 |
| From: | Keahti Ingram<br>Long Term Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8630 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5716432<br>Claimant: (Shane Keathley) PT<br><br>Acxiom Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

(32) M.O. 4/8/16

134812219

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

March 31, 2016

Little Rock Clinic
MEDICAL RECORDS
7 SHACKLEFORD W BLVD
LITTLE ROCK, AR 72211

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432
Claimant: Shane Keathley
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Shane Keathley.

To evaluate Mr. Keathley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office notes, test results, therapy notes, operative reports, treatment plan, hospital records, and the restrictions form from December 1, 2015 through the present date

We ask that you provide this information by April 7, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8630 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

Attachments: Restrictions Form

3J109160101

HealthPort
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

HealthPort.
**INVOICE**

Invoice #: 0190278803
Date: 4/13/2016
Customer #: 1646346

Ship to:
LIBERTY
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7207
LONDON, KY 40742-7207

Bill to:
LIBERTY
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7207
LONDON, KY 40742-7207

Records from:
ARKANSAS HEART HOSPITAL
1701 SOUTH SHACKLEFORD ROAD
LITTLE ROCK, AR 72211

**Requested By:** LIBERTY LIFE
**Patient Name:** KEATHLEY SHANE

**CLAIM NUMBER:** 5716432

Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 770-754-6000.

**FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 25.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 32 | 1.10 | 35.20 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 62.20 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 62.20 |
| Balance Due | | | 62.20 |

Pay your invoice online at www.HealthPortPay.com

**Please remit this amount : $ 62.20 (USD)**

HealthPort
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0190278803

Check # ____________

Payment Amount $____________

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

3.1109160101

******AUTO**MIXED AADC 300
953 2 MB 0.419 000953
LIBERTY LIFE ASSURANCE BOSTON
LIBERTY 6pgs
PO BOX 7207
LONDON, KY 40742-7207

*000600953K00*

# ATTENTION

Confidential Information enclosed.
To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service. Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover. Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

This information *may or may not* contain records regarding drug and/or alcohol use or treatment. If this record contains any such information, it has been disclosed to you from records whose confidentiality is protected by federal regulation 42 CFR Part 2, which prohibits you from making any further disclosure of it without the *specific* written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of health or other information is not sufficient for this purpose. Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the *specific* consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

# Facsimile Cover Sheet

TO: Keahti Ingram
Company: Liberty Mutual
Phone: (800) 291-0112 Ext. 13938
Fax: (603) 334-8630

FROM: Shane Keathley
Company: Acxiom Corp.
Phone:
Fax:

Date: 4-13-16
Pages including this cover page: 20

COMMENTS: RE: CLAIM NO 5716432

Acxiom Corporation
301 Industrial Boulevard
P.O. Box 2000
Conway, AR 72033-2000
1-800-9ACXIOM
1-800-922-9466
WWW: http://www.acxiom.com
E-mail: info@acxiom.com

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return To:** Keahti Ingram



EMPLOYEE/CLAIMANT NAME: Shane Keathley
CLAIM NO: 5716432 DATE OF BIRTH: ____
EMPLOYER/SPONSOR: Acxiom Corporation

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to: I assume you mean "at one time"???
sit 2 HRS stand 30 minutes walk 20 minutes

How many hours a day do you:
sit 8 HRS stand 2 HRS walk 1 HR

Do you take a nap during the day?
Yes ✓ No ____
If Yes, for how long? 1-2 HRS At what time of the day? mid morning or afternoon

How many hours a day do you spend in bed? 10-12 HRS

Do you require any assistive devices such as a:
cane ____ walker ____ crutches ____ wheelchair ____ other ____

How long are you able to sit in a car? 2 HRS

Do you hold a valid driver's license?
Yes ✓ No ____
If No, please explain: ____
If Yes, how long are you able to drive a car? 2 HRS
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
By visiting with them in person at my home or calling them.

Do you have children?
Yes ✓ No ____ If Yes, what are their dates of birth ____

Do you need help caring for your children?
Yes ____ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ____ No ✓ If Yes, please explain ____

How many times a day do you leave the house during the week? 2
On the weekends? 2

How often do you run errands? 2-3 times per week

Please describe what errands you most commonly run: grocery store and drug store.

Liberty Mutual. INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? 3-4 times per day

| | | | | |
|---|---|---|---|---|
| Are you left or right hand dominant? | Left | | Right | ✓ |
| Are you able to work in your garden? | Yes | | No | ✓ |
| Are you able to work on your house? | Yes | | No | ✓ |
| Are you able to wash your car? | Yes | ✓ | No | |

How much time is spent daily on your home computer?
___ None ___ 0-1 hours ✓ 1-2 hours ___ 2-3 hours ___ 3+ hours

How much time is spent weekly on your home computer?
___ None ___ 0-1 hours ___ 1-2 hours ___ 2-3 hours ✓ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
✓ Pay bills ✓ Read news/articles ✓ Use search engines ✓ Send emails
___ Visit chat rooms ___ Photos Other: ___

What computer software applications do you utilize. Please check all that apply:
✓ Word processing (Word) ✓ Spreadsheets (Excel) ___ Database (Access) ___ Graphics
___ Photo software (Photoshop) ___ Programming Other: ___

Do you have a working home copy machine/fax machine? ✓ Yes ___ No

If yes, please explain purpose and usage: we own a multi function device that prints, scans, and copies

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | whole family | yes - team effort |
| Carrying groceries into the house | " | " |
| Cooking meals | me and my wife | " |
| Cleaning after meals | " | " |
| Cleaning bathrooms | wife and children | |
| Vacuuming | " | |
| Doing the laundry | " | |
| Opening and responding to mail | me | no |
| Managing your finances | me | no |
| Balancing your checkbook | me | no |
| Bathing yourself | me | no |
| Styling your own hair | does not apply | |
| Getting dressed | me | no |
| Going up and down stairs | me | yes - hand rails |

Have you been confined to a hospital within the last 12 months? Yes ✓ No ___

If Yes, please provide reason and hospital contact Information: I was hospitalized on December 2nd and 3rd of 2015 to have a bi-ventricular automated internal cardiovertor defibrillator implanted at

Liberty Mutual. INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? Once a year

Where do you go? How do you get there (transportation method)? to visit my sister in TN or the Gulf Coast. We travel by car.

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe ____

Do you participate in an exercise program? Yes ✓ No ____

If Yes, please describe Cardiac rehabilitation 3 times per week

Do you do any Volunteer work? Yes ✓ No ____

If Yes:

how many hours per day? n/a

how many hours per week? 1-2

for whom? my church - I'm an usher (collect offering)

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name currently on short term disability with my company.

**Describe in your own words, what prevents you from engaging in any gainful employment.**

I experience extreme fatigue, chest pain, and shortness of breath on a daily basis. Stress or frustration makes my symptoms worsen. I simply do not have the energy required to continue to be gainfully employed as my heart's ejection fraction is 22%, and I have Class III heart failure.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

I take my son to school and pick him up. I usually take a nap afterward. I attend cardiac rehab on Monday, Wednesday, and Thursday. Outside of that, I'm usually resting in my chair. I attend church services on the weekend.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

Yes - (501) 472-9716

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Teilena Keathley

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Timothy Shane Keathley Date: 4-12-16

Signature: Shane Keathley

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Authorization to Obtain and Release Information**
**(Excluding Psychotherapy notes)**

Employee Name Shane Keathley Claim No 5716432

Employer/Sponsor/Customer Name Acxiom Corporation

Return to: Keahti Ingram

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shane Keathley
Claimant Name ( Print)

Date of Birth

Shane Keathley
Claimant Signature

4-12-16
Date

5716432
Claim Number

APR/13/2016/WED 03:02 PM FAX No. P. 006

Liberty Mutual. INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return To:** Keabti Ingram

EMPLOYEE/CLAIMANT NAME: Shane Keathley
CLAIM NO: 5716432
EMPLOYER/SPONSOR: Acxiom Corporation DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 12/01/2015 to 03/31/2016 . *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Arkansas Heart Hospital
Specialty: Cardiovascular Diseace Treatment
Address: 1701 S. Shackleford Rd.
Little Rock, AR 72211
Telephone No.: (501) 219-7000 Fax No.: ( )

Name: Dr. Mehmet Cilingiroglu
Specialty: Coronary Interventionalist
Address: 7 Shackleford W Blvd.
Little Rock, AR 72211
Telephone No.: (501) 664-5860 Fax No.: ( )

Name: Dr. Scott L. Beau
Specialty: Electrophysiologist
Address: 7 Shackleford W. Blvd.
Little Rock AR 72211
Telephone No.: (501) 664-5860 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: United Healthcare
Specialty: Group Benefits
Address: PO Box 740800
Atlanta, GA 30374-0800
Telephone No.: (877) 842-3210 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Harp's Pharmacy
Specialty: family RX Drugstore
Address: 15 N. Broadview St.
Greenbrier, AR 72058
Telephone No.: (501) 679-0470 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** Shane Keathley **DATE:** 4-12-16

APR/13/2016/WED 03:02 PM FAX No. P. 007

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return to:** Keahti Ingram

**EMPLOYEE/CLAIMANT NAME:** Shane Keathley **CLAIM #:** 5716432
**EMPLOYER/SPONSOR:** Acxiom Corporation **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) Keathley, Timothy S. | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status married |
| Spouse's Full Name and Date of Birth Teilena R. Keathley 5-27-75 | Number of Children 2 | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Teilena R. Keathley Relationship to you? Spouse Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. no

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. yes - I had an IT Consulting Home Based Business in 2015

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? no

Do you hold a professional license? If yes, for what purpose? no

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. no

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. no

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. yes - Social security disability

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month (Month circled) | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☑ | ☐ | Social Security (disability or retirement) | $ | | | 1-5-16 |
| ☑ | ☐ | Social Security (for your spouse/dependents) | $ | | | 1-5-16 |
| ☑ | ☐ | Short Term Disability, State Disability or Veteran's Benefits | $ 7717.02 | 12-2-15 | 5-31-16 | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Timothy Shane Keathley
**DATE:** 4-12-16 **EMPLOYEE'S SIGNATURE:** Shane Keathley

DP 409 (11/12)

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return to:** Keahti Ingram

EMPLOYEE/CLAIMANT NAME: Shane Keathley
CLAIM NO: 5716432
EMPLOYER/SPONSOR: Acxiom Corporation DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ✓ Divorced ____

If married, please indicate your spouse's name and date of birth. Name: Teilena R. Keathley DOB:

Do you have children? Yes ✓ No ____
If yes, please provide additional details below, using additional space as needed.

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| M. K. | | | Yes | |
| C. K. | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ✓

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Timothy Shane Keathley Date: 4-12-16

APR/13/2016/WED 03:02 PM FAX No. P. 009

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

EMPLOYEE/CLAIMANT NAME: Shane Keathley
CLAIM NO: 5716432
EMPLOYER/SPONSOR: Acxiom Corporation DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 12th Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: University of Central Ark. - 4

Bachelor's Degree: BA (BS) Major: Computer Science Graduate School: MA MS CAGS PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☑ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company: Acxiom Corporation Department: Audience Solutions From: May 2014 To: 12-1-2015
   Job Title(s): Senior Team Leader Engineering
   Supervisory Experience ☑ Y ☐ N
   Tasks/Duties (please be specific): I lead a team of 4 associates. We design, code, and implement software solutions for InfoBase Products which generates $350 million in annual revenue.
2. Company: Acxiom Corporation Department: Audience Solutions From: Oct. 2000 To: May 2014
   Job Title(s): Senior Software Engineer
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): Designing, coding, implementing, and supporting software systems for InfoBase Data Products.

A Liberty Mutual Company

3. Company: ____ Department: ____ From: ____ To: ____
Job Title(s): ____
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____

4. Company: ____ Department: ____ From: ____ To: ____
Job Title(s): ____
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____

5. Company: ____ Department: ____ From: ____ To: ____
Job Title(s): ____
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____

**Computer Utilization:**

Computer Training/Courses, Certifications: various programming language training courses - please see resume.

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☑ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☑ | Installation/Repair Hardware | ☑ | ☐ |
| Word Processing (MS Word) | ☑ | ☑ | Installation/Repair Programming | ☐ | ☑ |
| Spread Sheet (MS Excel) | ☑ | ☑ | Project Management | ☐ | ☑ |
| Database | ☐ | ☑ | Other: ____ | | |
| Photo Software | ☑ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☑ 3+ hours

How much time is spent daily on your home computer? ☐ None ☑ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☑ Yes ☐ No If yes, WPM (words per minute) 60
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____

SIGNATURE: Shane Keathley PHONE NO: (501) 472-9716

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Shane Keathley **Claim** 5716432

**EMPLOYER/SPONSOR/CUSTOMER** Acxiom Corporation

**Return** Keabti Ingram

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

**Shane Keathley**
Claimant Name (Print)

Date of Birth

Shane Keathley
Claimant Signature

4-12-16
Date

**5716432**
Claim Number

Proof of income from prior year for home based business I had. I have not participated in this business in 2016.

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>Gary A. Monroe & Associates<br>2409 South 51st Court<br>Fort Smith AR 72903<br>(479) 785-2613 | 1 Rents<br>$ | 2 Royalties<br>$ | OMB No. 1545-0115<br>**2015**<br>**Miscellaneous Income**<br>Form **1099-MISC** |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | |
| | 5 Fishing boat proceeds<br>$ | 6 Medical & health care payments<br>$ | |
| | 7 Nonemployee compensation<br>$ 9853.41 | 8 Substitute payments in lieu of dividends or interest<br>$ | **Copy B**<br>**For Recipient** |
| PAYER'S federal identification number 71-0743200 / RECIPIENT'S identification number | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name and address<br>SHANE KEATHLEY<br>IT SERVICE AND CONSULTING | 11 | 12 | |
| | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| | 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | |
| Account number (see instructions) / FATCA filing requirement ☐ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC** (keep for your records) www.irs.gov/form1099misc Department of the Treasury - Internal Revenue Service
DXA

ARKANSAS HEART HOSPITAL® CLINIC

7 Shackleford West Blvd    Little Rock, Arkansas 72211    501-664-5860

# TRANSTHORACIC ECHOCARDIOGRAM REPORT

**(CPT code 93306)**

| | | | |
|---|---|---|---|
| **Patient Name:** | **TIMOTHY S KEATHLEY** | **Date of Exam:** | **11/4/2015** |
| Medical Rec #: | 1733101 | Custom1: | |
| Account #: | | Custom2: | |
| Date of Birth: | | Height: | |
| Patient Age: | 43 years | Weight: | |
| Patient Gender: | M | BSA: | |

Indications: cardiomyopathy, CAD, stents, LBBB
Sonographer: Jean Klimaszewski
Referring Phys: James Fulmer

**2D AND M-MODE MEASUREMENTS (normal ranges within parentheses):**

| ***Left Ventricle:*** | | Normal | ***Aorta/Left Atrium*** | | Normal |
|---|---|---|---|---|---|
| IVSd (2D): | 0.73 cm | (0.7-1.1) | Ao Root | 3.18 cm | (2.4-3.7) |
| LVPWd (2D): | 0.76 cm | (0.7-1.1) | Left Atrium (2D) | 4.40 cm | (0.7-4.0) |
| LVIDd (2D): | 6.30 cm | (3.4-5.7) | | | |
| LVIDs (2D): | 5.21 cm | | | | |

**LV SYSTOLIC FUNCTION:**
EF-A4C View: 22.2 %

**3D LV Volume Analysis:**

| | |
|---|---|
| LV ejection fraction by 3D is | 28 % |
| LV end diastolic volume by 3D: | 193 ml |
| LV end systolic volume by 3D: | 138 ml |
| LV stroke volume by 3D: | 55 ml |

**LV DIASTOLIC FUNCTION:**
MV Peak E: 0.90 m/s
MV Peak A: 0.71 m/s
E/A Ratio: 1.27

**SPECTRAL DOPPLER ANALYSIS (where applicable):**

***Aortic Valve:***

| | | | | | |
|---|---|---|---|---|---|
| AoV Max Vel: | 1.14 m/s | AoV Peak PG: | 5.2 mmHg | AoV Mean PG: | |
| LVOT Vmax: | 0.98 m/s | LVOT VTI: | | LVOT Diameter: | 2.43 cm |
| AoV Area, Vmax: | 3.99 cm² | AoV Area, VTI: | | AoV Area, Vmn: | |

***Tricuspid Valve and Pulmonary Artery Pressure:***

TR Max Velocity:    RA Pressure: 10 mmHg    RVSP/PASP:

**Final**

**PHYSICIAN INTERPRETATION:**
**Left Ventricle:** The left ventricular internal cavity size was moderately increased. No evidence of left ventricular hypertrophy. Global LV systolic function was severely decreased. Left ventricular ejection fraction, by visual estimation, is 20 to 25%. Spectral Doppler shows normal pattern of LV diastolic filling.
**Left Atrium:** The left atrium is mildly dilated.
**Mitral Valve:** Mild mitral valve regurgitation is seen.
**Inferior Vena Cava:**

**Three-Dimensional Findings**
**(CPT Code 76376)**
The primary clinical indication is to evaluate left ventricular size and function.
The secondary clinical indication is ICD-9-CM code 793.2.
Other indications:
COMMENTS (3D): The left ventricular ejection fraction determined by 3D LV volume analysis is 28 %.

COMMENTS (Other):

**Summary:**
1. **Left ventricular ejection fraction, by visual estimation, is 20 to 25%.**
2. **Severely decreased global left ventricular systolic function.**
3. **Moderately increased left ventricular internal cavity size.**
4. **Mildly dilated left atrium.**
5. **Mild mitral valve regurgitation.**

Electronically signed by Scott Beau,MD
Signature Date/Time: 11/12/2015/6:09:11 AM



APR/13/2016/WED 03:04 PM FAX No.



**Timothy Shane Keathley**

---

**Objective:** Seeking a position where 20 years of information technology experience can be utilized to improve a corporation's profitability.

**Education:**

Bachelor of Science - The University of Central Arkansas, Conway, Arkansas (1994)

| | |
|---|---|
| Major: | Computer Science |
| Minor: | Mathematics |
| Grade Point Average: | 3.8 in major course work; 3.7 overall (Base - 4.0) |
| Activities: | Sigma Tau Gamma Fraternity |

**Professional Experience:**

Senior Software Engineer — October 2000 to present
*Acxiom Corporation, Conway, Arkansas*

- Designing, coding, testing, and implementing software solutions for the InfoBase Data Products Delivery Organization.
- Providing programming support to all InfoBase database build teams (the data products built by these teams provide the corporation with more than $145 million in annual revenue).
- Awarded Project Excellence, Leadership Excellence, DCO Diamond, Business Impact, and GCS 24k Awards.
- Served as Team Leader for a team of developers and business analysts on multiple occasions.

Software: C/C++, Perl, FOCAL, Unix/Linux, Orchestrate, Windows XP, Windows Vista, Windows 7, and Microsoft Office.

Sole Proprietor — June 2009 to present
*Keathley IT Consulting & Services*

- Installing, maintaining, repairing, and troubleshooting small business networks.
- Building, maintaining, repairing, and troubleshooting personal computers.
- Developing and maintaining websites for businesses and non-profit organizations.

Systems Engineer November 1998 to October 2000
*EDS – Arkansas Solution Centre, Little Rock, Arkansas*

- Designing, coding, testing, and implementing batch and on-line IBM mainframe software solutions for The Alabama MMIS (Medicaid Management Information System).
- Lead Conversion Systems Engineer during the Alabama Title XIX Implementation.
- Providing support and assistance for The Alabama MMIS. This includes extensively interacting with EDS and Alabama Medicaid Agency personnel and holding 24-hour primary on-call responsibility.
- Backup Systems Engineer Team Leader.
- Named Delaware Title XIX Implementation Functional Area Lead for The Provider Sub-system.

Software: MVS/ESA, TSO/ISPF, JCL, COBOL 370, WAAPDSUT (ASSEMBLER), DYL-280, Easytrieve, CICS, IDCAMS, VSAM, Endevor, Windows 98, Microsoft Office, and Microsoft Project .

Business Analyst/Programmer May 1995 to November 1998
*Data-Tronics Corporation, Fort Smith, Arkansas*

- Designing, coding, testing, implementing, and orienting users with batch and on-line IBM mainframe software solutions provided for The Terminal Operations Department of ABF Freight System, Incorporated.
- Providing support and assistance for assigned systems, and holding rotational 24-hour on-call responsibilities for those systems.
- Extensively interacting with management, other analysts, help desk personnel, and users.
- Training newly hired analysts to perform the aforementioned tasks.
- Assisting recruiters with the interview process when Systems Analyst candidates visit the corporate facilities.
- Promoted from Systems Analyst to Business Analyst in June of 1997.

Software: MVS/ESA, TSO/ISPF, JCL, COBOL II, ASSEMBLER, CICS, DB2, LMF, Windows 95, FaxWorks Pro, Microsoft Office 97, and Paradox for DOS.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | Timothy Keathley | Midmark Diagnostics Group | | | Rate: | 72 | BPM | Interpretation: |
| ID: | 1733101 | Req. Physician: | Cilingiroglu, Mehmet | | PR: | 158 | msec | Sinus Rhythm |
| Sex: | Male | Technician: | am | | QT/QTc: | 422/443 | msec | -Left bundle branch block. |
| BP: | | History: | | | QRSD: | 156 | msec | ABNORMAL |
| Weight: | lbs | Medication: | | | P Axis: | 41 | | |
| Height: | inches | Date of Report: | 06/03/15 | 11:20:13 | QRS Axis: | 20 | | |
| DOB: | (42 Years) | Reviewed By: | Cilingiroglu, Mehmet | | T Axis: | 114 | | |
| Comments: | | Review Date: | 06/03/15 | 11:34:56 | | | | |




Speed:25 mm/sec Gain:10 mm/mv MYO:OFF AC:ON DRIFT:ON Midmark Diagnostics Group Page 1 of 1 Version 8.4.1 ECG Analysis Ver. 8.4.1 Print Date 06/03/15 11:54:52

# Summary of Today's Visit

**Keathley , Timothy S DOB:**
**Account No 1733101**
**Gender:Male**
**Race:White**
**Ethnicity:Not Hispanic or Latino**
**Preferred Language:English**
**04/04/2016 visit with Patrick Stage, APN**

## Vitals

- HR 66 (/min)
- BP 113/68 (mm Hg)
- Ht 5 ft 10 in (in)
- Wt 205 (lbs)
- BMI 29.41 (Index)
- Oxygen sat 93 (%)
- Pain scale 0 (1-10)

## Allergies

- N.K.D.A.

## Today's Diagnoses Include

- I25.10 CAD (coronary artery disease)
- I25.5 Ischemic cardiomyopathy
- I10 Hypertension
- I25.2 Old MI (myocardial infarction)
- Z95.5 Stented coronary artery
- I44.7 LBBB (left bundle branch block)
- I50.9 CHF (congestive heart failure)
- I25.10 Coronary atherosclerosis of native coronary artery
- Z95.810 Automatic implantable cardioverter-defibrillator in situ

## Medication List

- Start Torsemide : 10 MG 1 tablet Orally once a day,30 day(s) ,30 ,Refills: 6
- Start Potassium Chloride Crys ER : 10 MEQ 1 tablet Orally Twice a day,30 day(s) ,60 ,Refills: 6

**Other medications you are on**

- Vasotec : 5 MG TAKE ONE TABLET BY MOUTH THREE TIMES DAILY ,30 ,270 Unspecified ,Refills: 5
- Vitamin C : 1000 MG 1 tablet Orally twice a day
- Zoloft : 50 MG 1 tablet Orally once a day
- Krill Oil Omega-3 : 300 MG as directed Orally once a day
- Aspirin : 81 MG 1 tablet Orally once a day
- Carvedilol : 25 MG as directed Orally Twice daily,60 ,Refills: 6
- Co Q 10 : 100 MG 1 capsule with a meal Orally once a day
- Crestor : 10 MG TAKE ONE TABLET BY MOUTH AT BEDTIME
- Digoxin : 125 MCG 1 tablet Orally once a day,30 day(s) ,30 ,Refills: 12
- Plavix : 75 MG TAKE ONE TABLET BY MOUTH EVERY DAY ,30 ,90 Unspecified ,Refills: 11
- Protonix : 40 MG 1 tablet Orally twice a day

Notes:
One NSVT episode. No afib. He is retaining some fluid periodically. I am going to give him some torsemide. Will give potassium as well. ICD working well.

Heart disease and diet material was published to portal

## Other Medical Conditions (Problem List)

- I25.10 CAD (coronary artery disease)
- I25.5 Ischemic cardiomyopathy
- I10 Hypertension
- E78.5 Hyperlipidemia
- G47.33 OSA on CPAP
- I25.2 Old MI (myocardial infarction)
- Z95.5 Stented coronary artery
- I44.7 LBBB (left bundle branch block)
- I50.9 CHF (congestive heart failure)
- Z95.810 Automatic implantable cardioverter-defibrillator in situ
- I10 Essential hypertension
- I25.10 Coronary atherosclerosis of native coronary artery

## Preventive Medicine

- Counseling:

Care goal follow-up plan: - Above Normal BMI Follow-up: Lifestyle education regarding diet

## Smoking Status

- nonsmoker

## Your Next Appointment(s)

- Wed, 27 Apr 2016 at 10:45 AM with Mehmet Cilingiroglu, MD at AHHC MAIN 7 Shackleford West Blvd Little Rock, AR 722113714 Phone: 501-664-5860
- Wed, 1 Jun 2016 at 09:00 AM with Mehmet Cilingiroglu, MD at AHHC MAIN 7 Shackleford West Blvd Little Rock, AR 722113714 Phone: 501-664-5860
- Tue, 19 Jul 2016 at 11:30 AM with Patrick Stage, APN at AHHC MAIN 7 Shackleford West Blvd Little Rock, AR 722113714 Phone: 501-664-5860
- Tue, 19 Jul 2016 at 11:30 AM with Patrick Stage, APN at AHHC Main Little Rock - Device Checks 7 Shackleford W Blvd Little Rock, AR 722113714 Phone: 501-664-5860 (Reason: Device Check)

---



*This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.*

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-8630

| | |
|---|---|
| Date: | March 31, 2016 |
| To: | LITTLE ROCK CLINIC<br>MEDICAL RECORDS<br>7 SHACKLEFORD W BLVD<br>LITTLE ROCK AR 72211 |
| Attn: | Medical Records |
| Fax: | (501) 663-1753 |
| From: | Keahti Ingram<br>Long Term Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8630 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5716432<br>Claimant: Shane Keathley<br><br>Acxiom Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

March 31, 2016

Little Rock Clinic
MEDICAL RECORDS
7 SHACKLEFORD W BLVD
LITTLE ROCK, AR 72211

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432
Claimant: Shane Keathlev
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Shane Keathley.

To evaluate Mr. Keathley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office notes, test results, therapy notes, operative reports, treatment plan, hospital records, and the restrictions form from December 1, 2015 through the present date

We ask that you provide this information by April 7, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8630 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

# Restrictions Form

**Return To:** Keahti Ingram

| Shane Keathley | | 5716432 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________

   **DATE LAST TREATED** — ____________

   **NEXT OFFICE VISIT** — ____________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-8630

| | |
|---|---|
| Date: | March 31, 2016 |
| To: | CONWAY REGIONAL THERAPY CENTER<br>8E WILSON FARM RD<br>GREENBRIER AR 72058 |
| Attn: | Medical Records |
| Fax: | (501) 679-2290 |
| From: | Keahti Ingram<br>Long Term Disability Case Manager<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-8630 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 5716432<br>Claimant: Shane Keathley<br><br>Acxiom Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

March 31, 2016

Conway Regional Therapy Center
8E WILSON FARM RD
GREENBRIER, AR 72058

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432
Claimant: Shane Keathley
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Shane Keathley.

To evaluate Mr. Keathley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office notes, test results, therapy notes from December 1, 2015 through the present date

We ask that you provide this information by April 7, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8630 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. SHANE KEATHLEY

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

March 31, 2016

Mr. Shane Keathley

RE: Long Term Disability (LTD) Benefits
Acxiom Corporation
Claim #: 5716432

Dear Mr. Shane Keathley:

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On March 31, 2016, we requested office notes, test results, therapy notes, treatment plan, operative reports, hospital records from Little Rock Clinic and Conway Regional Hospital . This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- office notes, test results, therapy notes, treatment plan, operative reports

Please complete the forms indicated below and return them to our office by April 29, 2016:

X Authorization - Medical
X Claimant Supplementary Statement
X Activities Questionnaire Form
X Training Education Experience
X Claimant Information Form
X Family Information Questionnaire
__ Authorization
__ Other

Acxiom Corporation's LTD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than May 14, 2016 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please be advised that we are unable to evaluate eligibility for benefits without this information. In the absence of this information, your claim may be denied.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keahti Ingram
Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13938
Secure Fax No.: (603) 334-8630

Attachments: Authorization - Medical
Claimant Supplementary Statement
Activities Questionnaire Form
Training Education Experience
Claimant Information Form
Family Information Questionnaire
Authorization

# ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return To:** Keahti Ingram ______



EMPLOYEE/CLAIMANT NAME: Shane Keathley ______

CLAIM NO: 5716432 ______ DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Acxiom Corporation ______

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Liberty Mutual INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ____________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ____________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ________ | ________ |
| Carrying groceries into the house | ________ | ________ |
| Cooking meals | ________ | ________ |
| Cleaning after meals | ________ | ________ |
| Cleaning bathrooms | ________ | ________ |
| Vacuuming | ________ | ________ |
| Doing the laundry | ________ | ________ |
| Opening and responding to mail | ________ | ________ |
| Managing your finances | ________ | ________ |
| Balancing your checkbook | ________ | ________ |
| Bathing yourself | ________ | ________ |
| Styling your own hair | ________ | ________ |
| Getting dressed | ________ | ________ |
| Going up and down stairs | ________ | ________ |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ____________________

____________________

____________________

Liberty Mutual INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ________

how many hours per week? ________

for whom? ______________________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Shane Keathley Claim No 5716432

Employer/Sponsor/Customer Name Acxiom Corporation

Return to: Keahti Ingram

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Shane Keathley
Claimant Name ( Print)

Date of Birth

Claimant Signature

Date

5716432
Claim Number

Liberty Mutual INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return To:** Keahti Ingram

EMPLOYEE/CLAIMANT NAME: Shane Keathley
CLAIM NO: 5716432
EMPLOYER/SPONSOR: Acxiom Corporation DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 12/01/2015 to 03/31/2016 . *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return to:** Keahti Ingram

**EMPLOYEE/CLAIMANT NAME:** Shane Keathley **CLAIM #:** 5716432
**EMPLOYER/SPONSOR:** Acxiom Corporation **DATE OF BIRTH:**________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Short Term Disability, State Disability or Veteran's Benefits | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Workers' Compensation | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | $ ________ | ________ | ________ | ________ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ________________

**DATE:**__________ **EMPLOYEE'S SIGNATURE:** ________________

DP 409 (11/12)

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

**Return to:** Keahti Ingram

EMPLOYEE/CLAIMANT NAME: Shane Keathley
CLAIM NO: 5716432
EMPLOYER/SPONSOR: Acxiom Corporation DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single _____ Married _____ Divorced _____

If married, please indicate your spouse's name and date of birth. Name:____________________ DOB:________

Do you have children? Yes _____ No _____
If yes, please provide additional details below, using additional space as needed.

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: __________ No: __________

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________________ Date: ______________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

EMPLOYEE/CLAIMANT NAME: Shane Keathley
CLAIM NO: 5716432
EMPLOYER/SPONSOR: Acxiom Corporation DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA MS CAGS PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ______________ Department: ______________ From: ________ To: ______
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

4. Company: ______________ Department: ______________ From: ________ To: ______
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

5. Company: ______________ Department: ______________ From: ________ To: ______
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (   )** ______________

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8630

# Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Shane Keathley **Claim** 5716432

**EMPLOYER/SPONSOR/CUSTOMER** Acxiom Corporation

**Return** Keahti Ingram

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

**Shane Keathley**
Claimant Name (Print) Date of Birth

Claimant Signature Date

**5716432**
Claim Number

## Senior TL of Engineering

! Job Description Summary

A Senior Solutions Director integrates Acxiom and third party software to create solutions to business problems defined by specific business requirements and draws upon technical and data processing knowledge to solve complex marketing and data warehousing problems on very large volumes of data.
A Senior Solution Developer would:
• configure or tune Acxiom or third party software
• develop automation to tie components together
• develop custom application code to accommodate specific business requirements
• collaborate with others to add extensions to existing Acxiom software
A senior solution developer would also be responsible for new development, ongoing maintenance, support, and optimization working closely with accounts teams who are utilizing the solution. A senior solution developer would be responsible for mentoring less experienced developers or others across the team and ensure that proper unit testing and code reviews are conducted across the solution. With this level of experience, Solution Developers would also be involved in providing Level of Efforts for work estimates.

! Job Description

JOB ROLE SUMMARY
Integrates Acxiom and third party software to create solutions to business problems defined by specific business requirements. Draws upon technical and data processing knowledge to solve complex marketing and data warehousing problems on very large volumes of data.
A Senior Solution Developer would:
! configure or tune Acxiom or third party software
! develop automation to tie components together
! develop custom application code to accommodate specific business requirements
! collaborate with others to add extensions to existing Acxiom software
A senior solution developer would also be responsible for new development, ongoing maintenance, support, and optimization working closely with accounts teams who are utilizing the solution. A senior solution developer would be responsible for mentoring less experienced developers or others across the team and ensure that proper unit testing and code reviews are conducted across the solution. With this level of experience, Solution Developers would also be involved in providing Level of Efforts for work estimates.

DUTIES AND RESPONSIBILITIES
! Understands business requirements to build, enhance, or integrate programs and processes for one or more Acxiom Client solutions and/or applications. Interprets high level application design and functional specifications to write application code. Advises on best application approach.
! Consults on functional requirements and participates /presents review code in code review sessions. Helps accurately estimate requirements in order to deliver client solutions within time, and quality standards.
! Effectively identifies, troubleshoots and resolves complex technical/coding issues.
! Utilizes standard /Acxiom methodologies to ensure overall solution and data integrity is maintained.
! Understands Acxiom solution software. Helps define solutions standards, policies and procedures.
! Leads code review sessions, providing code assessment.
! Helps provide workforce management. Breaks down work in implementations or existing client solutions into manageable pieces and coordinates multiple developers.
! Responds to client/stakeholder problems in a timely manner, prioritizing multiple issue response based on the severity of the case.
! Using relevant software languages, develops/ executes unit test cases and tests software applications that fulfill functional specifications using an IDE. Documents and interpret test results and correct application coding errors.
! Balances multiple small projects and begins to work on larger projects with guidance from more experienced developers to meet due dates and deadlines.
! Balance multiple projects and prioritize work appropriately to meet due dates and deadlines.

- Helps provide workforce management. Breaks down work in implementations or existing client solutions into manageable pieces and coordinates multiple developers. Completes development task for small - mid range projects where the Level of Effort is >20 hours and <=160 hours with limited to no assistance from peers.
- Recognizes and communicates areas for innovation and/or improvement.

MENTOR: Consistently provides proven, formal mentorship. High complexity assignments – owner. Moderate complexity assignments – owner. Low complexity assignments - provide oversight/review. Regularly leads self and others and/or established as SME and/or established as specialist. Understands how whole picture aligns to overall Acxiom strategy.

SUPERVISORY RESPONSIBILITIES

This position does not have direct reports but may mentor less experienced associates in the role.

RECRUITING INFORMATION

Specific hiring needs may vary by location, industry, client, internal department and other business related factors. The qualifications section lists examples that may be used as guidance when populating required and preferred skills sections of recruiting requisitions / job postings.

QUALIFICATIONS

Required

None

Preferred

- Typically requires a minimum of 8 years of related experience with a Bachelor's degree; or 6 years and a Master's degree; or a PhD with 3 years experience; or equivalent work experience
- No certification required, although encouraged and supported if desired
- 4-year college degree in relevant field of study or relevant work experience
- Language Syntax of most relevant software development languages
- Java
- VB .NET
- C#
- ASP.NET
- SQL / PL –SQL
- C / C++
- Datastage
- Ab Initio
- Perl
- Shell Scripting
- XML
- HTML
- PHP/MySQL
- AWK/SED
- JavaScript
- Operating System Exposure in previous jobs or school is required
- Linux/Unix Commands
- Linux/Unix File Management
- Application of Relational Database Principles, Advanced Features; Oracle or other DBMS
- Identification and application of industry standards, best practices in solutions
- Excellent communication and presentation skills, can communicate ideas clearly and present effectively to members of the development or project

# EMPLOYER'S STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Market Disability Claims
P.O. Box 7211
London, KY 40742-7211
Toll Free: (888) 440-6118
Fax: 603-422-0117

Employee's Name: Shane Keathley | Social Security Number: | Telephone Number: | Date of Birth:
Address: | City: | State: | Zip Code:

Location/Branch at which Employee works: Conway, AR | Policy Number: | Employee's Date of Hire: 10/23/2000
Location/Branch Telephone Number: | STD Effective Date of Policy: 10/23/2000 | LTD Effective Date of Policy: 10/23/2000
Employee's Class: ☐ Class 1 ☐ Class 2 ☐ Class 3 ☐ Other, please specify:

Percentage of STD Premium contribution Employee pays: 0 % Employer Pays: 100 % | Employee's Benefit Percent:
Percentage of LTD Premium contribution Employee pays: 0 % Employer Pays: 100 % | STD: 100 % LTD: 60.00 %

Date Employee Last Worked: 12/1/2015 | Date Employee Returned to Work - Full Time: | Part Time:

Reason for Stopping Work: ○ Accident ◉ Sickness ○ Resigned ○ Retired ○ Granted LOA ○ Vacation ○ Terminated ○ Laid Off ○ Other

Is condition due to occupational cause? ○ Yes ◉ No ○ Undetermined

If "yes", please indicate status of Workers' Compensation claim: ○ Accepted ○ Pending ○ Denied ○ Not Filed

NOTE: Please attach a copy of Workers' Compensation claim and Approval/Denial Notification if applicable.

Work Schedule at Time Last Worked - Number of Days per week: 5 | Hours per day: 8
Earnings (excluding commissions and bonuses): $3,858.50 | ○ Bi-Weekly ○ Monthly ○ Weekly ◉ Semi-Monthly

How is Employee Paid? ☑ Salary ☐ Hourly ☐ Salary & Commissions ☐ Bonuses ☐ Commissions Only

Occupation: Senior TL of Engineering | Percentage of day Sitting: 80 % | Lifting Requirements:
Job Description: (Attach separate file if necessary) | Standing: 10 % | Max lbs. 20
Walking: 10 % | Min lbs.
(Total % should = 100) Total: 100

Has or will this employee receive any of the following for the entire or a portion of the absence covered by this claim?

| Yes | No | TYPE | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied For |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary or Holiday Pay | | | | |
| ☐ | ☐ | Vacation | | | | |
| ☐ | ☐ | Sick Leave | | | | |
| ☐ | ☐ | Separation Pay | | | | |
| ☐ | ☐ | Disability Pension | | | | |
| ☐ | ☐ | Retirement Pension | | | | |
| ☐ | ☐ | Unemployment Insurance | | | | |
| ☐ | ☐ | Social Security | | | | |
| ☐ | ☐ | Workers' Compensation (this condition) | | | | |
| ☑ | ☐ | LTD, STD Benefits | $7,717.01 | 12/2/2015 | | |
| ☐ | ☐ | Other (please describe below) | | | | |

Employer's Name: Acxiom Corporation | Telephone Number: 501-342-7797 | Fax Number: 501-342-3987
Address: 301 E. Dave Ward Drive | City: Conway | State: AR | Zip Code: 72032

Worker's Compensation Carrier: | Worker's Compensation Carrier Contact:
Street Address: | Worker's Compensation Carrier Contact's Telephone Number:
City: | State: | Zip Code:
Employer (Taxpayer) ID Number (EIN) or Public Employer Social Security Number:

Name and Title of person completing this form: Candy Boyd (Typing your name in this box is your electronic signature)
Telephone Number of Person completing this form: 501-342-7797 | Date Signed: 3/29/2016

**n0196645**

**From:** Candy Boyd
**Sent:** Tuesday, March 29, 2016 12:58:07 PM
**To:** Ingram, Keahti
**Subject:** New Disability Claim - 5716432 - SHANE KEATHLEY
**Attachments:** image001.jpg; image002.jpg; image003.jpg; image004.jpg; Shane Keathley ER Statement DP 453W.xls; Senior TL of Engineering.docx

Hi Keahti,

Attached are the completed documents for Shane Keathly's LTD claim.

Thank you,

**CANDY BOYD**

HR Operations Center (HROC)

Acxiom Corporation
**EML** candy.boyd@acxiom.com
**TEL** 501.342.7797
**FAX** 501.342.3987
301 E. Dave Ward Dr., CWY0303-11, Conway, AR, 72032
**www.acxiom.com**

http://www.facebook.com/acxiomcorp http://www.linkedin.com/groupRegistration?gid=2901735 http://twitter.com/acxiom

Customer satisfaction is a priority for the Human Resources Operation Center (HROC). We would like to hear about your experience(s). Please click the link below to take this short survey. All responses are anonymous and valued. We will use your feedback to create an even better customer service experience.

HROC Satisfaction Survey

**************************************************************************
The information contained in this communication is confidential, is intended only for the use of the recipient named above, and may be legally privileged.

If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

If you have received this communication in error, please resend this communication to the sender and delete the original message or any copy of it from your computer system.

Thank You.
**************************************************************************

**n0223017**

**From:** CharlotteSCUDisabilityClaims
**Sent:** Tuesday, March 29, 2016 10:35:29 AM
**To:** 'candy.boyd@acxiom.com'; 'Judy.Tipton@acxiom.com'
**Cc:** Ingram, Keahti
**Subject:** New Disability Claim - 5716432 - SHANE KEATHLEY
**Attachments:** ER Statement DP 453W.xls

Hello,

We have received a claim for SHANE KEATHLEY (SSN: ) with a reported date of disability of not reported. To assist us in processing the claim, please complete the attached Employer's Statement form. So that we may provide the best service possible, we ask that you provide the completed form within 24 hours so we may expedite the processing of the claim.

**Please do not respond back to this email address.** When submitting the Employer Statement, please do so to the attention of the case manager, KEAHTI INGRAM at KEAHTI.INGRAM@LIBERTYMUTUAL.COM or fax your information to (603) 334-0380.

If you have any questions regarding our need for this information, please contact us at 800-291-0112.

Thank you,

Screening and Creation Unit

Liberty Life Assurance Company of Boston