# EXHIBIT C, part 2

**DVD labeled Liberty/Keathley 645**

## TO BE FILED CONVENTIONALLY