**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TIMOTHY S. KEATHLEY**
**a/k/a SHANE KEATHLEY,** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 4:18cv00383-BSM**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** **DEFENDANT**

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Timothy S. Keathley a/k/a Shane Keathley and Defendant Liberty Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Respectfully submitted,

By: /s/ Daniel A. Webb (by permission)

Daniel A. Webb, Ark. Bar No. 2000113
DANIEL A. WEBB, P.A.
111 Center Street, Suite 1200
Little Rock, Arkansas 72201
(501) 372-2400
Email: dwebblaw@att.net

ATTORNEYS FOR PLAINTIFF

- AND -

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT