**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TIMOTHY S. KEATHLEY** **PLAINTIFF**
**a/k/a/ SHANE KEATHLEY**

**v.** **CASE NO. 4:18-CV-00383 BSM**

**LIBERTY LIFE ASSURANCE COMPANY**
**OF BOSTON** **DEFENDANT**

**ORDER**

The parties have filed a joint stipulation of dismissal. Doc. No. 11. Pursuant to Federal Rule of Civil Procedure 41(a), this case is dismissed with prejudice with each party bearing its own fees and costs.

IT IS SO ORDERED this 7th day of December 2018.

UNITED STATES DISTRICT JUDGE