**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TIMOTHY S. KEATHLEY** **PLAINTIFF**
**a/k/a/ SHANE KEATHLEY**

**v.** **CASE NO. 4:18-CV-00383 BSM**

**LIBERTY LIFE ASSURANCE COMPANY**
**OF BOSTON** **DEFENDANT**

**JUDGMENT**

Pursuant to the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of December 2018.

UNITED STATES DISTRICT JUDGE